Joshua P. Visco [SBN 243168]
**LAW OFFICES OF VISCO & SELYEM APC**
9431 Haven Ave, Suite 100
Rancho Cucamonga, CA 92780
Telephone:  (909) 368-0485
Fax:  (909) 368-0485

Attorneys for the Defendant
Joseph Huffaker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00374 |
| Plaintiff, | |
| vs. | Request for Travel |
| JOSEPH HUFFAKER, | [Proposed] Order |
| Defendant. | |

The Defendant, Joseph Huffaker, by and through his undersigned attorney requests that, with the Court's permission, Mr. Huffaker be allowed to travel with his family on March 23 through March 27, 2022 to Fort Jones, CA. Attorney for the Government, Ms. Frey, was contacted and has no objection to the request. Mr. Huffaker will provide his itinerary to Pre-Trial Services Officer Josh Libby. Mr. Libby was contacted and is not opposed to this request. All other conditions of release remain in effect.

Dated: March 21, 2022

_____/s/_____
Joshua P. Visco, Esq.
Attorney for Defendant Joseph Huffaker

Joshua P. Visco [SBN 243168]
**LAW OFFICES OF VISCO & SELYEM APC**
9431 Haven Ave, Suite 100
Rancho Cucamonga, CA 92780
Telephone:    (909) 368-0485
Fax:               (909) 368-0485

Attorneys for the Defendant
Joseph Huffaker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH HUFFAKER,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:21-CR-00374<br><br>Stipulation Request for Travel<br><br>[Proposed] Order |

  IT IS HEREBY ORDERED THAT: Mr. Huffaker be allowed to travel with his family on March 23, 2022 to Fort Jones, CA, returning on March 27, 2022. Mr. Huffaker will provide his itinerary to Pre-Trial Services Officer Josh Libby prior to travel. All other conditions remain in effect.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　HONORABLE SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge