Christopher J. Shea , State Bar No. 182739
Christopher J. Shea, Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:    (415) 565-9600
Email: christopherjshealaw@gmail.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HUFFAKER<br><br>Defendant. | Case Nos. **CR 21-0374 MMC**<br><br>**MOTION AND [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL;** |

Defendant JOSEPH HUFFAKER by and through his counsel Christopher Shea, with the consent of the Assistant United States Attorney Cynthia Frey and Josh Libby of U.S. Pretrial Services, moves for an Order Granting Defendant's Request to travel on the following dates:

Sept. 1-5 September, Fort Jones, CA for a weekend trip to Defendant's family cabin.

September 14-18,  Davis, CA for a short vacation.

October 21-31, Featherville, Idaho, for a vacation.

   Defendant, Huffaker, through his Attorney made this request to Ms. Frey and Mr. Libby; Mr. Libby responded with no objection; we did not hear back from Ms. Frey as of this writing.

U.S. V. HUFFAKER

1 | **IT IS SO MOVED.**

Dated: 08/31/2022   /s/Christopher J. Shea

CHRISTOPHER J. SHEA
Attorneys for Defendant

U.S. V. HUFFAKER

**ORDER**

GOOD CAUSE APPEARING, upon motion by the Defendant and with no objection by pretrial services, the Defendant is allowed to travel on the following dates and locations:

Sept. 1-5 September, Fort Jones, CA for a weekend trip to Defendant's family cabin.

September 14-18, Davis, CA for a short vacation.

October 21-31, Featherville, Idaho, for a vacation.

IT IS SO ORDERED.

DATED: August 31, 2022

HONORABLE SALLIE KIM
United States Magistrate Judge

U.S. V. HUFFAKER