Christopher J. Shea , State Bar No.  182739
Christopher J. Shea, Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:      (415) 565-9600
Email: christopherjshealaw@gmail.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HUFFAKER<br><br>Defendant. | Case Nos. **CR 21-0374 MMC**<br><br>**MOTION AND [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL;** |

Defendant JOSEPH HUFFAKER by and through his counsel Christopher Shea, with the anticipated consent of the Assistant United States Attorney Cynthia Frey and Josh Libby of U.S. Pretrial Services, moves for an Order Granting Defendant's Request to travel on the following dates:

December 16 - 19, Lincoln, CA for a Christmas Vacation with family.

    Defendant, Huffaker, through his Attorney made this request to Ms. Frey and Mr. Libby. We did not hear back from Mr. Libby or Ms. Frey as of this writing; we do not anticipate objection.

U.S. V. HUFFAKER

**IT IS SO MOVED.**

Dated: 12/14/2022

/s/Christopher J. Shea

CHRISTOPHER J. SHEA
Attorneys for Defendant

U.S. V. HUFFAKER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon agreement of the parties and pretrial services, the Defendant is allowed to travel on the following dates and locations:

December 16 - 19, Lincoln, CA for a Christmas Vacation with family.

IT IS SO ORDERED.

DATED: _____     _____
HONORABLE SALLIE KIM
United States District Judge

U.S. V. HUFFAKER