ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
CYNTHIA FREY (DCBN 475889)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7077
    Abraham.fine@usdoj.gov
    Cynthia.frey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-0374-MMC |
| Plaintiff, | DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' MOTION IN LIMINE NO. 1 |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

I, Abraham Fine, declare and state as follows:

1. I am currently employed as an Assistant United States Attorney in the Northern District of California.

2. I am counsel for the government in the above-captioned case.

3. Exhibit 1 to the Government's Motion in Limine No. 1 is a true and correct copy of the proffer agreement between Defendant and the Government, which was executed on February 21 and 22, 2022.

4. Exhibit 2 to the Government's Motion in Limine No. 1 is a true and correct copy of the FBI's memorandum of interview of Defendant, which interview took place on February 1, 2022.

5. Both of these documents discuss sensitive and non-public matters regarding Defendant's then-potential cooperation with the Government's investigation, as well as other sensitive investigative leads that were discussed at the proffer session.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of September, 2022, in Oakland, California.

/s/_____
ABRAHAM FINE

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL