1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 CYNTHIA FREY (DCBN 475889)
ABRAHAM FINE (CABN 292647)

5 Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7     Telephone: (415) 436-7200
FAX: (415) 436-7234

8     Cynthia.Frey@usdoj.gov
Abraham.Fine@udsoj.gov

9

10 Attorneys for United States of America

11                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,     )   **CASE NO. CR 21-374-MMC**
                             )

15       Plaintiff,           )   **UNITED STATES' EXHIBIT LIST**
                             )

16    v.                )
                             )

17 JOSEPH HUFFAKER,        )
                             )

18      Defendant.         )
                             )

19

20       The United States provides the attached notice of exhibits it may introduce at trial in its case-in-

21 chief. The United States reserves the right to amend or supplement this list as appropriate as trial

22 preparations progress.

23 DATED: 9/19/2023              Respectfully submitted,

24                          ISMAIL J. RAMSEY
                         United States Attorney

25

26                          */s/ Cynthia Frey*

27                       _____
                         CYNTHIA FREY
                         ABRAHAM FINE

28                          Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No:   CR 21-374-MMC                          Date:   September 19, 2023

UNITED STATES OF AMERICA          v.          JOSEPH HUFFAKER

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | US 001151 | | 5/20/21 Email from FBI to Baker with photos for identification |
| 2 | | | US 001152 to US 001156 | | Photos for identification for Baker |
| 3 | | | BWS-GJS0001349 | | Citation for 12/13/16 M.C. Stop |
| 4 | | | BWS-GJS0001180 to BWS-GJS0001186 | | 12/13/16 Huffaker/Tatum Police Report – M.C. |
| 5 | | | BWS-GJS0003066 to BWS-GJS0003067 | | M.C. Arrest Warrant Application for 12/13/16 Stop |
| 6 | | | BWS-GJS0047435 to BWS-GJS0047436 | | 12/13/16 M.C. CAD |
| 7 | | | BWS-GJS0024522 to BWS-GJS0024524 | | M.C. Body Camera Footage – 12/13/2016 12-13-2016 14-02-00 12-13-2016 14-19-05 |
| 8 | | | US 000850 to US 000856 | | Jeff Weaver RPDPS Referral Letter |
| 9 | | | US 001113 to US 001117 | | RPDPS Facilities Photos |
| 10 | | | US 001118 to US 001125 | | RPDPS Facilities Photos |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 11 | | | US 001126 to US 001130 | | RPDPS Facilities Photos |
| 12 | | | BWS-GJS0001610 to BWS-GJS0001624 | | Memo from Masterson and pictures he took in March 2018 of the marijuana seized on 12/18/17 |
| 13 | | | BWS-GJS0001633 | | Picture emailed by Masterson of the Admin Sergeant Vehicle – Black unmarked SUV |
| 14 | | | BWS-GJS0002281 to BWS-GJS0002288 | | Chain of custody and police report for 12/18/17 Marijuana |
| 15 | | | BWS-GJS0048630 to BWS-GJS0048642 | | Audit Detail Report for 12/18/17 Marijuana |
| 16 | | | BWS-GJS0048643 | | Property Report (Found Property) for two boxes of 15 pounds of MJ, 12/18/17 |
| 17 | | | BWS-GJS0050233 to BWS-GJS0050236 | | Screenshots from Property Database re 12/19/2017 MJ Seized |
