1  Christopher J. Shea, California State Bar No.  182739
   Christopher J. Shea, Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA  94103
3  Telephone: (415) 565-9600
   Email: christopherjshealaw@gmail.com
4
   Attorneys for Joseph Huffaker
5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA,          )   **CASE NO. 3:21-CR-00374-MMC**
10                                     )
          Plaintiff,                   )   **DEFENDANT JOSEPH HUFFAKER'S PRE-**
11                                     )   **TRIAL STATEMENT;**
       v.                              )
12                                     )
   JOSEPH HUFFAKER,                    )
13                                     )
          Defendant.                   )
14  _____   )

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S PRETRIAL CASE STATEMENT
3:21-CR-00374-MMC                              i

1

2      Defendant seeks a continuance of the jury trial.  The motion to continue was filed, with the court's

3  permission, on September 16, 2023.  The court also ordered the hearing on the motion to continue will be

4  heard on September 26, 2023.

5      Defendant is mindful of the deadlines set forth in the Court's pretrial orders of July 5, 2023.

6  Counsel for Defendant Huffaker and the Counsel for the Government have met and conferred on the issues

7  presented in the Governments pre-trial filings.  Defendant Huffaker met and conferred with the

8  Government on the Jury Instructions and the issues presented in the Government's Pretrial Case

9  Statement.

10      On September 1, 2023, the Government provided additional discovery in the amount of 8,000

11  pages of additional materials.  Defendant is in the process of reviewing this discovery.

12      On September 12, 2023, the Government provided Grand Jury testimony of two potential trial

13  witnesses.  Defendant is in the process of reviewing this discovery.

14      On September 18, 2023, the Government provided additional discovery in the amount of 10,000

15  pages of additional materials.  Defendant is in the process of reviewing this discovery.

16      Based on the new discovery, Defendant anticipates additional discovery requests.  Defendant will

17  also seek to move for disclosure of additional grand jury records and transcripts.  Defendant may also file

18  other motions, including motions in limine, based on the new discovery.

19      Based on the need to review new discovery, counsel has not completed exhibit lists and witness

20  lists, as these documents will require assessment of the new discovery and its impact on trial preparation.

21      Defendant will continue to meet and confer with counsel for the Government in advance of the

22  pre-trial conference and seek to stream-line the presentation of evidence.

23

24  DATED:  September 19, 2023                         Respectfully submitted,

25

26                                                    /S/

27                                                    _____

28                                                    CHRISTOPHER SHEA
                                                      Attorney for the Defendant

DEFENDANT'S PRETRIAL CASE STATEMENT
3:21-CR-00374-MMC                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28