WILLIAM J. EDELMAN (SBN 285177)
wedelman@delawllp.com
PATRICK R. DELAHUNTY (SBN 257439)
pdelahunty@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   415-891-6210
Facsimile:   415-891-6256

Attorneys for Defendant
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOSEPH HUFFAKER,<br><br>          Defendant. | Case No: 3:21-CR-00374-MMC<br><br>**DECLARATION OF WILLIAM J. EDELMAN IN SUPPORT OF MOTION TO SUPPRESS IDENTIFICATION EVIDENCE**<br><br>Hearing:  June 5, 2024<br>Time:      2:15 p.m.<br>Location: Courtroom 7 – 19th Floor<br><br>Hon. Maxine M. Chesney |

1. I, William J. Edelman, declare as follows:

2. I am a partner at the law firm Delahunty & Edelman LLP, and I represent Defendant Joseph Huffaker in this action.

3. I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a May 2019 FBI report regarding an interview of victim/witness E.F. produced by the government to Huffaker in this case, Bates US 5707-5716.

5. Attached hereto as **Exhibit 2** are true and correct copies of the photographs referenced in Exhibit 1 that were used by the FBI in connection with Exhibit 1, which were produced by the government to Huffaker in this case, Bates US 5717-5720.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an April 2018 news story related to the facts underlying the charges in this case, which was produced by the government to Huffaker in this case, Bates. US 628-688.

7. Attached hereto as **Exhibit 4,** is a true and correct copy of an apparent civil lawsuit filed by E.F. that E.F. provided to the FBI, which was produced by the government to Huffaker in this case, Bates US 5309-5319.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a May 21, 2021 email from an FBI agent to witness (Simas) produced by the government to Huffaker in this case, Bates US 1145-1150.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a May 2021 FBI report regarding an interview of witness Baker produced by the government to Huffaker in this case, Bates US 6093-6095.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities, and that I executed this Declaration on April 30, 2024 in Naperville, Illinois.

By:     /s/ William J. Edelman
         WILLIAM J. EDELMAN