# UNITED STATES DISTRICT COURT

Northern **District of** California

United States of America

Plaintiff (s),

V.

Joseph Huffaker

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cr-00374-MMC

Notice is hereby given that, subject to approval by the court, Joseph Huffaker substitutes
(Party (s) Name)

Tyler M. Harris , State Bar No. 332832 as counsel of record in
(Name of New Attorney)

place of William Edelman (#285177) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Ferrone Law Group
Address: 4333 Park Terrace Dr Ste 200
Telephone: (805) 373-5900    Facsimile (818) 874-1382
E-Mail (Optional): tharris@ferronelawgroup.com

I consent to the above substitution.
Date: 6/4/2024

DocuSigned by:
4546C4501E54402...
(Signature of Party (s))

I consent to being substituted.
Date: 6/4/2024

DocuSigned by:
*William Edelman*
782F7B318A3A4A5...
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/4/2024

DocuSigned by:
Tyler Harris
C1A3D5867E3341A...
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]