ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7077
    Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-374-MMC |
| Plaintiff, | STIPLATION AND [PROPOSED] ORDER RE SCHEDULE FOR PENDING MOTION |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

The United States and Defendant Joseph Huffaker ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

    1.    This case is set for trial on July 10, 2025.

    2.    On April 30, 2024, Defendant filed a motion to suppress particular eyewitness identifications (Dkt. No. 206). On May 13, 2024, the government filed its opposition to Defendant's motion to suppress (Dkt. No. 217). On May 17, 2024, the parties filed a stipulation stating that Defendant's then-defense counsel was seeking to withdraw from the case and the parties moved to vacate all pending deadlines (Dkt. No. 219).

    3.    On June 26, 2024, the Court held a status conference wherein present defense counsel (Ferrone Law Group) substituted in as counsel for Defendant. The Court set various trial and pretrial

dates, including the July 10, 2025 trial date and the July 1, 2025 pretrial conference date. The Court further requested that counsel meet and confer regarding future dates on the pending motion to suppress.

4. Having met and conferred, counsel respectfully request that the Court set the following schedule regarding the pending motion to suppress:

- January 22, 2025 – Defendant's Reply Brief Due
- February 5, 2025 (or any date thereafter available to the Court) at 2:15pm – Motion Hearing

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: November 5, 2024

_/s/_____
ABRAHAM FINE
Assistant United States Attorney


_/s/_____
ROBERT BAUMANN
Counsel for Defendant Joseph Huffaker

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Defendant's reply brief on the pending motion to suppress shall be due on January 22, 2025. A motion hearing is hereby set for February 5, 2025, at 2:15pm.

**IT IS SO ORDERED.**

DATE:

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE