RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste. 200
Westlake Village, CA. 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

*Attorney for Defendant*
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOSEPH HUFFAKER,<br><br>            Defendant. | Case No: 3:21-CR-00374-MMC<br><br>**NOTICE OF SUBPOENA DUCES TECUM** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEAST TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendant is issuing the attached Subpoena Duces Tecum to the following non-party witness:

1. Sonoma County District Attorney's Office, located at 600 Administration Dr 212 J, Santa Rosa, CA 95403

The subpoena calls for the production of documents or things specified in the subpoena and the attachment to the subpoena on the date, time, and location indicated in the subpoena.

///

///

NOTICE OF SUBPOENA DUCES TECUM

Case No. 3:21-CR-00374-MMC

1   DATED:                                By: */s/ Richard Ceballos*

2                                          Richard Ceballos
                                           *Attorney for Defendant Joseph Huffaker*
3

# ATTACHMENT

NOTICE OF SUBPOENA DUCES TECUM

Case No. 3:21-CR-00374-MMC

## SUBPOENA DUCES TECUM
## SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE

**Please provide the following:**

**Any and all records, documents, memorandum, and reports relating to (former) Rohnert Park Department of Public Safety Officer (Seargent) Brendon "Jacy" Tatum Badge #357 pertaining to him being placed on your office's so-called "BRADY" list for the period of time from January 1, 2015 up to and including December 31, 2018.**

**This request includes any and all unredacted police reports, memorandums, emails, letter, and internal notes, which form the basis for Officer/Seargent Brendon "Jacy" Tatum from the Rohnert Park Department of Public Safety being placed on the Sonoma County District Attorney's "Brady" list as well as the date he was officially placed on the list and any notification letter sent to him and his department notifying them of his placement on the "Brady" list.**

**In addition, please provide a list of any and all cases prosecuted by your office within the same time period (01/01/2015 through 12/31/2018) in which RPDPS Ofcr/Sgt. Brendon "Jacy" Tatum #357 was called by your office to testify as a witness in any criminal case. This request specifically includes the name of the case(defendant(s)'s name), case number, charges alleged, and ultimate disposition of the case. In addition, this request includes copies of any reporter transcripts of Sgt.Brendon "Jacy" Tatum's testimony in each of these cases.**

**THIS REQUEST SHOULD BE PROVIDED W/IN 10 DAYS OF RECEIVING THIS REQUEST AND SHOULD BE DIRECTED TO THE COURT.**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **4333 Park Terrace Drive, Suite 200, Westlake Village, California 91361**.

On March 5, 2025 I served the foregoing documents described as **NOTICE OF SUBPOENA AND SUBPOENA DUCES TECUM** on all interested parties in this action addressed as follows:

Abraham Harry Fine
United States Attorney's Office
1301 Clay St, Ste 340S,
Oakland, CA 94612-5224
Telephone: (415) 426-7200

Attorneys for Plaintiff, UNITED STATES OF AMERICA

_ **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, CA. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**X** BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Ferrone Law Group's electronic mail system from asavostyanov@ferronelawgroup.com to the email address(es) above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_ BY FEDERAL EXPRESS/OVERNIGHT MAIL:

**X** STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED: March 5, 2025, at Westlake Village, California.

*Alexey Savostyanov*
_____
Alexey Savostyanov