PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-0374-MMC |
| Plaintiff, | NOTICE OF DISMISSAL OF COUNT 2 OF SUPERSEDING INDICTMENT |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count 2 of the pending superseding indictment against Joseph Huffaker. Counts 1 and 3-7 remain pending and set for trial on July 10, 2025.

DATED: March 12, 2025                                       Respectfully submitted,

                                                                            PATRICK D. ROBBINS
                                                                            Acting United States Attorney

                                                                            /s/_____
                                                                            MARTHA BOERSCH
                                                                            Chief, Criminal Division

1   Leave is granted to the government to dismiss Count 2 of the pending superseding indictment
2   against Joseph Huffaker.  Counts 1 and 3-7 remain pending and set for trial on July 10, 2025.

4   Date: _____

HON. MAXINE M. CHESNEY
United States District Judge