UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 16, 2025  **Time:** 2:27 – 2:41  **Judge:** MAXINE M. CHESNEY
14 minutes

**Case No.:** 21-cr-00374-MMC-2   **Case Name:** UNITED STATES v. Joseph Huffaker (appearance waived)

**Attorney for Plaintiff:** Abraham Fine
**Attorney for Defendant:** Richard Ceballos

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Defendant's Motion to Produce Brady Records – Granted motion as orally modified by defendant at hearing.**

**Court orders the Sonoma County District Attorneys' Office to inform counsel for defendant Joseph Huffaker whether (former) Rohnert Park Department of Public Safety Officer/Sergeant Brendon "Jacy" Tatum Badge #357, was at any time in the period of January 1, 2015, through December 31, 2018, on the District Attorney's Office "Brady List" and to provide to counsel for defendant Huffaker, to the extent they have been able to locate such information, the name and case number of any action in Sonoma County in which said individual was a witness.**

**CASE CONTINUED TO: May 7, 2025, at 2:15 pm for Defendant's Motion for Reconsideration of Government's Motion in Limine No. 3**