PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-0374-MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING ON MOTION FOR RECONSIDERATION |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

1    The parties are currently set for a hearing on May 7, 2025, on Defendant Joseph Huffaker's motion for reconsideration regarding introduction of evidence related to December 2016 traffic stops involving Defendant and Brendan Jacy Tatum.  Dkt. No. 254.  On April 23, 2025, the government filed a non-opposition to Defendant's motion, indicating that it no longer intended to introduce this evidence at trial.  Accordingly, the parties agree that the May 7 hearing is no longer needed and should be vacated.  The case remains set for pretrial conference on June 24, jury selection on July 3, and the start of trial on July 7.

DATED:  May 13, 2024

Respectfully submitted,

PATRICK D. ROBBINGS
Acting United States Attorney


___/s/_____
ABRAHAM FINE
BENJAMIN K. KLEINMAN
Assistant United States Attorneys


___/s/_____
RICHARD CEBALLOS
Counsel for Defendant Joseph Huffaker

### [PROPOSED] ORDER

For the reasons set forth above, the May 7, 2025, hearing on Defendant's motion for reconsideration is vacated.  The case remains set for pretrial conference on June 24, jury selection on July 3, and the start of trial on July 7.   Additionally, the motion is deemed withdrawn as moot, the government having represented that it no longer intends to offer the subject evidence at trial.

Dated: April 28, 2025

_____
MAXINE M. CHESNEY
United States District Judge