PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Abraham.fine@usdoj.gov
   Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-0374-MMC |
| Plaintiff, | PARTIES' STIPULATIONS REGARDING EVIDENCE |
| v. | Hon. Maxine M. Chesney |
| JOSEPH HUFFAKER, | Trial Date: July 7, 2025 |
| Defendant. | Pretrial Conference Date: June 24, 2025 |

The United States and Defendant Joseph Huffaker agree to the following stipulations regarding authenticity and admissibility of evidence:[1]

1. Government Exhibits 67, 85-98, and 171-175 are authentic Rohnert Park Department of Public Safety ("RPDPS") business records reflecting time and payroll sheets submitted by RPDPS employees.[2] Defendant reserves the right to object to admission of Exhibits 67, 85-98, 171-175 on relevance grounds.

2. Government Exhibits 69-72, 74-75, 77, 84, 130, 151, 155, 156, 158, 165, 179, and 180 are authentic and admissible emails and attachments sent either to or from RPDPS employees.

3. Government Exhibits 66, 68, 157, 159, 160, 163, 170, 176, 178, and 181-184 are authentic emails and attachments sent either to or from RPDPS employees. Defendant reserves the right to object to admission of Exhibits 66, 68, 157, 159, 160, 163, 170, 176, 178, and 181-184 on relevance grounds.

4. Government Exhibits 79 and 167 are authentic and admissible RPDPS business records related to the interdiction program.

5. Government Exhibits 83, 120, and 169 are authentic and admissible business records containing phone records received from telecommunications providers.

6. Government Exhibits 99-108 and 146 are authentic and admissible business records containing financial records received from financial institutions.

---

[1] The exhibit numbers contained herein reference the exhibit list the government filed on September 19, 2023, at Dkt. No. 172. To the extent exhibit numbers for the above-referenced documents change based on subsequently filed exhibit lists, these evidentiary stipulations shall remain in effect.

[2] The current version of Exhibit 67 contains some handwritten notations on it, which the parties agree should be redacted in the version published to the jury.

STIPULATIONS REGARDING EVIDENCE
No. CR 21-0374-MMC____                                                                 v. 8/4/2021

7. Government Exhibits 121-126 are authentic and admissible RPDPS business records containing various RPDPS manuals and policy statements.

8. Government Exhibit 16 is an authentic and admissible RPDPS business record reflecting an evidence/property report for case number 17-0005373 and Government Exhibits 9 and 12 (except for pages 1 and 10 of Exhibit 12) are authentic and admissible photographs of the evidence/property submitted under case number 17-0005373.

IT IS SO STIPULATED.

DATED: May 13, 2025

/s/
ABRAHAM FINE
BENJAMIN K. KLEINMAN
Assistant United States Attorneys

DATED: May 13, 2025

/s/
RICHARD CEBALLOS
Counsel for Defendant Joseph Huffaker

STIPULATIONS REGARDING EVIDENCE
No. CR 21-0374-MMC____                                    v. 8/4/2021