1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   BENJAMIN K. KLEINMAN (NYBN 5358189)
5  Assistant United States Attorneys

6        1301 Clay Street, Suite 340S
         Oakland, California 94612
7        Telephone: (510) 637-3680
         FAX: (510) 637-3724
8        Abraham.fine@usdoj.gov
         Benjamin.kleinman2@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                         OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,              )   NO. CR 21-0374-MMC
                                           )
15             Plaintiff,                   )   DECLARATION OF AUSA BENJAMIN K.
                                           )   KLEINMAN IN SUPPORT OF UNITED STATES'
16      v.                                  )   MOTION IN LIMINE NO. 11
                                           )
17  JOSEPH HUFFAKER,                        )
                                           )
18             Defendant.                   )
                                           )
19

20

21

22

23

24

25

26

27

28

DECLARATION OF AUSA BENJAMIN K. KLEINMAN
Case No. CR 21-0374-MMC

1

2      I, Benjamin K. Kleinman, declare and state as follows:

3      1.      I am currently employed as an Assistant United States Attorney in the Northern District

4  of California.

5      2.      I am counsel for the government in the above-captioned case.

6      3.      Exhibit 1 to the Government's Motion in Limine No. 11 is a true and correct copy of the

7  transcription of an internal affairs interview of the defendant, Joseph Huffaker, which took place on

8  March 22, 2018.

9      4.      Exhibit 2 to the Government's Motion in Limine No. 11 is a true and correct copy of the

10  transcription of an internal affairs interview of the defendant, which took place on June 6, 2018.

11      5.      Exhibit 3 to the Government's Motion in Limine No. 11 is a true and correct copy of the

12  proffer agreement the defendant signed in February of 2022.

13

14      I declare under penalty of perjury that the foregoing is true and correct to the best of my

15  knowledge.

16

17      Executed this 10th day of June 2025, in Oakland, California.

18

19

20

21                                              */s/ Benjamin K. Kleinman*
                                                BENJAMIN K. KLEINMAN
22

23

24

25

26

27

28

DECLARATION OF AUSA BENJAMIN K. KLEINMAN
Case No. CR 21-0374-MMC