# Exhibit 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   - - - - - - - - - - - - - -

6   UNITED STATES OF AMERICA,      )

7           Plaintiff,         )   CASE NO.

8                              )   CR 21-0374 MMC

9   V.                         )

10                             )

11  JOSEPH HUFFAKER             )

12          Defendant.          )

13  - - - - - - - - - - - - - -

14

15            AUDIO TRANSCRIPTION OF

16           OFFICER JOSEPH HUFFAKER

17               MARCH 22, 2018

18           FILE NO. BWS_GJS0052989

19

20

21       BEHMKE REPORTING AND VIDEO SERVICES, INC.

22           BY:  JENNIFER GERATY, CSR NO. 13350

23               455 MARKET STREET, SUITE 1800

24           SAN FRANCISCO, CALIFORNIA 94105

25                       (415) 597-5600

US 032975

```
 1                    (Begin transcription)

 2

 3              INVESTIGATOR SIMPSON:  This is Terry Simpson.

 4   Today's date is March the 22nd, 2018.  I'm at the city

 5   of Rohnert Park Human Resources Department, Rohnert

 6   Park, California.

 7              Present with me is Officer Joseph Huffaker of

 8   the Rohnert Park Department of Public Safety.

 9              OFFICER HUFFAKER:  Correct.

10              INVESTIGATOR SIMPSON:  Represented by

11   Mr. Jason Buffington.

12              MR. BUFFINGTON:  Justin.

13              INVESTIGATOR SIMPSON:  Justin Buffington of

14   Rains Lucia & Stern, out of Pleasant Hill, California.

15              And, Officer Huffaker, the reason for being

16   here today is you were noticed by your city to be here

17   for an interview today related to an administrative

18   investigation that I'm conducting for the agency;

19   correct?

20              OFFICER HUFFAKER:  Correct.

21              INVESTIGATOR SIMPSON:  Okay.  I'm going to

22   read your Lybarger admonishment to you, and please

23   respond verbally when I ask you a question; okay?

24              OFFICER HUFFAKER:  Okay.

25              INVESTIGATOR SIMPSON:  Due to the nature of
```

US 032976

1  the administrative investigation, the Public Safety

2  Officers Procedural Bill of Rights, Section 3303(h)

3  requires me to advise you of your constitutional rights;

4  therefore, it's important that you understand that,

5  criminally, you have the right to remain silent.

6          Anything you say may be used against you in

7  court.

8          You have the right to an attorney before and

9  during question -- questioning under the Miranda waiver.

10  Do you understand each of the rights that I explained to

11  you?

12          OFFICER HUFFAKER:  Yes.

13          INVESTIGATOR SIMPSON:  With these rights in

14  mind, would you speak -- would you like to speak to me

15  now?

16          OFFICER HUFFAKER:  No.

17          INVESTIGATOR SIMPSON:  Under the Lybarger

18  admonishment, while you have the right to remain silent

19  with regard to any criminal investigation, you do not

20  have the right to refuse to answer my questions

21  administratively.  This is an administrative

22  investigation only.  Do you understand this?

23          OFFICER HUFFAKER:  Yes.

24          INVESTIGATOR SIMPSON:  I'm therefore now

25  ordering you to answer all my questions fully and

US 032977

```
 1   honestly.  Do you understand this order?
 2               OFFICER HUFFAKER:  Yes.
 3               INVESTIGATOR SIMPSON:  If you refuse to answer
 4   my questions, your silence could be deemed
 5   insubordination and result in administrative discipline
 6   up to and including termination.  Do you understand
 7   this?
 8               OFFICER HUFFAKER:  Yes.
 9               INVESTIGATOR SIMPSON:  Any statements you make
10   under the compulsion of threat of such discipline is for
11   administrative purposes only, cannot be used against you
12   criminally.  Do you understand this?
13               OFFICER HUFFAKER:  Yes.
14               INVESTIGATOR SIMPSON:  And then there's an
15   acknowledgment that you understand your rights to
16   describe the Lybarger admonishment, and you will discuss
17   this matter with me administratively; correct?
18               OFFICER HUFFAKER:  Yes.
19               INVESTIGATOR SIMPSON:  Okay.  I'd like your
20   signature on -- and the date.  Okay.
21               Officer Huffaker, would you start off by
22   telling me how long you've been with the Rohnert Park
23   Department of Public Safety?
24               OFFICER HUFFAKER:  Yeah.  Almost six years
25   full-time, and an additional year -- just over a year as
```

US 032978

1    a reserve prior to that.

2            INVESTIGATOR SIMPSON:  As a reserve?

3            OFFICER HUFFAKER:  Yeah.

4            INVESTIGATOR SIMPSON:  Firefighter/police

5    officer?

6            OFFICER HUFFAKER:  Just a reserve police

7    officer.

8            INVESTIGATOR SIMPSON:  Oh, okay.  Okay.  Where

9    did you go to the police academy?

10            OFFICER HUFFAKER:  Santa Rosa; up there.

11            INVESTIGATOR SIMPSON:  Santa Rosa?

12            OFFICER HUFFAKER:  Uh-huh.

13            INVESTIGATOR SIMPSON:  And I'm aware --

14    already aware that you have, in the past, worked on the

15    department's interdiction team.

16            OFFICER HUFFAKER:  Correct.

17            INVESTIGATOR SIMPSON:  But what I'm not aware

18    of is what kind of extra training outside the academy

19    you had that may have related to working on the

20    interdiction team.

21            OFFICER HUFFAKER:  Okay.

22            INVESTIGATOR SIMPSON:  State narcotics school,

23    things of that nature.

24            OFFICER HUFFAKER:  Okay.  So, the ones more

25    specifically geared towards that, let's see, the

US 032979

1   beginning of 2015, the CDA that puts on the asset
2   forfeiture basic -- the intro class, went to that one.
3   Several months later, they also sent me to the annual
4   update class in April of 2015.  They sent me to Desert
5   Snow's criminal interdiction.  I think they call it a
6   workshop.  It's a three-day class, specifically designed
7   to teach about interdiction.
8           I then went to the national interdiction
9   conference two years.  So I went to the one in Reno,
10  Nevada, and that would have been '16, and then
11  Philadelphia in 2017.
12          INVESTIGATOR SIMPSON:  What was the
13  Philadelphia training?
14          OFFICER HUFFAKER:  Same class, the national
15  inter -- interdiction [inaudible].
16          INVESTIGATOR SIMPSON:  Oh, okay.
17          OFFICER HUFFAKER:  So, big conference with the
18  same conference style layout of you can stop into this
19  class or this class.
20          INVESTIGATOR SIMPSON:  Gotcha.
21          OFFICER HUFFAKER:  Not a formal, we're gonna
22  teach you one thing.  It's kind of pick and choose what
23  you want to go to kind of.
24          INVESTIGATOR SIMPSON:  How long -- how long
25  did you actually work on the interdiction team before

US 032980

```
 1   the word came down we're out of it?
 2            OFFICER HUFFAKER:  So, I would say -- so in
 3   the end of 2014, I was light duty, and I was working --
 4   you know when you're light duty as a cop, they're kind
 5   of piecemeal, separate, and find -- I think that was
 6   approximately the timeframe Jacy Tatum and Matthew
 7   Snodgrass were working.  So I was starting to work on
 8   the paperwork kind of side of the stuff.  And that's why
 9   they sent me to the asset forfeiture school in that
10   January.  And then that April is when they put me on
11   Desert -- so the Desert Snow class -- so that's -- that
12   was April of '15.  I did that official training, and
13   then I was full duty.  And then once I was back to full
14   duty, obviously I could go out and work.  So then from
15   that point on, I started working with them.
16            INVESTIGATOR SIMPSON:  And that was in what
17   year?
18            OFFICER HUFFAKER:  Beginning -- so that --
19   that class was April of 2015.
20            INVESTIGATOR SIMPSON:  Okay.  So you had a
21   couple of years under your belt --
22            OFFICER HUFFAKER:  Correct.
23            INVESTIGATOR SIMPSON:  -- of actually working
24   some of these cases before the word came down that you
25   couldn't do it anymore?
```

US 032981

```
 1              OFFICER HUFFAKER:  Yes, sir.
 2              INVESTIGATOR SIMPSON:  And when I say "the
 3   word came down," it's my understanding that you were --
 4   your chief and other chiefs in this county kind of had a
 5   meeting with the DA and the DA indicated they weren't
 6   gonna prosecute anymore.
 7              OFFICER HUFFAKER:  So -- yeah.  We're --
 8   you're -- you're speaking specifically about marijuana,
 9   but, yeah.  I also attended that -- that conference.  I
10   think it's called a symposium.
11              INVESTIGATOR SIMPSON:  Right.
12              OFFICER HUFFAKER:  And that was January of
13   2017.
14              INVESTIGATOR SIMPSON:  Right.
15              OFFICER HUFFAKER:  So that was kind of the
16   official -- Jill, our DA, basically said it doesn't
17   matter -- in essence, it doesn't matter if it's -- it's
18   illegal for marijuana, because we're not gonna prosecute
19   anymore, because we only take cases that are gonna get
20   us convictions in the end at a jury trial.  And with the
21   legal -- people aren't gonna care that it's more than an
22   ounce, so we're done doing prosecutions.
23              INVESTIGATOR SIMPSON:  So, meaning --
24              OFFICER HUFFAKER:  Basically --
25              INVESTIGATOR SIMPSON:  -- it's gonna be legal
```

US 032982

```
 1  January 2018 because of Prop 64?
 2          OFFICER HUFFAKER:  Yeah.  It -- it had -- it
 3  was legal, and they already had pretty much said it's
 4  legal.  But the -- we know that, you know, it's like
 5  saying, essentially, you can have a beer, but if you
 6  have a six-pack, it's -- it's illegal out of a six-pack.
 7          INVESTIGATOR SIMPSON:  Right.
 8          OFFICER HUFFAKER:  That's kind of what they
 9  said.
10          INVESTIGATOR SIMPSON:  Yeah.
11          OFFICER HUFFAKER:  But we don't care if you
12  have a six-pack, so that's fine.
13          INVESTIGATOR SIMPSON:  Gotcha.
14          OFFICER HUFFAKER:  So that was kind of the
15  word that came down from -- there is no more marijuana.
16          INVESTIGATOR SIMPSON:  And that came through
17  your chief's office or through your commander's and --
18          OFFICER HUFFAKER:  That relayed to me.
19          MR. BUFFINGTON:  -- [inaudible] I mean, he
20  said he was at the symposium when he was told that.
21          OFFICER HUFFAKER:  Yeah.  And it -- it -- it
22  was more that was the DA's stance.  And then Sergeant
23  Tatum's the person who told me that we're not focusing
24  on marijuana anymore.
25          INVESTIGATOR SIMPSON:  Right.  So you heard it
```

US 032983

1    through the chain of command?

2            OFFICER HUFFAKER:  However he heard it.  I'm

3    not gonna speak directly who told him.

4            INVESTIGATOR SIMPSON:  Okay.  Okay.  All

5    right.  Now, from the time that that all stopped, and --

6    and -- and I don't have a specific date, but it appears,

7    even from looking at the overtime records, that you guys

8    stopped doing that kind of stuff around February of

9    2017?

10           OFFICER HUFFAKER:  So I believe -- yeah.

11   That -- that sounds accurate.  January -- I know we had

12   a couple cases.

13           INVESTIGATOR SIMPSON:  Uh-huh.

14           OFFICER HUFFAKER:  I believe those were before

15   that symposium.  February -- going back to your

16   schooling -- they actually sent me and Sergeant Tatum to

17   a class for -- the DA was hosting in San Francisco, and

18   it was called operation jetway.  And it was a

19   DEA-specific interdiction class that all -- anyone who

20   does interdiction with the DEA needs to possess that

21   certificate.  And that was something that the special

22   agent in charge, Ryan Sebold from the DEA local office

23   recommended that we go to.  And then that's why we

24   submitted to go to it.  And our -- I'm not sure which

25   commander it was, but they approved us to go to it.

US 032984

```
 1  That was in February.
 2          INVESTIGATOR SIMPSON:  Okay.  Now that's
 3  important to me.  So, in January, the chiefs have a
 4  meeting with the DA --
 5          OFFICER HUFFAKER:  Uh-huh.
 6          INVESTIGATOR SIMPSON:  -- and a decision is
 7  made amongst the chiefs and the DA that we aren't gonna
 8  do this marijuana interdiction anymore?
 9          MR. BUFFINGTON:  That misstates testimony he
10  just gave.  He said there was a symposium, and then he
11  was later told by his sergeant that -- that they weren't
12  gonna do any more --
13          OFFICER HUFFAKER:  That -- that wasn't a
14  chiefs' meeting that I'm referring to.  That was Jill
15  basically saying, this is our new stance.
16          INVESTIGATOR SIMPSON:  No.  I -- I understand
17  that.  What I'm saying is, I've been told that there was
18  a January meeting of the county chiefs --
19          OFFICER HUFFAKER:  Okay.
20          INVESTIGATOR SIMPSON:  -- and the DA, and at
21  that January meeting, the DA made it plain, no more
22  interdiction prosecution on marijuana cases.
23          OFFICER HUFFAKER:  Uh-huh.
24          INVESTIGATOR SIMPSON:  And the chiefs told the
25  DA, okay, we understand.  We're not gonna do any more
```

US 032985

```
 1   interdiction for marijuana.  That's my information.
 2            OFFICER HUFFAKER:  That you're telling me;
 3   yeah.
 4            INVESTIGATOR SIMPSON:  And then you learn from
 5   Jacy --
 6            OFFICER HUFFAKER:  Uh-huh.
 7            INVESTIGATOR SIMPSON:  -- that, okay, here's
 8   what happened, and we're kind of out of the business of
 9   interdiction on marijuana right now; right?  But the
10   following month, you're telling me that your
11   department -- somebody on your department --
12            OFFICER HUFFAKER:  Uh-huh.
13            INVESTIGATOR SIMPSON:  -- approved you and
14   Jacy to go off to a DEA course on interdiction?
15            OFFICER HUFFAKER:  Yup.  That was in February.
16            INVESTIGATOR SIMPSON:  That was in February.
17   And it was after you were told by your sergeant --
18            OFFICER HUFFAKER:  Uh-huh.
19            INVESTIGATOR SIMPSON:  -- that there wasn't
20   gonna be any more interdiction?
21            OFFICER HUFFAKER:  I believe so.
22            MR. BUFFINGTON:  Well, for marijuana.
23            INVESTIGATOR SIMPSON:  For marijuana.
24            OFFICER HUFFAKER:  For marijuana.  Yeah.
25   Yeah.  I believe so.
```

