CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-0374-MMC |
| Plaintiff, | DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NOS. 1 AND 2 |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

I, Abraham Fine, declare and state as follows:

1. I am currently employed as an Assistant United States Attorney in the Northern District of California.

2. I am counsel for the government in the above-captioned case.

3. In September of 2023, the government interviewed Brendan Jacy Tatum. The government produced to the defense the FBI's memorandum of that interview on March 13, 2024. According to the FBI interview memorandum, Tatum stated the following regarding William Timmins:

> In December of 2017, TATUM called TIMMINS after Joeseph [sic] Huffaker (HUFFAKER) and TATUM illegally seized marijuana during an unauthorized traffic stop. B. TIMMINS met TATUM and HUFFAKER just off the Commiski Road exit at the turnaround. TATUM and HUFFAKER gave B. TIMMINS black trash bags full of marijuana. It was late morning or early afternoon when they met B. TIMMINS. TATUM only met B. TIMMINS once at the Commiski Road turnaround. However, this was not the only time TATUM gave TIMMINS marijuana in 2017.

\*   \*   \*

> HUFFAKER would have witnessed TATUM give B. TIMMINS marijuana in December of 2017. HUFFAKER was aware the reason for meeting B. TIMMINS at the turnaround was to give B. TIMMINS marijuana. HUFFAKER would have been present for the coordinating telephone calls between TATUM and B. TIMMINS.

\*   \*   \*

> TATUM and HUFFAKER would stop cars, illegally seize marijuana, and then TATUM would call B. TIMMINS on the phone. TATUM would give B. TIMMINS marijuana and wait for B. TIMMINS to sell the marijuana. TATUM and B. TIMMINS would split the proceeds 50/50. When HUFFAKER was involved, the split would be 50% for B. TIMMINS and HUFFAKER and TATUM would each get 25%. It would take a long time for B. TIMMINS to sell the marijuana, TATUM would not get paid right away. The marijuana TATUM and HUFFKAER gave B. TIMMINS in December 2017, took at least two weeks to sell.

\*   \*   \*

> In December 2017, TATUM and HUFFAKER received approximately $13,000 each from B. TIMMINS.

4. After Tatum told the government about Timmins' role in the conspiracy, the FBI attempted to contact Timmins. On October 5, 2023, Timmins sat for a short interview with agents. According to the FBI memorandum of that interview, Timmins told agents that Tatum had told him that he had stolen marijuana while he was on the interdiction team. Timmins also stated he was not aware of

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

Tatum's interdiction scheme while it was happening. When agents asked Timmins about his involvement with marijuana, he invoked his right to counsel.

5. After Timmins obtained counsel, and after the trial date in this case was postponed several times and the current trial date set, Timmins and his counsel agreed to sit for an interview with the government on May 16, 2025. During that interview Timmins described that he obtained marijuana from Defendant and Tatum in December of 2017 and provided Tatum with cash in return. The government produced a memorandum of that interview on May 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of June 2025, in Berkeley, California.

*/s/ Abraham Fine*
ABRAHAM FINE

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC