RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste. 200
Westlake Village, CA. 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

*Attorney for Defendant*
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HUFFAKER,<br><br>Defendant. | Case No: 3:21-CR-00374-MMC<br><br>**TEMPORARILY WITHDRAWAL OF DEFENSE'S ADDITIONAL STIPULATIONS** |

The Defense temporarily withdraws its previously filed Stipulations (file #301 as of June 17, 2025) because the government has yet to fully consent to the stipulations despite having been sent the proposal several weeks ago and the government indicating to the defense that it did not see any problems with the stipulations.

DATED: June 18, 2025                    By: */s/ Richard Ceballos*

                                        Richard Ceballos
                                        *Attorney for Defendant Joseph Huffaker*