RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste 200
Westlake Village, CA. 91631
Telephone: (805) 373-5900
Facsimile: (805) 232-3706

Attorney for Defendant
Joseph Huffaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 21-CR-0374-MMC |
|---|---|---|
| Plaintiff, | ) | **DEFENSE'S WITNESS LIST** |
| v. | ) | Hon. Maxine M. Chesney |
| JOSEPH HUFFAKER, | ) | Trial Date: July 7, 2025 |
| Defendant. | ) | Pretrial Conference Date: June 24, 2025 |

The Defense hereby provides notice to the Court and the Government of the following witnesses it may call at trial. The Defendant reserves the right to supplement this list as trial preparations progress and call rebuttal witnesses or impeachment witnesses as necessary. The Defense will notify the government of any changes to its witness list. The parties are currently discussing stipulations of fact that may obviate the need to call certain of these witnesses.

1. **Ezekial Flatten**. He is the victim identified as E.F. in Count 2- Extortion Under Color of Official Right (18 USC Section 1951 and 2) of the Superseding Indictment. This count was recently dismissed by the Government. However, Mr. Ezekial Flatten's name is still listed on the alleged falsified documents (i.e., police report) which forms the basis for Count 4 –

DEFENSE WITNESS LIST
No. CR 21-0374-MMC____

Conspiracy to Falsify Records in a Federal Investigation (18 USC Section 371) and Count 5 - Falsifying Records in a Federal Investigation (18 USC Sections 1519 and 2). He will testify to his drug interdiction stop on December 5, 2017.

2. **Matthew Hennings**, Chief Deputy, Sonoma County District Attorney's Office. Mr. Henning will testify that government witness Brendon "Jacy" Tatum was placed on the Sonoma County District Attorney's official "Brady" list in February of 2017 and the import of that designation.

3. **Matthew Snodgrass**, Rohnert Park Department of Public Safey police officer. He was a former member of the RPDPS Interdiction Team during 2015-2017 and worked alongside both Sgt. Brendon Tatum and Joseph Huffaker.

4. **Nicholas Miller**, Sonoma County Sheriff's Deputy. He was a former member of RPDPS Interdiction Team during 2015-2017 and worked alongside both Sgt. Brendon Tatum and Joseph Huffaker.

5. **Chris Synder**, Sonoma County Sheriff's Deputy. He was also a former member of RPDPS Interdiction Team during 2015-2017 and worked alongside both Sgt. Brendon Tatum and Joseph Huffaker.

6. **Chris Medina,** Former Rohnert Part Department of Public Safety police officer Interdiction Team during 2015-2017 and worked alongside both Sgt. Brendon Tatum and Joseph Huffaker.

7. **Bryce Fraser**, Rohnert Park Department of Public Safety police officer/sergeant. He knows all the members of the interdiction team and was good friends with both Brendon Tatum and Joseph Huffaker. He is knowledgeable about RPDPS polices, procedures, and practices, as well as knowledgeable about the command structure and RPDPS, including those who supervised the interdiction team.

8. **Michael Easter**. Mr. Easter is a recently retired FBI Special Agent. He is a recognized expert on cell phone analysis and geo tracing. He is knowledgeable about FBI's policies, procedures and practices and will testify about the FBI's investigative techniques utilized in this case especially as it deals with the cell phone evidence the FBI obtained in this case.

DEFENSE WITNESS LIST
No. CR 21-0374-MMC____

The Defendant further requests the Court order the government to make the following FBI Special Agents available to testify as possible impeachment or rebuttal witnesses should the need arise:

1. SA William Roberts-FBI
2. SA Scott Medearis-FBI

DATED: June 18, 2025

*Richard Ceballos*
RICHARD CEBALLOS
Counsel for Defendant Joseph Huffaker

DEFENSE WITNESS LIST
No. CR 21-0374-MMC____