UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 24, 2025      **Time:** 10:03 – 12:03      **Judge:** MAXINE M. CHESNEY

**Case No.:** 21-cr-00374-MMC-2   **Case Name:** UNITED STATES v. Joseph Huffaker - present

**Attorney for Plaintiff:** Abraham Fine and Benjamin Kleinman
**Attorney for Defendant:** Richard Ceballos

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Ana Dub

## PROCEEDINGS

**Final Pretrial Conference – hearing held.**

**Government's In Limine Motion(s):**

**In Limine Motion No. 10 –** To Exclude Evidence Related to Dismissed Count re: E.F. (Dkt. No. 290) – Granted Protective Order.
**In Limine Motion No. 11 –** Re: Defendant's Internal Affairs Investigation Statements for Impeachment (Dkt. 291) – Granted.

**Defendant's In Limine Motion(s):**

**In Limine Motion No. 1 –** To Preclude Witness William Timmins' Testimony re 12/4/2017 Encounter (Dkt. 292) – Denied.
**In Limine Motion No. 2 –** To Preclude Government From Calling Witness William Timmins (Dkt. 293) – Denied.

Court reviewed proposed instructions with counsel and gave directions re: needed changes.

Court directed counsel to meet and confer and submit an agreed upon statement of the case for jury by July 2, 2025.

**CASE CONTINUED TO:** July 2, 2025 at 9:30 a.m. for Juror Questionnaire Conference

**CASE CONTINUED TO:** July 3, 2025 at 9:00 a.m. for Jury Selection