RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste. 200
Westlake Village, CA. 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

*Attorney for Defendant*
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH HUFFAKER,<br><br>    Defendant. | Case No: 3:21-CR-00374-MMC<br><br>**DEFENSE MOTION FOR DISCOVERY VIOLATION, RULE 16** |

    The Defendant, Joseph Huffaker, makes this motion for discovery violation against the United States government. Specifically, the defendant alleges the government continues to propound the defense with late discovery weeks and even days before the start of his jury trial, in violation of Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act.

    This past Friday, June 27, 2025, the government sent to the defense two new FBI reports detailing interviews with witnesses Brian Masterson and Brendon Tatum. Brian Masterson was interviewed by the government on June 17, 2025 and Brendon Tatum was interviewed by the government on June 20th.

    This late discovery was on top of five (5) additional FBI reports provided to the defense on June 18, 2025 for witnesses Barron Lutz, Patrick Gorman, Scott Baker, Robert Simas, and

<u>MOTION FOR DISCOVERY VIOLATION</u>
Case No. 3:21-CR-00374-MMC

Brendon Tatum. In addition, the government produced a new report on witness William Timmins on May 27, 2025.

///

///

## LATE DISCOVERY BY THE GOVERNMENT IMPACTS THE FAIRNESS AND INTEGRITY OF THE JUDICIAL PROCESS AND ACTS TO DENY THE DEFENDANT HIS RIGHT TO EFFECTIVE ASSISANCE OF COUNSEL AS WELL AS HIS RIGHT TO A FAIR TRIAL.

Rule 16 of the Federal Rules of Criminal Procedure mandates that the government provides the defendant in a criminal proceeding with timely discovery. The failure to provide timely discovery to the defendant adversely affects his ability to prepare his defense. Late discovery by the government also hinders the ability of the defendant's counsel of the ability to mount an effective defense.

In this most recent instance, the government has provided to the defense six (6) days Before the start of jury selection with a report from a witness, Brendon Tatum, who now claims that an incident in which he and the defendant met up with witness William Timmins is now December 6, 2017. Previous discovery documents provided by the government had set the date as December 4, 2017.

While the difference between the two (2) dates, separated only by two (2) days, might seem trivial, it most assuredly is not. Because the government used cell phone records to assist the witness in recalling the dates of the alleged encounter, an expert is needed to review the records in order to ascertain if the timeline as described by the witness is correct.

## CONCLUSION

The government's repeated abuse of its discovery obligations in continuing to propound discovery upon the defendant weeks and days before the start of his jury trial directly and adversely affects not only his ability to effectively prepare for trial, but it also denies him his rights to a fair trial as well as his right to effective assistance of counsel.

MOTION FOR DISCOVERY VIOLATION
Case No. 3:21-CR-00374-MMC

Accordingly, the defense asks this court to sanction the government for its continued conduct in producing late discovery and to prevent the government from producing any more discovery to the defense absent discovery that is otherwise mandated by law.

DATED: June 30, 2025   By: /s/ Richard Ceballos

Richard Ceballos
*Attorney for Defendant Joseph Huffaker*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **4333 Park Terrace Drive, Suite 200, Westlake Village, California 91361**.

On June 30, 2025 I served the foregoing documents described as **DEFENSE MOTION FOR DISCOVERY VIOLATION, RULE 16** on all interested parties in this action addressed as follows:

Abraham Harry Fine
United States Attorney's Office
1301 Clay St, Ste 340S,
Oakland, CA 94612-5224
Telephone: (415) 426-7200
Email: abraham.fine@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

__  **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, CA. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

X   BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Ferrone Law Group's electronic mail system from asavostyanov@ferronelawgroup.com to the email address(es) above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

__  BY FEDERAL EXPRESS/OVERNIGHT MAIL:

X   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED: June 30, 2025, at Westlake Village, California.



_____
Alexey Savostyanov