RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste. 200
Westlake Village, CA. 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

*Attorney for Defendant*
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HUFFAKER,<br><br>Defendant. | Case No: 3:21-CR-00374-MMC<br><br>**DECLARATION OF RICHARD CEBALLOS IN SUPPORT OF DEFENSE MOTION FOR DISCOVERY VIOLATION** |

I, Richard Ceballos, declare and state as follows:

1. I am the attorney for the defendant, Joseph Huffaker.

2. On Friday, June 27, 2025, AUSA Abraham Fine emailed me two new FBI reports (302s). One of the reports was of an interview with witness Brian Masterson, dated June 17, 2025. The other report was of an interview with witness Brendon Tatum, dated June 20, 205.

3. While the report on the interview of Brian Masterson does not contain any new information which would hinder my ability to mount an effective defense, the report of witness Brendon Tatum is another matter. This most recent interview of Mr. Tatum contains new information which requires the defense to conduct further investigation in order to counter the claims that Mr. Tatum now references.

<u>MOTION FOR DISCOVERY VIOLATION</u>
Case No. 3:21-CR-00374-MMC

4. Specifically, this new report details Mr. Tatum now recalling the date he, William Timmins, and my client, Joseph Huffaker allegedly met on the side of the road to drop off a load of seized marijuana was on December 6, 2017. As part of this interview, Mr. Tatum was specifically shown cell phone records by the FBI special agent to assist Mr. Tatum in remembering the date of this encounter as December 6th. Previous discovery provided by the government, however, had set the date of December 4, 2017.

5. While the difference between the two dates separated by only a couple of days might appear trivial to some, when dealing with cell phone evidence, additional time and effort is required in order to have an expert review the records for this new date to ascertain the reliability of the witness's recollection.

6. This is also not the first time the government has produced late discovery upon the defense. On June 18, 2025, the government provided the defense with five (5) more reports on interviews with witnesses (Barron Lutz, Patrick Gorman, Scott Baker, Robert Simas, and Brendon Tatum). In addition, the government also provided the defense with a new report on May 27, 2025 involving witness William Timmis.

7. Late discovery by the government, in particular the most recent report with Brendon Tatum on June 20, 2025, puts the defense in a difficult position in either asking for a continuance in order to have an expert fully examine the records given the new information or proceeding to trial not fully knowing the results of his analysis. Currently, my expert is on vacation with his family and will not return until later in the week.

8. I have discussed this matter with my client including the possibility of requesting a continuance of his trial. However, my client remains steadfast in his unwillingness to continue his trial any longer. I, however, have concerns about my ability to effectively represent my client if the government is allowed to keep propounding late discovery upon the defense.

//
//
//
//

MOTION FOR DISCOVERY VIOLATION
Case No. 3:21-CR-00374-MMC

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June 2025, in Westlake Village, California.

/s/ Richard Ceballos
———————————————
RICHARD CEBALLOS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **4333 Park Terrace Drive, Suite 200, Westlake Village, California 91361**.

On June 30, 2025 I served the foregoing documents described as **DECLAEARION OF RICHARD CEBALLOS IN SUPPORT OF DEFENSE MOTION FOR DISCOVERY VIOLATION** on all interested parties in this action addressed as follows:

Abraham Harry Fine
United States Attorney's Office
1301 Clay St, Ste 340S,
Oakland, CA 94612-5224
Telephone: (415) 426-7200
Email: abraham.fine@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

___   **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, CA. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**X**   BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Ferrone Law Group's electronic mail system from asavostyanov@ferronelawgroup.com to the email address(es) above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___   BY FEDERAL EXPRESS/OVERNIGHT MAIL:

**X**   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED:  June 30, 2025, at Westlake Village, California.



_____
Alexey Savostyanov