CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 21-CR-0374-MMC |
|     Plaintiff, | ) |
| v. | ) UNITED STATES' APPLICATION AND ) [PROPOSED] ORDER FOR IMMUNITY AND ) COMULSION FOR BARRON LUTZ |
| JOSEPH HUFFAKER, | ) |
|     Defendant. | ) |

    The United States of America, by and through Craig H. Missakian, United States Attorney for

the Northern District of California, and Abraham Fine and Benjamin Kleinman, Assistant United States

Attorneys for said District, moves that this Court issue an order pursuant to the provisions of Title 18,

United States Code, Sections 6001, 6002 and 6003, compelling Barron Lutz to give testimony or provide

other information, which Lutz refuses to give or provide on the basis of his privilege against self-

incrimination, as to all matters about which Lutz may be questioned in the above-captioned case, and

respectfully alleges as follows:

v. 09/15/2020

1.      Barron Lutz has been called to testify or provide other information in the above-captioned trial.

2.      Counsel for this witness has stated that he will instruct his client to invoke his privilege against self-incrimination under the Fifth Amendment when he appears to testify.

3.      It is the judgment of the United States Attorney for the Northern District of California that the testimony and other information to be provided by said witness may be necessary to the public interest of the United States.

4.      This application is made in good faith with the approval of Jennifer A.H. Hodge, the Deputy Assistant Attorney General, United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and 28 C.F.R. § 0.175.

DATED: June 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


/s/                    
ABRAHAM FINE
BENJAMIN KLEINMAN
Assistant United States Attorneys

Application and [Proposed] Order for Immunity
No. 21-CR-0374-MMC

2

**[PROPOSED] ORDER**

On motion of CRAIG H. MISSAKIAN, United States Attorney for the Northern District of California, by Abraham Fine and Benjamin Kleinman, Assistant United States Attorneys for said District, the Court hereby finds and orders as follows:

1.      Barron Lutz may be called to testify or provide other information in the above-captioned case; and

2.      Barron Lutz has refused or is likely to refuse to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination; and

3.      In the judgment of the United States Attorney, the testimony or other information to be obtained from Barron Lutz may be necessary to the public interest; and

4.      The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Barron Lutz shall testify under oath and provide other information which he refuses to give or provide on the basis of his Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which he may be questioned in the above-captioned case;

IT IS FURTHER ORDERED that the testimony and other information compelled from Barron Lutz pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against him in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

DATED:                                                    _____
                                                                        MAXINE M. CHESNEY
                                                                        UNITED STATES DISTRICT JUDGE

Application and [Proposed] Order for Immunity
No. 21-CR-0374-MMC