1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   BENJAMIN K. KLEINMAN (NYBN 5358189)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Abraham.Fine@udsoj.gov
       Benjamin.kleinman2@usdoj.gov
9
   Attorneys for United States of America
10
11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,        ) | **CASE NO. 3:21-CR-00374-MMC-2**
   |                                   ) |
15 |         Plaintiff,                ) | **JOINT STATEMENT OF THE CASE**
   |                                   ) |
16 |    v.                             ) | Hon. Maxine M. Chesney
   |                                   ) |
17 | JOSEPH HUFFAKER,                  ) | Trial Date: July 7, 2025
   |                                   ) |
18 |         Defendant.                ) |
   |                                   ) |
19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE                  1
3:21-CR-00374-MMC-2

STATEMENT OF THE CASE

The allegations in this case are that the defendant, Joseph Huffaker, and Brendan "Jacy" Tatum, two former police officers of the City of Rohnert Park's Department of Public Safety, conspired in December 2017 to pull over drivers they suspected of possessing large amounts of marijuana, told those drivers that they were federal agents working for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), extorted the drivers of their marijuana, and then sold the marijuana through a dealer named William "Billy" Timmins.

Then, in February 2018, Huffaker and Tatum conspired to write a false police report and press release with the intent to impede, obstruct, and influence the proper administration of an investigation into the December 2017 conduct, a matter that the defendant knew was within the jurisdiction of the Federal Bureau of Investigation.

The defendant has pled not guilty to all the charges against him and is presumed to be innocent unless and until the government proves the defendant's guilt beyond a reasonable doubt.

DATED: June 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


/s/
ABRAHAM FINE
BENJAMIN K. KLEINMAN
Assistant United States Attorneys