UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** July 2, 2025          **Time:** 9:30 – 11:30          **Judge:** MAXINE M. CHESNEY

11:35 – 12:15

1:33 – 2:16

**Case No.:** 21-cr-00374-MMC-    **Case Name:** UNITED STATES v. Joseph Huffaker – appearance waived
2

**Attorney for Plaintiff: Abraham Fine, Benjamin Kleinman**
**Attorney for Defendant: Richard Ceballos, Robert Baumann**

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Juror Questionnaire Conference – hearing held.**

**The following jurors excused (for hardship reasons):**

**Donna Brown, Sophie Costello,  Tin Fioretti,  Natasha Hart,  Mispah Long,  Amber Plant, Wilmer Rodasvela,  Rowena Wong.**

**The following jurors excused for cause and deferred to next jury panel:**

**Allison Nava, Florian Zitzelsberger**

**Defendant's Motion for Discovery Violation Rule 16 – Denied for reasons stated on the record.**

**CASE CONTINUED TO: July 3, 2025 at 9:00 a.m. for  Jury Selection**