CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 21-374-MMC |
|---|---|
| Plaintiff, | ) UNITED STATES' FIRST AMENDED WITNESS LIST |
| v. | ) |
| JOSEPH HUFFAKER, | ) Hon. Maxine M. Chesney |
| Defendant. | ) Trial Date: July 3, 2025 |

    The United States hereby provides notice to the Court and to the defendants of the witnesses it may call in its case-in-chief at the trial. The government may not call all of the witnesses on this list. The government reserves the right to supplement this list as trial preparations progress and call rebuttal witnesses as necessary. The government will notify the defendant of any changes to its witness list. The parties are currently discussing stipulations of fact that may obviate the need to call certain of these witnesses.

    1. <u>Aaron Johnson – Deputy Chief of RPDPS</u>: Mr. Johnson will testify about his time as the commander and deputy chief of RPDPS, his supervision of the interdiction team, RPDPS

policies and procedures, including drug seizure and record keeping policies and procedures, RPDPS' interaction with other agencies, and will authenticate various RPDPS records.

2. <u>Brian Masterson – Former Director of RPDPS</u>: Mr. Masterson will testify about his time as the director of RPDPS, his supervision of the interdiction team, RPDPS policies and procedures, and his investigation into potential wrongdoing by RPDPS officers.

3. <u>Jeff Weaver – Former Director of RPDPS</u>: Mr. Weaver will testify about his time as the director of RPDPS, RPDPS policies and procedures, his investigation into potential wrongdoing by RPDPS officers, and his referral to the FBI.

4. <u>Mike Bates – Former Commander of RPDPS</u>: Mr. Bates will testify about his time as the commander of the fire division of RPDPS, RPDPS policies and procedures, and his interactions with Defendant and Tatum during 2017.

5. <u>Eric Matzen – Lieutenant at RPDPS</u>: Mr. Matzen will testify about his time as Lieutenant and Sergeant at RPDPS, his interaction with the interdiction team, RPDPS policies and procedures, and the use of RPDPS unmarked vehicles.

6. <u>Baron Lutz</u>: Mr. Lutz will testify about his experience being pulled over by Defendant and Tatum on December 18, 2017 and his identification of Tatum.

7. <u>Brendan Jacy Tatum – Co-Defendant and Former RPDPS Officer</u>: Mr. Tatum will testify about his involvement in the charged offenses, including his conspiracy with the Defendant, as well as other related crimes he committed while he was a member of the RPDPS interdiction team, and general background about RPDPS policies and procedures and their application in 2016 and 2017.

8. <u>William Timmins</u>: Mr. Timmins will testify about his experience and interaction with Tatum and Defendant in 2016, 2017, and 2018.

9. <u>Jeff Taylor – Former Commander of RPDPS</u>: Mr. Taylor will testify about his time as the commander of RPDPS, his supervision of the interdiction team, and RPDPS policies and procedures, and his interaction with Tatum and the Defendant in 2017 and 2018.

10. <u>Special Agent Jeremy Heinrich – FBI</u>:  SA Heinrich will testify about his investigation of the stop and seizure relating to Ezekial Flatten, including his interaction and communications with Tatum in February of 2018.

11. <u>Special Agent Patrick Gorman – ATF</u>:  SA Gorman will testify that the ATF had no official relationship with Defendant, Tatum, or anyone at RPDPS in 2017 and 2018.

12. <u>Officer Robert Simas – California Highway Patrol</u>:  Officer Simas will testify about his observations and interactions with Defendant and Tatum on December 18, 2017, and his identification of both.

13. <u>Officer Scott Baker – California Highway Patrol</u>:  Officer Baker will testify about his observations and interactions with Defendant and Tatum on December 18, 2017, and his identification of Tatum.

14. <u>Officer John Camara – Cloverdale Police Department</u>:  Officer Camara will testify about his interactions with the RPDPS interdiction team in 2016 and 2017.

15. <u>Christine Giordano – Former Records Supervisor at RPDPS</u>:  Ms. Giordano will testify about and authenticate various records at RPDPS and will discuss RPDPS record-keeping procedures.

16. <u>Custodian of Records – RPDPS</u>:  A custodian of records from Rohnert Park Department of Public Safety will authenticate various RPDPS business records.

17. <u>Special Agent Kendl Tovey – IRS Criminal Investigations</u>:  SA Tovey will testify about her investigation of the above-captioned case, including her review and analysis of financial records relating to the Defendant.

18. <u>Special Agent Jason Jones – FBI</u>:  SA Jones will testify about his investigation of the above-captioned case, including his review of documents and interview of witnesses, to include the Defendant.

19. <u>Special Agent Duncan Haunold – FBI</u>:  SA Haunold will testify about his investigation of the above-captioned case, including his review of documents and interview of witnesses.

20. <u>Special Agent Kelli Green – FBI</u>:  SA Green will testify about her investigation of the above-captioned case, including her review of documents and interview of witnesses, to include the Defendant.

21. <u>Special Agent William Roberts – FBI</u>:  SA Roberts will testify about his investigation of the above-captioned case, including his review of documents and interview of witnesses.

22. <u>Special Agent Scott Medearis – FBI</u>:  SA Medearis will testify about his investigation of the above-captioned case, including his review of documents and interview of witnesses.

23. <u>Custodian of Records - Verizon</u>:  A custodian of records from Verizon may testify about the authenticity of various Verizon phone records.

24. <u>Custodian of Records – AT&T</u>:  A custodian of records from AT&T may testify about the authenticity of various AT&T phone records.

25. <u>Custodian of Records – Bank of the West</u>:  A custodian of records from Bank of the West may testify about the authenticity of various Bank of the West records.

26. <u>Custodian of Records – Wells Fargo</u>:  A custodian of records from Wells Fargo may testify about the authenticity of various Wells Fargo records.

27. <u>Custodian of Records – Bank of America</u>:  A custodian of records from Bank of America may testify about the authenticity of various Bank of America records.

28. <u>Custodian of Records – Redwood Municipal Insurance</u>:  A custodian of records from Redwood Municipal Insurance may testify about the authenticity of various Redwood Municipal Insurance records.

29. <u>Custodian of Records – Capital One</u>:  A custodian of records from Capital One may testify about the authenticity of various Capital One records.

30. <u>Custodian of Records – Athens Administrators</u>:  A custodian of records from Athens Administrators may testify about the authenticity of various Athens Administrators records.

31. <u>Custodian of Records – Google</u>:  A custodian of records from Google may testify about the authenticity of various Google records.

32. <u>Chain of Custody Witnesses – FBI</u>:  Chain of custody witnesses from the FBI may testify about the physical evidence obtained from Ezekiel Flatten as well as from RPDPS.

33. <u>Chain of Custody Witnesses – RPDPS</u>:  Chain of custody witnesses from RPDPS may testify about the physical evidence provided to the FBI.

34. <u>Terry Simpson</u>: Mr. Simpson will testify about the internal investigation he conducted on behalf of RPDPS.

DATED:  July 5, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/
ABRAHAM FINE
BENJAMIN KLEINMAN
Assistant United States Attorneys