UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:21-CR-00374-MMC |
|---|---|
| Plaintiff, | ) |
|  | ) **VERDICT FORM** |
| v. | ) |
| JOSEPH HUFFAKER, | ) |
| Defendant. | ) |

**COUNT ONE:**

1. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

    __X__    GUILTY

    _____    NOT GUILTY

of the crime of crime of conspiracy to commit extortion under color of official right in violation of 18 U.S.C. § 1951, as charged.

**COUNT TWO:**

2. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

    __X__    GUILTY

    _____    NOT GUILTY

of the crime of extortion under color of official right in violation of 18 U.S.C. § 1951, as charged.

**COUNT THREE:**

3. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

    __X__    GUILTY

    _____    NOT GUILTY

of the crime of conspiracy to falsify records in a federal investigation in violation of 18 U.S.C. § 371, as charged.

## COUNT FOUR:

4. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

__X__    GUILTY

_____    NOT GUILTY

of the crime of falsifying records in a federal investigation in violation of 18 U.S.C. § 1519, as charged.

## COUNT FIVE:

5. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

__X__    GUILTY

_____    NOT GUILTY

of the crime of conspiracy to impersonate a federal officer in violation of 18 U.S.C. § 371, as charged.

## COUNT SIX:

6. We, the Jury, in the above-captioned case, unanimously find the defendant (place an X on the appropriate line),

__X__    GUILTY

_____    NOT GUILTY

of the crime of impersonating a federal officer in violation of 18 U.S.C. § 912, as charged.

DATED: 7/11/2025

_____
FOREPERSON