# Exhibit 14
## Redacted

ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY

## CHAIN OF CUSTODY

| CASE #: 170005373 | OFFENSE: |
|---|---|
| 126398 | ITEM #: JH1  **NARCOTICS (INCLUDING MARIJUANA)** |
| COLLECTED DATE: 12/18/2017 | COLLECTED BY: Huffaker, Joe (439) |

| Date/Time | Logged in User | Item moved to this Location |
|---|---|---|
| 12/19/2017  3:31:36PM | Tatum, Jacy | INTAKE TEMPORARY LOCKER |
| 12/19/2017  3:35:08PM | Cates, Jim | Removed from IntakeTemporary Locker |
| 12/19/2017  3:48:40PM | Cates, Jim | OVERFLOW CONNEX BOX |
| 2/27/2018  12:05:46PM | Palm, Christine | Shelf 429 - Floor |

End Chain of Custody for Item with Barcode #:   126398   related to Case #   170005373

NOTES:

Printed from EvidenceOnQ  01/22/2019                                   Page 1 of 2

CONFIDENTIAL TREATMENT REQUESTED                                   BWS-GJS0002281

EXHIBIT 14  PAGE 001

ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY

## CHAIN OF CUSTODY

| CASE #: 170005373 | OFFENSE: | |
|---|---|---|
| 126399 | ITEM #: JH2 | **NARCOTICS (INCLUDING MARIJUANA)** |
| COLLECTED DATE: 12/18/2017 | COLLECTED BY: Huffaker, Joe (439) | |

| Date/Time | Logged in User | Item moved to this Location |
|---|---|---|
| 12/19/2017  3:33:48PM | Tatum, Jacy | INTAKE TEMPORARY LOCKER |
| 12/19/2017  3:35:07PM | Cates, Jim | Removed from IntakeTemporary Locker |
| 12/19/2017  3:48:40PM | Cates, Jim | OVERFLOW CONNEX BOX |
| 2/27/2018  12:05:39PM | Palm, Christine | Shelf 429 - Floor |

End Chain of Custody for Item with Barcode #:   126399   related to Case #   170005373

NOTES:

Printed from EvidenceOnQ   01/22/2019                                    Page 2 of 2

CONFIDENTIAL TREATMENT REQUESTED                                BWS-GJS0002282

EXHIBIT 14  PAGE 002

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
### Evidence / Property Report

**Case Number:** 17-0005373  **Date Submitted:** 12/18/2017
**Officer:** Huffaker, Joe (439)

**Address Collected:** 101 SB

| Item # | Property Type | Description | BarCode |
|---|---|---|---|
| JH1 | Evidence | NARCOTICS (INCLUDING MARIJUANA) Drug Type:MARIJUANA  Weight:15 LBS<br>APPROX. 15 LBS OF MJ<br>101 SB | 126398 |
| JH2 | Evidence | NARCOTICS (INCLUDING MARIJUANA) Drug Type:MARIJUANA  Weight:15 LBS<br>APPROX. 15 LBS OF MARIJUANA | 126399 |

Reviewd by: _____  ID # _____  Date: _____

Printed: Tuesday, January 22, 2019  from EvidenceOnQ®         Page 1 of 1
CONFIDENTIAL TREATMENT REQUESTED                              BWS-GJS0002283

EXHIBIT 14  PAGE 003

# Incident/Investigation Report

**Agency:** Rohnert Park Public Safety  
**Case Number:** 17-0005373

## Incident Information

| | | | |
|---|---|---|---|
| **Date/Time Reported** 12/05/2017 13:30 | **Date/Time Occurred** 12/05/2017 13:00 | **Date/Time Found** 12/05/2017 13:15 | **Officer** (RP357) TATUM, JACY |
| **Incident Location** HWY 101, GEYSERVILLE, CA 95441 | | | **Supervising Officer** (RP357) TATUM, JACY |
| **Location Comments** SOUTHBOUND 101 @ MENDO LINE | | | |
| **Case Status** CLOSED/CLEARED | | | **Disposition** CLOSED  3471 |

## Incident Synopsis

## Charges

**1**  
**Charge Type:** State  
**Description:** POSSESS MARIJUANA OVER 28.5 GRAMS  
**Statute:** 11357 (C) HS  
**UCR:** 35A  
☐ Att ☒ Com

**Alcohol, Drugs or Computers Used:** ☐ Alcohol ☐ Drugs ☐ Computers  
**Location Type:** MOTOR VEHICLES  
**Premises Entered:**  
**Forced Entry:** ☐ Yes ☐ No  
**Weapons:** 1. 2. 3.

