# Exhibit 71

## Redacted

Message

| | |
|---|---|
| **From**: | Huffaker, Joe [/O=ROHNERT PARK/OU=RPPS/CN=RECIPIENTS/CN=JHUFFAKER] |
| **Sent**: | 8/5/2016 4:28:18 PM |
| **To**: | Tatum, Jacy [JTatum@rpcity.org]; Snodgrass, Matthew [MSnodgrass@rpcity.org]; Miller, Nicholas [nmiller@rpcity.org]; Medina, Chris [cmedina@rpcity.org]; Snyder, Chris [csnyder@rpcity.org] |
| **Subject**: | Interdiction Templates |
| **Attachments**: | 2016 Cell Phone Template with prompts.docx; ADDENDUM Biometric Unlock.doc; SW 2016 Notice of Electronic Comm SW Execution.doc; Marijuna T-STOP Destruction Order.docx; Bank SW. Template.docx; Seizure order.docx |

Here are the templates that I use for Interdiction related stuff. Just wanted to get them to you guys in case you need/ don't have/ want newer templates.

As always review the whole document so that you don't have any incorrect info in your newly created warrant/ destruction order.

Any questions let me know.

-Joe

EXHIBIT 71  PAGE 001

SW NO._____

# STATE of CALIFORNIA, COUNTY of SONOMA,
# SEARCH WARRANT and AFFIDAVIT
# (AFFIDAVIT)

**Officer Joe Huffaker** swears under oath that the facts expressed by him in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.   Wherefore, Affiant requests that this Search Warrant be issued.

HOBBS    SEALING    REQUESTED:    [ FORMCHECKBOX ]YES[ FORMCHECKBOX ]NO

_____,    NIGHT    SEARCH    REQUESTED:    [ FORMCHECKBOX ]YES[ FORMCHECKBOX ] NO
<div style="padding-left:2em">(Signature of Affiant)</div>


Reviewed by: _____, [ FORMTEXT ] day of [ FORMTEXT ], [ FORMTEXT ], at A.M. / P.M.
<div style="padding-left:2em">(Signature of Deputy District Attorney)</div>

# (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SONOMA: proof by affidavit, under penalty of perjury, having been made before me by **Officer Joe Huffaker** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "[ FORMCHECKBOX ]"(s), in that:

[ FORMCHECKBOX ] It was stolen or embezzled – [1524(a)(1) PC];

[ FORMCHECKBOX ] It was used as the means of committing a felony – [1524(a)(2) PC];

[ FORMCHECKBOX ] It is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery – [1524(a)(3) PC];

[ FORMCHECKBOX ] It tends to show that a felony has been committed or that a particular person has committed a felony – [1524(a)(4) PC];

[ FORMCHECKBOX ] It tends to show that sexual exploitation of a child, in violation of PC Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring – [1524(a)(5) PC];

[ FORMCHECKBOX ] An arrest warrant is outstanding for the person to be seized – [1524(a)(6) PC];

[ FORMCHECKBOX ] A Child Protective Custody Warrant is outstanding for the person to be seized – [1524(a)(6) and Family Code 3134.5];

[ FORMCHECKBOX ] A provider of "electronic communication service" or "remote computing service", as defined in Penal Code Section 1524.2(a) (including "California corporations" defined as any corporation or other entity that is subject to Section 102 of the Corporations Code and "Foreign corporations" defined as any corporation that is qualified to do business in this state pursuant to Section 2105 of the Corporations Code), has records or evidence regarding a subscriber or customer which (1) is of a type specified in Penal Code Section 1524.3 (i.e. the subscriber/customer's name, address, telephone number or other subscriber number or identity; the types of services the subscriber/customer utilized; the length of time the person has been a subscriber/customer of that service; and the local and long distance telephone toll billing records); and (2) which records or evidence shows that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery – [1524(a)(7) PC];

[ FORMCHECKBOX ] The property or things to be seized include an item or any evidence that tends to show a violation of Section 3700.5 of the Labor Code, or tends to show that a particular person has violated Section 3700.5 of the Labor Code – [1524(a)(8) PC];

[ FORMCHECKBOX ] The property or things to be seized include a firearm or any other deadly weapon at the scene of, or at the premises occupied or under the control of the person arrested in connection with, a domestic violence incident involving a threat to human life or a physical assault as provided in subdivision (b) of Section 12028.5.  This section does not affect warrant less seizures otherwise authorized by subdivision (b) of Section 12028.5. – [1524(a)(9) PC]

[ FORMCHECKBOX ] The property or things to be seized include a firearm or any other deadly weapon that is owned by, or in the possession of, or in the custody or control of, a person described in subdivision (a) of Section 8102 of the Welfare and Institutions Code. – [1524(a)(10) PC]

[ FORMCHECKBOX ] The property or things to be seized include a firearm that is owned by, or in the possession of, or in the custody or control of, a person who is subject to the prohibitions regarding firearms pursuant to Section 6389 of the Family Code, if a prohibited firearm is possessed, owned, in the custody of, or controlled by a person against whom a protective order has been issued

Confidential Treatment Requested    BWS-GJS0006537
EXHIBIT 71  PAGE 002

pursuant to Section 6218 of the Family Code, the person has been lawfully served with that order, and the person has failed to relinquish the firearm as required by law. – [1524(a)(11) PC]

**[ FORMCHECKBOX ]**        When the information to be received from the use of a tracking device constitutes evidence that tends to show that either a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code has been committed or is being committed, tends to show that a particular person has committed a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code, or is committing a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code, or will assist in locating an individual who has committed or is committing a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code. – [1524(a)(12) PC];

**[ FORMCHECKBOX ]**        Because this is a search for documentary evidence which is in the possession or under the control of a lawyer, physician, psychotherapist or clergyman who is not a suspect in the criminal activity to which the documentary evidence being sought relates, the Special Master provisions of Section 1524(c) are applicable – [1524(c) PC];

Confidential Treatment Requested                                        BWS-GJS0006538

EXHIBIT 71  PAGE 003

**You are Therefore COMMANDED to SEARCH:**

THE PREMISES known as Rohnert Park Department of Public Safety, Property / Evidence Section located at, Rohnert Park, Sonoma County, California, 94928 in the County of Sonoma.  Evidence booked under RPDPS crime report # 16-3268 specifically evidence items **#JH-1, JH-2, JH-3 \*\*\*EXAMPLES\*\*\***

Evidence item #X consists of a <TYPE OF ELECTRONIC DEVICE>, <DESCRIBE DEVICE AND WHO OWNS IT OR WHERE IT WAS FOUND>.

Evidence item #Y consists of a <TYPE OF ELECTRONIC DEVICE>, <DESCRIBE DEVICE AND WHO OWNS IT OR WHERE IT WAS FOUND>.

