# Exhibit 151
Redacted

| | |
|---|---|
| From: | 'Jacy Tatum' <jtatum4707@gmail.com> |
| To: | huffaker@live.com<huffaker@live.com> |
| Sent: | Tuesday, January 02, 2018 3:56 PM |
| Attachments: | SO75440.pdf |
| Subject: | Fwd: GUNWERKS Order |

Sent from my iPhone

Begin forwarded message:

> **From:** Mitch <mitch@gunwerks.com>
> **Date:** January 2, 2018 at 3:51:20 PM PST
> **To:** Joe Huffaker <jtatum4707@gmail.com>
> **Subject: GUNWERKS Order**
>
> His
>
> Thanks,
>
> Mitch Libby | Sales, Product Technician
>
> Direct Line- 307-296-7289

US 012274

EXHIBIT 151  PAGE 001

# Invoice
(Estimate)

01/02/2018

**S75440**



**Gunwerks, LLC**

Gunwerks, LLC
P.O. Box 22
Burlington, WY  82411
UNITED STATES
Phone: 307-296-7300

**Bill To:**

Joe Huffaker


Customer: Joe Huffaker

**Ship To:**

Joe Huffaker


Contact: Joe Huffaker

**Notes**
Law Enforcement.

Graphite C02

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Mitch | Due on receipt | Origin | UPS | | 01/02/2018 |

| Item # | Type | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|---|
| 1 | Sale | LR1000-7LRM-Carb-DB-RH-Ti-SFP - Gunwerks LR1000 Rifle | $ 7,050.00 | 1 ea | $ 7,050.00 |
| 2 | Sale | M52008 - LR Pkg - Nightforce 5-25x56 ATACR F1 MOAR Zstop DigIllum 34mm | $ 3,687.00 | 1 ea | $ 3,687.00 |
| 3 | Sale | M6019 - Gunwerks HYB 7mm LRM, 180 gr | $ 95.00 | 10 Box | $ 950.00 |
| 4 | Sale | E1015 - G7 BR2500 Ballistic Rangefinder | $ 1,599.00 | 1 ea | $ 1,599.00 |
| 5 | Sale | G2001 - B&T Atlas Bipod, Lever with ADM 170S Lever | $ 279.95 | 1 ea | $ 279.95 |
| 6 | Subtotal | Subtotal | | | $ 13,565.95 |
| 7 | Discount | 10% Discount - 10% Discount | | | -$ 1,356.60 |
| 8 | Shipping | Shipping & Handling-Rifle - Shipping & Handling | $ 75.00 | 1 ea | $ 75.00 |

January 2, 2018 4:51:10 PM MST

Page 1 of2

US 012275

EXHIBIT 151  PAGE 002

# Invoice
(Estimate)

01/02/2018

**Gunwerks, LLC**

Gunwerks, LLC
P.O. Box 22
Burlington, WY  82411
UNITED STATES
Phone: 307-296-7300

**S75440**

| | |
|---|---:|
| **Subtotal:** | $ 12,284.35 |
| **Sales Tax:** | $ 0.00 |
| **Total:** | $ 12,284.35 |
| **Paid:** | $ 0.00 |
| **Balance Due:** | $ 12,284.35 |

Approval:_____  Date:_____

January 2, 2018  4:51:10 PM MST

Page 2 of2

US 012276

EXHIBIT 151  PAGE 003