# Exhibit 154
## Redacted

From: 'Jacy Tatum' <jtatum4707@gmail.com>
To: huffaker@live.com<huffaker@live.com>
Sent: Thursday, March 15, 2018 8:47 PM
Attachments: 4383_001.pdf;E. Flatten Press.pdf
Subject: Fwd: E. Flatten Reports RPK

Sent from my iPhone

Begin forwarded message:

> From: "Tatum, Jacy" <JTatum@rpcity.org>
> Date: February 20, 2018 at 9:49:23 AM PST
> To: "jrheinrich@fbi.gov" <jrheinrich@fbi.gov>
> Subject: E. Flatten Reports RPK
>
> Morning brother,
>
> Attached are the two docs we have on this guy. If you need anything else hit me back. Thanks again� be safe out there man. Jacy

US 012282

EXHIBIT 154  PAGE 001

# Incident/Investigation Report

**Agency:** Rohnert Park Public Safety

**Case Number:** 17-0005373

## Incident Information

| Date/Time Reported | Date/Time Occurred | Date/Time Found | Officer |
|---|---|---|---|
| 12/05/2017 13:30 | 12/05/2017 13:00 | 12/05/2017 13:15 | (RP357) TATUM, JACY |

| Incident Location | | | Supervising Officer |
|---|---|---|---|
| HWY 101, GEYSERVILLE, CA 95441 | | | (RP357) TATUM, JACY |

**Location Comments**
SOUTHBOUND 101 @ MENDO LINE

| Case Status | Disposition |
|---|---|
| CLOSED/CLEARED | CLOSED |

## Incident Synopsis

## Charges

| | Charge Type | Description | Statute | UCR | Att/Com |
|---|---|---|---|---|---|
| 1 | State | POSSESS MARIJUANA OVER 28.5 GRAMS | 11357 (C) HS | 35A | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol ☐ Drugs ☐ Computers | MOTOR VEHICLES | | ☐ Yes ☐ No | 1. 2. 3. |

| Entry | Exit | Criminal Activity | |
|---|---|---|---|

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|

## Offenders

| Seq.# | Type | Name(Last, First, M) |
|---|---|---|
| 1 | INDIVIDUAL | FLATTEN, EZEKIAL |

| AKA | Race | Sex | DOB | Age | Height | Weight |
|---|---|---|---|---|---|---|
| | / | | ■ | ■ | | |

| Address | Cell Phone | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone |
|---|---|
| / | |

**Scars, Marks, Tatoos or other distinguishing features**

**Physical Characteristics**

**Suspect Details**

# Incident/Investigation Report

Agency: Rohnert Park Public Safety   Case Number: 17-0005373

## Property

| Seq # | Prop ID # #19945 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| 1 | | | | | |

| Owner | License / State | Color |
|---|---|---|
| | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| FOUND | (RP439) HUFFAKER, JOSEPH | 1.00 | LB | $1.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test ☐ Yes ☒ No | Test Type | Sight Test ☐ Yes ☒ No | Sight Type |
|---|---|---|---|---|
| | | | | |

Property Notes

## Vehicles

| Seq # | Year | Color | Style | Make | Model |
|---|---|---|---|---|---|
| 1 | 2018 | WHITE | SPORT UTILITY | MERCEDES-BENZ | ML55 |

| VIN | License Plate Type | License / State | License Year | Owner |
|---|---|---|---|---|
| | | CA | 0 | |

| Status | Status Date | Value |
|---|---|---|
| NONE | 12/05/2017 | |

Vehicle Notes

# Incident/Investigation Report

Agency: Rohnert Park Public Safety

Case Number: 17-0005373

## Narratives

On December 5th, 2017 Officer Huffaker and I conducted a traffic enforcement stop on a white Mercedes SUV in the area of the Sonoma / Mendocino County line.

The vehicle, a newer white Mercedes SUV did not have a license plate and was traveling at a speed of approximately 74-76 MPH in a posted max speed 65 MPH zone.

Officer Huffaker and I exited out marked patrol vehicle and contacted the driver and sole occupant of the vehicle, Ezekial Flatten DOB ▓▓▓. Officer Huffaker and I identified ourselves as Rohnert Park DPS Officers and advised him he was speeding. Officer Huffaker and I were dressed in full police uniform including name, badges, and ID numbers. Upon contacting Mr. Flatten Officer Huffaker and I noticed that cargo area of the vehicle had a very strong odor of processed marijuana.

I asked Mr. Flatten where he was headed. He said he was, "Just heading down south." During the traffic stop I became suspicious of the driver's behavior and his cargo. Throughout the cargo and seating area of the SUV I noticed several large cardboard boxes that were partially being covered by a blanket. Mr. Flatten's behavior changed when I directed my attention to the cargo area and the boxes in plain view.

Based on my training and experience, I believed Mr. Flatten was involved with smuggling contraband and the boxes within the cargo area contained marijuana, more than one ounce. I asked Ezekial questions about possessing marijuana within the vehicle. He told me that he was driving "samples" for several people along with concentrated marijuana.

