CRAIG MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126529)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-0374-MMC |
| Plaintiff, | JOINT CERTIFICATION OF COUNSEL REGARDING TRIAL EXHIBITS |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

On July 11, 2025, following a one-week trial, a jury convicted defendant Joseph Huffaker of one count of extortion under color of official right (18 U.S.C. § 1951), one count of impersonating a federal agent (18 U.S.C. § 912), one count of obstruction of justice (18 U.S.C. § 1519), and conspiracy to commit those offenses. Pursuant to Criminal Local Rule 55-1 and Civil Local Rule 5-1(g), the parties hereby file and jointly certify the trial exhibits submitted during the trial.

///

///

///

///

JOINT CERTIFICATION OF COUNSEL RE TRIAL EXHIBITS
Case No. 21-CR-0374 MMC

**Admitted Exhibits Publicly Filed**

The parties jointly certify that the following exhibits are true and correct copies of exhibits submitted to the trier of fact in this matter:

Exhibits 13, 14 (with PII redacted), 16, 70, 71 (with PII redacted), 72, 79, 83, 86, 87, 92, 94, 97, 117, 118, 119, 151 (with PII redacted), 154 (with PII redacted), 157, 171, 172, 173, 174, 180, 192, 193, 194 (with PII redacted), 195.

**Admitted Exhibits Filed Under Seal**

The parties jointly certify that the following exhibits are true and correct copies of exhibits submitted to the trier of fact in this matter. These exhibits are filed under seal in order to protect the privacy of the defendant, his family members, victims and witnesses in the case because the materials contain one or more of the following, which contain sensitive personal information: dates of birth, home addresses, phone numbers, and bank account records:

Exhibits 83 (phone records), 100 (bank records), 120 (phone records), and 169 (phone records).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this joint certification.

DATED: August 18, 2025

/s/_____
ABRAHAM FINE
BENJAMIN KLEINMAN
Assistant United States Attorneys

DATED: August 18, 2025

/s/_____
RICHARD CEBALLOS
Counsel for Defendant Joseph Huffaker

JOINT CERTIFICATION OF COUNSEL RE TRIAL EXHIBITS
Case No. 21-CR-0374 MMC