

**Confidential Treatment Requested**                                        **BWS-GJS0001633**
EXHIBIT 13  PAGE 001