## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
### Evidence / Property Report

**Case Number:** 17-0005373

**Date Submitted:** 12/18/2017
**Officer:** Huffaker, Joe (439)

**Address Collected:** 101 SB

| Item # | Property Type | Description | BarCode |
|---|---|---|---|
| JH1 | Found - For Destruction | NARCOTICS (INCLUDING MARIJUANA) Drug Type:MARIJUANA Weight:15 LBS<br>APPROX. 15 LBS OF MJ<br>101 SB | 126398 |
| JH2 | Found - For Destruction | NARCOTICS (INCLUDING MARIJUANA) Drug Type:MARIJUANA Weight:15 LBS<br>APPROX. 15 LBS OF MARIJUANA | 126399 |

Reviewd by: _____ ID # _____ Date: _____

Printed: Monday, January 8, 2018 from EvidenceOnQ®          Page 1 of 1

BWS-GJS0048643

EXHIBIT 16  PAGE 001