Message
_____

**From:** Tatum, Jacy [JTatum@rpcity.org]
**Sent:** 8/15/2016 11:10:47 PM
**To:** Snodgrass, Matthew [MSnodgrass@rpcity.org]; Huffaker, Joe [jhuffaker@rpcity.org]; Miller, Nicholas [nmiller@rpcity.org]; Medina, Chris [cmedina@rpcity.org]; Snyder, Chris [csnyder@rpcity.org]
**CC:** Johnson, Aaron [AJohnson@rpcity.org]; Taylor, Jeff [JTaylor@rpcity.org]
**Subject:** New Interdiction Code for Overtime worked

Hey Guys,

When filling out your OT for any interdiction related time worked, please use the code OTINT in the Payment Code Section. This will allow our time to be tracked from our budget of $40K.

Thank you guys....Jacy