| | |
|---|---|
| **Message** | |
| From: | Huffaker, Joe [/O=ROHNERT PARK/OU=RPPS/CN=RECIPIENTS/CN=JHUFFAKER] |
| Sent: | 10/14/2016 9:10:41 PM |
| To: | Miller, Nicholas [nmiller@rpcity.org]; Snodgrass, Matthew [MSnodgrass@rpcity.org]; Snyder, Chris [csnyder@rpcity.org]; Medina, Chris [cmedina@rpcity.org] |
| CC: | Tatum, Jacy [JTatum@rpcity.org] |
| Subject: | Interdiction follow ups |

Hey guys, Sgt. Tatum requested I send out this email with some requests and reminders.

Reminders:

-When you obtain, draft and/ or serve search warrants it needs to be documented in Ileads.

Example: you served chase bank s/w on such and such.

-Same thing for drafting/ obtaining destruction orders

-If you deposit currency from our cases at exchange bank with a city finance employee it has to be documented too.

-When we do this create a evidence label for the currency for the amount. Jim will use it to scan the currency in/ then out to take to the bank.

-Do not store currency around narcotics.
K-9 's alert on the odor of narcotics and you will have to testify to how/ where the currency was since you took possession of it in court prior to the k9 sniff.

-cases with multiple involved parties. Document the owner of the items booked into evidence in your narrative as well as file onQ. When cases are completed attorneys request their clients items back via court order (cell phones, etc) this makes the property depts. life a lot easier. Also don't book peoples items together.

Ex. Don't book two cells from two different guys as one item.

Requests:

We need some follow up done.

16-4191: destruction order (I just saw snoddy and he said he will do this.)

16-4172: bank s/w

16-4314: bank and cell warrants

Nikko, please help Snyder and medina do these search warrants.


Harvest season is on us and with these rains it's about to get busy. Let's get caught up quick and hit the highway ready to go.

Thanks,

Joe

Confidential Treatment Requested                                                                                          BWS-GJS0006978
EXHIBIT 72  PAGE 001