## December 2016 Interdiction

| Flagged items to reorder | DATE | OFFICER | HOURS | # OF STOPS | DRUGS SEIZED | CURRENCY SEIZED |
|---|---|---|---|---|---|---|
| FALSE | 5-Dec | Huffaker / Tatum | 10 | 6 | 20 LBS | $0.00 |
| FALSE | 6-Dec | Huffaker / Tatum | 10 | 5 | 353 LBS | $0.00 |
| | 7-Dec | Huffaker / Tatum | 12 | 7 | 214 LBS | $160,000.00 |
| | 8-Dec | Huffaker / Tatum | 12 | 5 | 237 LBS | $0.00 |
| | 13-Dec | Huffaker / Tatum | 12 | 6 | 529 LBS | $0.00 |
| | 19-Dec | Snodgrass / Huffaker | 10 | 9 | 62 LBS | $0.00 |
| | 20-Dec | Huffaker / Tatum | 12 | 11 | 19 LBS | $0.00 |
| | 21-Dec | Huffaker / Tatum | 10 | 7 | 149 LBS | |

Confidential Treatment Requested

BWS-GJS0018786

EXHIBIT 79  PAGE 001

| 26-Dec | Huffaker / Tatum | 10 | | | |
|---|---|---|---|---|---|
| **TOTAL** | | **88 Hrs** | **110** | **1,583** | **$160,000.00** |

Confidential Treatment Requested

EXHIBIT 79  PAGE 002

BWS-GJS0018787

| CASE NUMBER | MONEY ADJUDICATED | Column3 | Column4 |
|---|---|---|---|
| 16-5077 | | | |
| 16-5095 / 16-5096 | | | |
| 16-5107,5111,5115 | | | |
| 16-5126 | | | |
| 16-5196 /16-5203 | | | |
| 16-5281 / 16-5283 | | | |
| 16-5302 | | | |
| 16-5316,19,22 | | | |

Confidential Treatment Requested
EXHIBIT 79  PAGE 003
BWS-GJS0018788



14

Confidential Treatment Requested

EXHIBIT 79  PAGE 004

BWS-GJS0018789