# City of Rohnert Park Employee Time Sheet
## Department of Public Safety

Last Name: HUFFAKER  First Name: JOE  Week Ending: 12/9  circle one: FIRE / POLICE

| Payment Code | Sun 3 | Mon 4 | Tue 5 | Wed 6 | Thu 7 | Fri 8 | Sat 9 | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BS | 24 | | | | 24 | 24 | 24 | 96 | WM3820 | |
| OS | | | | | | | 10H | 10 | V | B Shift FLSA |
| O1 | | | | | | 24 | | 24 | V | B Shift FLSA |
| Total | 24 | | | | 24 | 24 | 24+24 10+24 = 106 | | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print): Joe Huffaker
EMPLOYEE'S SIGNATURE: [signed]
SUPERVISOR'S APPROVAL: [signed]

updated 6/15/17

### Payment Codes
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday (Inc. Commanders)
- PL — Personal Leave Day
- FA — Fire Adjustment
- O1 — FLSA Paid Fire

**OT - Grants and Special Enforcement**
- OA — ABSO driving
- OT — ABC sticky

**HOLIDAY PAY**
- HE — Holiday earned
- HA — Admin Leave

### Overtime Codes (Paid)
- SD — Shift Diff
- TA — Training Adjustment
- CU — Comp Time Used
- 48 — 4850 time
- AC — Acting Supervisor/Watch Commander
- OAC — Acting Supervisor on Overtime
- OACSD — Acting Supervisor on Overtime W/Shift Diff
- OPSD — Paid Police with Shift Diff
- OP — Paid Police
- CT — Court
- O3 — OT/Fireshift
- SP — Stand by
- OF — Fire OT for Fire call out
- OS — OT PT Dispatchers only

### COMP EARNED
- EP — Earned Comp working Police
- EF — Earned Comp working Fire

Confidential Treatment Requested    BWS-GJS0051584
EXHIBIT 86  PAGE 001