## City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER  First Name: JOE  Employee City ID #: 4747  Work Ending: 12/23

### Department of Public Safety

Home Division: (FIRE)  POLICE  circle one

| Payment Code | 17 Sun | 18 Mon | 19 Tue | 20 Wed | 21 Thu | 22 Fri | 23 Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | 24 | 24 | | | 48 | | |
| O3 | | | | | | 24 | 24 | | | |
| | | | | | | | | | | |
| Total | | | | 24 | 24 | 24 | | | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

Signature: Joe Huffaker
EMPLOYEE NAME (please print)
EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL

updated 6/15/17

**Payment Codes**
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday (Inc. Commanders)
- PL — Personal Leave Day
- FA — Fire Adjustment
- O1 — FLSA Paid Fire

**OT- Grants and Special Enforcement**
- OA — ABSO activity
- OC — ABC activity

**HOLIDAY PAY**
- HE — HOLIDAY TIME EARNED FOR PAYOUT IN DEC PER
- AL — Admin Leave

- SD — Shift Diff
- TA — Training Adjustment
- CU — Comp Time Used
- 48 — 4850 time
- AC — Acting Supervisor/Watch Commander
- OAC — Acting Supervisor on Overtime
- OACSD — Acting Supervisor on Overtime W/Shift Diff

**Overtime Codes (Paid)**
- OP — Paid Police
- OPSD — Paid Police with Shift Diff
- CT — Court
- O3 — OT/Fireshift
- SP — Stand by
- OF — Fire OT for Fire call out
- OS — OT PT Dispatchers only

**COMP EARNED**
- EP — Earned Comp working Police
- EF — Earned Comp working Fire

BWS-GJS0051586
Confidential Treatment Requested
EXHIBIT 87  PAGE 001