# City of Rohnert Park Employee Time Sheet

| Last Name | First Name | Employee City ID # | | | | | | Week Ending |
|---|---|---|---|---|---|---|---|---|
| Huffaker | Joe | 4747 | | | | | | 12/17/2016 |

## Department of Public Safety

Home Division: circle one — **FIRE** / POLICE

| Payment Code | 12/11/2016 Sun | 12/12/2016 Mon | 12/13/2016 Tue | 12/14/2016 Wed | 12/15/2016 Thu | 12/16/2016 Fri | 12/17/2016 Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | 24.00 | 14.00 | | 38.00 | | Base |
| Feh | | | | | 24.00 | 24.00 | | 48.00 | | Eng |
| Otint | | 6.00 | 12.00 | | | | | 18.00 | | Int. Hwy/ reports |
| Ofeh | | | | 24.00 | | | | 24.00 | | Ot eng |
| O1 | | | | | | 10.00 | | 10.00 | | Flsa |
| Total | | 6.00 | 12.00 | 24.00 | 48.00 | 58.00 | | 148.00 | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

**Joe Huffaker**
*EMPLOYEE NAME (please print)*

EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL

### Payment Codes
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday
- PL — Personal Leave Day
- SD — Shift Diff
- TA — Training Adjustment
- FA — Fire adjustment
- 48 — 4850 time
- OS — OT PT Dispatchers only
- AC — Acting Watch Commander

### OT CODES (REGARDLESS OF DIVISION)
- OP — Paid Police
- OT — Court
- O1 — FLSA/O1
- OS — OT/Firestuff
- SP — Stand by
- OF — Fire OT for Fire call out

**COMP EARNED/USED**
- EP — Police Comp Earned
- UP — Police Comp Used
- EF — Fire Comp Earned
- UF — Fire Comp Used

**HOLIDAY PAY**

### OT- Grants and Special Enforcement
- OA — ABSO activity
- OC — ABC activity
- OT16 — OTS RP 1605 (thru 9/30/16)

### Stipend/Special Assignment Codes (ONLY FOR EMPLOYEES HIRED ON OR AFTER 7/7/11)
- FEH — Fire Engineer regular shift
- OFEH — Fire Engineer Overtime shift
- TFH — FTO regular shift
- OTFH — FTO overtime shift

### Casino Mitigation Codes
- BC101 — Base pay Casino Mitigation
- OC101 — Overtime Casino Mitigation
- EC101 — Comp Earned Casino Mitigation
- UC101 — Used comp Casino Mitigation

6/14/2016

BWS-GJS0051612
Confidential Treatment Requested
EXHIBIT 92   PAGE 001

# City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER  First Name: JOE  Employee City ID #: 4747  Week Ending: 12/24

## Department of Public Safety

Home Division (circle one): **FIRE** / POLICE

| Payment Code | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | 24 | 24 | | | 48 | | BASE |
| FEH | | | | 24 | 24 | | | 48 | | ONG |
| OTINT | | 10 | 11 | | | | | 21 | | HWY INT |
| O3 | | | | | | 24 | | 24 | | FF OT |
| HE | | | | | | 5 | 5 | | | |
| | | | | | | | | | | |
| Total | | 10 | 11 | 48 | 48 | 29 | 5 | 146 | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print): Joe Huffaker
EMPLOYEE'S SIGNATURE
SUPERVISOR'S APPROVAL

**Payment Codes**
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday
- PL — Personal Leave Day
- SD — Shift Diff
- TA — Training Adjustment
- FA — Fire Adjustment
- 48 — 4850 time
- OS — OT PT Dispatchers only
- AC — Acting Watch Commander

**OT CODES (REGARDLESS OF DIVISION)**
- OP — Paid Police
- CT — Court
- O1 — FLSA/OT
- O3 — OT/Fireshift
- SP — Stand by
- OF — Fire OT for Fire call out

**COMP EARNED/USED**
- EP — Police Comp Earned
- UP — Police Comp Used
- EF — Fire Comp Earned
- UF — Fire Comp Used

**HOLIDAY PAY**
- HE — HOLIDAY TIME EARNED FOR PAYOUT IN BANKED PER POA MOU

**OT- Grants and Special Enforcement**
- OA — ABSO activity
- OC — ABC activity
- OT16 — OTS PT-1608 (thru 9/30/16)

**Stipend/Special Assignment Codes (ONLY FOR EMPLOYEES HIRED ON OR AFTER 7/7/11)**
- FEH — Fire Engineer regular shift
- OFEH — Fire Engineer Overtime shift
- TFH — FTO regular shift
- OTFH — FTO overtime shift

**Casino Mitigation Codes**
- BC101 — Base pay Casino Mitigation
- OC101 — Overtime Casino Mitigation
- EC101 — Comp Earned Casino Mitigation
- UC101 — Used comp Casino Mitigation

6/14/2016

BWS-GJS0051613
Confidential Treatment Requested
EXHIBIT 92  PAGE 002

**Giordano, Christine**

| | |
|---|---|
| From: | Tatum, Jacy |
| Sent: | Tuesday, December 27, 2016 8:19 AM |
| To: | Giordano, Christine |
| Cc: | Huffaker, Joe |
| Subject: | Huffaker PT Comp |

Hey Christine, can you please credit Joe for his PT Comp. Thank you Sent from my iPhone