| 18 | | | BWS-GJS0050264 to BWS-GJS0050269 | | Screenshots from Property Database re 12/19/2017 MJ Seized |
| 19 | | | BWS-GJS0051072 to BWS-GJS0051319 | | Chronology Event Logs - 12-5-2017 |
| 20 | | | BWS-GJS0051816 | | Computer Sheet re Flatten Report |
| 21 | | | BWS-GJS0051817 | | Computer LEADS re Flatten |
| 22 | | | US 005717 to US 005720 | | Photos Shown During Flatten Interview |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 23 | | | US 005244 | | Photo of Tatum and Huffaker with notes provided by Flatten |
| 24 | | | US 005246 | | Photo of vehicle Flatten provided to FBI depicting vehicle that stopped him on 12/5/17 |
| 25 | | | US 005331 | | [PHYSICAL] Comfort Inn Envelope with Rental Contract |
| 26 | | | US 000778 to US 000810 | | Redheaded Blackbelt Article, 2/11/18 part 1 |
| 27 | | | US 000811 to US 000843 | | Redheaded Blackbelt Article, 2/11/18 part 2 |
| 28 | | | US 005239 to US 005240 | | 2/3/14 Article re: Marijuana Seizure |
| 29 | | | US 009761 to US 010923 | | GJ Serials 130 – Flatten Phone Records |
| 30 | | | US 029619 | | Oey Employment Verification (Fox Rent a Car) |
| 31 | | | US 017539 to US 017541 | | Request for FBI Lab to Conduct Fingerprint Analysis |
| 32 | | | US 012495 to US 012503 | | Latent Fingerprint Images (P1-P6) |
| 33 | | | US 012504 to US 012505 | | Fingerprint Card Oey |
| 34 | | | US 012506 to US 012725 | | Asset Details (for reference) |
| 35 | | | US 012726 to US 012751 | | Latent Fingerprint Images (Processing) |
| 36 | | | US 012752 | | (Oey - blind verification) |
| 37 | | | US 012753 | | Latent Fingerprint Image (digital image - blind verification |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 38 | | | US 012754 | | Case and Case Record (for reference) |
| 39 | | | US 012775 | | Evidence Check-In Notes |
| 40 | | | US 012776 | | Lab Case Notes |
| 41 | | | US 012778 to US 012784 | | Lab Report re: Latent Print (6/10/19) |
| 42 | | | US 017544 to US 017545 | | Lab Shipping Invoice |
| 43 | | | US 017230 to US 017257 | | Lab Chain of Custody Materials |
| 44 | | | US 028779 to US 029130 | | Latent Prints - Supplemental Discovery Material |
| 45 | | | US 017542 | | FedEx Tracking Documents for Latent Print Materials |
| 46 | | | US 028781 to US 028954 | | Asset Details (for reference) |
| 47 | | | US 028955 to US 029048 | | Asset Details - Blind Verification (for reference for P1) |
| 48 | | | US 029049 to US 029055 | | Lab Report: re Latent Prints (9/14/23) |
| 49 | | | US 029056 to US 029067 | | NGI known record search (for reference) |
| 50 | | | US 029068 to US 029075 | | Fosher CV |
| 51 | | | US 029076 to US 029102 | | Case and Case Record (for reference) |
| 52 | | | US 029103 to US 029104 | | Lab Case Notes |
| 53 | | | US 029105 | | Evidence Check-In Notes |
| 54 | | | US 029106 to US 029108 | | Fingerprint Cards - Flatten |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 55 | | | US 029109 to US 029110 | | Fingerprint Cards - Tatum |
| 56 | | | US 029111 to US 029112 | | Fingerprint Cards - Huffaker |
| 57 | | | US 029113 to US 029115 | | Fingerprint Cards - Tatum |
| 58 | | | US 029116 to US 029124 | | Latent Print Images (Item 2-1) |
| 59 | | | US 029125 to US 029126 | | Fingerprint Cards - Tatum |