US 032986

```
 1              INVESTIGATOR SIMPSON:  Okay.
 2              OFFICER HUFFAKER:  But -- yeah, that does
 3    sound right.  I don't know about the chiefs' meeting
 4    you're referring to.
 5              INVESTIGATOR SIMPSON:  No, I know -- I know
 6    you don't.
 7              OFFICER HUFFAKER:  Yeah.
 8              INVESTIGATOR SIMPSON:  I know you don't.  All
 9    right.  Now, between the time that you guys stopped
10    doing this --
11              OFFICER HUFFAKER:  Uh-huh.
12              INVESTIGATOR SIMPSON:  -- and December of
13    '17 --
14              OFFICER HUFFAKER:  Uh-huh.
15              INVESTIGATOR SIMPSON:  -- were you ever
16    involved with any meetings with any of the commanders --
17    the three commanders?
18              OFFICER HUFFAKER:  Uh-huh.
19              INVESTIGATOR SIMPSON:  You got Taylor and --
20              OFFICER HUFFAKER:  Bates and Johnson.
21              INVESTIGATOR SIMPSON:   -- Bates and Johnson.
22    Were you ever involved in a conversation with any one of
23    them, or all of them, about you guys getting back into
24    interdiction, but doing it on the federal level so that
25    these cases could be prosecuted on the federal level --
```

US 032987

1   level, outside of the district attorney's office?
2           OFFICER HUFFAKER:  I was involved in
3   conversations.  So I'm an officer.  The -- how all the
4   breakdown, I'm not sure how it -- things would play out.
5   But I was involved in conversations getting us back,
6   enabled to do it in any -- in any way, shape, or form.
7   So there was conversations where, you know, we -- me and
8   Jacy would talk, and just he would pitch ideas to the
9   chief about, let's just let us go back out and not focus
10  on marijuana anymore, but we could still focus on the
11  other kind of drugs that are out there, contraband,
12  weapons, et cetera.  I know those happened several
13  times.
14          INVESTIGATOR SIMPSON:  So you were present
15  when -- when --
16          OFFICER HUFFAKER:  I -- I wasn't in those
17  meetings with the chief.  But I'll -- I'll get -- I'll
18  round about to your answer.  So then we were constantly
19  trying to get back out there somehow, and we -- we
20  wanted to make a difference.  We're -- we're cops.  We
21  like working narcotics, and it was a good thing to have.
22  And people -- the people that were on the team enjoyed
23  it, and everyone else, they wanted to be on the team --
24  the new guys coming on board.  It's -- you know, it's
25  what people want to do.

US 032988

1          So we're trying to kind of build this as

2    something -- especially with our lack of ability to

3    retain people, we've -- we've had some struggles.  I

4    don't want to go too far, but a lot of people are

5    leaving our agency, going to other places because of

6    lack of specialties, amongst other reasons.  Some of

7    it's accountability, but this was a way that we pitched,

8    hey, you know, we're talking -- we're good friends, so

9    we're going, listen, it's -- it's a collateral

10   assignment.

11          It's not a specialty, so you don't need an

12   extra body or two to go over here to work.  It's -- you

13   do it -- you can do it on your days off.  So we

14   constantly were coming up with ideas of how to get us

15   back to work.

16          INVESTIGATOR SIMPSON:  Focusing on --

17          OFFICER HUFFAKER:  Getting back.

18          INVESTIGATOR SIMPSON:  -- things other than

19   marijuana?

20          OFFICER HUFFAKER:  Exactly.  Going back to

21   doing any kind of interdiction, whatever -- whatever

22   they would allow us to do.  So to tie into that, let's

23   see, this would have been June of '17.  No.  I believe

24   it was June of -- June of '16, I believe.  We're on a

25   traffic stop in Cloverdale, me, and another officer, and

US 032989

```
 1    a -- a person comes up -- it's -- it ended up being DEA
 2    Agent Ryan Sebold.  And he introduced himself, says, I
 3    hear a lot about you guys.  I want to work together.
 4    Okay.  Well, my sergeant's actually up here working as
 5    well.  So he ends up getting ahold of Jacy, sees him
 6    later, and they kind of start this conversation of, hey,
 7    you guys are good at interdiction.  We want you -- how
 8    can we get -- make this work?  So this long time to
 9    take --
10            INVESTIGATOR SIMPSON:  It's been going on
11    since June of '16?
12            OFFICER HUFFAKER:  I believe it was '16.  So
13    that gets us all the way to that -- the reason we went
14    to that DEA school in February after, you know, they
15    kind of said, no more marijuana.  And then,
16    specifically, a couple times I recall -- not full
17    meetings, but talking to Commander Johnson, asking if
18    there's a way we could go back out, kind of
19    lighthearted.
20            INVESTIGATOR SIMPSON:  So it was at that time
21    Johnson -- was Johnson the team leader at that time,
22    not -- not Taylor?
23            OFFICER HUFFAKER:  I -- I don't recall.  And I
24    don't want to guess.
25            INVESTIGATOR SIMPSON:  Okay.
```

US 032990

```
 1              OFFICER HUFFAKER:  But the most specific date
 2    I can give you is on November 21st of last year.  So I'm
 3    on one fire engine -- I was working fire.  Jacy and
 4    Officer Casey Quinn on the other engine.  So we all end
 5    up at the main station together, and they're talking
 6    with Commander Bates in Commander Bates' office.
 7              INVESTIGATOR SIMPSON:  The main station, you
 8    mean the police department?
 9              OFFICER HUFFAKER:  Yes.  Exactly.  So they're
10    talking, and I sit down, start to listen to what they're
11    talking about.  Same kind of ideas of we got to get this
12    team together.  We're losing people.  There was two more
13    people in the process going to the sheriff, you know,
14    and there's -- so there's still fighting the struggle
15    of, like, we can't retain people.
16              So we're explaining to him once again,
17    collateral duty, we don't need the bodies.  People do it
18    on overtime.  It's -- it's a good way to keep people
19    happy, to get them exposure to narcotics, to feel like
20    they're in a specialty, because we have this yo-yo
21    effect of putting in this COPS unit and then taking it
22    back, and just pulling motors, putting them back.
23    Just -- we're like, it's the perfect one to do.  But it
24    has to happen now.
25              So most things go through channels where it's
```

US 032991

1  like, okay, well, we'll put that on the docket.  We'll
2  talk it at the next supervisors' meeting, which are
3  supposed to happen every month, but they don't.  From
4  that point, I think it had been maybe September it --
5  was the last one.  They had no meeting in October, no
6  meeting in November.  So Jacy says this -- you know, or
7  I -- I can't recall -- this can't wait.  This has to
8  happen now, because -- and I remember Jacy saying
9  something along these lines, if this could just keep one
10 body from going, how -- how are we not gonna try?
11           So I ended up telling Commander Bates -- I
12 said, hey, I'll be honest, mine and Jacy's passion is
13 narcotics.  It's what we want to do.  And we're looking
14 at applying to go to sheriff.  And he's -- you know, I
15 -- I -- I really like Mike.  I've known him since, you
16 know, I've been --
17           INVESTIGATOR SIMPSON:  Mike?
18           OFFICER HUFFAKER:  Mike Bates; sorry.
19           INVESTIGATOR SIMPSON:  Okay.
20           OFFICER HUFFAKER:  I really like him.  But,
21 you know, it's -- it's not an easy decision for us to
22 make, but it's something we're -- we're definitely
23 looking at -- at -- into.  Like, we might leave.  We
24 might go there, because we -- you have that ability
25 there.  We don't have any -- any drug enforcement in our

US 032992

1   town at all.

2           INVESTIGATOR SIMPSON:  Are you talking about

3   to -- to -- to --

4           OFFICER HUFFAKER:  To Sonoma County.

5           INVESTIGATOR SIMPSON:  -- Sonoma County

6   Sheriff?

7           OFFICER HUFFAKER:  Yeah.  Which is the same

8   place a lot of other officers have gone in the last

9   couple years.  So, you know, Mike's kind of -- talks to

10  us a little more about that, and -- and end result is,

11  you know -- and Aaron -- and Aaron Johnson came and went

12  in this meeting as well.  End result, we leave, and

13  they're -- they kind of put the stance of, like, we're

14  gonna see what we can do.  So --

15          INVESTIGATOR SIMPSON:  Let me ask you a

16  question.

17          OFFICER HUFFAKER:  Yes, sir.

18          INVESTIGATOR SIMPSON:  You're having this

19  conversation with Bates?

20          OFFICER HUFFAKER:  Yup.

21          INVESTIGATOR SIMPSON:  And -- and Johnson's in

22  and out of that conversation?

23          OFFICER HUFFAKER:  Yeah.  It's --

24          INVESTIGATOR SIMPSON:  Where's Taylor?  He's

25  the team leader.

US 032993

```
 1              OFFICER HUFFAKER:  I don't know where he was.
 2    I don't know.  I was assigned to fire.
 3              INVESTIGATOR SIMPSON:  Okay.
 4              OFFICER HUFFAKER:  Bates -- they all have an
 5    open-door policy.  Bates is typically who I would go
 6    talk to.  It's just an idea.  We can -- you know,
 7    they're not shy about us approaching them and spitting
 8    ideas to them or stopping in their offices.  I don't
 9    recall where Taylor was that day, I'll be honest.
10              INVESTIGATOR SIMPSON:  Do you recall Sergeant
11    Tatum ever telling you that he had talked personally to
12    the chief on several occasions trying to get this thing
13    rolling again, and even suggested that you be working
14    under some kind of federal program versus --
15              OFFICER HUFFAKER:  Yes, sir.
16              INVESTIGATOR SIMPSON:  -- county or city?
17              OFFICER HUFFAKER:  I -- I know that Jacy had
18    told me he'd talked to the chief about it before.  Me
19    and Jacy are very good friends, and we both -- both have
20    the same kind of mindset.  So we're both, you know,
21    trying to find ways to get us out there.  He's obviously
22    the sergeant, so I'm not the one going out and pitching
23    ideas.
24              INVESTIGATOR SIMPSON:  Sure.
25              OFFICER HUFFAKER:  It's -- it's, you know, the
```

US 032994

1   chain of command.

2          INVESTIGATOR SIMPSON:  Did he tell you what

3   the results of those meetings were?

4          OFFICER HUFFAKER:  Yeah.  The -- we're not

5   talking about November 21st, but the previous ones.

6          INVESTIGATOR SIMPSON:  Right.

7          OFFICER HUFFAKER:  Not -- nothing came of

8   fruition.  But --

9          INVESTIGATOR SIMPSON:  Did -- did he give you

10  any explanation of why the chief didn't want to do it?

11         OFFICER HUFFAKER:  No.  Not that I -- I can

12  recall, and nothing I can tell you specifics.

13         INVESTIGATOR SIMPSON:  Okay.

14         OFFICER HUFFAKER:  Other than I know they --

15  they were noes in the end.  But -- so back to

16  November 21st, I leave, go on with the rest of my day.

17  That night, I get a phone call from Commander Bates, and

18  he basically tells me, it's happening.  Kind of in

19  essence makes it seems like what we were pitched today

20  of this immediate need to get this team back in action

21  and adding people to it was -- was a go.  So --

22         INVESTIGATOR SIMPSON:  Let me -- let me stop

23  you a second --

24         OFFICER HUFFAKER:  Sure.

25         INVESTIGATOR SIMPSON:  -- 'cause you're very

US 032995

```
 1   specific on the date, aren't you?
 2           OFFICER HUFFAKER:  Yeah.  Well, it's the
 3   day -- it was the last day I worked before I went on
 4   Thanksgiving break.  Because that -- well, I'll let you
 5   catch up, but...
 6           INVESTIGATOR SIMPSON:  So that evening after
 7   your meeting with Bates --
 8           OFFICER HUFFAKER:  After that meeting, he
 9   called me.
10           INVESTIGATOR SIMPSON:  He calls you and tells
11   you it's a go?
12           OFFICER HUFFAKER:  He didn't say -- I'm not
13   saying quotes.  I'm not saying that.  But he -- I
14   remember him -- something along the lines of, it's
15   happening.  We -- we caught him on a good day.
16   Something kind of along those lines.
17           INVESTIGATOR SIMPSON:  Meaning the chief?
18           OFFICER HUFFAKER:  Yeah.
19           INVESTIGATOR SIMPSON:  That's what you took it
20   to mean?
21           OFFICER HUFFAKER:  That's -- that's what I
22   took it to mean was it made it seem like it -- it -- the
23   team is -- is gonna be operational and we're back in
24   business.
25           INVESTIGATOR SIMPSON:  Okay.
```

US 032996

1          OFFICER HUFFAKER:  And in addition to that --
2    at the firehouse, we always have dinners together, not
3    always, but a lot of the times we have dinners together.
4    So the same two guys, Quinn and Jacy were on the
5    other -- on the other engine.  So we're all having
6    dinner together, so they tell me that they got -- they
7    later went to another meeting, and I guess what happened
8    was Commander Bates, Commander Johnson went in Victoria
9    Perrault, our HR director -- and then Chief Masterson
10   were all in there.  They basically said -- and in -- in
11   essence, Jacy and Joe are looking at leaving.  And
12   Victoria said something about, we -- we can't lose more
13   people.  The chief kind of said, well, what if they're
14   bluffing?  Bates kind of pushed through, said --
15          INVESTIGATOR SIMPSON:  He said what?  What?
16          OFFICER HUFFAKER:  Well, what if they're
17   bluffing?  What if -- what if they're not leaving?
18          INVESTIGATOR SIMPSON:  Oh, bluffing.  Okay.
19          OFFICER HUFFAKER:  You know, 'cause we're
20   saying, hey, we need this team or, you know, we're -- we
21   might -- we might leave.  So he says, well, what if
22   they're bluffing?  And -- and I recall -- this is, you
23   know, through the steps back to me, but something along
24   the lines of, we can't take that risk, or what if
25   they're not -- something -- we just need to accept --

US 032997

1   accept it.  So during the dinner between Jacy and Quinn
2   and me, we're talking about it, and it seems like it's
3   good, because they said, we got to get the ball rolling.
4   We got to move quick.  We've got to make -- this has to
5   happen, you know, get -- not get out there, but
6   something along the lines of, before the chief changes
7   his mind, we need to -- we need to make this happen.
8   Like, we need to get this team -- so I'm like, okay,
9   awesome.  So --
10           INVESTIGATOR SIMPSON:  What did you need to do
11  to make it happen?
12           OFFICER HUFFAKER:  What do you mean?
13           INVESTIGATOR SIMPSON:  Did anybody tell you
14  what you needed to do to make it happen?
15           OFFICER HUFFAKER:  Me specifically, no.  I
16  knew that this was a grant coming from -- that Ryan
17  Sebold -- some sort of a DEA grant that was gonna fund
18  us to go out and work interdiction.  That's what I was
19  told -- or drug suppression, something along those
20  lines.  So --
21           INVESTIGATOR SIMPSON:  Did anyone give you the
22  impression -- or did you ever form the impression that
23  this grant was a done deal, that it was in place and you
24  guys were ready to go?
25           OFFICER HUFFAKER:  I recall Jacy talking about

US 032998

1  that the money just had to get transferred and that

2  Aaron -- since it's, you know, chain of command -- but

3  this wasn't the business level -- this was commander

4  level -- Aaron would work out the currency, a -- how

5  that would play out from that point, and then we were

6  good.  So that was November 21st.  November 22nd, we're

7  driving with my wife up to our in-laws' cabin for

8  Thanksgiving, and I'm just ecstatic.  I'm like a little

9  kid.  We're going back to work.  It's good.  Best time

10  of my career, and we get to do it again.  Back to doing

11  drug suppression.  Just thrilled.