**Entry:** **Exit:** **Criminal Activity:**

**Bias Motivation:** **Bias Target:** **Bias Circumstances:** **Hate Group:**

## Offenders

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 1 | INDIVIDUAL | FLATTEN, EZEKIAL |

**AKA:**  
**Race:** ■ **Sex:** ■ **DOB:** ■ **Age:** ■ **Height:** **Weight:**

**Address:** **Cell Phone:** **Home Phone:**

**Employer Name/Address:** / **Business Phone:**

**Scars, Marks, Tatoos or other distinguishing features**

**Physical Characteristics**

**Suspect Details**

## Incident/Investigation Report

**Agency:** Rohnert Park Public Safety      **Case Number:** 17-0005373

### Property

| Seq. # | Prop.ID # | Description | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | 413945 | | | |

| Owner | License / State | Color |
|---|---|---|
| | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| FOUND | (RP439) HUFFAKER, JOSEPH | 1.00 | LB | $1.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test  Test Type | Sight Test  Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Property Notes**

### Vehicles

| Seq. # | Year | Color | Style | Make | Model |
|---|---|---|---|---|---|
| 1 | 2018 | WHITE | SPORT UTILITY | MERCEDES-BENZ | ML55 |

| VIN | License Plate Type | License / State | License Year | Owner |
|---|---|---|---|---|
| | | CA | 0 | |

| Status | Status Date | Value |
|---|---|---|
| NONE | 12/05/2017 | |

**Vehicle Notes**

| | |
|---|---|
| **Incident/Investigation Report** | |
| Agency: Rohnert Park Public Safety | Case Number: 17-0005373 |

## Narratives

On December 5th, 2017 Officer Huffaker and I conducted a traffic enforcement stop on a white Mercedes SUV in the area of the Sonoma / Mendocino County line.

The vehicle, a newer white Mercedes SUV did not have a license plate and was traveling at a speed of approximately 74-76 MPH in a posted max speed 65 MPH zone.

Officer Huffaker and I exited out marked patrol vehicle and contacted the driver and sole occupant of the vehicle, Ezekial Flatten DOB ▓▓▓▓▓ Officer Huffaker and I identified ourselves as Rohnert Park DPS Officers and advised him he was speeding. Officer Huffaker and I were dressed in full police uniform including name, badges, and ID numbers. Upon contacting Mr. Flatten Officer Huffaker and I noticed that cargo area of the vehicle had a very strong odor of processed marijuana.

I asked Mr. Flatten where he was headed. He said he was, "Just heading down south." During the traffic stop I became suspicious of the driver`s behavior and his cargo. Throughout the cargo and seating area of the SUV I noticed several large cardboard boxes that were partially being covered by a blanket. Mr. Flatten`s behavior changed when I directed my attention to the cargo area and the boxes in plain view.

Based on my training and experience, I believed Mr. Flatten was involved with smuggling contraband and the boxes within the cargo area contained marijuana, more than one ounce. I asked Ezekial questions about possessing marijuana within the vehicle. He told me that he was driving "samples" for several people along with concentrated marijuana.

I requested to inspect Mr. Flatten cargo, which he consented to. During that consent search I located several boxes and containers of processed marijuana along with concentrated marijuana hash. I asked Mr. Flatten if he possessed any type of medical card, dispensary and or collective transportation paperwork, allowing him to possess and transport the marijuana he possessed. Mr. Flatten could only produce a homemade excellent spread sheet, which he said he drafted. Listed on the sheet were different types and strains of marijuana along with initials. I questioned Mr. Flatten as to the owner of the marijuana he possessed. Mr. Flatten would not identify any of the owners of the marijuana he was transporting, only saying they were "farmers" that he was helping. Mr. Flatten said he was transporting the marijuana to a facility in The Santa Cruz area where the marijuana would be tested for its THC percentage along with other items.

Based on the fact Mr. Flatten was not the owner of the processed marijuana bud, I was confident that he was transporting the marijuana for the purposes of sales. The concentrated marijuana Mr. Flatten possessed was labeled with a homemade business logo. Mr. Flatten admitted that he was associated with a marijuana processing facility in the Arcata CA area.

During this time a California Highway Patrol Officer and his trainee arrived to assist us. Mr. Flatten said, "I`m

| | |
|---|---|
| **Incident/Investigation Report** | |
| Agency: Rohnert Park Public Safety | Case Number: 17-0005373 |

## Narratives

glad they showed up. I didn`t think you guys were real cops. I keep hearing about people getting ripped off." Mr. Flatten continued to act very strange and repeat himself. I reminded Mr. Flatten that we were wearing police badges and name tags and that we were intact real police officers.

I attempted to locate the owners of the processed marijuana located within Mr. Flatten`s vehicle. Each turkey bag of marijuana consisted of approximately one pound. A total of approximately 30 pounds was located along with several hundred containers of concentrated marijuana hash.

Mr. Flatten refused to provide any information regarding how he obtained the cannabis and the legitimate business the marijuana originated from. Mr. Flatten refused to provide any further information to assist on our investigation. I explained to Mr. Flatten that the marijuana would be seized if he could not provide legal possession paperwork. He replied, "Do what you gotta do."

I explained to Mr. Flatten that based on my investigation I believed he was involved in illegal black market marijuana and acting unlawfully. Based on the lack of documentation and Mr. Flatten`s unwillingness to cooperate with our questions, the processed cannabis was seized and booked into evidence. Mr. Flatten requested a receipt for the marijuana. I explained to him that receipts for evidence were not given out per our department policy, combined with the fact that he was not the owner, nor did he want to provide me with a name to list as the owner(s).

The above items were seized and booked into evidence at Rohnert Park DPS Main Police Station under case number 17-0005373.

Case Forwarded to The DA`s Officer for filing a violation of 11357(c) 2 H&S. Possession of more than one ounce of marijuana against Mr. Flatten.

End...

# Incident/Investigation Report

**Agency:** Rohnert Park Public Safety  **Case Number:** 17-0005373