**For the FOLLOWING:**

1.  All data that constitutes evidence and instrumentalities of CRIME SECTION AND NAME occurring between <DATE RANGE>, including communications referring or relating to this investigation involving any or all of the following: SUSPECTS NAME(S)or any persons related to the CRIME SECTION AND NAME including, but not limited to:

    a.  All communications content, including email, text (SMS/MMS or app chats), notes, or voicemail.  This data will also include attachments, source and destination addresses, and time and date information, and connection logs, images and any other records that constitute evidence and instrumentalities of CRIME SECTION AND NAME for the dates above, including communications referring or relating to this investigation involving any or all of the following: SUSPECTS NAME(S) or any persons related to the sales of narcotics together with indicia of use, ownership, possession, or control of such communications or information found;

    b.  All location data for the dates above.  Location data may be stored as GPS locations or cellular tower connection data.  Location data may be found in the metadata of photos and social networking posts, Wi-Fi logs, and data associated with installed applications;

    c.  All photographic/video/audio data and associated metadata;

    d.  All internet history for the dates above, including cookies, bookmarks, web history, search terms;

    e.  All financial information; and

    f.  All indicia of ownership and control for both the data and the cellular device, such as device identification and settings data, address book/contacts, social network posts/updates/tags, Wi-Fi network tables, associated wireless devices (such as known Wi-Fi networks

Confidential Treatment Requested                                    BWS-GJS0006539
EXHIBIT 71  PAGE 004

and Bluetooth devices), associated connected devices (such as for backup and syncing), stored passwords, user dictionaries.

**FINALLY, IT IS ORDERED** that the 10-day requirement for the search warrant return, as stated in California Penal Code section 1534, is waived in order to allow officers sufficient time to process and comply with this warrant.

"What"

**AND TO SEIZE AND EXAMINE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. Any items seized during the lawful service of this search warrant shall be disposed of in accordance with the law by the Rohnert Park Department of Public Safety upon adjudication of the case. The officers serving the search warrant are also hereby authorized, without necessity of further court order, to return seized items to the owner, if such items have been photographically documented. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this _____ day of _____, _____, **at _____ A.M. / P.M.** Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: [

FORMCHECKBOX ]YES [ FORMCHECKBOX ]NO

_____, NIGHT SEARCH APPROVED:  [

FORMCHECKBOX ]YES [ FORMCHECKBOX ]NO

<div align="center">(Signature of Magistrate)</div>

Judge of the Superior Court of California, County of Sonoma, Dept. **[ FORMTEXT ]**

_____[ HYPERLINK "file:///C:\\Users\\jleonard\\AppData\\Lo

<div align="center">(Magistrate's Printed Name)</div>

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

Confidential Treatment Requested                    BWS-GJS0006540

EXHIBIT 71  PAGE 005

[ HYPERLINK "file:///C:\\Users\\jleonard\\AppData\\Local\\Microsoft\\Windows\\jfb\\Desktop\\Search%20Warrants\\SEARCH%20WARRANT%20DISK\\____SW%20INDEX%20MANUAL.doc" ]**STATE of CALIFORNIA, COUNTY of SONOMA**, [ HYPERLINK "file:///C:\\Users\\jleonard\\AppData\\Local\\Microsoft\\Windows\\jfb\\Desktop\\Search%20Warrants\\SEARCH%20WARRANT%20DISK\\____SW%20INDEX%20MANUAL.doc" \l "Why_Index_01" \o "Back to the SW INDEX MANUAL - \"Why\" " ]

ATTACHED and INCORPORATED

# STATEMENT OF PROBABLE CAUSE

Affiant, <LEO name and Rank>, declares under penalty of perjury that the following facts are true and that there is probable cause to believe, and Affiant does believe, that the designated articles, property, and persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles and the persons:

## STATEMENT OF PROBABLE CAUSE

<HERO SHEET>

## INVESTIGATION:

<ENTER PC HERE>

At the time of the search warrant, cellular telephones were located in <LOCATION>. One cellular phone was identified as belonging to <DEFENDANT> and the other was identified as belonging to <DEFENDANT 2>. The items were seized and booked under evidence items <EVIDENCE NUMBER>.

It is my opinion that a search of the contents of the two cellular phones will reveal evidence of CRIME SECTION AND NAME. A search of the contents of the two cellular phones may also provide additional evidence related to co-conspirators, suppliers, and clients associated.

Based on my training and experience, I know that narcotics traffickers will oftentimes have long term customers and supplier. The narcotics trafficker will oftentimes store historical information from their coconspirators such as but not limited to names, dates, phone numbers, addresses, GPS locations, social media contacts, social media messaging and text messages.

Based on my training and experience, I know that people who engage in criminal activity often possess and use mobile communication devices as repositories of information relating to those activities. For example, persons involved in CRIME SECTION AND NAME may use their cellular phones to make and receive calls, and send and receive e-mails and text messages, communicating their involvement in the crime and coordinating their activities. In addition, these devices are also often used to access the

Confidential Treatment Requested                                                              BWS-GJS0006541
EXHIBIT 71  PAGE 006

Internet.  This information can be located on internal or removable storage media, picture files, text files, video files, GPS data, including, but not limited to, coordinates, way points, and tracks, and in erased files of the cellular phone.  Such information may be evidence of their knowledge of the crime.  Furthermore, I know that people who engage in criminal activity regularly use cellular phones to brag or boast about their criminal conduct via phone calls and/or text messages.

Your affiant knows that Rohnert Park Department of Public Safety has access to the Cellebrite data extraction systems.  Based on my training and experience, I know that the Cellebrite systems are cellular phone transfer tools capable of reading, copying, and extracting information stored within possible removable storage media, picture files, text files, video files, and/or erased files within the cellular phone.  I know that the devices may read, copy, and extract the cellular phone's incoming and outgoing text messages, e-mail messages, stored digital images, log-in name and passwords for on-line services, contact lists, phone numbers, addresses, call log/call detail records, identification history log, incoming and outgoing call identification history log, and missed call identification history logs, SMS text messages, ESN/IMEI information, mobile applications used to connect cellular communication devices to Internet services, pictures, video, audio, and ring tones.  In addition, I know that the Cellebrite devices are capable of creating and/or printing a report that lists the data obtained from the electronic search of the cellular phone.  I know that forensic examinations of cellular phones can be done via the Cellebrite Universal Forensic Extraction Device (UFED) systems, as well as by photographing phone displays, and connecting the phones to a computer via the USB cable in order to download images contained within the phone.