I requested to inspect Mr. Flatten cargo, which he consented to. During that consent search I located several boxes and containers of processed marijuana along with concentrated marijuana hash. I asked Mr. Flatten if he possessed any type of medical card, dispensary and or collective transportation paperwork, allowing him to possess and transport the marijuana he possessed. Mr. Flatten could only produce a homemade excellent spread sheet, which he said he drafted. Listed on the sheet were different types and strains of marijuana along with initials. I questioned Mr. Flatten as to the owner of the marijuana he possessed. Mr. Flatten would not identify any of the owners of the marijuana he was transporting, only saying they were "farmers" that he was helping. Mr. Flatten said he was transporting the marijuana to a facility in The Santa Cruz area where the marijuana would be tested for its THC percentage along with other items.

Based on the fact Mr. Flatten was not the owner of the processed marijuana bud, I was confident that he was transporting the marijuana for the purposes of sales. The concentrated marijuana Mr. Flatten possessed was labeled with a homemade business logo. Mr. Flatten admitted that he was associated with a marijuana processing facility in the Arcata CA area.

During this time a California Highway Patrol Officer and his trainee arrived to assist us. Mr. Flatten said, "I'm glad they showed up. I didn't think you guys were real cops. I keep hearing about people getting ripped off."

## Incident/Investigation Report

Agency: Rohnert Park Public Safety          Case Number: 17-0005373

### Narratives

Mr. Flatten continued to act very strange and repeat himself. I reminded Mr. Flatten that we were wearing police badges and name tags and that we were intact real police officers.

I attempted to locate the owners of the processed marijuana located within Mr. Flatten's vehicle. Each turkey bag of marijuana consisted of approximately one pound. A total of approximately 30 pounds was located along with several hundred containers of concentrated marijuana hash.

Mr. Flatten refused to provide any information regarding how he obtained the cannabis and the legitimate business the marijuana originated from. Mr. Flatten refused to provide any further information to assist on our investigation. I explained to Mr. Flatten that the marijuana would be seized if he could not provide legal possession paperwork. He replied, "Do what you gotta do."

I explained to Mr. Flatten that based on my investigation I believed he was involved in illegal black market marijuana and acting unlawfully. Based on the lack of documentation and Mr. Flatten's unwillingness to cooperate with our questions, the processed cannabis was seized and booked into evidence. Mr. Flatten requested a receipt for the marijuana. I explained to him that receipts for evidence were not given out per our department policy, combined with the fact that he was not the owner, nor did he want to provide me with a name to list as the owner(s).

The above items were seized and booked into evidence at Rohnert Park DPS Main Police Station under case number 17-0005373.

Case Forwarded to The DA's Officer for filing a violation of 11357(c) 2 H&S. Possession of more than one ounce of marijuana against Mr. Flatten.

End...

## Incident/Investigation Report

Agency: Rohnert Park Public Safety　　　　Case Number: 17-0005373

US 012287

EXHIBIT 154 PAGE 006



# ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
# POLICE AND FIRE SERVICES

Brian Masterson, Director

PRESS RELEASE

## Traffic Stop leads to Cannabis Possession

*For Immediate Release*
**Issue Date: 02/13/2018**
**Time: 2:20 PM**          **Case Number: RPK 17-5373**

**Contact:  Sergeant J. Tatum          584-2600          Hours Available: 0700-1700**
            **Commander J. Taylor       584-2600**

ROHNERT PARK, CA – During the month of December 2017 members of the Rohnert Park Department of Public Safety conducted a traffic enforcement stop on a white SUV vehicle in the area of the Sonoma / Mendocino County line.

During the traffic stop the officers became suspicious of the driver's behavior and his cargo. Throughout the cargo and seating area of the SUV the officers noticed several large cardboard boxes that were partially being covered by a blanket. The officers also smelled a very strong odor of cannabis within the vehicle. The driver was questioned about possessing cannabis and told the officers he was driving "samples" for several people he knew.

During the Officers investigation it was determined that the driver was transporting a large amount of processed cannabis bud along with concentrated cannabis outside of the state and federal guidelines for possessing and transporting cannabis. The driver stated he was delivering several one pound "samples" of cannabis to a facility in The Santa Cruz County area. The driver could not produce any type of documentation which showed he was lawfully conducting legal cannabis possession or transportation.

In an attempt to identify the owners of the cannabis the driver possessed, the officers asked several questions of the driver to aid in their investigation of the lawful possession. The driver refused to provide any information regarding how he obtained the cannabis and the legitimate business the cannabis originated from.

The officers explained to the driver that based on their investigation they believed he was involved in illegal black market cannabis and acting unlawfully. Based on the lack of documentation and the driver's unwillingness to cooperate with the officer's questions, the processed cannabis was seized and booked into evidence.

During the time of this routine traffic stop no other agencies including the Mendocino County Sheriff's Office or Hopland Tribal Police were involved or assisted with the investigation.
End..

500 City Center Drive • Rohnert Park, CA 94928-2118 • Phone (707) 584-2600 • Fax (707) 584-2683

US 012288

EXHIBIT 154  PAGE 007



**ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
POLICE AND FIRE SERVICES**

Brian Masterson, Director

END