$6 + 20 = 26$

Approved 12/28/16

Confidential Treatment Requested
EXHIBIT 92  PAGE 003
BWS-GJS0051614

# City of Rohnert Park Employee Time Sheet

**Last Name:** HUFFAKER  **First Name:** JOE  **Employee Cov ID #:** 4747  **Week Ending:** 12/31

## Department of Public Safety

**Home Division (circle one):** (FIRE) / POLICE

| Payment Code | 25 Sun | 26 Mon | 27 Tue | 28 Wed | 29 Thu | 30 Fri | 31 Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | 24 | 24 | | | | 48 | | B |
| FEH | | | 24 | 24 | | | | 48 | | ENG |
| OFEH | | | | | 12 | | | 12 | | 1900-0700 |
| OTINT | | 10 | | | | | | 10 | | INT |
| OFEH | | | | | 2 | | | 2 | | STRUCT. FIRE HELDOVER |
| OTINT | | | | | 10 | 10 | | 20 | | HWY INT |
| HE | 10 | | | | | | | 10 | | |
| Total | 10 | 10 | 48 | 48 | 24 | 10 | | 150 | | |

**Employee Name:** JOE HUFFAKER
**Employee's Signature:** [signed]
**Supervisor's Approval:** [signed] 357

### Payment Codes
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday
- PL — Personal Leave Day
- SD — Shift Diff
- TA — Training Adjustment
- FA — Fire Adjustment
- 48 — 4850 time
- OS — OT PT Dispatchers only
- AC — Acting Watch Commander

### OT CODES (REGARDLESS OF DIVISION)
- OP — Paid Police
- CT — Court
- O1 — FLSA/OT
- O3 — OT/Preshift
- SP — Stand by
- OF — Fire OT for Fire call out

### COMP EARNED/USED
- EP — Police Comp Earned
- UP — Police Comp Used
- EF — Fire Comp Earned
- UF — Fire Comp Used

### HOLIDAY PAY
- HE — HOLIDAY TIME EARNED FOR PAYOUT IN JUNE/DEC PER POA MOU
- H — LT's only. If work on a holiday for holiday pay
- AL — Admin Leave

### OT- Grants and Special Enforcement
- OA — ABSO activity
- OC — ABC activity
- OT16 — OTS PT-1608 (thru 9/30/16)

### Stipend/Special Assignment Codes (ONLY FOR EMPLOYEES HIRED ON OR AFTER 7/7/11)
- FEH — Fire Engineer regular shift
- OFEH — Fire Engineer Overtime shift
- TFH — FTO regular shift
- OTFH — FTO overtime shift

### Casino Mitigation Codes
- BC101 — Base pay Casino Mitigation
- OC101 — Overtime Casino Mitigation
- EC101 — Comp Earned Casino Mitigation
- UC101 — Used comp Casino Mitigation

6/14/2016

BWS-GJS0051615
Confidential Treatment Requested
EXHIBIT 92  PAGE 004

# City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER  First Name: JOE  Employee ID: 4747  Week Ending: 1/7/17

## Department of Public Safety

Home Division (circle one): FIRE  POLICE

| Payment Code | 1 Sun | 2 Mon | 3 Tue | 4 Wed | 5 Thu | 6 Fri | 7 Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | 24 | 24 | | | | | 48 | (sig) | B EAR |
| FEH | | 24 | 24 | | | | | 48 | (sig) | |
| HE | 10 | | | | | | | 10 | | HOLIDAY |
| OFEH | | | | | 11 | | | 11 | | TRAINING |
| | | | | | | | | | | |
| Total | 10 | 48 | 48 | | 11 | | | 117 | (sig) | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

Employee Name (please print): Joe Huffaker
Employee's Signature: (signed)
Supervisor's Approval: (signed) 357

### Payment Codes
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday
- PL — Personal Leave Day
- SD — Shift Diff
- TA — Training Adjustment
- FA — Fire Adjustment
- 48 — 4850 time
- OS — OT PT Dispatchers only
- AC — Acting Watch Commander

### OT CODES (REGARDLESS OF DIVISION)
- OP — Paid Police
- CT — Court
- O1 — FLSA/OT
- O3 — OT/Fireshift
- SP — Stand by
- OF — Fire OT for Fire call out

### COMP EARNED/USED
- EP — Police Comp Earned
- UP — Police Comp Used
- EF — Fire Comp Earned
- UF — Fire Comp Used

### HOLIDAY PAY
- HE — HOLIDAY PAY EARNED (PAYOUT IN JUNE/DEC PER POA MOU)
- HU — FF's only. If work on a holiday for holiday pay
- AL — Admin Leave

### OT- Grants and Special Enforcement
- OA — ABSO activity
- OC — ABC activity
- OT16 — OTS PT-1608 (thru 9/30/16)

### Stipend/Special Assignment Codes (ONLY FOR EMPLOYEES HIRED ON OR AFTER 7/7/11)
- FEH — Fire Engineer regular shift
- OFEH — Fire Engineer Overtime shift
- TFH — FTO regular shift
- OTFH — FTO overtime shift

### Casino Mitigation Codes
- BC101 — Base pay Casino Mitigation
- OC101 — Overtime Casino Mitigation
- EC101 — Comp Earned Casino Mitigation
- UC101 — Used comp Casino Mitigation

6/14/2016

BWS-GJS0051616
Confidential Treatment Requested
EXHIBIT 92  PAGE 005