| 60 | | | US 029127 to US 029129 | | Latent Print Images (Item 2-1) |
| 61 | | | BWS-GJS0003104 to BWS-GJS0003105 | | K.G. Arrest Warrant Application for 12/20/16 Stop |
| 62 | | | BWS-GJS0000049 to BWS-GJS0000050 | | Destruction order for K.G. stop (12/20/16) |
| 63 | | | BWS-GJS0001195 to BWS-GJS0001199 | | 12/20/16 Huffaker/Tatum Police report |
| 64 | | | BWS-GJS0007521 to BWS-GJS0007523 | | Huffaker email to Snodgrass re 12/20/2016 Destruction Order |
| 65 | | | CITY_RP 020219 | | Body-worn camera video re K.G. – 12/20/2016 2016-12-20_14-11-40 |
| 66 | | | US 001136 to US 001143 | | 2/20/18 Tatum email to FBI - Heinrich with RPDPS Incident Report & Press Release (Forwarded by Heinrich to Case agent) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 67 | | | BWS-GJS0001664 to BWS-GJS0001685 | | Huffaker Payroll sheet for 12/11/2016 – 12/24/2016 |
| 68 | | | BWS-GJS0006180 to BWS-GJS0006181 | | Email from Tristin Huffaker account to Huffaker RPCITY address with Interdiction Case Synopsis Doc Attached |
| 69 | | | BWS-GJS0006348 to BWS-GJS0006355 | | Huffaker 12/19/16 email to himself with timesheet for December 2016 |
| 70 | | | BWS-GJS0006534 | | 8/15/16 Email from Tatum to interdiction team re new overtime code for interdiction |
| 71 | | | BWS-GJS0006536 to BWS-GJS0006569 | | 8/5/16 email from Huffaker to interdiction team attaching many templates he uses for interdiction team stuff |
| 72 | | | BWS-GJS0006978 | | 10/14/16 Email from Huffaker to interdiction team re interdiction follow ups |
| 73 | | | BWS-GJS0013300 to BWS-GJS0013303 | | Huffaker Performance Appraisal 2016-2017 |
| 74 | | | BWS-GJS0007940 to BWS-GJS0007958 | | 3/15/2018 Huffaker email to himself re Uniform Manual |
| 75 | | | BWS-GJS0008139 to BWS-GJS0008176 | | 3/19/2018 Huffaker email to himself re RPDPS Personnel Rules and Regulations Doc |
| 76 | | | BWS-GJS0008205 to BWS-GJS0008206 | | 9/14/2017 Huffaker email to himself re Huffaker Fabrication Invoice for Tatum |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 77 | | | BWS-GJS0008580 to BWS-GJS0008584 | | 11/9/2016 Email from Huffaker re Destruction Orders |
| 78 | | | BWS-GJS0013606 to BWS-GJS0013609 | | RPDPS Document Listing Huffaker's Trainings Attended |
| 79 | | | BWS-GJS0018786 to BWS-GJS0018789 | | Document re December 2016 Interdiction Stats |
| 80 | | | US 012177 to US 012183 | | Huffaker Proffer Attachments |
| 81 | | | US 012184 to US 012185 | | Huffaker Proffer Agreement w- Garrity Waiver (2-21-2022) |
| 82 | | | US 028774 to US 028775 | | Huffaker Proffer Agreement (2-1-2022) |
| 83 | | | US 002552 to US 003603 | | Huffaker Verizon Records, 707-291-3466 (6-2015-10-2019) |
| 84 | | | BWS-GJS0051334 to BWS-GJS0051335 | | 3/20/17 email from Huffaker to Bates with timesheet |
| 85 | | | BWS-GJS0051545 to BWS-GJS0051772 | | Huffaker Time Sheets (1-2016 to 10-2018) |
| 86 | | | BWS-GJS0051584 | | Huffaker time sheet for week of 12/3/2017 |
| 87 | | | BWS-GJS0051586 | | Huffaker time sheet for week of 12/17/2017 |
| 88 | | | BWS-GJS0051334 to BWS-GJS0051353 | | Huffaker emails re time sheets (2016-2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 89 | | | BWS-GJS0051545 to BWS-GJS0051559 | | Huffaker Timesheets (1-2-2017 to 2-27-2016) |