12          I'm telling -- you know, I told a couple of

13  officers, hey, it's gonna happen -- or it's happening.

14  I even send to Casey Quinn -- because he was there for

15  all of it.  I sent him my hero sheet.

16          INVESTIGATOR SIMPSON:  Now, is Casey part of

17  the team?

18          OFFICER HUFFAKER:  He was not.

19          INVESTIGATOR SIMPSON:  [Inaudible] wants to

20  be?

21          OFFICER HUFFAKER:  He wants to be.  And he's

22  not -- he's not -- he wasn't on -- on the -- any of

23  the -- the former guys on the team.  So I say, hey,

24  you're gonna need this -- obviously, they're gonna have

25  some sort of way to do it -- you know, an interview or

US 032999

```
 1   something that adds more guys to our team.
 2             INVESTIGATOR SIMPSON:  So --
 3             OFFICER HUFFAKER:  [Inaudible].
 4             INVESTIGATOR SIMPSON:  This is kind of a --
 5             OFFICER HUFFAKER:  So here's -- here's --
 6             INVESTIGATOR SIMPSON:  Get ready?
 7             OFFICER HUFFAKER:  Here's a hero sheet, get
 8   ready, build your facts, build your stuff, and that
 9   way -- like, I'll teach you how to do all your search
10   point stuff.  We'll hit the ground running, just so I --
11   and that's dated on --
12             INVESTIGATOR SIMPSON:  December 2nd?
13             OFFICER HUFFAKER:  -- December 2nd.  So I'm
14   like, we're good.  Things are happening.  So that was
15   the most specific point where we're now told we -- we
16   can work again.  That's how -- my -- my impression that
17   I was given, and I was thrilled.
18             INVESTIGATOR SIMPSON:  And you were given that
19   impression by Commander Bates?
20             OFFICER HUFFAKER:  Commander Bates with the
21   phone call, as well as Jacy and Quinn relaying all that
22   information they had heard from that meeting that
23   Commander Bates, Commander Johnson, Victor -- Victoria,
24   and the chief were all in.  So all that passed to me,
25   coupled with a phone call from Bates, kind of like
```

US 033000

```
 1   saying, I -- and I -- I don't -- you know, it's hard to
 2   remember specifics, you know, quote stuff that far back.
 3   But given the impression to me like, it's happening, and
 4   then hearing all this other stuff it's, like, done deal.
 5   We're -- we're in business.  We're working.
 6           INVESTIGATOR SIMPSON:  And -- and I can
 7   understand why you're pumped.  Are you still waiting to
 8   hear the final finale that the money's in place and
 9   ready to go?
10           OFFICER HUFFAKER:  No.  Our -- our department
11   for -- especially for, like, the interdiction stuff,
12   there's not -- there's very rarely any emails, you know,
13   like when they said, no marijuana, there was no email to
14   me.  I've never seen -- I've never seen one.  When they
15   said initially, we're good to go, never -- never an
16   email back then.  When this program started with Jacy,
17   you know, shagging beat calls and jumping on the
18   highway, never really an email saying, this is gonna
19   happen.
20           At a certain point, we were told, you can't
21   work beyond Highway 12, which is about five miles north
22   of our city, verbal.  From when we were allowed to go
23   back to work beyond that, verbal.  We're not a -- we're
24   not an email heavy department.  We're a face-to-face
25   communication kind of -- so once -- once I'm told from
```

US 033001

```
 1  all that information, that we're allowed to -- we're
 2  allowed to work, and the team's a go, especially with
 3  us, you know, putting importance on, like, this is --
 4  needs to be immediate, this can't be -- wait for the
 5  next supervisor's meeting, because, honestly, the -- the
 6  next supervisor's meeting, that ever happened, I think,
 7  was just last month.  So -- so they never got to the
 8  supervisor meeting.  That's why we pressed so hard.  No
 9  supervisor's meeting.  Get this approved.  We need to go
10  to work.
11          INVESTIGATOR SIMPSON:  Am -- am I wrong to
12  make the assumption that when you went to work on
13  12/5/17, you and Jacy --
14          OFFICER HUFFAKER:  Uh-huh.
15          INVESTIGATOR SIMPSON:  -- that you felt that
16  everything was approved and legitimate and that you were
17  gonna get paid for that?
18          OFFICER HUFFAKER:  Yeah.  Nope.  I -- and
19  I've -- I assumed everything was done.  Like I said, I'm
20  not command staff.  I refer -- I -- this is more kind of
21  the business level stuff.  But for them to kind of give
22  us that overwhelming impression, and then what is that,
23  about two weeks later I'm like, you know, we're good.
24  And why would you not think that, when they kind of go
25  like, we need results, we got to act fast before chief
```

US 033002

1  changes his mind.  Jacy, as a sergeant in the unit in
2  the past, would always have to turn in -- I don't know
3  if he had to or he just did, but he submit stats --
4          INVESTIGATOR SIMPSON:  Uh-huh.
5          OFFICER HUFFAKER:  -- this month we did this,
6  this month we did this.  So why -- you can't -- you
7  can't get approved, and then write, you know, four
8  weeks, zero stats, nothing -- nothing to show for it.
9  But thanks for the -- thanks for the faith in us, you
10 know.  So we're -- we thought we're -- everything was
11 approved and we're good to go, as far as I knew.  I knew
12 that the money was gonna be transferred -- or it had --
13 had been transferred.  That's kind of all that I was
14 relayed.  So when Jacy talked to me, I assumed we're
15 good to work.
16          INVESTIGATOR SIMPSON:  Well, as -- as you
17 know, there's not really a question here that on
18 December the 5th, you guys made the stop on that guy,
19 Zeke Flatten.
20          OFFICER HUFFAKER:  Oh, E -- I think it was
21 Ezekial; correct?
22          INVESTIGATOR SIMPSON:  Ezekial.
23          OFFICER HUFFAKER:  Okay.
24          INVESTIGATOR SIMPSON:  Prior to that -- a few
25 days prior to -- on December --

US 033003

1          OFFICER HUFFAKER:  Uh-huh.

2          INVESTIGATOR SIMPSON:  -- I'm told that you

3  and Jacy --

4          OFFICER HUFFAKER:  Yup.

5          INVESTIGATOR SIMPSON:  -- had gone out to do

6  some surveillance --

7          OFFICER HUFFAKER:  Correct.

8          INVESTIGATOR SIMPSON:  -- up in the same area?

9          OFFICER HUFFAKER:  Correct.

10          INVESTIGATOR SIMPSON:  He couldn't remember

11  whether it was the 1st and the 2nd or the 1st and the

12  3rd or something.  But it was a couple days you went

13  out --

14          OFFICER HUFFAKER:  Yes.

15          INVESTIGATOR SIMPSON:  -- doing the same

16  thing.  You just didn't contact --

17          OFFICER HUFFAKER:  Sound --

18          INVESTIGATOR SIMPSON:  -- anyone.

19          OFFICER HUFFAKER:  Sounds accurate.

20          INVESTIGATOR SIMPSON:  And that you did so in

21  unmarked cars.  One of them, I think he said, was a

22  white Chevy Impala, detective car.

23          OFFICER HUFFAKER:  Uh-huh.

24          INVESTIGATOR SIMPSON:  And the -- he also said

25  that the day you stopped Ezekial Flatten, you guys were

US 033004

```
 1   driving with Sergeant Matzen's car --
 2           OFFICER HUFFAKER:  Yes.
 3           INVESTIGATOR SIMPSON:  -- which is the -- the
 4   black --
 5           OFFICER HUFFAKER:  Black.
 6           INVESTIGATOR SIMPSON:  -- marked Explorer?
 7           OFFICER HUFFAKER:  Yup.
 8           INVESTIGATOR SIMPSON:  Okay.  Can you tell me
 9   what led you to go to that area looking for a white
10   Mercedes Benz SUV?
11           OFFICER HUFFAKER:  Yeah.
12           INVESTIGATOR SIMPSON:  What was that?
13           OFFICER HUFFAKER:  So Sergeant Tatum has been
14   narc -- like, his career's been very narcotic-focused.
15   He's been a cop, I want to say, about 14 years.  Since
16   early on, he got into narcotics, he's developed
17   informants.  He's very good at what he does.  He has --
18   so, we all know, like, police work, you can -- you can
19   try -- you can try your hardest, but if you have the
20   edge, you take the edge.  So he had a tip from some CI
21   of his that said that there was someone -- I believe it
22   was like a -- a white male, 30s, driving either a white
23   Mercedes SUV or, like, a Honda Accord, like, a bluish
24   colored one moving a lot of heroin and/or cocaine, and
25   they were coming out of kind of the San Jose, Oakland
```

US 033005

1    area, traveling up, I recall -- or going to, like, our

2    casino in town here, and then kind of the Sonoma County

3    area, and then actually heading up farther up -- as far

4    as supposedly to Arcata/Eureka area.

5            So, based on our training, experience, if

6    you're gonna try to pick out one car, are you gonna pick

7    out a car that's gonna be in the middle of, you know,

8    say, I-5 in LA, where there's more cars than anything?

9            INVESTIGATOR SIMPSON:  Uh-huh.

10           OFFICER HUFFAKER:  Or are you gonna use what

11   you can to eliminate it down?  So --

12           INVESTIGATOR SIMPSON:  Sure.

13           OFFICER HUFFAKER:  -- if you know someone's

14   gonna be traveling to a -- a destination, why deal with

15   all the fluff of the local commute?  Get to a point

16   where it's actually -- it's a dedicated trip.

17           INVESTIGATOR SIMPSON:  Sure.

18           OFFICER HUFFAKER:  So we chose to go up back

19   to that area so we could conduct surveillance for this

20   vehicle, because it's gonna be a lot less day-to-day

21   traffic, and it's gonna be more people who, like -- once

22   you pass --

23           INVESTIGATOR SIMPSON:  Makes perfect sense.

24           OFFICER HUFFAKER:  -- here, you're -- you're a

25   lot less likely to have -- see a lot of traffic.  So

US 033006

```
 1   that's specifically why we're up in that area.
 2             INVESTIGATOR SIMPSON:  All right.  Do you
 3   know -- do you know the location of Squaw Rocks?
 4   It's -- it's a formation of rocks that --
 5             OFFICER HUFFAKER:  I was told it was called
 6   Apache Rocks.
 7             INVESTIGATOR SIMPSON:  Oh, okay.  Well --
 8             OFFICER HUFFAKER:  But I don't -- I don't --
 9             INVESTIGATOR SIMPSON:  Where -- where Squaw
10   has jumped off into the river, whatever that -- I don't
11   know.  But that's where this -- you guys were is up in
12   that area, I guess; right?
13             OFFICER HUFFAKER:  I would -- it's probably
14   south of that.  So, like, typically, we would be in the
15   area of -- you come up Cloverdale, you go up -- are you
16   from around here or no?
17             INVESTIGATOR SIMPSON:  I -- I know a little
18   bit of the area.
19             OFFICER HUFFAKER:  Okay.  There's a big grade
20   that goes up to -- right out of Cloverdale, big grade
21   goes up, comes down, and then at that point, there's a
22   little bit of a straight away, and that's kind of the
23   county line area.  And then you can -- you used to be
24   able to turn around.  So --
25             INVESTIGATOR SIMPSON:  How --
```

US 033007

```
 1            OFFICER HUFFAKER:  -- now --
 2            INVESTIGATOR SIMPSON:  -- far is that from
 3   Geyserville?
 4            OFFICER HUFFAKER:  Well, Geyserville is a ways
 5   back, because Geyserville's on the south side of
 6   Cloverdale.  So it's a ways up there.  But then this
 7   last year, they've built this whole divide -- concrete
 8   divide in the middle of the road, which eliminates that
 9   ability to turn around right there, like we used to be
10   able to.
11            INVESTIGATOR SIMPSON:  So is Geyserville in --
12   in Sonoma County?
13            OFFICER HUFFAKER:  Yeah.  Uh-huh.  So off of
14   101, farthest north.
15            INVESTIGATOR SIMPSON:  Your stop was in
16   Mendocino County?
17            OFFICER HUFFAKER:  Our stop was -- yeah,
18   somewhere near the Mendocino County line area.
19            INVESTIGATOR SIMPSON:  Okay.  All right.  So
20   you have this -- you've got Sergeant Tatum --
21            OFFICER HUFFAKER:  Uh-huh.
22            INVESTIGATOR SIMPSON:  -- who's got an
23   informant, who's telling him that kind of stuff.
24            OFFICER HUFFAKER:  Yes, sir.
25            INVESTIGATOR SIMPSON:  Does he get ahold of
```