Based on the above information, I am therefore requesting the Court authorize a search of the <ITEM TO BE SEARCHED> booked into evidence at Rohnert Park Department of Public Safety under case <CASE 3> as item #X and the <ITEM TO BE SEARCHED> booked into evidence at Rohnert Park Department of Public Safety under case <CASE 3> as item #Y, via forensic examination and/or search by data extraction device and software cellular phone transfer device, such as the Cellebrite and/or XRY Device, for the following:

1.     All data that constitutes evidence and instrumentalities of CRIME SECTION AND NAME occurring between <DATE RANGE>, including communications referring or relating to this investigation involving any or all of the following: SUSPECTS NAME(S)and any other person related to the CRIME SECTION AND NAME including, but not limited to:

a.     All communications content, including email, text (SMS/MMS or app chats), notes, or voicemail. This data will also include attachments, source and destination addresses, and time and date information, and connection logs, images and any other records that constitute evidence and instrumentalities of CRIME SECTION AND NAME for the dates above, including communications referring or relating to this investigation involving any or all of the following: SUSPECTS NAME(S)or any other person related to the CRIME SECTION AND NAME together with indicia of use, ownership, possession, or control of such communications or information found;

b.     All location data for the dates above.  Location data may be stored as GPS locations or cellular tower connection data.  Location data may be found in the metadata of photos and social networking posts, Wi-Fi logs, and data associated with installed applications;

Confidential Treatment Requested                                                                                    BWS-GJS0006542

EXHIBIT 71  PAGE 007

c.      All photographic/video/audio data and associated metadata;

d.      All internet history for the dates above, including cookies, bookmarks, web history, search terms;

e.      All financial information; and

f.      All indicia of ownership and control for both the data and the cellular device, such as device identification and settings data, address book/contacts, social network posts/updates/tags, Wi-Fi network tables, associated wireless devices (such as known Wi-Fi networks and Bluetooth devices), associated connected devices (such as for backup and syncing), stored passwords, and user dictionaries.

I am additionally requesting that investigating officers be authorized, at their discretion, to conduct an offsite search of the seized items for the property described, and that investigating officers and those agents acting under the direction of the investigating officers are authorized to access all data on the cellular device to determine if the data contains the items described above.  If necessary, I also request that investigating officers be authorized to employ the use of outside experts, acting under the direction of the investigating officers, to access and preserve data on the cellular device.  Those items that are within the scope of this warrant may be copied and retained by investigative officers.

Based upon all of the above and my training and experience, I am requesting that I be allowed to listen to and look at any voicemail messages within internal and/or possible removable storage media, text files, GPS data including, but not limited to, coordinates, way points, and tracks, and/or erased files, and all other data files.  Based upon my training and experience, I have found that persons often call or leave messages on phones who may indicate they are engaged in or have knowledge of criminal activities, and may communicate that knowledge through the use of cellular phones.

In the event that the cellular phones or device's memory card/chip cannot be accessed through a USB connection or a communication port due to security features, due to damage to the device, or if the device is not compatible with the available commercial tools, I request that a member of the Northern California Computer Crimes Task Force (NC3TF), or designee, be authorized to conduct a forensic examination of the device by directly accessing the memory card/chip to conduct their examination.  The process of directly accessing the phone's memory card/chip will require the phone to be disassembled to a point in which the device may no longer function as designed.

If authorized to search the above-described cellular phone(s), the searches will be conducted within approved forensic guidelines that will safeguard the integrity of the original data stored within the cellular phone(s).

**[MUST INCLUDE THIS PARAGRAPH REGARDING PROCEDURE FOR SEALING AND RETURN IF EVIDENCE UNRELATED OR THERE IS NO EVIDENCE OF CRIMINAL ACTIVITY]:**

As required by California Penal Code Section 1546.1 (d), any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject further review, use, or disclosure absent an order from the Court.  If no evidence of criminal activity is

Confidential Treatment Requested

discovered relating to the seized property and associated peripherals, the system will be returned promptly.

It is requested that the ten-day requirement be waived to provide your Affiant ample time to process and comply with the Search Warrant in a timely manner. The Return to Search Warrant will be filed promptly upon completion of the search.

I request that a Search Warrant be issued based upon the aforementioned facts, for the seizure of said property, or any part thereof, between the hours of 7:00 A.M. and 10:00 P.M., good cause being shown thereof, and the same be brought before this Magistrate or retained subject to the order of the court, or of any court in which the offense(s) in respect to which the property of things taken, triable, pursuant to Section 1536 of the Penal Code.

Items attached and incorporated by Reference:     [ FORMCHECKBOX ]YES [ FORMCHECKBOX ]NO

I certify (declare) under penalty of perjury that the foregoing is true and correct.
Executed at **[ FORMTEXT ]**, California


_____, **[ FORMTEXT ]** day of **[ FORMTEXT ]**, **2016, at A.M. / P.M.**
[                                                                                                    HYPERLINK
"file:///C:\\Users\\jleonard\\AppData\\Local\\Microsoft\\Windows\\Documents%20and%20Settings\\mst\\Loc al%20Settings\\Temporary%20Internet%20Files\\OLK73\\____SW%20INDEX%20MANUAL.doc" \l "Why" ][                                                                                               HYPERLINK
"file:///C:\\Users\\jleonard\\AppData\\Local\\Microsoft\\Windows\\jfb\\Desktop\\Search%20Warrants\\SEAR CH%20WARRANT%20DISK\\____SW%20INDEX%20MANUAL.doc" \l "Why_Index_01" \o "Back to the SW INDEX MANUAL - \"Why\" " ](Signature of Affiant)

Confidential Treatment Requested                                                                    BWS-GJS0006544
EXHIBIT 71  PAGE 009

[HYPERLINK "\\\\PSB1\\Department\\PDS/SD\\VCI\\Search Warrant Cut & Paste Writing\\ ____ SW INDEX MANUAL.doc"]SW NO._____

# STATE of CALIFORNIA, COUNTY of SONOMA
## ADDENDUM SEARCH WARRANT and AFFIDAVIT

(Addendum to search warrant for THE PREMISES known as **Rohnert Park Department of Public Safety**, **Property and Evidence** located at **500 City Center Drive**, **Rohnert Park**, **California**, **94928** in the County of **Sonoma**.)
Issued by the Honorable Judge <NAME> – Sonoma County Superior Court

**<OFFICER>** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe that and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.   Wherefore, Affiant requests that this Search Warrant be issued.

|  |  |  |
|---|---|---|
|  | HOBBS SEALING REQUESTED: | [ |
| FORMCHECKBOX ] | YES | [ |
| FORMCHECKBOX ] | NO |  |
| _____, | NIGHT SEARCH REQUESTED: | [ |
| FORMCHECKBOX ] | YES | [ |
| FORMCHECKBOX ] | NO |  |
| (Signature of Affiant) |  |  |

Reviewed by: _____, **<DATE>** day of **<MONTH>**, **2016**, at _____ **A.M. / P.M.**
(Signature of Deputy District Attorney)

# (ADDENDUM SEARCH  WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SONOMA:** proof by affidavit, under penalty of perjury, having been made before me by **<OFFICER>** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "**[ FORMCHECKBOX ]**"(s), in that:

[ FORMCHECKBOX ]                                it was stolen or embezzled – [1524(a)(1) PC];
[ FORMCHECKBOX ]                                it was used as the means of committing a felony – [1524(a)(2) PC];
[ FORMCHECKBOX ]                                it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery – [1524(a)(3) PC];
[ FORMCHECKBOX ]                                it tends to show that a felony has been committed or that a particular person has committed a felony – [1524(a)(4) PC];
[ FORMCHECKBOX ]                                it tends to show that sexual exploitation of a child, in violation of PC Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring – [1524(a)(5) PC];
[ FORMCHECKBOX ]                                an arrest warrant is outstanding for the person to be seized – [1524(a)(6) PC];
[ FORMCHECKBOX ]                                a Child Protective Custody Warrant is outstanding for the person to be seized – [1524(a)(6) and Family Code 3134.5];
[ FORMCHECKBOX ]                                a provider of "electronic communication service" or "remote computing service", as defined in Penal Code Section 1524.2(a) (including "California corporations" defined as any corporation or other entity that is subject to Section 102 of the Corporations Code and "Foreign corporations" defined as any corporation that is qualified to do business in this state pursuant to Section 2105 of the Corporations Code), has records or evidence regarding a subscriber or customer which (1) is of a type specified in Penal Code Section 1524.3 (i.e. the subscriber/customer's name, address, telephone number or other subscriber number or identity; the types of services the subscriber/customer utilized; the length of time the person has been a subscriber/customer of that service; and the local and long distance telephone toll billing records); and (2) which records or evidence shows that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery – [1524(a)(7) PC];

Confidential Treatment Requested                                                                                                    BWS-GJS0006545
EXHIBIT 71  PAGE 010

**[ FORMCHECKBOX ]**                                              the property or things to be seized include
an item or any evidence that tends to show a violation of Section 3700.5 of the Labor Code, or tends to show that a particular
person has violated Section 3700.5 of the Labor Code – [1524(a)(8) PC];

**[ FORMCHECKBOX ]**                                              because this is a search for documentary
evidence which is in the possession or under the control of a lawyer, physician, psychotherapist or clergyman who is not a
suspect in the criminal activity to which the documentary evidence being sought relates, the Special Master provisions of
Section 1524(c) are applicable – [1524(c) PC];

**EXAMPLE**: On 05/26/16, Sonoma County Superior Court Judge, the Honorable Peter Ottenweller, authorized the search of a black Samsung smart phone with a cracked screen that was found in (SUSPECT'S) possession at the time of his arrest on 03/24/16.  I located the cellular phone at the Santa Rosa Police Department Property and Evidence Department, located at 965 Sonoma Ave, in Santa Rosa, where it was booked under Case #16-4028, Item #17.  I was unable to search the cellular phone because it is has a biometric lock.  A biometric locked phone is one in which the user unlocks the phone with a fingerprint, retinal scan, or facial recognition.  Fingerprint is the most common mode of biometric lock used on cellular phones.

**The Court commands the affiant to take subject cellular phone to the Main Adult Detention facility and place (SUSPECT'S) fingerprint(s) on the face of said cellular phone for the purpose of unlocking the device so that the previously ordered search of the cellular phone's contents may be executed.  The affiant is further authorized to change the cellular phone's settings to remove the biometric lock from the device, and the affiant may place (SUSPECT'S) fingerprint(s) on the face of said cellular phone to affect this change.**

**The Court further orders that the process be videotaped with a Body Worn Camera, or similar device, and that (SUSPECT) not be questioned on any subject related to this case, or any other case for which he is in custody.**

[HYPERLINK "\\\\PSB1\\Department\\PDSSD\\VCI\\Search Warrant Cut & Paste Writing\\____SW INDEX MANUAL.doc" \l "What_Index_01" \o "Back to The SW IND
**AND TO SEIZE AND EXAMINE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court.  This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this **[ FORMTEXT ]** day of **[ FORMTEXT ]**, **[ FORMTEXT ]**, at _____ **A.M. / P.M.**  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

|  |  |
|---|---|
| | **HOBBS SEALING APPROVED:** [ |
| FORMCHECKBOX ] | **YES**                             [ |
| FORMCHECKBOX ] | **NO** |
| _____ , | **NIGHT SEARCH APPROVED:**   [ |
| FORMCHECKBOX ] | **YES**                             [ |
| FORMCHECKBOX ] | **NO** |
| (Signature of Magistrate) | |

Judge of the Superior Court of California, County of [ FORMTEXT ], **[ FORMTEXT ]**, Dept. **[ FORMTEXT ]**

_____[HYPERLINK "\\\\PSB1\\Department\\PDSSD\\VCI\\Search Warrant Cut & Past
(Magistrate's Printed Name)

Search Executed by Detective _____ on Date _____ Hour _____
/

Confidential Treatment Requested                                                                        BWS-GJS0006546
EXHIBIT 71  PAGE 011

/
/
/
/
/
/
/
/
/
/
/
/
/Back to Index

Confidential Treatment Requested

BWS-GJS0006547

EXHIBIT 71  PAGE 012

# SUPERIOR COURT OF CALIFORNIA
## County of _____



## NOTICE
### Execution of Electronic
### Communication Search Warrant

**To:**   *[Insert name of target]*
**From:** *[Insert declarant's name and agency]*

A warrant to search for and seize certain electronic communications to which you were a party, and/or records of such communications, was issued by a judge of the Superior Court of California. A copy of this search warrant is attached hereto. Pursuant to Penal Code § 1546.2, you are hereby notified of the following:

**Date warrant executed**: *[Insert date warrant executed]*

**Communications and/or records that were ordered seized**: See attached search warrant.

**Nature of investigation**: *[Describe with "reasonable specificity" the nature of the criminal investigation for which the warrant was issued]*

**Method of notification**: This notice was served on you as follows:
☐ First-class mail   ☐ Registered mail
☐ Email   ☐ Personal Service   ☐ Other: *[Describe]*

_____        _____
Date of notification                              Declarant

BRIAN MASTERSON, DIRECTOR OF PUBLIC SAFETY
County of Sonoma
500 City Center Drive
Rohnert Park, CA 94928
707/584-2600

SUPERIOR COURT FOR THE COUNTY OF SONOMA, STATE OF CALIFORNIA

In Re Case 16-####                )       COURT NO.
                                  )       RPDPS CASE # 16-####
**SUSPECTS NAME**                 )
                                  )       COURT ORDER FOR THE DESTRUCTION
                                  )
                                  )       OF SEIZED MARIJUANA
_____ )

     IT IS HEREBY ORDERED that marijuana seized pursuant to the Rohnert Park Department of Public Safety Case number **16-####**, be released to the RPDPS Sergeant Jacy Tatum and the RPDPS Evidence Technician, for disposal as set forth in the attached Declaration of Officer Huffaker.

DATE: **Month** _____, 2016.



_____
     JUDGE OF THE SUPERIOR COURT

//
//
//
//
//
//
//
//
//
//
//
//

BRIAN MASTERSON, DIRECTOR OF PUBLIC SAFETY
County of Sonoma
500 City Center Drive
Rohnert Park, CA 94928
707/584-2600

SUPERIOR COURT FOR THE COUNTY OF SONOMA, STATE OF CALIFORNIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA ) | | DECLARATION IN SUPPORT OF |
| ) SS  **SUSPECTS NAME** | | DESTRUCTION OF MARIJUANA |
| ) | | |
| COUNTY OF SONOMA ) | | |

Pursuant to Rohnert Park Department of Public Safety Case Number 16-3107, Rohnert Park Police seized marijuana during a traffic stop in the area of;

**Highway 101 at Asti Lane, Cloverdale, CA COUNTY OF SONOMA,** Where in a **COLOR, YEAR, MAKE AND MODEL** contained approximately ### pounds of processed marijuana bud. The driver, **SUSPECTS NAME,** was arrested for violation of Health and Safety Code sections11359 and 11360(a). The Rohnert Park DPS complied with Health and Safety Code Section 11479 by completing the following requirements:

    A.    Five random and representative samples were taken, for evidentiary purposes, from the total number of packages containing marijuana.