| 90 | | | BWS-GJS0051560 to BWS-GJS0051573 | | Huffaker Timesheets (1-9-2017 to 3-11-2017) |
| 91 | | | BWS-GJS0051574 to BWS-GJS0051611 | | Huffaker Timesheets (10-2017 to 6-2018) *51584 (12/3-9/17) *51586 (12/17-23/17) |
| 92 | | | BWS-GJS0051612 to BWS-GJS0051616 | | Huffaker Timesheets (12-2016-1/2017) |
| 93 | | | BWS-GJS0051617 to BWS-GJS0051622 | | Huffaker Timesheets (3-2017 to 3-31-2017) |
| 94 | | | BWS-GJS0051623 to BWS-GJS0051700 | | Huffaker timesheets (3-2016 to 11-2016) |
| 95 | | | BWS-GJS0051701 to BWS-GJS0051707 | | Huffaker Timesheets (4-2017 to 5-2017) |
| 96 | | | BWS-GJS0051708 to BWS-GJS0051710 | | Huffaker Timesheets (5-2017 to 6-2017) |
| 97 | | | BWS-GJS0051711 to BWS-GJS0051734 | | Huffaker Timesheets (6-2017 to 9-2017) |
| 98 | | | BWS-GJS0051735 to BWS-GJS0051772 | | Huffaker Timesheets (6-2018 to 10-2018) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 99 | | | US 003906 to US 003955 | | Huffaker BofA Credit Card Statements July 19, 2017 – April 18, 2018 |
| 100 | | | BOW 000001 to BOW 000863 | | Huffaker Bank of the West Records |
| 101 | | | US 028701 to US 028722 | | Huffaker Bank of the West Records - Supplemental |
| 102 | | | US 029465 to US 029474 | | Huffaker Wells Fargo Records |
| 103 | | | US 028723 to US 028772 | | Huffaker Redwood Municipal Insurance Records |
| 104 | | | US 020845 to US 021043 | | Huffaker - Capital One Credit Card Records |
| 105 | | | US 028777 to US 028778 | | Huffaker Capital One Credit Card Cert |
| 106 | | | US 003906 to US 004039 | | Huffaker BofA Records (6-2017 - 5-2018) |
| 107 | | | US 004056 to US 004095 | | Huffaker BofA Credit Card Statements (5-2018 - 11-2019) |
| 108 | | | US 011852 to US 011864 | | Huffaker REMIF Workers Comp Payment Records (ATHENS) |
| 109 | | | CITY_RP 020301 | | J.K. Body Camera Footage – 12/6/2016 2016-12-06_11-05-14 |
| 110 | | | BWS-GJS0048826 | | Aaron Johnson Notes Re Chiefs Meeting on January 12, 2017 |
| 111 | | | BWS-GJS0050866 to BWS-GJS0050867 | | 2/26/18 Memo From Johnson to Masterson |
| 112 | | | BWS-GJS0050868 | | 3/5/18 Memo from Johnson to Masterson |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 113 | | | BWS-GJS0048850 | | Event Chronology (12-19-2017) (RP 17-005373 Assigned) |
| 114 | | | BWS-GJS0049878 to BWS-GJS0050232 | | Event Chronology 12-18-2017 through 12-19-2017 |
| 115 | | | US 005949 to US 005950 | | Lutz Use Immunity Agreement |
| 116 | | | US 005951 to US 005959 | | Lutz Interview Photographs |
| 117 | | | US 001132 | | Lutz Timeline Screenshot |
| 118 | | | US 001133 | | Lutz Timeline Screenshot |
| 119 | | | US 001135 | | Lutz Varietal Spreadsheet |
| 120 | | | US 010925 to US 011000 | | Lutz Phone Records |
| 121 | | | BWS-GJS0048506 to BWS-GJS0048615 | | RPP Property/Evidence Packaging Manual (Rev'd 4/2016) |
| 122 | | | BWS-GJS0050570 to BWS-GJS0050660 | | RPP Report Writing Manual (Rev'd 5/2017) (CITY_RP 018907-18997) |
| 123 | | | BWS-GJS0050861 to BWS-GJS0050865 | | RPP SOP For Body Worn Cameras (1/29/15) (CITY_RP019198-202) |
| 124 | | | BWS-GJS0012443 to BWS-GJS0012469 | | RPP Asset Forfeiture Manual (2010)(See also 50534-50542/City RP18880-18905) |