US 033008

```
 1   you and say, let's go work this?
 2           OFFICER HUFFAKER:  Yeah.  He -- so he told me
 3   about it, 'cause with our ability to go back and work
 4   hard dope cases, this lined up perfectly.  This is
 5   something that'd be great to get the program success
 6   right off the bat.  He -- I don't recall if he called me
 7   or texted me or whatever, or we're face-to-face, but he
 8   told me about it -- and we said, perfect, this -- this
 9   could be the one that -- you know, if we get this and
10   start -- start this, and then make this case, that's
11   what's gonna solidify this team, and we can continue on.
12   Because once people see results, they're happy.  But if
13   you don't show anything, obviously people aren't happy.
14   They don't like to waste money.  So --
15           INVESTIGATOR SIMPSON:  So by solid five, you
16   mean prove yourself?
17           OFFICER HUFFAKER:  Yeah.  So if -- if we can
18   build this case up and make -- and make an arrest out of
19   it -- or if -- if it's a case that we can build, and
20   then it ends up we turn it over to the DEA and they make
21   it -- a case out of it, they make the arrest, it's just
22   looks good that this team is making an impact.
23           INVESTIGATOR SIMPSON:  And -- and as far as
24   you were concerned, this was all a done deal, approved,
25   the money was in place, you were gonna get paid?
```

US 033009

```
 1              MR. BUFFINGTON:  Objection.  That's not what
 2   he said.  He said before that it was -- that he -- his
 3   understanding was it -- that it was either there -- or
 4   was gonna be there -- the money.
 5              INVESTIGATOR SIMPSON:  So you didn't know
 6   whether the money's in place or not?
 7              OFFICER HUFFAKER:  I didn't know if the money
 8   was in place or not.
 9              INVESTIGATOR SIMPSON:  Do you know --
10              OFFICER HUFFAKER:  Because --
11              INVESTIGATOR SIMPSON:  -- if anybody
12   specifically approved you to go that day, the 5th or the
13   1st or the 2nd, to go out and work interdiction on your
14   day off?
15              OFFICER HUFFAKER:  No.  Other than --
16              INVESTIGATOR SIMPSON:  Anybody from the city?
17              OFFICER HUFFAKER:  Other than my sergeant, I
18   don't -- I don't -- I don't know.  But --
19              INVESTIGATOR SIMPSON:  Okay.
20              OFFICER HUFFAKER:  -- our past practices,
21   we've -- we don't ask.
22              INVESTIGATOR SIMPSON:  You just go?
23              OFFICER HUFFAKER:  In two -- the two years I
24   did interdiction, they gave us a lot of free reign.
25   They gave an overtime budget.  They said, you go to
```

US 033010

1    work.  We came back with cases.  They were happy.  They

2    gave us specific -- you know, once we're using the

3    general fund for overtime, they gave us specifically,

4    like, $40,000 continue working.  And -- whatever --

5    whatever days worked for our schedules, we worked.

6             INVESTIGATOR SIMPSON:  So -- so a guy could

7    work every -- every day off he had without getting any

8    approval, he could just go to work for overtime?

9             OFFICER HUFFAKER:  Yup.

10             INVESTIGATOR SIMPSON:  Really?

11             OFFICER HUFFAKER:  The only -- it was

12    through -- through Sergeant Tatum.  So if you wanted to

13    work, you could work.

14             INVESTIGATOR SIMPSON:  When you go to work --

15             OFFICER HUFFAKER:  Uh-huh.

16             INVESTIGATOR SIMPSON:  -- on the

17    interdictions --

18             OFFICER HUFFAKER:  Uh-huh.

19             INVESTIGATOR SIMPSON:  -- is that different

20    than going to work if you're working for the police

21    department, to the point that you don't have to log on

22    to CAD showing you're working?

23             OFFICER HUFFAKER:  So if you don't have a -- a

24    CAD computer in your car, you obviously can't log on.

25             INVESTIGATOR SIMPSON:  Do you call?

US 033011

1          OFFICER HUFFAKER:  You could, but -- so part
2    of working CIs, if you -- so I've seen this several
3    times.  If you call and tell dispatch what you're doing,
4    dispatch puts you on Code 5.  And then when you make a
5    traffic stop, say two hours later, and then you call and
6    say, hey, we're on a traffic stop now, the entire CAD
7    log is gonna show that started, say, at -- at noon, and
8    then you made a traffic stop at 12:15.  So all that
9    information is -- what's it called --
10         INVESTIGATOR SIMPSON:  Well, it's
11   memorialized.
12         OFFICER HUFFAKER:  It's -- it's memorialized,
13   but the defense gets all that.  So let's -- let's just
14   say, hypotheticals here, you arrested a drug dealer at
15   2:15, his defense pulls -- pulls all the records he can.
16   He sees that for two hours and fifteen minutes you were
17   doing a Code 5 on this guy.  So --
18         INVESTIGATOR SIMPSON:  On this roadway?
19         OFFICER HUFFAKER:  On that roadway or -- or
20   whatever the area.  They're not gonna clue in that
21   something is up, but you were specifically looking for
22   that person.  So a lot of times when you're working
23   cases like that, if -- especially if you're doing -- you
24   know, for lack of better word, the leapfrog, you grab a
25   guy with a little bit of dope, give me somebody better,

US 033012

1  right.  Well, when he -- that phone call goes out, and

2  then that guy says, yeah, I can meet you at, say,

3  Wal-Mart, can you drive us to Wal-Mart?  He gets

4  arrested.  He looks back at it -- the Code 5 time versus

5  the time of arrest, and there's a phone call, you put

6  CIs in danger.  So you don't do that.

7           Like, what -- you do whatever you have to do,

8  protect -- protect CIs, or else we will never have CIs.

9  And CIs give us tons of information that make arrests

10 happen.

11          INVESTIGATOR SIMPSON:  However, in reviewing

12 phone calls from other interdictions, when your team was

13 in place and operating, there were many phone calls made

14 to the department to notify them you were on a traffic

15 stop and to run the suspects in the car?

16          OFFICER HUFFAKER:  Yeah.  And, typically, on

17 those ones, that would be because we were arresting

18 someone at that point.

19          INVESTIGATOR SIMPSON:  Or maybe you didn't

20 arrest them, you were thinking of arresting them; right?

21          OFFICER HUFFAKER:  Typically, those ones, it

22 would be our traffic stop was done, and those person --

23 the case -- the case is done, you -- it's like case

24 number, run to 26, run to 28, and you're done.  And you

25 can get the return to see if there -- you know,

US 033013

```
 1   sometimes if you need probation or something, you need a
 2   new car, but sometimes it would go the other way.
 3            INVESTIGATOR SIMPSON:  'Cause your radios
 4   don't work --
 5            OFFICER HUFFAKER:  No.
 6            INVESTIGATOR SIMPSON:  -- very well out of
 7   town, do they?
 8            OFFICER HUFFAKER:  Not at all, no.
 9            INVESTIGATOR SIMPSON:  Okay.  So phone is
10   really only communication.
11            OFFICER HUFFAKER:  Yeah.  Phones are only way
12   it -- talk.
13            INVESTIGATOR SIMPSON:  So, basically, what I'm
14   hearing -- and correct me if I'm wrong -- is that it has
15   been -- it has been a practice -- a common practice for
16   the interdiction team members to not log on to CAD, and
17   to just get in the car and go do your thing.  Am I
18   right?
19            OFFICER HUFFAKER:  So what I said was if
20   there's a CAD, we have the ability to log on.  If
21   there's not, then we obviously don't.  And the phone
22   calls typically were made when we were arresting someone
23   and making a case and then documenting the plate, the
24   person, and getting a case number.
25            INVESTIGATOR SIMPSON:  Okay.  Is it possible
```

US 033014

1  for a interdiction officer like yourself, you go there
2  to pick up your car, start your workday and
3  interdiction, and to walk into dispatch and say, log me
4  on?
5          OFFICER HUFFAKER:  If you want to go up to the
6  third floor and tell them that, but then there's a
7  difference between when you're doing interdiction in a
8  marked car, specifically going for enforcement, versus
9  when you're trying to do surveillance.  That's why I was
10  explaining to you about --
11          INVESTIGATOR SIMPSON:  Right.
12          OFFICER HUFFAKER:  -- certain steps you take
13  to avoid to protect your CIs.
14          INVESTIGATOR SIMPSON:  So, past practice
15  has -- has been that not everybody logs onto the CAD
16  system showing they're working.  So there are Rohnert
17  Park Department of Public Safety employees out in the
18  field performing law enforcement functions and the radio
19  doesn't know they're out there, admin doesn't know
20  they're out there, the supervisor for the shift day may
21  not know they're out there?
22          OFFICER HUFFAKER:  Yup.
23          MR. BUFFINGTON:  Objection.  Objection.
24          INVESTIGATOR SIMPSON:  You're [inaudible]; is
25  that correct?

US 033015

```
 1              MR. BUFFINGTON:  Objection.  Can you speak for
 2    other people and what they've done?
 3              OFFICER HUFFAKER:  I can speak exactly for the
 4    COPS team.  That's exactly what they would do.
 5              INVESTIGATOR SIMPSON:  The COPS team,
 6    meaning --
 7              OFFICER HUFFAKER:  Our -- our COPS unit;
 8    Community --
 9              INVESTIGATOR SIMPSON:  So that's exactly what
10    they do?
11              OFFICER HUFFAKER:  They -- they would wear
12    plain clothes.  They would drive around in unmarked
13    vehicles.  And when they eventually switched over to --
14    from whatever they were doing to contacting someone,
15    they would either get on the radio or -- I don't know if
16    they got on their cell phones.  I'm not gonna guess.
17    But I specifically know that they would say, dispatch
18    would get mad, because they're like, you're not logged
19    on.  They're like, well, log me on, because now I'm
20    on -- I'm on -- I'm on something.  So it does happen.
21              INVESTIGATOR SIMPSON:  All right.  Would you
22    tell me about the car stop on the 5th, how it went
23    down -- I mean, I know why you're up there.
24              OFFICER HUFFAKER:  Okay.
25              INVESTIGATOR SIMPSON:  Who's driving your car?
```

US 033016

```
 1    You're in -- you're in Sergeant Matzen's --
 2              OFFICER HUFFAKER:  Yup.  Me and --
 3              INVESTIGATOR SIMPSON:  -- car; right?
 4              OFFICER HUFFAKER:  Me and Sergeant Tatum are
 5    in Sergeant Matzen's car.  I don't recall who was
 6    actually driving during that point.  When we would be up
 7    there, we would switch off back and forth driving.  So I
 8    don't actually know -- you know, I can't picture if I
 9    got out of the passenger side of the car or if I got out
10    of the driver's side.  But we ended up seeing a vehicle
11    that matched the description for what we were looking
12    for, their whole surveillance purpose being up there,
13    pretty likely match, Oakland paper plate on it.  And the
14    guy went by the -- speeding.  So unable to work with
15    everything from that to ID off of a -- like, a Oakland
16    dealer plate of some kind, a paper plate, not like a --
17              INVESTIGATOR SIMPSON:  Right.
18              OFFICER HUFFAKER:  -- specific dealer, we --
19    like, to contact him for the traffic violation.  I don't
20    know if I or Sergeant Tatum contacted him first at the
21    passenger side of the car, but we ended up talking to
22    him.  And then having him exit the vehicle, based on the
23    overwhelm -- overwhelming odor of marijuana coming from
24    inside.
25              INVESTIGATOR SIMPSON:  Do you recall being the
```

US 033017

1    person who removed the first box of contraband from the
2    car and opening it with a knife, crouched down behind
3    the car?
4            OFFICER HUFFAKER:  I don't recall if that was
5    me or not.
6            INVESTIGATOR SIMPSON:  Do you recall ever
7    removing any boxes from the suspect car?
8            OFFICER HUFFAKER:  I know that two boxes were
9    taken out.  I don't recall if I physically moved them or
10   if it was Sergeant Tatum.
11           INVESTIGATOR SIMPSON:  Are you aware that the
12   property receipt -- or property report and the police
13   report indicate that you were the collecting officer?
14           OFFICER HUFFAKER:  Okay.  Yup.
15           INVESTIGATOR SIMPSON:  But you don't remember
16   being the collecting officer?
17           OFFICER HUFFAKER:  So when -- when you run --
18           MR. BUFFINGTON:  He said -- yeah.  Go ahead.
19           OFFICER HUFFAKER:  Yeah.
20           MR. BUFFINGTON:  Go ahead.
21           OFFICER HUFFAKER:  If -- if I'm the finder, we
22   both -- we both found it, or it's -- you know, if the
23   two of you grabbed this reporter, you both -- it's --
24   you don't know it's here, and you both find it, you both
25   are the people -- person who found contraband; right?

US 033018

 1             INVESTIGATOR SIMPSON:  Okay.

 2             OFFICER HUFFAKER:  Only one person's gonna end

 3   up writing a report.  But it doesn't really matter

 4   you -- you found that or if he found that.

 5             INVESTIGATOR SIMPSON:  So it's okay for the

 6   person who actually physically takes the property into

 7   the evidence room to log it in under another person's

 8   name as collector?

 9             OFFICER HUFFAKER:  So, are you saying I'm the

10   collector?

11             INVESTIGATOR SIMPSON:  Yeah.  Tatum took the

12   evidence to the evidence locker and logged it in,

13   showing you as the collector.

14             MR. BUFFINGTON:  As the finder.

15             OFFICER HUFFAKER:  I was the finder.

16             INVESTIGATOR SIMPSON:  Collector.

17             OFFICER HUFFAKER:  Oh, I'm sorry.

18             MR. BUFFINGTON:  I don't -- do you recall that

19   being -- do you recall ever seeing that?

20             OFFICER HUFFAKER:  No, I don't recall.

21             MR. BUFFINGTON:  Would it refresh your

22   recollection to see a copy of whatever --

23             OFFICER HUFFAKER:  Yeah.

24             MR. BUFFINGTON:  -- report that says that?

25             INVESTIGATOR SIMPSON:  Oh, where'd I put that

US 033019

```
 1   one?  It's in the -- there's an evidence tag on the box
 2   that were placed on there by Tatum at the time he logged
 3   them in.
 4            OFFICER HUFFAKER:  Okay.
 5            INVESTIGATOR SIMPSON:  They -- they show you
 6   as the collector.
 7            OFFICER HUFFAKER:  Okay.
 8            INVESTIGATOR SIMPSON:  It shows collection
 9   date of the 18th.
10            OFFICER HUFFAKER:  Okay.
11            INVESTIGATOR SIMPSON:  And I understand why
12   that says the 18th.
13            OFFICER HUFFAKER:  Okay.
14            INVESTIGATOR SIMPSON:  So is -- is that
15   something that happens frequently, where you guys worked
16   this case together and just because Jacy's the one that
17   took it down there, he still lists you as the collector?
18            OFFICER HUFFAKER:  Hold on one second.  I just
19   want to look at everything, if I may --
20            INVESTIGATOR SIMPSON:  Oh, sure.
21            OFFICER HUFFAKER:  -- before I make
22   assumptions.  All that -- all that mean -- it just shows
23   that I collected it.  So maybe in his -- I -- you know,
24   it's gonna be speculation.  That's the best as I can
25   say.  That has happened -- that does happen in the past
```

US 033020

1   though.