    B.    In addition to the five random evidentiary samples collected, one ten pound sample, from the total amount of marijuana to be destroyed, was retained.

    C.    Photographs were taken which reasonably demonstrate the total amount of marijuana seized.

    D.    A gross weight of the marijuana was determined to be approximately ### pounds.

The Director of Rohnert Park Department of Public safety has determined that it is not reasonably possible to preserve the marijuana in place or in another location. This determination was based on the fact that Rohnert Park does not have adequate storage facilities or sufficient personnel to guard the marijuana. In addition, recently processed marijuana in the drying stage gives off great volumes of heat and may erupt into fire.

Therefore, an ORDER to destroy all the marijuana described above, except the evidentiary samples, was given by the Director of Rohnert Park Department of Public safety on the _____ of _____, 2016.

I declare, under penalty of perjury, that the foregoing is true and correct.

        OFFICER HUFFAKER   _____

EXHIBIT 71  PAGE 015

1  **STATE OF CALIFORNIA - COUNTY OF SONOMA**

2  **SEARCH WARRANT AND AFFIDAVIT**

3

4

5                          **(AFFIDAVIT)**

6  I, Joe Huffaker, being a sworn peace officer, swear that on the basis of the information contained within this Search Warrant Affidavit and the attached and incorporated Statement of Probable Cause are true and that based thereon I have probable cause to believe and do believe that the property described below is lawfully seizable pursuant to Penal Code §1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

7

8

9

10  _____NIGHT SEARCH REQUESTED: YES [ FORMCHECKBOX ]   NO   [ FORMCHECKBOX ]

11  (SIGNATURE OF AFFIANT)

12

13

14                  [ADVANCE \d 5](SEARCH WARRANT)

15  THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, INVESTIGATOR, OR PEACE OFFICER IN THE COUNTY OF SONOMA: proof by affidavit having been made before me by Joe Huffaker, that there is probable cause to believe that the property described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code §1524 as indicated below by "X"(s) in that it:

16

17

18

19          [ FORMCHECKBOX ] [ADVANCE \u 2]was stolen or embezzled,
            [ FORMCHECKBOX ] [ADVANCE \u 2]was used as the means of committing a felony,
20          [ FORMCHECKBOX ] is possessed by a person with the intent to use it as means of
                committing a public offense or is possessed by another, to whom he or she may have
21              delivered it for the purpose of concealing it or preventing its discovery,
            [ FORMCHECKBOX ] tends to show that a felony has been committed or that a particular
22              person has committed a felony,
            [ FORMCHECKBOX ] tends to show that sexual exploitation of a child, in violation of P.C.
23              §311.3, has occurred or is occurring;

24

25

26

27

28              -[ PAGE  \* MERGEFORMAT ]-

Confidential Treatment Requested                                                    BWS-GJS0006551

EXHIBIT 71  PAGE 016

**YOU ARE THEREFORE COMMANDED TO SEARCH LOCATION**:

**BANK NAME AND ADDRESS**

**AND SEIZE THE FOLLOWING PROPERTY**:

Provide monthly statements for all accounts in the name of,

SUSPECTS NAME,

Date of birth of

which are not listed, in electronic or non-electronic form from Date 5 years back to Current EXAMPLE: October 15th, 2010 to October 15th, 2015;

Provide deposit and withdrawal receipts of all accounts in the name of,

SUSPECTS NAME,

Date of birth of

which are not listed, in electronic or non-electronic form from Date 5 years back to Current EXAMPLE: October 15th, 2010 to October 15th, 2015;

Provide canceled checks and deposit records of all accounts in the name of :

SUSPECTS NAME,

-[ PAGE  \* MERGEFORMAT ]-

EXHIBIT 71  PAGE 017

Date of birth of

Provide signature cards and any documents relating to the origin of the account(s), including any co-signer, other AKA or DBA associated with in the name of

SUSPECTS NAME,

Date of birth of

, which are not listed, in electronic or non-electronic form Date 5 years back to Current EXAMPLE: October 15th, 2010 to October 15th, 2015;

-[ PAGE  \* MERGEFORMAT ]-

Confidential Treatment Requested
EXHIBIT 71  PAGE 018

## NON DISCLOSURE ORDER

Good cause showing, it is further ordered that Bank of America, Wells Fargo Bank, Citibank, Chase Bank or any of its agents ***shall not*** notify any person (including the account holder and customer to which the materials relate) of the existence of this order until further order from the court in that such a disclosure could give the subscriber an opportunity to destroy evidence, hamper the investigation, notify confederates, or flee prosecution.

[ADVANCE \d 5]_____ _____

_____

 (SIGNATURE OF MAGISTRATE)                    Date_____

Judge of the Superior Court, Sonoma County Judicial District

-[ PAGE   \* MERGEFORMAT ]-

Confidential Treatment Requested
BWS-GJS0006554

EXHIBIT 71  PAGE 019

**AND TO SEIZE IT IF FOUND** and bring it forthwith before me, or this court, at the courthouse of this court.

This Search Warrant and attached and incorporated Affidavit was sworn to and subscribed before me this ___ day of MONTH, 2016 at _____ A.M. /P.M.  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

[ADVANCE  \d  5]_____NIGHT  SEARCH  APPROVED:  YES  [ FORMCHECKBOX ] NO [ FORMCHECKBOX ]

  (SIGNATURE OF MAGISTRATE)

Judge of the Superior Court, Sonoma County Judicial District

-[ PAGE  \* MERGEFORMAT ]-

1

### DELAYED SEARCH WARRANT RETURN

2  Good cause showing, it is further ordered the 10-day requirement for return of items seized in this

3  Search Warrant per Penal Code §1534(a) is excused as financial data and records are frequently

4  unattainable in such a short time period without undue hardship on the named organizations based on

5  the large volume of documents and financial data requested. Therefore, the evidence seized by this

6  Search Warrant will be returned to the court in a timely manner once they are obtained by the affiant or

7  another peace officer.

8

9

10  [ADVANCE \d 5]_____

11  _____

12   (SIGNATURE OF MAGISTRATE)                    Date_____

13  Judge of the Superior Court, Sonoma County Judicial District

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              -[ PAGE  \* MERGEFORMAT ]-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIANT TRAINING AND EXPERIENCE**

HERO SHEET

**STATEMENT OF PROBABLE CAUSE**

ENTER NARRATIVE HERE

**IDENTIFICATION AND DESCRIPTION OF EVIDENCE TO BE SEIZED**

Based on the evidence obtained throughout this investigation, my training and experience in narcotic related financial investigations, I believe the above listed subject is directly involved with the sales and transportation of marijuana and any and all proceeds from those sales will be shown in the above listed accounts. I believe evidence of money laundering and/or structured deposits will be located in all of the above accounts as well.

I have requested to seize financial records related to this investigation, because I believe they contain evidence of felonious activity. I know that sophisticated drug dealers who use legitimate

-[ PAGE \* MERGEFORMAT ]-

Confidential Treatment Requested

BWS-GJS0006557

EXHIBIT 71  PAGE 022

1    companies as fronts often comingle there personal and business financial records in order to keep their

2    illegal scheme continuing. Obtaining these records will identify the movement of monies necessary to

3    determine the source of deposits and withdrawals. This is accomplished by completing a financial

4    profile of the suspects through analyzing financial records which can show asset accumulation, cash

5    deposits, cash withdrawals, locations and amounts of purchases, changes in life-style, and expenditures

6    that are consistent with a person generating illegal income from illegal activities. The violation of

7    money laundering can be charged over a five year time period, therefore I respectfully request

8    documents from DATE FIVE YEARS BACK.

9        I have requested to seize monthly account statements because they show the overall activity or

10    picture of what occurs in the account such as deposits, withdrawals, checks, ATM usage, name on the

11    account, and address on the account. Seizing the monthly statements is necessary to show a

12    chronological history of account usage in respect to amounts, dates, and places. I have requested to

13    seize checks written from and deposits made into the accounts establish the movement of funds and

14    assist in the tracing of money through financial transactions. They identify persons receiving funds

15    and/or paying the suspect. They also assist in verifying the identity of the person (by signature or

16    identification) making these transactions.

17        I have requested to seize signature cards or account opening records because these records help

18    establish the identity of person(s) who are authorized signors on the account. Additional information

19    such as employment, residence, and other data can be gleaned from these records. Seizing the signature

20    cards are necessary in proving culpability.

21

22        I have requested data from Date 5 years back to Current EXAMPLE: October 15th, 2010 to

23    October 15th, 2015;

24        regarding these accounts. I believe data from this time period of more than five years will

25    provide me with an adequate amount of data to generate a financial profile of the suspects including

26    any regular known legitimate income contrasted with the identification of any unknown ill-gotten gains

27    earned through drug sales.

28                 -[ PAGE  \* MERGEFORMAT ]-

BWS-GJS0006558
EXHIBIT 71  PAGE 023

1

2    **REQUEST FOR DELAYED SEARCH WARRANT RETURN**

3       Based on my training and experience in financial investigations, I know that bank records and

4  documents are frequently unattainable by the bank from which they are requested within the 10-day

5  search warrant return time period. This often causes undue hardship upon the named bank based on the

6  volume of documents and detailed information requested. Therefore, I request the 10-day statutory

7  requirement for return of items seized in this Search Warrant to be waived and the items obtained

8  through the search will be returned to the court in a timely manner and without delay once they are

9  acquired by the affiant.

10

11

12

13

14

15          **AFFIANT OPINION**

16

17       I believe Suspects name is committing offenses enumerated in California Health and

18  Safety Code  11360 (a) , 11359, and California Penal Code 182 (a) 1. What has been observed so far in

19  this investigation is evidence supporting the indication that he is likely involved in the sale of

20  marijuana, that he has likely conspired to do these activities, that he is living a lifestyle outside of their

21  known legitimate income. I also believe SUSPECTS NAME is laundering proceeds from illegal

22  marijuana sales through bank accounts.

23

24

25       Based on my training and experience, I know those engaged in the trafficking and sale of

26  marijuana often reap large monetary gains in the form of cash because most marijuana sales and

27  purchases are conducted in cash. I also know from my training and experience that drug dealers often

28          -[ PAGE  \* MERGEFORMAT ]-

EXHIBIT 71  PAGE 024

1  hide their profits in financial institutions because it is safer than holding it on their person or in their

2  residence and it allows the drug dealer access to the money virtually anywhere.

3      Based on the above information presented within this affidavit and my experience, education,

4  training and expertise, it is my opinion that the above requested items to be seized are located in the

5  aforementioned location. It is my opinion that the seizure the financial records requested in this search

6  warrant will provide additional evidence of the events reported in this affidavit and that the items have

7  been and will be used to aid in the commission of felonies in violation of California law. The records

8  requested should provide adequate data to allow for a financial analysis showing deposits, credits,

9  checks, and movement of monies.

10     Based on the evidence obtained throughout this investigation and my training and experience

11 in narcotic related financial investigations, I believe probable cause exists to request a search warrant

12 and seizure order be issued for good cause showing. I declare under penalty of perjury that the forgoing

13 is true and correct to the best of my knowledge.

15 Date:_____          _____

16                                 **OFFICER**

28                           -[ PAGE  \* MERGEFORMAT ]-

Confidential Treatment Requested                                                                    BWS-GJS0006560

EXHIBIT 71  PAGE 025

1    SUPERIOR COURT OF THE SATE OF CALIFORNIA

2    IN AND FOR THE COUNTY OF SONOMA

3

4
IN RE PROPERTY SUBJECT TO                 )    NO.
5    FORFEITURE PURSUANT TO HEALTH         )
AND SAFETY CODE SECTION 11470.            )
6                                          )    ORDER FOR SEIZURE OF
                                           )    PROPERTY SUBJECT TO
7                                          )    FORFEITURE (HEALTH &
                                           )    SAFETY CODE §11471)
8    _____)

9          Affidavit Officer Joe Huffaker, a peace officer of the State of California, employed by
the City of Rohnert Park Department of Public Safety, having been made before me that he has reason
10   to believe that property described as:

11          1.    Fredrick Lloyd Mason,
12                Date of birth of [REDACTED]

13                Jaimeson George Wright,
                  Date of birth of [REDACTED]
14

15          2.    Any and all funds in any and all:
                  Bank of America, [REDACTED]
16                Chase, [REDACTED]
                  Wells Fargo, [REDACTED]
17                Citibank, [REDACTED]
                  Navy Federal Credit Union, [REDACTED]
18

19                Fredrick Lloyd Mason,
                  Date of birth of [REDACTED] which are not listed above;
20

21                Jaimeson George Wright,
                  Date of birth of [REDACTED] which are not listed above;
22
            3.    Any and all safe deposit boxes in the names of:
23
                  Fredrick Lloyd Mason,
24                Date of birth of [REDACTED]

25                Jaimeson George Wright,
                  Date of birth of [REDACTED]
26

27                and in the custody of:

28
                              [ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested                                    BWS-GJS0006561
EXHIBIT 71  PAGE 026

1    is subject to seizure and forfeiture pursuant to Health and Safety Code Sections 11470, et seq.,

2    in that said property was:

3    //

4        __X__        was intended to be furnished by any person in exchange for a controlled
5                     substance and marijuana,

6        __X__        is proceeds traceable to an exchange for a controlled substance and
7                     marijuana,

8        __X__        is monies, negotiable instruments, securities, or other things of value, which
                     were used or intended to be used to facilitate any violation of the Health and
9                     Safety Code or any conspiracy to commit a violation of the Health and
                     Safety Code relating to the possession for sale, sale, transportation or
10                    manufacture of a controlled substance and marijuana;

11           And as I am satisfied that there is probable cause to believe that said property is subject
12   to seizure and forfeiture pursuant to Health and Safety Code Sections 11470, et seq.;

13           IT IS HEREBY ORDERED:

14           1.      Affiant, or any peace officer of the State of California, is directed to seize the

15   within described property, leaving a copy of this Order and a receipt for the property taken pursuant to

16   Health and Safety Code Section 11488(c), and to hold such property pending forfeiture pursuant to the

17   provisions of Health and Safety Code Sections 11470, et seq., or until further order of a court of

18   competent jurisdiction;

19
20           2.      Affiant, or any peace officer of the State of California, is directed to enter upon the

21   premises of:

22       Bank of America, 6545 Hunter Driver, Rohnert Park, California, 94928

23       Citibank, 328 North Main Street, Sebastopol, California, 95472

24       Wells Fargo Bank, 5 Padre Parkway, Rohnert Park, California, 94928

25       Chase Bank, 201 Rohnert Park Expy, Rohnert Park, CA 94928

26       Navy Federal Credit Union, 2040 Harbison Drive Suite E Vacaville, CA 95687

27

28

[ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested

EXHIBIT 71  PAGE 027

, as further described in the Affidavit in Support hereof, in the daytime within ten (10)

days of today's date in order to seize said property, good cause having been shown therefore;

4.     The custodian of the within described property,

Bank of America, 6545 Hunter Driver, Rohnert Park, California, 94928,

Citibank, 328 North Main Street, Sebastopol, California, 95472

Wells Fargo Bank, 5 Padre Parkway, Rohnert Park, California, 94928

Chase Bank, 201 Rohnert Park Expy, Rohnert Park, CA 94928

Navy Federal Credit Union, 2040 Harbison Drive Suite E Vacaville, CA 95687

, their officers, agents or account representatives, are directed to assist the peace officer

executing this Seizure Order to accomplish the seizure of such property (less unpaid service charges

incurred in connection with such property, and excluding such portions thereof as may be subject to a

security interest in favor of the custodian) by:


(a)     Immediately freezing the balance of funds on deposit (including any

portion of such balance consisting of items in the process of collection) as of the time of the service of

this Seizure Order in any account described in, and maintained at the location of custodian served with,

this Seizure Order;

(b)     Refusing to honor a check or any other order for the payment of

withdrawal of money from any account described in, and maintained at the location of the custodian

served with, this Seizure Order; if honoring the check or order would reduce the balance of funds on

deposit below the amount thereof at the time of the service of the order;

(c)     Immediately upon service of Seizure Order, delivering the net proceeds

(not including the proceeds of any item then in the process of collection) of any account(s) described in,

and maintained at the location of the custodian served with this Seizure Order, to the peace officer in

[ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested

EXHIBIT 71  PAGE 028

1  the form of a cashier's or teller's check payable to the order of The City of Rohnert Park, subject to the

2  continuing jurisdiction of this Court;

3               (d)      Immediately, once Seizure Order is served on the custodian named

4  herein, delivering to the peace officer in the form of a cashier's or teller's check payable to the order of

5  The City of Rohnert Park subject to the continuing jurisdiction of this Court, the net proceeds of each

6  
7  item which was in the process of collection at the time of the

8  service hereof on the custodian and which has been finally paid by the drawee thereof.

9

10

11

12                                 _____

13                                  JUDGE OF THE SONOMA COUNTY
                                SUPERIOR COURT

14  ISSUED THIS _____ DAY OF

15  _____, 2015,

16  AT_____

17

18  NAME OF AFFIANT: _____

19

20

21

22

23

24

25

26

27  AFFIDAVIR IN SUPPORT OF SEIZURE ORDER:

28

                                  [ PAGE ]

Confidential Treatment Requested
BWS-GJS0006564
EXHIBIT 71  PAGE 029

FIRST OBSERVATIONS

October 13, 2015 at 1430 hrs, Sergeant Tatum and I were traveling in my marked Rohnert Park DPS Police Vehicle, Northbound on Hwy 101 near Cloverdale, when we observed a male subject driving a red 2015 Hyundai Sonata, CA license 7KHG689 in the number two lane of the highway. I noticed that the vehicle was traveling at a speed of approximately 40 miles per hour in the number two lane in a 3 lane section of the highway. I paced the vehicle for approximately half a mile and confirmed the vehicle was traveling at approximately 40-42 miles per hour. This section of the Highway has a posted speed limit of 65 miles per hour. I observed that there were several other vehicles on the roadway at this time and that this vehicle was preventing them from traveling the speed limit. I observed two vehicles brake and then have to move around the vehicle in order to avoid a collision. I then continued to pace the vehicle and it sped up and started traveling at approximately 70 miles per hour. As I continued to observe the vehicle the driver was unable to maintain the vehicle in the number two lane and the vehicles left tires crossed over into the number one line two separate times as well.

Due to the above violations, I initiated a traffic enforcement stop on the vehicle for 21658(a) CVC: Failure to maintain lane and 22400(a) CVC: Impeding Traffic on the vehicle.

OBSERVATIONS AFTER STOP

I contacted the driver of the vehicle later identified as Jamieson Wright. He presented me with his Virginia Driver`s license. I told Jamieson, the reason for the stop and he said he understood. In plain view on the center console of the vehicle I could see a large amount of currency next to the shifter. As I continued to speak with Jamieson he told me the following in summary: He was driving to Eureka with his best friend, Fredrick. They were here in CA to take pictures and visit his Uncle. They would be leaving to go back to Virginia on Sunday. Jamieson at one point stated he was from New York, he later stated that he was from Virginia. He also said they were going to buy clothes in Eureka too. I asked Jamieson if there was anything illegal in the car such as, Marijuana, methamphetamine, heroin, cocaine, or large amount of currency. He stated, "No."
I asked him I could do a search of his person, he complied by turning around and putting his hands up. I asked him if I could take the items in his pockets out and he said yes. As I started to search his person he became very nervous, I could feel his hands tense up. In his left front pants pocket I located some currency. Jamieson stated that it was "a couple grand."
I again asked Jamieson if there was anything illegal in the car such as, Marijuana or large amount of currency. He again told me No.
I then spoke with Fredrick Mason, identified by his Virginia ID card. Fredrick told me that they were going to visit Jamison's Uncle in Arcata. He stated he had met this Uncle before but was unsure of his name; he stated the first name of Chris but didn't know his last name. He said they were going to take pictures and would be leaving to fly home on Friday. He told me they had already booked the flight home.  I asked if there was anything illegal in the car such as, Marijuana, methamphetamine, heroin, cocaine, or large amount of currency. He stated, "No." He then stated he had some currency in the vehicle. I asked how much and he stated $4,700. I asked if there was any other currency in the vehicle and he stated no. Fredrick told me that this was not his first time making this trip and that he had done this before.
While standing at the vehicle, the passenger window was down and I could smell the odor of processed marijuana emanating from inside of it. I could also see the currency on the shifter that both Jamieson

[ PAGE ]

Confidential Treatment Requested

BWS-GJS0006565

EXHIBIT 71  PAGE 030

and Fredrick had denied having several times. Based on the odor of marijuana coming from the vehicle Sergeant Tatum and I conducted a probable cause search.

SEARCH

We conducted a systematic hand search of the vehicle starting from the trunk. Upon opening the trunk the odor of marijuana was stronger here than at the passenger window.

Inside the trunk were several items. The source of marijuana was determined to be coming from some clothes inside of it. Jamieson stated that the clothes did smell like marijuana, but stated he didn't have any marijuana inside the vehicle. As Sergeant Tatum was asking him about the clothes and explaining that the odor of marijuana was coming from them, I observed Jamieson nodding his head and I heard him say "That's probable cause."

Also located in the trunk was a black computer bag. Inside of the bag was approximately $40,000.00 in US Currency. The currency was broken down into approximately 40 $1,000 increments and each and each $1,000 was rubber banded. The denominations varied from 10s, 20s, 50s, to 100s. The majority of the bills were 20s. The bag also contained a laptop computer; an HP, black in color, serial # 5C0503QCQ.

Also in the trunk were the following items commonly used to package controlled substances and contraband:

Packing popcorn
Plastic bags
Latex gloves
Dryer sheets
A label maker
A vacuum sealer and bags
A glue gun and glue sticks
Cutting boards
Candles
Packing tape
Printer Paper and Kraft Paper
A black uniform similar to hospital scrubs
Packing slips
An Enterprise Car Rental Slip: Rented Oct 13th, 2015 at 10:13 AM due back Oct 16th, 2015 at 10:00 AM.

Based on my training and experience the above items are commonly used by drug traffickers to package illegal contraband and in this case I believe the items were intended to be used for shipping marijuana. These items are used in an attempt to conceal the odor of the contraband to avoid detection by shipping companies and law enforcement. As these items were removed from the truck Jamieson stated that this was not his first time doing this.

On the center console, was the US currency I observed earlier and one cell phone being used for navigation and another cell phone.

Fredrick had two cell phones that he had placed on this seat when he exited the vehicle as well.

Once we located the currency I went back and spoke with Jamieson. He told me the following in essence: He indicated that the vacuum sealer was going to be used to seal the clothes he purchased and that he was not sure what the other items were for. Sgt. Tatum asked if Jamieson if he would call Uncle Chris in an attempt to verify their visit. Jamieson refused to make the call. I confirmed with Jamieson that he was going to be staying in Eureka until Sunday and that they were staying in a hotel.

[ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested

1  Sgt. Tatum was speaking with Fredrick during this time and I could hear Fredrick tell Sgt. Tatum that
2  they were going to be staying with Cousin Chris until Friday. During this time Fredrick was extremely
   nervous and hesitated when he answered. Fredrick denied ownership of the currency located in the
3  trunk and said they only currency he had was approximately $4,700.00. Fredrick had five debit cards in
   his possession during this contact:
4  Bank of America, ███████████████
   Chase, ███████████████
5  Wells Fargo, ███████████████
   Citibank, ███████████████
6  Navy Federal Credit Union, ███████████████

7  Sgt. Tatum also spoke with Jamieson and asked him how he obtained the currency in the vehicle.
8  Jamieson responded and told us that he "has had" the money and that there was approximately
   $40,000.00. When Sgt. Tatum asked him if they money was taken out of a bank Jamieson said, "No."
9  When Sgt. Tatum asked Jamieson if the money was profit from illegal drugs or going to be used to buy
   drugs, Jamieson changed his behavior. Jamieson continued to avoid the question and would not give a
10 complete answer.

11 INDICATORS OF CRIMINAL ACTIVITY:
12 Conflicting Stories
   Traveling form a source city to a source city
13 Lying about having any currency in vehicle
   Attempting to hide currency in bag in trunk (40- 1000 dollar increments)
14 Packaging materials
15 Odor masking items
   Short trip/ turnaround time
16 Rental Car
   Unknown relationship/ name of the person they were going to visit
17 Multiple Cell phones
18 Large amount of Currency

19

20

21 ARREST

22 Based on the above evidence, conflicting information about travel plans, length of stay, amount of
23 currency in the vehicle, I placed Jamieson and Fredrick under arrest for 11370.9 HS: Possession of over
   $25,000 of drug proceeds and seized the above items as evidence pending further investigation.
24
   EVIDENCE
25
26 I booked the above items into evidence at Rohnert Park DPS.

27 The total amount of money was approximately $51,096 U.S. Currency

28 The breakdown of currency is as follows:

                                    [ PAGE ]
_____
ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

BWS-GJS0006567
EXHIBIT 71  PAGE 032

?? x $100 = $
?? x $50 = $
?? x $20 = $
?? x $10= $
?? x $5= $
?? x $1= $

Once back at RPDPS Main Station K9 Officer Snodgrass conducted a clean air sniff of the currency associated with this case. During that time his K9 partner, ENZO, alerted to the currency indicating a positive presence of a controlled substance.
See Officer Snodgrass' attached supplemented report

ANALYSIS AND OPINIONS
Based on my training and experience I believe that Jamieson and Fredrick were coming from out of state to travel to the area of Eureka/ Aracata to purchase bud marijuana. They would then use the items located in the trunk to package the marijuana, attempt to conceal its odor and use a shipping company to send the bud marijuana to Virginia or New York where they would sell it.

Sonoma County DA`s FOO number 15-115 should be referenced to this report and an independent Asset Forfeiture Investigation is pending.

Rohnert Park DPS in the only agency associated with this investigation.

Due to the above items seized I formed my professional opinion that Fredrick and Jaimeson were working together to purchase marijuana in California and then transport it back to their home . It is very common for persons who live outside of California on the east coast to travel to California to purchase and buy large amounts of marijuana. It is also common for persons who engage in illegal narcotics deals to buy and pay with cash. Cash is the number one form of payment for narcotics because it cannot be traced, unlike a check or credit card. I also believe based on the amount cash located in the vehicle that there will be large amounts of currency located in the above bank accounts and that currency is the proceeds or profits from the sale of illegal drugs.

I also believe information, photos, shipping addresses, and indicia for the sales and shipment of illegal drugs and marijuana will be located in all of the above cellular phones. I have investigated several marijuana related shipping cases and have located sales information and other drug related indicia in cellular phones during those investigations.

[ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested

BWS-GJS0006568

EXHIBIT 71  PAGE 033

1
2    I also believe there will be several large cash deposits shown in the above bank accounts. I believe those cash transactions will assist in proving that Fredrick and Jaimeson are involved in large cash transactions and those transactions are the proceeds from the sales of illegal narcotics.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[ PAGE ]

ORDER FOR SEIZURE OF PROPERTY SUBJECT TO FORFEITURE

Confidential Treatment Requested

EXHIBIT 71  PAGE 034

BWS-GJS0006569