| 125 | | | BWS-GJS0012480 to BWS-GJS0012486 | | RPDPS Asset Forfeiture Policy 606 (Lexipol 2016/2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 126 | | | BWS-GJS0008664 to BWS-GJS0009300 | | RPDPS Policy Manual 2016/2017 |
| 127 | | | BWS-GJS0050252 to BWS-GJS0050254 | | Radio Call Designations (Nov. 2016) |
| 128 | | | BWS-GJS0050258 to BWS-GJS0050260 | | Radio Call Designations (2/13/17) |
| 129 | | | BWS-GJS0050255 to BWS-GJS0050257 | | Radio Call Designations (August 2018) |
| 130 | | | BWS-GJS0010833 | | 8/29/17 email chain re Off Duty Activity |
| 131 | | | CITY_RP 020971 | | M.E. Body Camera Footage – 12/30/2016 2016-12-30_13-26-50 |
| 132 | | | BWS-GJS0009447 to BWS-GJS0009448 | | 12/9/2016 email from Tatum to Huffaker with draft C.M. police report |
| 133 | | | BWS-GJS0000037 to BWS-GJS0000038 | | Destruction Order for 12/6/16 stop of C.M. |
| 134 | | | BWS-GJS0001151 to BWS-GJS0001155 | | Police Report for 12/6/16 stop of C.M. |
| 135 | | | BWS-GJS0002943 to BWS-GJS0002944 | | Arrest Warrant Affidavit for 12/6/16 stop of C.M. |
| 136 | | | BWS-GJS0047379 to BWS-GJS0047380 | | CAD for 12/6/16 stop of C.M. |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 137 | | | BWS-GJS0024385 | | Body Cam Video BWS-GJS0024385 12-6-2016 13-49-49.AVI re stop of C.M. |
| 138 | | | US 001104 to US 001112 | | RPDPS Evidence Photos by FBI (Marijuana seized 12/18/17) |
| 139 | | | US 001144 to US 001149 | | 5/20/21 FBI email to Simas with photos for identification |
| 140 | | | US 001150 | | 5/21/21 Simas Email Response to FBI with identification |
| 141 | | | BWS-GJS0000029 to BWS-GJS0000030 | | Destruction order for 10/31/16 (M.S.) stop |
| 142 | | | BWS-GJS0001125 to BWS-GJS0001131 | | 10/31/2016 Huffaker/Tatum Police Report – M.S. stop |
| 143 | | | BWS-GJS0002836 to BWS-GJS0002837 | | Arrest warrant affidavit for 10/31/16 stop od M.S. |
| 144 | | | BWS-GJS0047247 | | 10/31/16 CAD re M.S. |
| 145 | | | CITY_RP 020119 to CITY_RP 020125 | | Body Camera Footage – 10/31/2016 2016-10-31_12-52-40 2016-10-31_13-02-28 2016-10-31_13-20-46 re M.S. stop |
| 146 | | | IRSCC-000663 to IRSCC-001032 | | Tatum Costco Credit Card Statements (2014-2020) |
| 147 | | | US 012236 | | 3/19/18 Tatum email to himself |
| 148 | | | US 012237 to US 012242 | | Attachment to 3/19/18 Tatum email to himself |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 149 | | | US 012243 to US 012255 | | Attachment to 3/19/18 Tatum email to himself |
| 150 | | | US 012270 to US 012273 | | 9/14/17 email from Huffaker to Tatum re invoices |
| 151 | | | US 012274 to US 012276 | | Tatum forwarding 1/2/2018 email to Huffaker re Gunwerks purchase |
| 152 | | | US 012277 to US 012279 | | Tatum forwarding 1/2/2018 email to Huffaker re Gunwerks purchase |
| 153 | | | US 012280 to US 012281 | | Tatum forwarding Huffaker 1/3/18 email re fuel tank replacement. |
| 154 | | | US 012282 to US 012289 | | Tatum forwarding Huffaker 2/20/18 email he sent to FBI (Heinrich) |
| 155 | | | US 012290 to US 012292 | | Tatum forwarding 2/13/18 email to Huffaker with Press Release Word Doc |
| 156 | | | US 012293 to US 012294 | | 2/15/2018 email from Huffaker to Tatum with subject line "Review" |