2           INVESTIGATOR SIMPSON:  Okay.  Well, I -- I

3   just want you to be aware that --

4           OFFICER HUFFAKER:  Uh-huh.

5           INVESTIGATOR SIMPSON:  -- you're listed as the

6   person collecting evidence in this case --

7           OFFICER HUFFAKER:  Okay.

8           INVESTIGATOR SIMPSON:  Okay -- when you were

9   there at the scene.

10          OFFICER HUFFAKER:  Uh-huh.

11          INVESTIGATOR SIMPSON:  Do you remember seeing

12  what was in any of the boxes?

13          OFFICER HUFFAKER:  Yeah.  It was processed

14  marijuana bud, and those -- and two cardboard boxes that

15  were in the back.

16          INVESTIGATOR SIMPSON:  And how was it

17  packaged?

18          OFFICER HUFFAKER:  They were in box, but they

19  appeared to be a pound of processed bud in a turkey bag.

20          INVESTIGATOR SIMPSON:  Okay.  And did -- in

21  your presence, did you ever see anybody count how many

22  bags were in each box?

23          OFFICER HUFFAKER:  No, we didn't count in the

24  field.  It wasn't -- you know, so it's obviously more

25  than -- so, to get back -- let me back up a little bit

US 033021

1    to explain it.  But this is being taken as found
2    property.  During the traffic stop, the guy, he won't --
3    he says it's not his.  He says all these belong to these
4    individual farmers, won't provide phone numbers, won't
5    provide any contact information for them.  Proceeds to
6    tell us -- it's kind of a evasive story of he's going to
7    Oakland or he's going to Santa Cruz or he's going to a
8    warehouse, and he's gonna bring them down.  But they're
9    samples.  But then he's bringing them back.  None of it
10   makes sense, right.  I understand you used to be a cop,
11   correct?  You know when someone's obviously being
12   deceitful.
13          INVESTIGATOR SIMPSON:  Of course.
14          OFFICER HUFFAKER:  So when you're not honest
15   and upfront and forthcoming with information, it makes
16   our job a little bit more difficult; right?  So we
17   try -- we talk to him, what about this, what about --
18   he's like -- won't give us anything to work with.  So he
19   tells us the -- that that is not his.  That's what he
20   tells us.  Those aren't mine.  They're samples.  Story
21   doesn't make any sense.  Okay.  Fine.
22          So, we have an obligation to not allow you to
23   possess anything that's not yours.  So it's taken as
24   found property.  But we don't have the habit of counting
25   it -- counting out stuff in the field.  It's just -- why

US 033022

```
 1  put yourself in that situation, because who knows if
 2  there's -- for our safety some -- other car that's
 3  tailing him that now is -- our backs are turned and
 4  we're counting out however many bags there are -- we get
 5  killed --
 6              INVESTIGATOR SIMPSON:  Do you know --
 7              OFFICER HUFFAKER:  -- when it -- when it
 8  doesn't make a difference, because you can just count it
 9  later on.
10              INVESTIGATOR SIMPSON:  Do you know --
11              OFFICER HUFFAKER:  It's not gonna change it.
12              INVESTIGATOR SIMPSON:  If you counted later
13  on.
14              OFFICER HUFFAKER:  I believe Sergeant Tatum
15  counted it because he later told me, it's about 30
16  pounds.
17              INVESTIGATOR SIMPSON:  So it's about 30
18  pounds?
19              OFFICER HUFFAKER:  Uh-huh.
20              INVESTIGATOR SIMPSON:  So he didn't say how
21  many bags there where.  He just said it was about 30
22  pounds worth?
23              OFFICER HUFFAKER:  I don't recall him saying
24  bags.  No.
25              INVESTIGATOR SIMPSON:  These -- it's not real
```

US 033023

1  clear in these pictures, but the boxes you just looked

2  at --

3          OFFICER HUFFAKER:  Uh-huh.

4          INVESTIGATOR SIMPSON:  -- with marijuana in

5  it --

6          OFFICER HUFFAKER:  Uh-huh.

7          INVESTIGATOR SIMPSON:  -- those appear to the

8  be the boxes that you took out of the car.

9          OFFICER HUFFAKER:  No.  Those are different

10 ones.

11         INVESTIGATOR SIMPSON:  Okay.  Those are from

12 the evidence?

13         OFFICER HUFFAKER:  Those are evidence boxes.

14         INVESTIGATOR SIMPSON:  Okay.

15         OFFICER HUFFAKER:  Yeah.  That they ask us to

16 put everything in.

17         INVESTIGATOR SIMPSON:  Did you take a picture

18 with your cell phone of the driver of the car?

19         OFFICER HUFFAKER:  No, sir.

20         INVESTIGATOR SIMPSON:  Did you take a picture

21 of his driver's license?

22         OFFICER HUFFAKER:  No, sir.

23         INVESTIGATOR SIMPSON:  Did you take a picture

24 of the paper plate?

25         OFFICER HUFFAKER:  No, sir.

US 033024

1            INVESTIGATOR SIMPSON:  Take a picture of the
2    evidence inside the car?
3            OFFICER HUFFAKER:  Nope.
4            INVESTIGATOR SIMPSON:  Did you ever use your
5    cell phone to -- to do a records check on that driver of
6    the car?
7            OFFICER HUFFAKER:  Nope.
8            INVESTIGATOR SIMPSON:  Do you remember having
9    any direct conversation with the driver of the car?
10           OFFICER HUFFAKER:  I do remember talking to
11   him, yeah.
12           INVESTIGATOR SIMPSON:  What were you talking
13   to him about?
14           OFFICER HUFFAKER:  I explained to him a lot
15   about the legal way to transport marijuana without --
16   coming changes, how what he was doing appeared to be
17   black market -- he was involved in black market
18   marijuana.  And the lack of documentation, you know,
19   like the lack of a transportation document showing, I'm
20   taking a -- I'm taking this from a to b on this date, we
21   told him those are available online -- just a lot more
22   of an educational speech to him to basically -- you need
23   to do this right the next time, and here's kind of
24   the -- the pathway to get there.
25           INVESTIGATOR SIMPSON:  Well, since you brought

US 033025

1    up educational -- did you ever inform him that you were

2    working for the ATF?

3            OFFICER HUFFAKER:  No.

4            INVESTIGATOR SIMPSON:  Did you ever give him

5    a -- some kind of a spiel about how marijuana is taking

6    over California like cigarettes?

7            OFFICER HUFFAKER:  No, sir.

8            INVESTIGATOR SIMPSON:  Okay.  Did you -- does

9    this driver of this car ever show you any licensing or

10   any -- anything that showed he was a business owner?

11           OFFICER HUFFAKER:  He showed me a Excel

12   spreadsheet on his computer that just listed strains of

13   marijuana.  So not -- nothing of what you're saying.

14           INVESTIGATOR SIMPSON:  Strains of marijuana?

15           OFFICER HUFFAKER:  Yeah.  So there's a -- you

16   know, I'm not sure how familiar you are with marijuana,

17   but there's all different types.

18           INVESTIGATOR SIMPSON:  Right.

19           OFFICER HUFFAKER:  And they're referred to as

20   strains.  So it was just an Excel sheet that just showed

21   the strain -- like, just different kinds.  So not -- not

22   a valid document that would prove anything one way or

23   the other.  He did, I recall, have some sort of a -- I

24   don't know if it's a permit or something for, like, a

25   marijuana hash load extraction permit out of, I believe,

US 033026

```
 1   like, Humboldt County or somewhere up there.  And he
 2   showed me that.
 3           INVESTIGATOR SIMPSON:  But he never claimed to
 4   be a business owner?
 5           OFFICER HUFFAKER:  He --
 6           MR. BUFFINGTON:  Objection.  First off, let
 7   me -- that's leading.
 8           INVESTIGATOR SIMPSON:  I -- I don't --
 9           MR. BUFFINGTON:  It's not [inaudible].
10           INVESTIGATOR SIMPSON:  I'll change the
11   question.  Did he ever claim to be a business owner?
12           MR. BUFFINGTON:  There you go.  Now you're
13   getting it.
14           OFFICER HUFFAKER:  Not -- not that I recall.
15           INVESTIGATOR SIMPSON:  Okay.  And if he did,
16   it could have been to Tatum, you didn't overhear it?
17           MR. BUFFINGTON:  Objection.  Calls for
18   speculation.
19           INVESTIGATOR SIMPSON:  You never heard him
20   claim to be a business owner?
21           OFFICER HUFFAKER:  I don't recall him stating
22   he was a business owner.
23           INVESTIGATOR SIMPSON:  Okay.
24           OFFICER HUFFAKER:  However, he -- he could
25   have been.  I don't know.
```

US 033027

```
 1                 INVESTIGATOR SIMPSON:  Okay.
 2                 OFFICER HUFFAKER:  But my focus was those two
 3     boxes of marijuana, which -- what -- whatever he --
 4     business he had or whatever he was doing, he had no
 5     proof that that was any part of -- if he had a business,
 6     worked for a business, or did not, all that stuff
 7     [inaudible].
 8                 INVESTIGATOR SIMPSON:  He -- he [inaudible]?
 9                 OFFICER HUFFAKER:  Yeah.
10                 INVESTIGATOR SIMPSON:  Do you recall how many
11     boxes were in the car, total boxes?
12                 OFFICER HUFFAKER:  Total boxes?
13                 INVESTIGATOR SIMPSON:  Yeah.
14                 OFFICER HUFFAKER:  I couldn't speculate, no.
15     It was definitely more than two.  There's the two of the
16     processed marijuana bud we were focusing on, and he also
17     had a large quantity of contra -- concentrated cannabis.
18                 INVESTIGATOR SIMPSON:  And how was that
19     packaged?
20                 OFFICER HUFFAKER:  They're in, like, jars with
21     labels on them, kind of like -- not super professional
22     looking labels, but, like, decent quality.
23                 INVESTIGATOR SIMPSON:  And were they contained
24     in some of the other boxes?
25                 OFFICER HUFFAKER:  In the other boxes?  Not
```

US 033028

```
 1   like the -- the two processed boxes.
 2            INVESTIGATOR SIMPSON:  Not the two -- not the
 3   two --
 4            OFFICER HUFFAKER:  No.  They were in items in
 5   the front.  And I can't recall if they were in a box or
 6   if they were in a -- it's kind of like a -- what would
 7   you call it -- like, a flat -- I -- I don't recall
 8   exactly how they were.
 9            INVESTIGATOR SIMPSON:  Did you ever open any
10   of those other boxes, other than the two containing the
11   marijuana buds?
12            MR. BUFFINGTON:  Are you asking if he,
13   himself?
14            INVESTIGATOR SIMPSON:  Yeah.
15            MR. BUFFINGTON:  Okay.
16            OFFICER HUFFAKER:  I don't recall opening
17   them.
18            INVESTIGATOR SIMPSON:  Do -- did you ever see
19   sergeant Tatum opening those boxes?
20            OFFICER HUFFAKER:  I don't recall him opening
21   them, and that's -- and I -- I don't want to speculate.
22   But I think that's why I could tell they were jars.  I
23   think they were more on, like, that flat of a thing
24   or -- maybe it was a box that was open.  And I was
25   looking down, but I -- I can't recall exactly, and I
```

US 033029

```
 1   don't want to --
 2             INVESTIGATOR SIMPSON:  Okay.
 3             OFFICER HUFFAKER:  I don't want to guess for
 4   you, sir.
 5             INVESTIGATOR SIMPSON:  That's -- that's fine.
 6   Highway Patrol arrive on the scene?
 7             OFFICER HUFFAKER:  Yes, sir.
 8             INVESTIGATOR SIMPSON:  How long were they
 9   there?
10             OFFICER HUFFAKER:  Just a couple minutes,
11   probably.
12             INVESTIGATOR SIMPSON:  Did you have a
13   conversation with either one of the CHP officers?
14             OFFICER HUFFAKER:  No, sir.  I was still
15   talking with Ezekial.  I recall kind of waving to them,
16   and then -- it was still when I was explaining kind of
17   the educational portion of it with Ezekial.  So I don't
18   think I actually -- I might have said hi or something,
19   but I didn't go over and have any sort of extended
20   conversation with them.
21             INVESTIGATOR SIMPSON:  Did you overhear any
22   conversation that Sergeant Tatum had with them?
23             MR. BUFFINGTON:  Objection.  Assumes facts not
24   in evidence, that Sergeant Tatum had a conversation with
25   them.
```

US 033030

```
 1              INVESTIGATOR SIMPSON:  Sergeant Tatum said he
 2    had a conversation with them during his interview and
 3    that he mentioned to them that you were working on
 4    federal overtime, and he made a comment about a federal
 5    grant.  Did you overhear that?
 6              OFFICER HUFFAKER:  No, sir.
 7              INVESTIGATOR SIMPSON:  Okay.
 8              OFFICER HUFFAKER:  They're -- they were parked
 9    a little far -- far back, and I was having my own
10    conversation at that time.
11              INVESTIGATOR SIMPSON:  Did you ever see one of
12    the CHP officers come up to the suspect's car and look
13    inside of it?
14              OFFICER HUFFAKER:  No.  I -- I think they were
15    at their car the whole time.
16              INVESTIGATOR SIMPSON:  Okay.  So never
17    handled -- you never saw them handle any boxes that were
18    removed from the suspect's --
19              OFFICER HUFFAKER:  I don't think so, no.
20              INVESTIGATOR SIMPSON:  Okay.  From the time of
21    the car stop until the time the -- Mr. Flatten was
22    released, how long do you think you were there?
23              OFFICER HUFFAKER:  Total time?
24              INVESTIGATOR SIMPSON:  Yeah.
25              OFFICER HUFFAKER:  Maybe 10 to 12 minutes,
```

US 033031

1    maybe something like that.  I -- that's kind of hard to
2    guess.
3            INVESTIGATOR SIMPSON:  Do you recall whether
4    you put the two boxes that were taken from his car into
5    your car, or did Sergeant Tatum?
6            OFFICER HUFFAKER:  I don't recall, sir.
7            INVESTIGATOR SIMPSON:  Okay.  When you were
8    ready to leave, do you recall getting into the driver's
9    seat or the passenger's seat?
10            OFFICER HUFFAKER:  I don't know.  No.
11            INVESTIGATOR SIMPSON:  Okay.  When you did
12    leave, the car stop was made southbound on 101?
13            OFFICER HUFFAKER:  Correct.
14            INVESTIGATOR SIMPSON:  When you did leave, do
15    you recall going northbound on 101?
16            OFFICER HUFFAKER:  I don't recall which way we
17    went, no.
18            INVESTIGATOR SIMPSON:  Do you recall where you
19    went after the car stop -- immediately after the car
20    stop?
21            OFFICER HUFFAKER:  No, I don't.
22            INVESTIGATOR SIMPSON:  The car stop was made
23    in the vicinity of 1300 hours -- 1330ish hours.  Do you
24    recall what time you -- you got back here to Rohnert
25    Park?

US 033032

```
 1              OFFICER HUFFAKER:  No, sir.
 2              INVESTIGATOR SIMPSON:  Do you know if you got
 3   back when it was still light?
 4              MR. BUFFINGTON:  If you find yourself
 5   guessing, then --
 6              OFFICER HUFFAKER:  I -- I -- I don't want to
 7   guess.  I don't know.
 8              INVESTIGATOR SIMPSON:  So you don't know
 9   whether it was light or dark?  Okay.  Did you unload the
10   boxes from the car?
11              OFFICER HUFFAKER:  No, sir.
12              INVESTIGATOR SIMPSON:  Do you know who did?
13              OFFICER HUFFAKER:  I believe it would be
14   Sergeant Tatum.
15              INVESTIGATOR SIMPSON:  You didn't see him
16   unload them?
17              OFFICER HUFFAKER:  I don't recall.
18              INVESTIGATOR SIMPSON:  Do you know where the
19   two boxes of marijuana was stored?
20              OFFICER HUFFAKER:  Based on -- yeah.  So he
21   must have been -- probably was the 18th that you're
22   referring to.  He either called me or texted me or --
23              INVESTIGATOR SIMPSON:  No.  I'm referring to
24   December the 5th.
25              MR. BUFFINGTON:  He's trying to --
```

US 033033

1    OFFICER HUFFAKER:  Oh, gotcha.  You already
2  covered that earlier, I believe.
3    INVESTIGATOR SIMPSON:  Just -- no, December
4  the 5th --
5    OFFICER HUFFAKER:  Uh-huh.
6    INVESTIGATOR SIMPSON:  -- when you returned to
7  Rohnert Park --
8    OFFICER HUFFAKER:  Yes, sir.
9    INVESTIGATOR SIMPSON:  -- do you know where
10  the boxes of marijuana were placed?
11    OFFICER HUFFAKER:  No, I don't.
12    MR. BUFFINGTON:  Did you later learn?
13    OFFICER HUFFAKER:  Yes.
14    MR. BUFFINGTON:  That's what he's trying to
15  explain to you --
16    OFFICER HUFFAKER:  Oh.
17    MR. BUFFINGTON:  -- Terry, is what he later
18  learned.
19    INVESTIGATOR SIMPSON:  When -- when did you
20  later learn?
21    OFFICER HUFFAKER:  I'm -- I'm guessing that it
22  was the 18th when they were booked in that Tatum let me
23  know that he forgot about them and he booked them in
24  that day.
25    INVESTIGATOR SIMPSON:  Well, when he said he

US 033034

1    forgot about them, did he tell you where he had left
2    them?
3                OFFICER HUFFAKER:  I believe he said he had
4    left them at the fire station.
5                INVESTIGATOR SIMPSON:  The fire station?
6    Okay.  Did you assist in writing the press release?
7                OFFICER HUFFAKER:  Yeah.  So Jacy came to my
8    house.  We were gonna meet up.  And he said, we -- we're
9    gonna author -- excuse me -- a press release.  So I gave
10   some input to him on how to do it on things that I
11   recalled, so, yes.
12               INVESTIGATOR SIMPSON:  Did you assist in
13   writing the police report?
14               OFFICER HUFFAKER:  I provided him -- I would
15   like my recollections -- I mean, we're -- we're trying
16   to -- you know, this is a police report that's written,
17   I don't know, two months later -- two-plus months later.
18   So, yeah, I -- I recall assisting him with giving some
19   information that I recalled.
20               INVESTIGATOR SIMPSON:  Well, the earliest date
21   that I can put it that the police report was written or
22   worked on was on 2/15.
23               OFFICER HUFFAKER:  Okay.
24               INVESTIGATOR SIMPSON:  Okay.  And it was
25   done --

US 033035

1          OFFICER HUFFAKER:  January -- February --
2    yeah, so --
3          INVESTIGATOR SIMPSON:  -- during -- or via
4    email between your personal email and Jacy Tatum's
5    personal email?
6          OFFICER HUFFAKER:  Okay.
7          INVESTIGATOR SIMPSON:  And then the next
8    tracking of it is when the CAD system is reopened.  The
9    report, it says, reopened by the supervisor.
10          OFFICER HUFFAKER:  Uh-huh.
11          INVESTIGATOR SIMPSON:  And the report is
12    formally transferred into report [inaudible].
13          OFFICER HUFFAKER:  Okay.
14          INVESTIGATOR SIMPSON:  Okay.  You did these
15    things on your personal computer, and in -- one of the
16    emails is actually from your wife's --
17          OFFICER HUFFAKER:  Uh-huh.
18          INVESTIGATOR SIMPSON:  -- your wife's email,
19    with an attachment of that police report.
20          OFFICER HUFFAKER:  Uh-huh.
21          INVESTIGATOR SIMPSON:  Do you know if that
22    police report is still on your wife's computer?
23          OFFICER HUFFAKER:  I have no idea.
24          INVESTIGATOR SIMPSON:  And the press release,
25    did you work on that with him on the emails also; right?

US 033036

```
 1              OFFICER HUFFAKER:  Uh-huh.
 2              INVESTIGATOR SIMPSON:  'Cause I think that --
 3              OFFICER HUFFAKER:  I -- I don't know if I was
 4    in an email form on that one or just verbally, you know,
 5    state -- making statements.
 6              INVESTIGATOR SIMPSON:  Okay.  Did it ever come
 7    to your attention that Ezekial Flatten posted some
 8    scathing remarks about Mendocino County Sheriff and the
 9    Hopland Police Department, and chief -- and Hopland
10    Indian Police and their chief and police corruption, and
11    then wrote a statement all about your stop on the 5th?
12              OFFICER HUFFAKER:  I did not know that he
13    posted anything about that.
14              INVESTIGATOR SIMPSON:  Never read anything
15    like that?
16              OFFICER HUFFAKER:  I never read it, no.
17              INVESTIGATOR SIMPSON:  Did you ever read any
18    articles that were put out by a reporter by the name of
19    Kym Kemp?
20              OFFICER HUFFAKER:  No, sir.
21              INVESTIGATOR SIMPSON:  Are you aware that --
22    that the Public Records Act request has been filed for
23    all documents related to this case?
24              OFFICER HUFFAKER:  That's -- that -- that name
25    doesn't ring a bell.  And I don't -- I don't recall ever
```

US 033037

1  reading an article of hers.  And I don't recall ever

2  reading whatever Ezekial posted either.

3          INVESTIGATOR SIMPSON:  Ezekial -- do you

4  remember Ezekial making any comments about his concern

5  that you guys weren't real cops?

6          OFFICER HUFFAKER:  I remember he -- he made a

7  statement when CHP pulled up -- something about alluding

8  to that -- that he was more comfortable now that they

9  were there -- or something -- I don't -- I don't have a

10  quote, but something along those lines.

11          INVESTIGATOR SIMPSON:  How were you dressed

12  the day of the stop?

13          OFFICER HUFFAKER:  I was wearing my black

14  boots, jeans, it would have either been black or gray

15  t-shirt, a black or gray sweatshirt, a ball cap, and

16  then my typical vest I would wear, like, a tac vest.

17          INVESTIGATOR SIMPSON:  Okay.  And that tac

18  vest -- or what's the other term for them?

19          OFFICER HUFFAKER:  Load bearing.

20          INVESTIGATOR SIMPSON:  Load bearing belts?

21          OFFICER HUFFAKER:  Yup.

22          INVESTIGATOR SIMPSON:  I'm told there's two

23  different types.

24          OFFICER HUFFAKER:  Yeah.

25          INVESTIGATOR SIMPSON:  Of one of them says

US 033038

```
 1   "Police" on the front and back and --
 2              OFFICER HUFFAKER:  Yup.
 3              INVESTIGATOR SIMPSON:  -- in big letters?
 4              OFFICER HUFFAKER:  That's mine.
 5              INVESTIGATOR SIMPSON:  Is that the one you
 6   wear?
 7              OFFICER HUFFAKER:  Yeah.  Big "Police."
 8              INVESTIGATOR SIMPSON:  Yeah.
 9              OFFICER HUFFAKER:  Big -- real --
10              INVESTIGATOR SIMPSON:  I've seen pictures of
11   them from --
12              OFFICER HUFFAKER:  On the back.  Yup.
13              INVESTIGATOR SIMPSON:  -- prior newspaper
14   articles --
15              OFFICER HUFFAKER:  Yup.
16              INVESTIGATOR SIMPSON:  -- for your team.
17              OFFICER HUFFAKER:  Okay.
18              INVESTIGATOR SIMPSON:  And so those vests --
19   that -- that particular vest that says "Police" on the
20   front and back --
21              OFFICER HUFFAKER:  Uh-huh.
22              INVESTIGATOR SIMPSON:  -- does not have
23   shoulder patches?
24              OFFICER HUFFAKER:  No.  'Cause it's -- it's
25   just a vest here.
```

US 033039

```
 1              INVESTIGATOR SIMPSON:  Right.
 2              OFFICER HUFFAKER:  But there's a patch here, I
 3   believe, and then I carry my hard patch on my -- clipped
 4   on my belt.
 5              INVESTIGATOR SIMPSON:  Your hard badge or your
 6   badge?
 7              OFFICER HUFFAKER:  I'm sorry, not patch.
 8   Badge.
 9              INVESTIGATOR SIMPSON:  Okay.  But there's no
10   name tag?
11              OFFICER HUFFAKER:  No.  There's no name tag on
12   that one.
13              INVESTIGATOR SIMPSON:  Okay.  But for -- for
14   the average citizen, as soon as you walk up to them,
15   face-to-face, your badge is visible to them; correct?
16              OFFICER HUFFAKER:  Yeah.  You're -- you know
17   I'm a cop.
18              INVESTIGATOR SIMPSON:  And what's the patch up
19   here?
20              OFFICER HUFFAKER:  It's, like, a Rohnert Park
21   patch.
22              INVESTIGATOR SIMPSON:  Okay.  So if you walked
23   up to me and I didn't know you from Adam, I'm gonna be
24   able to identify that you're -- you work for Rohnert
25   Park and there's your police badge; right?
```

US 033040

```
 1              OFFICER HUFFAKER:  Yeah.  You should.
 2              INVESTIGATOR SIMPSON:  Okay.  Do you have a
 3   gun belt -- traditional gun belt on -- like, you'd wear
 4   in patrol?
 5              OFFICER HUFFAKER:  I either wear a thigh
 6   holster or I -- or the vest actually has the gun on it,
 7   and I don't recall which one I was wearing that day.
 8              INVESTIGATOR SIMPSON:  Okay.  Do you recall
 9   whether Sergeant Tatum was wearing the same kind of vest
10   you were wearing?
11              OFFICER HUFFAKER:  I believe so.
12              INVESTIGATOR SIMPSON:  Okay.  You're not
13   positive.  You believe so?
14              OFFICER HUFFAKER:  Fairly sure.
15              INVESTIGATOR SIMPSON:  You describe your jeans
16   and your t-shirt --
17              OFFICER HUFFAKER:  Uh-huh.
18              INVESTIGATOR SIMPSON:  -- your vest.  Were you
19   wearing a hat with a blacked out flag -- ball cap with a
20   blacked out flag.
21              OFFICER HUFFAKER:  Blacked out flag.
22              INVESTIGATOR SIMPSON:  Yeah.
23              OFFICER HUFFAKER:  No, I don't think so.
24              INVESTIGATOR SIMPSON:  Okay.  Would you --
25   would you say it's fair to describe what you were
```

US 033041

1  wearing the day of the stop as being in full Rohnert
2  Park Police Department or DPS uniform?
3          OFFICER HUFFAKER:  I would say that we were
4  wearing our -- pretty much, like, the approved
5  interdiction outfit.  It's a police uniform.  It's
6  readily apparent that we're officers.
7          INVESTIGATOR SIMPSON:  And it's one that you
8  guys have been wearing for a long time?
9          OFFICER HUFFAKER:  I think so.  We're -- we
10 said -- I probably worked for two years doing it, and I
11 can think of maybe one or two instances that I didn't
12 wear that outfit.
13         INVESTIGATOR SIMPSON:  And -- and you -- you
14 helped author this police report.  And I can show it to
15 you.  It's -- it's right after one of the emails that
16 I --
17         MR. BUFFINGTON:  I'm gonna object as vague as
18 to "author."
19         OFFICER HUFFAKER:  Yeah.  So I wouldn't say
20 "author."
21         INVESTIGATOR SIMPSON:  Did you review it?
22         OFFICER HUFFAKER:  No.  When he submitted it
23 or anything?  No.
24         INVESTIGATOR SIMPSON:  Did you review the one
25 that -- well, the -- the one that you guys were

US 033042

```
 1   exchange -- exchanging on email --
 2             OFFICER HUFFAKER:  Uh-huh.
 3             INVESTIGATOR SIMPSON:  -- you -- you reviewed
 4   that one and helped write it; right?
 5             OFFICER HUFFAKER:  Yeah.
 6             INVESTIGATOR SIMPSON:  Okay.
 7             OFFICER HUFFAKER:  But -- whatever.
 8             INVESTIGATOR SIMPSON:  It's the same --
 9             OFFICER HUFFAKER:  It's the same exact one.
10             INVESTIGATOR SIMPSON:  Yeah.  Especially in
11   this comment.  You exited out of your parked patrol
12   vehicle.  You weren't in a marked patrol vehicle.
13             OFFICER HUFFAKER:  No, we weren't.
14             INVESTIGATOR SIMPSON:  So that's not a correct
15   statement; right?
16             OFFICER HUFFAKER:  No.  It's a mistake.
17             INVESTIGATOR SIMPSON:  I'm gonna try and keep
18   this one really short.
19             OFFICER HUFFAKER:  Okay.
20             INVESTIGATOR SIMPSON:  Okay.  For our benefit.
21   Would -- you have the boxes of buds.
22             OFFICER HUFFAKER:  Uh-huh.
23             INVESTIGATOR SIMPSON:  Okay.  Which you guys
24   refer to as processed marijuana.
25             OFFICER HUFFAKER:  Yes.
```

US 033043

```
 1          INVESTIGATOR SIMPSON:  Then you have what the
 2  report says is hundreds of containers --
 3          OFFICER HUFFAKER:  Uh-huh.
 4          INVESTIGATOR SIMPSON:  Okay -- of marijuana
 5  hash.
 6          OFFICER HUFFAKER:  Okay.
 7          INVESTIGATOR SIMPSON:  Is marijuana hash a
 8  processed form of marijuana?
 9          OFFICER HUFFAKER:  So, you're kind of getting
10  into, like, more of the chemistry side of things.
11          MR. BUFFINGTON:  Explain what your
12  understanding is -- what your understanding is.
13          INVESTIGATOR SIMPSON:  Yeah.  Give me your
14  understanding, 'cause that's --
15          OFFICER HUFFAKER:  Okay.
16          INVESTIGATOR SIMPSON:  -- that's what I'm --
17  that's what I care about.
18          OFFICER HUFFAKER:  Standard -- standard
19  nomenclature for marijuana -- processed marijuana buds
20  is -- so, you know, it's -- it's flower, and then you
21  have a small buds.  They're trimmed up.  That's
22  processed.
23          INVESTIGATOR SIMPSON:  Uh-huh.
24          OFFICER HUFFAKER:  So if it's not trimmed up
25  and it's loose sticks, and there's all the extra stuff,
```

US 033044

```
 1    the leaves, that's unprocessed.  What you're getting to
 2    is more of what you're gonna call it when you run it
 3    through, like, a butane hash oil lab, if you're calling
 4    that processed or a process, that is some sort of a
 5    process.  I could see how your assumption is it -- but
 6    that's not what you refer to when you say processed
 7    marijuana bud.
 8              INVESTIGATOR SIMPSON:  Okay.  So when this
 9    report was written, you --
10              OFFICER HUFFAKER:  Do you mind if I see that?
11              INVESTIGATOR SIMPSON:  Oh -- oh, absolutely.
12    When -- when -- when you're reviewing this or -- or, you
13    know, looking it over, participating in making sure you
14    guys are on the same page or whatever, your
15    understanding -- or your meaning when you use the word
16    processed --
17              OFFICER HUFFAKER:  Uh-huh.
18              INVESTIGATOR SIMPSON:  -- is you're referring
19    only to the marijuana buds?
20              OFFICER HUFFAKER:  Correct.
21              INVESTIGATOR SIMPSON:  All right.
22              OFFICER HUFFAKER:  And then, also, do you have
23    the email that you said I -- I had sent?  Just, I'd like
24    to compare those two.
25              INVESTIGATOR SIMPSON:  Yeah.  I got it
```

US 033045

```
 1   somewhere in the email file.  Take a look at that.
 2              OFFICER HUFFAKER:  Thank you, sir.
 3              INVESTIGATOR SIMPSON:  Okay.  Here's one of
 4   them on the 15th.  That's -- that's the one that Tatum
 5   sent to himself.  All right.
 6              Justin, where's that other one we looked at?
 7              MR. BUFFINGTON:  I have no idea.  Probably
 8   somewhere in that rat's nest that you call a file there.
 9              INVESTIGATOR SIMPSON:  It is a rat's nest.
10   Okay.  This is the February 13th on the press release --
11   I'm gonna put that one over there so you can see that
12   one too.
13              OFFICER HUFFAKER:  Okay.  So that says "press
14   release."
15              INVESTIGATOR SIMPSON:  And the Tristan one was
16   the press release.
17              OFFICER HUFFAKER:  Yeah.  That's this one over
18   here.
19              INVESTIGATOR SIMPSON:  Okay.  I -- I can't
20   find that stupid one for the 15th.
21              OFFICER HUFFAKER:  'Cause I'm just -- I'm just
22   looking this over, and then this stuff kind of you
23   mentioned already -- I think that what I sent to Jacy,
24   from my recollection, stuff --
25              INVESTIGATOR SIMPSON:  What he sent you.
```

US 033046

```
 1              OFFICER HUFFAKER:  Oh, is it what he sent me?
 2              INVESTIGATOR SIMPSON:  Yeah.  And then --
 3              OFFICER HUFFAKER:  And then --
 4              INVESTIGATOR SIMPSON:  -- you just -- I guess
 5   you re -- looked at it or --
 6              OFFICER HUFFAKER:  Well, that's --
 7              INVESTIGATOR SIMPSON:  -- making you aware of
 8   it?
 9              OFFICER HUFFAKER:  It's different.  I'm pretty
10   sure.
11              INVESTIGATOR SIMPSON:  It's -- it's not
12   different.
13              OFFICER HUFFAKER:  This report?
14              INVESTIGATOR SIMPSON:  Yeah.  That's the
15   final.
16              OFFICER HUFFAKER:  Yeah.
17              INVESTIGATOR SIMPSON:  The one that you see is
18   highlighted is final.
19              OFFICER HUFFAKER:  Uh-huh.
20              INVESTIGATOR SIMPSON:  But the ones -- the one
21   thing that didn't change in that is the marked police
22   vehicle.
23              OFFICER HUFFAKER:  Oh, okay.
24              INVESTIGATOR SIMPSON:  And full uniform; okay?
25   The processed marijuana --
```

US 033047

```
 1                OFFICER HUFFAKER:  Uh-huh.
 2                INVESTIGATOR SIMPSON:  -- versus the hash --
 3                OFFICER HUFFAKER:  Uh-huh.
 4                INVESTIGATOR SIMPSON:  -- didn't change.
 5                OFFICER HUFFAKER:  Okay.
 6                INVESTIGATOR SIMPSON:  Okay.  So that -- those
 7   are the two things that I'm -- the thing I'm really,
 8   really concentrated on here and trying to get past --
 9                OFFICER HUFFAKER:  Uh-huh.
10                INVESTIGATOR SIMPSON:  -- and I -- and I think
11   I'm passed it, and that is that, like, Jacy processed
12   marijuana --
13                OFFICER HUFFAKER:  Uh-huh.
14                INVESTIGATOR SIMPSON:  -- to him, and to you,
15   means that the marijuana buds --
16                OFFICER HUFFAKER:  Correct.
17                INVESTIGATOR SIMPSON:  -- not the --
18                OFFICER HUFFAKER:  Not the concentrated.
19                INVESTIGATOR SIMPSON:  -- not the -- not the
20   concentrated.
21                OFFICER HUFFAKER:  That's how we would refer
22   to it as.
23                INVESTIGATOR SIMPSON:  Okay.  And that's the
24   thing I want to get past.
25                OFFICER HUFFAKER:  Okay.
```

US 033048

```
 1              INVESTIGATOR SIMPSON:  All right.
 2              OFFICER HUFFAKER:  No.  I -- no -- no issue
 3  with that.
 4              INVESTIGATOR SIMPSON:  All right.  The
 5  reason -- the reason that I am asking you about that and
 6  trying to get really clear clarification is because the
 7  problem -- or a problem --
 8              OFFICER HUFFAKER:  Uh-huh.
 9              INVESTIGATOR SIMPSON:  -- that I'm trying to
10  address is in the police report, it talks about a total
11  of approximately 30 pounds was located along with
12  several hundred containers of concentrated hash.
13              OFFICER HUFFAKER:  Okay.
14              INVESTIGATOR SIMPSON:  All right.  Down
15  below -- a couple paragraphs down, it says the above
16  items was seized and booked into evidence at the Rohnert
17  Park Department of Public Safety.
18              OFFICER HUFFAKER:  Uh-huh.
19              INVESTIGATOR SIMPSON:  Okay.  The processed
20  cannabis was seized and booked into evidence.  Now, my
21  initial reading of this, and many other people in your
22  administration --
23              OFFICER HUFFAKER:  Uh-huh.
24              INVESTIGATOR SIMPSON:  -- is that you guys
25  took all marijuana from that car, and guess what,
```

US 033049

```
 1   hundreds of containers of processed marijuana never made
 2   it to the evidence room.  Stick with me.
 3              OFFICER HUFFAKER:  Gotcha.
 4              INVESTIGATOR SIMPSON:  Press release --
 5              OFFICER HUFFAKER:  Uh-huh.
 6              INVESTIGATOR SIMPSON:  -- the processed
 7   cannabis was seized and booked into evidence --
 8              OFFICER HUFFAKER:  Uh-huh.
 9              INVESTIGATOR SIMPSON:  -- that went out to the
10   public.
11              OFFICER HUFFAKER:  Yeah.
12              INVESTIGATOR SIMPSON:  So the public thinks
13   you guys seized a bunch of stuff, right?  But it never
14   showed up, because you didn't seize it.
15              OFFICER HUFFAKER:  That's --
16              INVESTIGATOR SIMPSON:  And you didn't seize it
17   because --
18              MR. BUFFINGTON:  Objection.  It misstates
19   evidence, because it says the processed cannabis, which
20   has -- as he said, has a specific definition, which is
21   not the concentrated cannabis oil or concentrated
22   cannabis.
23              INVESTIGATOR SIMPSON:  Okay.  It also says in
24   the press release --
25              OFFICER HUFFAKER:  Uh-huh.
```

US 033050

```
 1            INVESTIGATOR SIMPSON:  -- the driver -- the
 2   officers, during their investigation, determined that
 3   the driver was transporting a large amount of processed
 4   cannabis bud --
 5            OFFICER HUFFAKER:  Uh-huh.
 6            INVESTIGATOR SIMPSON:  -- along with
 7   concentrated cannabis --
 8            OFFICER HUFFAKER:  Uh-huh.
 9            INVESTIGATOR SIMPSON:  -- outside the state
10   and federal guidelines for possessing and transporting
11   cannabis.
12            OFFICER HUFFAKER:  Okay.
13            MR. BUFFINGTON:  Wait.  Wait for the question.
14            INVESTIGATOR SIMPSON:  And then it says down
15   below that, all this was taken was -- seized.
16            OFFICER HUFFAKER:  No.  It says --
17            INVESTIGATOR SIMPSON:  That the stuff didn't
18   show up.
19            MR. BUFFINGTON:  It says the processed --
20            INVESTIGATOR SIMPSON:  The processed
21   cannabis --
22            MR. BUFFINGTON:  -- cannabis.
23            INVESTIGATOR SIMPSON:  -- was seized.
24            MR. BUFFINGTON:  Exactly.
25            INVESTIGATOR SIMPSON:  Okay.
```

US 033051

```
 1              MR. BUFFINGTON:  Not the concentrate.
 2              INVESTIGATOR SIMPSON:  You guys have explained
 3    the difference to me, so you and Tatum -- Tatum,
 4    mainly --
 5              OFFICER HUFFAKER:  Uh-huh.
 6              INVESTIGATOR SIMPSON:  -- you wrote this press
 7    release.  You had the same meaning.  I'm hearing you
 8    said you had the same meaning in this press release that
 9    you had in that police report; is that correct?
10              OFFICER HUFFAKER:  So I did not -- I'm not the
11    one responsible -- or who authored either of those
12    documents.  However, we booked in the processed
13    marijuana buds.
14              INVESTIGATOR SIMPSON:  No, you didn't.
15              OFFICER HUFFAKER:  Sorry.  They were booked
16    in.  We did not take any of the concentrated cannabis.
17              INVESTIGATOR SIMPSON:  Under your name they
18    were booked in.
19              OFFICER HUFFAKER:  I understand that.
20              INVESTIGATOR SIMPSON:  Okay.
21              OFFICER HUFFAKER:  But we did not take any of
22    the concentrated cannabis.  So when you're reading into
23    that -- but in the end, if you take the police report
24    that says, the above items are booked in, and then you
25    look and see what's booked in, that's exactly what --
```

US 033052

```
 1   that's what was booked in.
 2              INVESTIGATOR SIMPSON:  I understand that.  But
 3   I can also read the police --
 4              MR. BUFFINGTON:  Here we go raising your voice
 5   again.
 6              INVESTIGATOR SIMPSON:  We --
 7              MR. BUFFINGTON:  Please have some respect for
 8   my client.
 9              INVESTIGATOR SIMPSON:  I can also understand
10   when it -- when it says, all the above; okay?
11              OFFICER HUFFAKER:  Uh-huh.
12              INVESTIGATOR SIMPSON:  And then I read the
13   press release.  It says, the officers, during the
14   investigation, determined that both these things were
15   outside the federal and state law.  Why didn't you seize
16   the other -- why didn't you seize the pros -- the
17   concentrate?
18              OFFICER HUFFAKER:  So, that's your only
19   question to me is why --
20              INVESTIGATOR SIMPSON:  That's my question.
21              OFFICER HUFFAKER:  Why -- why -- why we didn't
22   seize the concentration cannabis?
23              INVESTIGATOR SIMPSON:  Yeah.
24              MR. BUFFINGTON:  That was a windy road.
25              INVESTIGATOR SIMPSON:  We got there though,
```

US 033053

```
 1   didn't we?
 2           MR. BUFFINGTON:  Not really.
 3           INVESTIGATOR SIMPSON:  Well, as long as I'm
 4   asking the questions, it might take a little longer.
 5           MR. BUFFINGTON:  I'm [inaudible].
 6           INVESTIGATOR SIMPSON:  Why did you not seize
 7   the concentrated cannabis?
 8           OFFICER HUFFAKER:  Because it's our
 9   discretion.
10           INVESTIGATOR SIMPSON:  So you're gonna enforce
11   part of the law, but not the other part?
12           MR. BUFFINGTON:  They enforced the law.
13           OFFICER HUFFAKER:  We enforced the law.  We
14   took the found property that he said didn't belong to
15   him, and we left him with the concentrated cannabis that
16   he had in his vehicle, that he had labeled -- looked
17   semi professionally done, and he had a permit that he
18   was allowed to work with that.
19           INVESTIGATOR SIMPSON:  He had a permit what?
20           OFFICER HUFFAKER:  We talked about the permit
21   earlier, that he has a permit allowed to operate a --
22   some sort of a --
23           INVESTIGATOR SIMPSON:  But not transport it?
24           OFFICER HUFFAKER:  I don't recall what the
25   permit said on there.
```

US 033054

```
 1              INVESTIGATOR SIMPSON:  You said he didn't have
 2   any transportation.
 3              MR. BUFFINGTON:  Well, he said for the
 4   marijuana.
 5              OFFICER HUFFAKER:  For the marijuana --
 6              MR. BUFFINGTON:  That processed --
 7              OFFICER HUFFAKER:  I don't recall.  I don't
 8   recall exactly.
 9              MR. BUFFINGTON:  Misstating -- misstating
10   his --
11              OFFICER HUFFAKER:  Regarding --
12              MR. BUFFINGTON:  -- testimony.  You constantly
13   do that --
14              OFFICER HUFFAKER:  Regarding --
15              MR. BUFFINGTON:  -- regardless, sir.
16              INVESTIGATOR SIMPSON:  Do you see what one of
17   the problems is?
18              OFFICER HUFFAKER:  It seems like there's a
19   clerical error in the report and your interpretation of
20   reading Jacy's report.
21              INVESTIGATOR SIMPSON:  It -- it -- okay.  You
22   want to call it a clerical error.  That's -- that's
23   clerical error's not my problem.  My problem is that
24   there's a press release, there's a police report,
25   there's an assumption that everybody is -- thinks like
```

US 033055

1   you, that processed marijuana is different from

2   concentrated.  And the -- the question is --

3            OFFICER HUFFAKER:  Uh-huh.

4            INVESTIGATOR SIMPSON:  -- we think these guys

5   took all this stuff from this -- Eric -- seized all this

6   stuff, but the other stuff didn't get booked in.  What'd

7   they do with that other stuff?  And now the press is

8   on --

9            OFFICER HUFFAKER:  We left --

10           MR. BUFFINGTON:  Wait.  Wait.  Wait for the

11  question.

12           INVESTIGATOR SIMPSON:  -- and now the press is

13  on it.

14           OFFICER HUFFAKER:  Yeah.

15           INVESTIGATOR SIMPSON:  And -- and we have to

16  be able to answer these questions.  I'm not sitting here

17  accusing you or Jacy of taking the concentrated

18  cannabis.

19           OFFICER HUFFAKER:  Uh-huh.

20           INVESTIGATOR SIMPSON:  You've explained to me

21  why you didn't take it.  I can live with that.  I just

22  want to make sure that I understand your explanation and

23  his explanation, your understanding of the processed,

24  his understanding of processed, and my understanding of

25  processed.

US 033056

```
 1              MR. BUFFINGTON:  But you don't have one, so...
 2              INVESTIGATOR SIMPSON:  So -- so there may --
 3   there may be others that don't understand it.
 4              MR. BUFFINGTON:  How's that his problem?
 5              INVESTIGATOR SIMPSON:  To me -- to me,
 6   processed means any changes to the product.
 7              OFFICER HUFFAKER:  Okay.
 8              INVESTIGATOR SIMPSON:  So -- but okay.  So --
 9              MR. BUFFINGTON:  Well, why don't you ask him
10   where he learned that term.  I mean, that would all be
11   super relevant.  Where'd you -- where'd you learn that
12   term "processed" means bud that's been trimmed down?
13              OFFICER HUFFAKER:  All my training and
14   experience --
15              INVESTIGATOR SIMPSON:  Okay.
16              OFFICER HUFFAKER:  -- are related to
17   marijuana.
18              MR. BUFFINGTON:  Man, jeez.
19              INVESTIGATOR SIMPSON:  Have -- have you heard
20   me swearing during this interview?
21              MR. BUFFINGTON:  Well, you know what --
22              INVESTIGATOR SIMPSON:  Lighten up.  Jason.
23              MR. BUFFINGTON:  It's Justin.  You can't
24   remember my name.
25              INVESTIGATOR SIMPSON:  I can't.
```

US 033057

```
 1            MR. BUFFINGTON:  You --
 2            INVESTIGATOR SIMPSON:  I'm throwing it at you,
 3   Justin.  It's -- calm down, okay, Justin.  It's no big
 4   deal.
 5            MR. BUFFINGTON:  Yeah, it is a big deal.
 6            INVESTIGATOR SIMPSON:  I'm trying to -- I'm
 7   trying to make sure --
 8            MR. BUFFINGTON:  You --
 9            INVESTIGATOR SIMPSON:  -- that we can address
10   the question that these two gentlemen did not steal
11   evidence or found property from that evidence room --
12            MR. BUFFINGTON:  Uh-huh.
13            INVESTIGATOR SIMPSON:  -- or that they kept it
14   and never booked it.  That's what I'm trying to figure
15   out here, and that's what I'm trying to show.
16            MR. BUFFINGTON:  Well, I just -- there's a
17   difference is --
18            INVESTIGATOR SIMPSON:  Okay.
19            MR. BUFFINGTON:  -- is you've really treated
20   my clients with a lot of disrespect today.
21            INVESTIGATOR SIMPSON:  No, I'm not.
22            MR. BUFFINGTON:  [Inaudible] treat them like
23   suspects.  They're not suspects.
24            INVESTIGATOR SIMPSON:  Sometimes I have to,
25   'cause you keep interjecting, Justin.
```

US 033058

1              MR. BUFFINGTON:  No.  You did it without that.
2   You treat them like suspects.  Just be respectful of
3   them.
4              INVESTIGATOR SIMPSON:  You never read the
5   statement that was online by Ezekial?
6              MR. BUFFINGTON:  Asked and answered.
7              INVESTIGATOR SIMPSON:  I'm confirming, you
8   never did that?
9              OFFICER HUFFAKER:  Not that I ever recall.
10             INVESTIGATOR SIMPSON:  Okay.  Good.  Did you
11  know there was a Public Records Act request fired --
12  filed, I guess?
13             OFFICER HUFFAKER:  Is that our -- our -- to
14  our department or --
15             INVESTIGATOR SIMPSON:  Yeah.
16             OFFICER HUFFAKER:  No, I didn't know that.
17             INVESTIGATOR SIMPSON:  Related to this case?
18             OFFICER HUFFAKER:  No.
19             INVESTIGATOR SIMPSON:  Okay.  Have you ever
20  had a conversation with that DEA chief from here that --
21             OFFICER HUFFAKER:  Ryan.
22             INVESTIGATOR SIMPSON:  Yeah.  When Ryan got
23  ahold of you and said, hey, we want you guys to work
24  for -- did you ever have new conversations with him
25  after that about him getting the money and putting it

US 033059

```
 1   together or that -- I mean --
 2            MR. BUFFINGTON:  Objection.  Vague as to when
 3   after that.
 4            INVESTIGATOR SIMPSON:  -- or is that all
 5   Sergeant Tatum that had to do with the money?
 6            MR. BUFFINGTON:  Do you know what money --
 7   what time he's speaking to specifically in time?
 8            INVESTIGATOR SIMPSON:  Well, it would have
 9   been probably somewhere in the neighborhood of
10   November -- September to November.
11            OFFICER HUFFAKER:  No.  I did not have any
12   direct --
13            INVESTIGATOR SIMPSON:  Okay.
14            OFFICER HUFFAKER:  -- contact with him this
15   time.
16            INVESTIGATOR SIMPSON:  Okay.  Did you ever get
17   paid for your work on the interdictions that -- you
18   know, like the Saturday, Sunday?  I mean, the 1st and
19   the 2nd, and then the 5th, the time you spent doing --
20            OFFICER HUFFAKER:  For the surveillance
21   operation?
22            INVESTIGATOR SIMPSON:  Yeah.
23            OFFICER HUFFAKER:  No, I don't believe I did.
24            INVESTIGATOR SIMPSON:  Did you ever ask about
25   it?
```

US 033060

1          OFFICER HUFFAKER:  No.  I didn't until I read
2    the sheet.  Didn't think about it.
3          INVESTIGATOR SIMPSON:  Did you ever turn in a
4    timecard for it -- for the hours worked?
5          OFFICER HUFFAKER:  For those hours worked?
6          INVESTIGATOR SIMPSON:  Yeah.
7          OFFICER HUFFAKER:  No.
8          INVESTIGATOR SIMPSON:  Well, at some point, is
9    that how it's supposed to work?  I mean, you work
10   certain hours.  Who do you turn your time into.
11         OFFICER HUFFAKER:  So me and Sergeant Tatum
12   discussed the payment when we were up there -- or
13   afterwards, of what to put on the timecard, whether it
14   would be patrol overtime, whether it be our interdiction
15   overtime, or whether it would be this new DEA grant.
16   Typically, when we get -- so, like, when a -- allocated
17   those funds for our interdiction overtime, they made a
18   new code, and you have to put that code in.  So we
19   discussed all that.
20         And in the end, we didn't come up with a
21   solution of how to put in for it at that time, and then
22   I -- and then I forget.  And I forget -- I forget to put
23   stuff on my timecard a lot, and it's not the first time.
24   And I know it won't be the last time.
25         INVESTIGATOR SIMPSON:  Well, you had -- you

US 033061

1  didn't have a new code to put in.

2          OFFICER HUFFAKER:  Exactly.  That's what we

3  covered, that they -- they hadn't gaven (sic) us.  Like,

4  payroll makes these codes of, like, when you want

5  something found over here, you have to -- you know, if

6  there's an a, b, c grant, they would make up a code, or

7  if you're doing -- what's it called -- the -- an OTS

8  grant, they -- they make codes so that they can have

9  their bank accounts and go from there.

10          So either when we were up there on that day or

11  afterwards -- I don't recall exactly when we just -- we

12  discussed it.  We don't do our timecards.  Like, you

13  don't come home that day and, you know -- like, if I

14  work today, I write, oh, I worked ten hours today.  It's

15  end of the week or -- in fire -- so we have a weird

16  schedule in fire.  So you work two days on and then four

17  days off.  So it constantly rotates.  So timecards are

18  due on Mondays.  So sometimes I'll fill out several of

19  them all ahead so that when I leave on say -- if I leave

20  Wednesday, then my timecard's there for the next -- so

21  they'd get it the next week.  So sometimes I'd just fill

22  out several ahead.

23          And in the end, between all that talking about

24  it and timecards and hand -- handwriting note, in the

25  end, I realized I must not have put it down.

US 033062

```
 1              INVESTIGATOR SIMPSON:  So it's been three
 2   months since you guys did this work.
 3              OFFICER HUFFAKER:  Uh-huh.
 4              INVESTIGATOR SIMPSON:  And in those three
 5   months, you haven't turned in a timecard?
 6              OFFICER HUFFAKER:  No.  I've turned in
 7   timecards.
 8              INVESTIGATOR SIMPSON:  For -- for this
 9   overtime worked in this case?
10              OFFICER HUFFAKER:  For this workweek or for
11   this overtime?
12              INVESTIGATOR SIMPSON:  The case you did in
13   December.
14              OFFICER HUFFAKER:  Yes, sir.
15              INVESTIGATOR SIMPSON:  Did you turn in a
16   timecard ever since December to now?
17              OFFICER HUFFAKER:  So I'm just trying to
18   clarify your question.  Are you asking if I put the
19   hours down, or if I turned in a timecard at all?
20              MR. BUFFINGTON:  He's asking, did you claim
21   the hours that you --
22              INVESTIGATOR SIMPSON:  Claim the hours on a
23   timecard.
24              OFFICER HUFFAKER:  I don't believe that I did.
25              INVESTIGATOR SIMPSON:  [Inaudible] December
```

US 033063

1   5th.

2              OFFICER HUFFAKER:  I don't believe that I ever

3   did.

4              INVESTIGATOR SIMPSON:  How come?

5              OFFICER HUFFAKER:  Well, as I just explained,

6   in the end, between all of that -- trying to sort it all

7   out and by not logging stuff every day, not coming back

8   and writing down my hours, in the end, I forgot.  If

9   Commander Johnson would have sent the email out and

10  said, hey, guys, you're gonna use OT fed, it probably

11  would have triggered my memory and be like, op, well, I

12  should go put in for those hours.

13             It's not the first -- like, sometimes you

14  forget stuff and you put it on, like, the next week.

15  Like, I've emailed or called Christine Giordano and

16  said, hey, I left, like, 24 hours off of my timecard, or

17  my -- when I was assigned to fire [inaudible] would

18  constantly me and say, hey, you forgot ten hours of

19  overtime for this FSLA overtime.

20             INVESTIGATOR SIMPSON:  On this particular

21  case, you actually were out three days?

22             OFFICER HUFFAKER:  Yes, sir.

23             INVESTIGATOR SIMPSON:  Three different dates?

24             MR. BUFFINGTON:  Wait for a question.

25             OFFICER HUFFAKER:  Okay.

US 033064

1          INVESTIGATOR SIMPSON:  Can you tell me an

2    approximate amount of hours you believe you spent over

3    those three days working on this surveillance in this

4    case?

5          OFFICER HUFFAKER:  I don't know, maybe, like,

6    four hours a day or so.

7          INVESTIGATOR SIMPSON:  Okay.  So maybe 12

8    hours?

9          OFFICER HUFFAKER:  Yeah.

10          INVESTIGATOR SIMPSON:  Okay.  'Cause is it the

11    overtime, time and a half, or what is it?

12          OFFICER HUFFAKER:  It's time and a half.

13          INVESTIGATOR SIMPSON:  Time and a half.

14          OFFICER HUFFAKER:  Yup.

15          INVESTIGATOR SIMPSON:  Okay.  Justin, go

16    ahead.

17          MR. BUFFINGTON:  Yeah.  I'm ready to get out

18    of here.  Yup.  Good to go.  No questions.

19          INVESTIGATOR SIMPSON:  Okay.  Officer

20    Huffaker, I need to admonish you not to discuss the case

21    or what we've talked about in here today with anyone

22    other than your representative.

23          OFFICER HUFFAKER:  Okay.

24          INVESTIGATOR SIMPSON:  I need to also advise

25    you that you're gonna go from here to the Chief's

US 033065

1  office.

2          OFFICER HUFFAKER:  Okay.

3          INVESTIGATOR SIMPSON:  And so having said

4  that, I'll end your interview at 1455.

5          (End of transcription.  See next page.)

6                          ****

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

US 033066

```
 1  STATE OF CALIFORNIA  )
 2                       ) SS.
 3  COUNTY OF VENTURA    )
 4
 5
 6          I hereby certify that the foregoing transcript
 7  is a true record of the audiotaped recording as reported
 8  by me, a duly licensed Certified Shorthand Reporter in
 9  the State of California.
10          I further certify that I am not interested in
11  the outcome of the said action, nor connected with, nor
12  related to any of the parties in said action, nor to
13  their respective counsel.
14
15          IN WITNESS WHEREOF, I have hereunto set my
16  hand this 1st day of October, 2023.
17
18
19
20
21
22
23
24          JENNIFER GERATY, CSR No. 13350
25                 STATE OF CALIFORNIA
```

US 033067