| 157 | | | US 012316 to US 012317 | | 2/13/18 Tatum forwarding himself email from Tristin Huffaker with Mendo.docx attached |
| 158 | | | US 012318 to US 012320 | | 2/15/18 Tatum forwarding to Huffaker Traffic Stop.docx |
| 159 | | | US 012321 to US 012322 | | Tatum forwarding body of police report to his rpcity account on 2/20/18 |
| 160 | | | US 012323 to US 012325 | | Tatum forwarding press release to his RP City account on 2/20/18 |
| 161 | | | US 012385 to US 012386 | | 1/2/2018 email chain re Gunwerks purchase |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 162 | | | US 012442 to US 012443 | | 2/13/2018 email from Tristin Huffaker to Tatum with "Mendo.docx" attached |
| 163 | | | BWS-GJS0010037 to BWS-GJS0010040 | | 10/30/16 Tatum email to Masterson with October 2016 Interdiction stats attached |
| 164 | | | BWS-GJS0049876 | | Interdiction team roster by year (org chart) |
| 165 | | | BWS-GJS0008287 to BWS-GJS0008291 | | 9/18/16 Tatum email re August 2016 Interdiction Stats |
| 166 | | | BWS-GJS0008574 | | 12/6/15 email chain re Uniforms |
| 167 | | | BWS-GJS0018786 to BWS-GJS0018789 | | December 2016 Interdiction Stats |
| 168 | | | US 005967 to US 005968 | | 2-13-2018 RPDPS Press Release re: December 2017 Traffic Stop |
| 169 | | | US 001162 to US 001916 | | Verizon Phone Records (Tatum - 707-775-8317, 2014-2018) |
| 170 | | | BWS-GJS0051340 to BWS-GJS0051341 | | 1/8/18 Tatum email re Timesheet |
| 171 | | | BWS-GJS0051354 to BWS-GJS0051544 | | Tatum Time Sheets (1-2016 - 12-2017) |
| 172 | | | BWS-GJS0051540 | | Tatum timesheet for week of 12/3/2017 |
| 173 | | | BWS-GJS0051543 | | Tatum timesheet for week of 12/17/2017 |
| 174 | | | BWS-GJS0051354 to BWS-GJS0051495 | | Tatum Timesheets (2016-2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 175 | | | BWS-GJS0051496 to BWS-GJS0051530 | | Tatum Timesheets (2018) |
| 176 | | | BWS-GJS0052953 to BWS-GJS0052954 | | 2/13/18 Tatum Email |
| 177 | | | BWS-GJS0052969 to BWS-GJS0052971 | | 7/23/16 Email from Tristinhuff Gmail to Huffaker RP re marijuana stop and destruction order with attachment |
| 178 | | | BWS-GJS0052878 to BWS-GJS0052880 | | 2/13/18 Tatum email re Press Release with Attachment |
| 179 | | | BWS-GJS0052949 to BWS-GJS0052951 | | 2/15/18 Tatum email to Huffaker re Press Release |
| 180 | | | BWS-GJS0052734 | | 2/15/18 Email from Huffaker to Tatum re Flatten Stop |
| 181 | | | BWS-GJS0052901 to BWS-GJS0052902 | | 2/15/18 Tatum Email re Flatten Stop |
| 182 | | | BWS-GJS0052945 to BWS-GJS0052947 | | 2/20/18 Tatum Email re Press Release |
| 183 | | | BWS-GJS0052914 to BWS-GJS0052916 | | 2/20/18 Tatum Email re Press Release |
| 184 | | | BWS-GJS0052937 to BWS-GJS0052938 | | 2/20/18 Tatum Email re Press Release |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 185 | | | US 012498 | | Latent Print P1 (extracted from Exhibit 32) |
| 186 | | | US 012499 | | Latent Print P2 (extracted from Exhibit 32) |
| 187 | | | US 012500 | | Latent Prints P3 and P4 (extracted from Exhibit 32) |
| 188 | | | US 012501 | | Latent Print P5 (extracted from Exhibit 32) |
| 189 | | | US 012502 | | Latent Print P6 (extracted from Exhibit 32) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |