# City of Rohnert Park Employee Time Sheet

Department of Public Safety

**Last Name:** HUFFAKER  **First Name:** Joe

**Work Period:** 6/10

**Home Division:** (circle one) FIRE / POLICE

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BV | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| PH | | | | 7 | 13 | | | | | |
| | | | | 17 | | | | 24 | JZ 286 | |
| | | | | | | | | 46 | | |
| **Total** | | | | 24 | 24 | | | | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.



**EMPLOYEE'S NAME (please print)** Joe HUFFAKER

**EMPLOYEE'S SIGNATURE**

**SUPERVISOR'S SIGNATURE** JZ 286

## Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

**OT- Grants and Special Enforcement**

| Code | Description |
|---|---|
| OA | ABSO activity |
| OC | ABC activity |

**HOLIDAY PAY**

| Code | Description |
|---|---|
| HE | HOLIDAY TIME EARNED FOR PAYOFF IN DEC PER P-3.1 POOL MOA |
| AL | Admin Leave |

| Code | Description |
|---|---|
| PL | Personal Leave Day |
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |

**Overtime Codes (Paid)**

| Code | Description |
|---|---|
| OP | Paid Police |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**

| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

updated 4/6/17

Confidential Treatment Requested

BWS-GJS0051711

EXHIBIT 97  PAGE 001

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## REQUEST FOR ABSENCE FORM

Name: _Joe Huffaker_

Date of Request: _3/7_

Unavailable for Court    from _____    to _____

Schedule updated ☐    IJS entry ☐

### Type of Time Off Requested:

☐ Comp    ☐ Residual Sick Leave    ☐ Other

☑ Annual Leave    ☐ Admin Leave    Note: _____

Comments: _____

### Reason for Time Off:

☐ Sickness    ☑ Vacation

☐ Family Sickness    ☐ Placed on Admin Leave

☐ IOD    ☐ Other _____

### Shift Substitution:

_____ (print name) will be working on my behalf

Signature of employee working: ✖

| If using multiple types of time off, use one line for each type of time off used. | | Amount of Time | Type of Time |
|---|---|---|---|
| Date(s) of Absence: from _6/2_ to _6/3_ | | 10 | AN |
| Hours: from _0700_ to _0700_ | | | |
| Date(s) of Absence: from _____ to _____ | | 7 | FA |
| Hours: from _____ to _____ | 10 FLSA | | |
| Date(s) of Absence: from _6/7_ to _6/9_ | | 34 | AN |
| Hours: from _0700_ to _0700_ | | | |
| Date(s) of Absence: from _____ to _____ | | 14 | FA |
| Hours: from _____ to _____ | | | |

Approved ☑    Denied ☐

Authorizing Supervisor / ID#: _____ _700_

Comments:

Reduction:

Revised Date 4/24/12

Confidential Treatment Requested

EXHIBIT 97  PAGE 002

# City of Rohnert Park Employee Time Sheet

**Department of Public Safety**

Last Name: HUFFAKER
First Name: JOE

Pay Period: Dec 2021

Work Period: 7/14

circle one: POLICE

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Home Division: | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | | | |
| | | 12 | 24 | 24 | | | | | | ABCDEF | |
| | | | | | | | 46 | 48 | | | |
| Total | | | 24 | 24 | | | | | | | |

updated 4/6/17

**Payment Codes**

| B | Base |
| BH | Part Time |
| BP | Part time–Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |

**OT- Grants and Special Enforcement**
| FA | Fire Adjustment |
| O1 | FLSA Paid Fire |
| OA | ABSO activity |
| OC | ABC activity |

**HOLIDAY PAY**
| HB | HOLIDAY TIME EARNED FOR PAYOUT IN DEC PER |
| HE | 1/2 PO4 MOA |
| AL | Admin Leave |

| PL | Personal Leave Day |
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |

**Overtime Codes (Paid)**
| OP | Paid Police |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print): JOE HUFFAKER

EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL

EXHIBIT 97  PAGE 003
BWS-GJS0051713

# City of Rohnert Park Employee Time Sheet

**Department of Public Safety**

Last Name: TUFFNER
First Name: Joe
Employee ID: 4747
Week Ending: 6/24/17
Home Division: FIRE
circle one: POLICE

| Payment Code | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| B | | | 24 | 24 | 24 | | 24 | 96 | |
| O3 | | 8 | | | | | | 8 | |
| AC | | 3 | | | | | | 3 | |
| OA | | | | | | | | | FF |

| Total | 18 | 19 24 | 20 24 | 21 24 | 22 24 | 23 | 24 | 96 | |

(Additional lines: 37, 48, 8, 3)

**Payment Codes**

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| O1 | FLSA Paid Fire |

**O1- Grants and Special Enforcement**

| OA | ABSO activity |
| OC | ABC activity |

**HOLIDAY PAY**

| HE | HOLIDAY TIME EARNED FOR PAYMENT IN THE "PH" |
| AL | Admin Leave |

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime w/Shift Diff |

**Overtime Codes (Paid)**

| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/FireShift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**

| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print): Joe Tuffner
EMPLOYEE'S SIGNATURE:

SUPERVISOR'S APPROVAL:

updated 6/15/17

Confidential Treatment Requested
BWS-GJS0051714

EXHIBIT 97  PAGE 004

**ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
REQUEST FOR ABSENCE FORM**

Name: _Joe HUFFAKER_

Date of Request: _____

Unavailable for Court    from _____    to _____

Schedule updated ☐    IJS entry ☐

Type of Time Off Requested:

☐ Comp    ☐ Residual Sick Leave    ☐ Other

☑ Annual Leave    ☐ Admin Leave    Note: _____

Comments: _____

Reason for Time Off:

☐ Sickness    ☑ Vacation

☐ Family Sickness    ☐ Placed on Admin Leave

☐ IOD    ☐ Other _____

Shift Substitution: _____ (print name)

will be working on my behalf

Signature of employee working: **X** _____

| If using multiple types of time off used, use one line for each type of time off used. | Amount of Time | Type of Time |
|---|---|---|
| Date(s) of Absence: from 6/19 to 6/19 | 7.75 | AN |
| Hours: from ~~to~~ | | |
| Date(s) of Absence: from 0700 to 1800 | — | |
| Hours: from to | | |
| Date(s) of Absence: from to | | |
| Hours: from to | | |
| Date(s) of Absence: from to | | |
| Hours: from to | | |

**Approved** ☑    **Denied** ☐

**Authorizing Supervisor/ID#:** _____ 286

Comments: _____

**Reduction:**

Revised Date 4/24/12

Confidential Treatment Requested

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

Last Name: HUFFAKER
First Name: JOE

Telephone/Cell #: 47H7

Home Division: FIRS

Supervisor Initials & ID #: _____

Week Ending: 7/1

circle one: POLICE

| Payment Code | Sun 25 | Mon 26 | Tue 27 | Wed 28 | Thu 29 | Fri 30 | Sat 1 | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| B | 24 | 24 | 24 | | 24 | | 24 | 72 | BASE |
| O3 | | | | | | | | 48 | FIRE OT |
| O1 | | 10 | | | | | | 10 | FLSA |
| | | | | | | | | | |
| Total | 24 | 24 | 24 | | 24 | | 24 | 130 | |

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

### OT- Grants and Special Enforcement

| Code | Description |
|---|---|
| OA | ABSO activity |
| OC | ABC activity |

### HOLIDAY PAY

| Code | Description |
|---|---|
| HE | HOLIDAY TIME EARNED FOR PAYOUT IN OCT/FEB |
| AL | Admin Leave |

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime w/Shift Diff |

### Overtime Codes (Paid)

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

### COMP EARNED

| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE'S SIGNATURE

EMPLOYEE'S NAME (please print): JOE HUFFAKER

SUPERVISOR'S APPROVAL

updated 6/15/17

Confidential Treatment Requested

BWS-GJS0051716

EXHIBIT 97  PAGE 006

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

Last Name: **LUTTAKER**

First Name: Joe

Work Ending: 7/8

Home Division: FIRE — circle one (POLICE)

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| O3 | 24 | | | | | 24 | 24 | | | |
| HE | 24 | 24 | | | | 24 | 24 | | | |
| OP | | | 10 | | | | | | | |
| AN | 24 | 24 | | | 8 | | | | | FF |
| FA | | | | | | | 0.13 | 1.78 | 1.75 | 0.75 | | | Off |
| **Total** | 24 | 24 | 10 | | 8 | 24 | 24 | 114 | | |

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part-time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

**OT- Grants and Special Enforcement**

| Code | Description |
|---|---|
| OA | ABSO activity |
| OC | ABC activity |
| AI | Admin Leave |

**HOLIDAY PAY**

HF — HOLIDAY TIME EARNED FOR PAYOUT IN DEC PER RULE

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime w/Shift Diff |

**Overtime Codes (Paid)**

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**

| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

EMPLOYEE NAME (please print): Joe LUTTAKER

EMPLOYEE SIGNATURE:

SUPERVISOR'S APPROVAL: 357

updated 6/15/17

Confidential Treatment Requested    BWS-GJS0051717
EXHIBIT 97  PAGE 007

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

**Last Name:** LUFFAFEK
**First Name:** JOE
**Payroll Co. ID #:** 4747
**Home Division:** FIRE
**Supervisor Initial & ID #:** 7K
circle one: POLICE

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | |
| 53 | | | | | | | | | |
| AC | | | | | 24 | 24 | | 48 | |
| FA | | | | | 17 | 24 | | 24 | |
| | | | | | 7 | 7 | | 17 | |
| | | | | | | | | 7 | |

**Total**

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

**EMPLOYEE NAME (please print)** JOE LUFFAFEK

**EMPLOYEE'S SIGNATURE**

**SUPERVISOR'S APPROVAL** 737

updated 6/15/12

### Payment Codes

| | | | |
|---|---|---|---|
| B | Base | SD | Shift Diff |
| BH | Part Time | TA | Training Adjustment |
| BP | Part time-Pers | CU | Comp Time Used |
| BIR | Retiree Annuitants | 48 | 4850 time |
| AN | Annual Leave | AC | Acting Supervisor/Watch Commander |
| SL | (old sick leave bank) | OAC | Acting Supervisor on Overtime |
| BV | Bereavement | OAC/SD | Acting Supervisor on Overtime W/Shift Diff |
| PH | Paid Holiday (Inc. Commanders) | **Overtime Codes (Paid)** | |
| PL | Personal Leave Day | OP | Paid Police |
| FA | Fire Adjustment | OPSD | Paid Police with Shift Diff |
| O1 | FLSA Paid Fire | CT | Court |
| OT-Grants and Special Enforcement | | O3 | OT/Fireshift |
| OA | ABSO activity | SP | Stand by |
| OC | ABC activity | OF | Fire OT for Fire call out |
| **HOLIDAY PAY** | | OS | OT PT Dispatchers only |
| HE | HOLIDAY TIME EARNED FOR POLICE USE ONLY FOR PPE | **COMP EARNED** | |
| | | EP | Earned Comp working Police |
| AL | Admin Leave | EF | Earned Comp working Fire |

Confidential Treatment Requested

BWS-GJS0051718

EXHIBIT 97  PAGE 008

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
### REQUEST FOR ABSENCE FORM

Name: _Joe Huffaker_

Date of Request: _____

Unavailable for Court    from _____    to _____

Schedule updated ☐    IJS entry ☐

**Type of Time Off Requested:**

☐ Comp    ☐ Residual Sick Leave    ☐ Other

☑ Annual Leave    ☐ Admin Leave    Note: _____

Comments: _____

**Reason for Time Off:**

☐ Sickness    ☑ Vacation

☐ Family Sickness    ☐ Placed on Admin Leave

☐ IOD    ☐ Other _____

**Shift Substitution:** _____ (print name)

will be working on my behalf

Signature of employee working: **X** _____

If using multiple types of time off, use one line for each type of time off used.

| | | Amount of Time | Type of Time |
|---|---|---|---|
| Date(s) of Absence: from 7/13 to 7/14 | | 17 | AN |
| Hours: from 0200 to 0200 | | | |
| Date(s) of Absence: from ___ to ___ | | 7 | TA |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |

Approved ☑    Denied ☐

Authorizing Supervisor/ID#: _____ 7/06

Comments: _____

Reduction: _____

Revised Date 4/24/12

# City of Rohnert Park Employee Time Sheet

Department of Public Safety

Last Name: LUFANER
First Name: DE

Employee/City ID #: 4747

Week Ending: 7/22

POLICE (circle one)

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Home Division: | Supervisor Initials & ID #: FIRE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | | |
| | | | | 24 | 24 | | | 48 | | | |
| | | | | 24 | 10 | | | 10 | | | C- Shift FLSA |

**Total**

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

EMPLOYEE'S SIGNATURE

EMPLOYEE NAME (please print)  De Lufaner

SUPERVISOR'S APPROVAL.

updated 6/15/17

## Payment Codes

| | |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |
| OT- | Grants and Special Enforcement |
| OA | ABSO activity |
| OC | ABC activity |

**HOLIDAY PAY**

| | |
|---|---|
| HE | Holiday Time Earned for Payout in Dec PR |
| XI | Admin Leave |

| | |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime w/Shift Diff |

**Overtime Codes (Paid)**

| | |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OJ | OT-PT Dispatches only |

**COMP EARNED**

| | |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

Confidential Treatment Requested

BWS-GJS0051720

EXHIBIT 97  PAGE 010

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## REQUEST FOR ABSENCE FORM

Name: _JOE HUFFAKER_

Date of Request: _____

Unavailable for Court  from _____  to _____

Schedule updated ☐    IJS entry ☐

**Type of Time Off Requested:**
☐ Comp          ☐ Residual Sick Leave    ☐ Other
☑ Annual Leave  ☐ Admin Leave            Note: _____

Comments: _____

**Reason for Time Off:**
☐ Sickness          ☑ Vacation
☐ Family Sickness   ☐ Placed on Admin Leave
☐ IOD               ☐ Other _____

**Shift Substitution:** _(print name)_ _____
will be working on my behalf

Signature of employee working: X

If using multiple types of time off, use one line for each type of time off used.

| | | Amount of Time | Type of Time |
|---|---|---|---|
| Date(s) of Absence: from 7/9 to 7/9 | | 1.77 | AN |
| Hours: from 0430 to 0700 | | | |
| Date(s) of Absence: from ___ to ___ | | .73 | FA |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |

Approved ☑    Denied ☐

Authorizing Supervisor / ID#: _____ 726

Comments: _____

Reduction: _____

Revised Date 4/24/12

Confidential Treatment Requested

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

Last Name: TUFFNER

First Name: DE

Remove City #: 4747

Work Period: 7/824

Home Division: FIRE / POLICE (circle one)

Supervisor Initial & ID #

| Payment Code | Sun 23 | Mon 24 | Tue 25 | Wed 26 | Thu 27 | Fri 28 | Sat 29 | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| B | | | 24 | 24 | 24 | | | 72 | |
| 03 | | | | 14 | | | | 14 | |
| AC | | | 17 | 7 | | | | 24 | |
| FA | | | 7 | 3 | | | | | |

Total

EMPLOYEE NAME (please print): DE TUFFNER

EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL: 357

7/31/17

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

### Payment Codes

| | |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |
| OT - Grants and Special Enforcement | |
| OA | A850 activity |
| OC | ABC activity |

### HOLIDAY PAY

| | |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

### Overtime Codes (Paid)

| | |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Firestaff |
| SP | Standby |
| OF | Fire OT for Fire call out |
| OS | OT FH Dispatchers only |

### COMP EARNED

| | |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

updated 6/15/17

Confidential Treatment Requested

BWS-GJS0051722

EXHIBIT 97  PAGE 012

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## REQUEST FOR ABSENCE FORM

Name: JOE HUFFAKER

Date of Request: 7/24/17

Unavailable for Court  from _____ to _____

Schedule updated ☒    IJS entry ☐

### Type of Time Off Requested:

☐ Comp            ☐ Residual Sick Leave    ☐ Other
☒ Annual Leave    ☐ Admin Leave            Note: _____

Comments:

### Reason for Time Off:

☐ Sickness          ☐ Vacation
☒ Family Sickness   ☐ Placed on Admin Leave
☐ IOD               ☐ Other _____

### Shift Substitution:

(print name) _____ will be working on my behalf

Signature of employee working: X

| If using multiple types of time off, use one line for each type of time off used. | Amount of Time | Type of Time |
|---|---|---|
| Date(s) of Absence: from 7/25/17 to 7/26/17 | 24 | AL |
| Hours: from 0700 to 1700 | | |
| Date(s) of Absence: from _____ to _____ | 10 | FA |
| Hours: from _____ to _____ | | |
| Date(s) of Absence: from _____ to _____ | | |
| Hours: from _____ to _____ | | |
| Date(s) of Absence: from _____ to _____ | | |
| Hours: from _____ to _____ | | |

Approved ☒    Denied ☐

Authorizing Supervisor/ID#: _____ #376
7/24/17

Comments:

Reduction:

Revised Date 4/24/12

# City of Rohnert Park Employee Time Sheet

**Department of Public Safety**

Last Name: HUFFAKER
First Name: JOE

Week Ending: 8/5

circle one: FIRE / POLICE

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Supervisor Initials & Div'n | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 30 | 31 | 1 | 2 | 3 | 4 | 5 | | | |
| B | | | 24 | 24 | | | | 24 | | |
| AC | | | | | | | | 17 | | |
| TA | | | | | | | | 7 | | |
| AC | | | | | 10 | | | 10 | | |
| B | | 3 | | | 14 | | | 14 | | |
| Total | | | 24 | 24 | 10 | | | 58 | | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

EMPLOYEE NAME (please print): JOE HUFFAKER

EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL

**Payment Codes**

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

**OT Grants and Special Enforcement**

| Code | Description |
|---|---|
| OA | ABSO activity |
| OC | ABC activity |
| OS | |

**HOLIDAY PAY**
HI | HOLIDAY TIME EARNED FOR PAYOUT (1 PAY PER)
AL | Admin Leave

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

**Overtime Codes (Paid)**

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**

| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

Confidential Treatment Requested

EXHIBIT 97  PAGE 014

BWS-GJS0051724

# City of Rohnert Park Employee Time Sheet

### Department of Public Safety

**Name:** HURTADO    **First Name:** Joe    **Difference (Out of):** 4747    **Home Division:** FIRE    circle one: FIRE / POLICE    **Week Ending:** 8/12

| Payment Code | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 | Sat 12 | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 24 | 24 | | | | | 24 | 72 | | |
| AN | | 24 | | | | | 17 | 17 | | |
| FA | | | | | | | 7 | 7 | | |
| **Total** | 24 | 24 | | | | | | | | |

**Payment Codes**

| B | Base |
|---|---|
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |
| OT-Grants and Special Enforcement | |
| OA | ABSO activity |
| OC | ABC activity |

**HOLIDAY PAY**

| HE | HOLIDAY HOUR EARNED PER PAYOUT IN PAY PER |
|---|---|
| AL | Admin Leave |

| SD | Shift Diff |
|---|---|
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

**Overtime Codes (Paid)**

| OP | Paid Police |
|---|---|
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatches only |

**COMP EARNED**

| EP | Earned Comp working Police |
|---|---|
| EF | Earned Comp working Fire |

O THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

**EMPLOYEE NAME (please print)**

**EMPLOYEE'S SIGNATURE**

**SUPERVISOR'S APPROVAL**

Confidential Treatment Requested

EXHIBIT 97 PAGE 015

BWS-GJS0051725



## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
### REQUEST FOR ABSENCE FORM

Name: _Joe Huffaker_

Date of Request: _____

Unavailable for Court    from _____    to _____

Schedule updated ☐    IJS entry ☐

**Type of Time Off Requested:**

☐ Comp    ☐ Residual Sick Leave    ☐ Other

☑ Annual Leave    ☐ Admin Leave    Note: _____

Comments: _____

**Reason for Time Off:**

☐ Sickness    ☑ Vacation

☐ Family Sickness    ☐ Placed on Admin Leave

☐ IOD    ☐ Other _____

**Shift Substitution:** _(print name)_ _____ will be working on my behalf

Signature of employee working: **X** _____

If using multiple types of time off, use one line for each type of time off used.

| | | Amount of Time | Type of Time |
|---|---|---|---|
| Date(s) of Absence: from 8/12 to 8/14 | | AN | 34 |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |
| Date(s) of Absence: from ___ to ___ | | | |
| Hours: from ___ to ___ | | | |

**Approved** ☑    **Denied** ☐

**Authorizing Supervisor / ID#:** _____ 286

Comments: _____

**Reduction:**

Revised Date 4/24/12

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

**Last Name:** TURNER
**First Name:** Joe
**Period ending date:** 4749
**Work Period:** 8/19
**Home Division:** FIRE / POLICE (circle one)

| Payment Code | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 03 | | | | | | | | | |
| OF | | | | | | | | | |
| OS | 10 | | | | | | | 10 | |
| AN | 17 | | | | | | | 17 | |
| FA | 7 | | | 3 | | 24 | 24 | 24 | 48 |
| | | | | | | | | 3 | |
| **Total** | 34 | | | 3 | 24 | 24 | 24 | 109 | |

**EMPLOYEE'S NAME (please print):** Joe Turner
**EMPLOYEE'S SIGNATURE**
**SUPERVISOR'S APPROVAL**

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

**Payment Codes**

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| O1 | FLSA Paid Fire |
| OT | Grants and Special Enforcement |
| OA | ABSO activity |
| OC | ABC activity |
| AL | Admin Leave |

**HOLIDAY PAY**
HE | HOLIDAY TIME EARNED FOR PAYOUT IN DEC PER

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

**Overtime Codes (Paid)**
| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |

**COMP EARNED**
| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

**Supervisor Initials & ID #:** N6-7200

(Total Hours column values): 3, 10, 17, 24, 48, N6-7200

updated 07/01/17

Confidential Treatment Requested
BWS-GJS0051727

508



EXHIBIT 97  PAGE 017

## ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## REQUEST FOR ABSENCE FORM

Name: _Joe Huffaker_

Date of Request: _____

Unavailable for Court    from _____    to _____

Schedule updated ☐    IJS entry ☐

**Type of Time Off Requested:**
☐ Comp    ☐ Residual Sick Leave    ☐ Other
☑ Annual Leave    ☐ Admin Leave    Note: _____

Comments: _____

**Reason for Time Off:**
☐ Sickness    ☑ Vacation
☐ Family Sickness    ☐ Placed on Admin Leave
☐ IOD    ☐ Other _____

**Shift Substitution:** (print name) _____
will be working on my behalf

Signature of employee working: X _____

| If using multiple types of time off, use one line for each type of time off used. | Amount of Time | Type of Time |
|---|---|---|
| Date(s) of Absence: from 8/12 to 8/13 | AN | 34 |
| Hours: from ___ to ___ | | |
| Date(s) of Absence: from ___ to ___ | | |
| Hours: from ___ to ___ | | |
| Date(s) of Absence: from ___ to ___ | | |
| Hours: from ___ to ___ | | |
| Date(s) of Absence: from ___ to ___ | | |
| Hours: from ___ to ___ | | |

Approved ☑    Denied ☐

Authorizing Supervisor / ID#: _____ 786

Comments: _____

Reduction: _____

Revised Date 4/24/12

# City of Rohnert Park Employee Time Sheet

## Department of Public Safety

Last Name: HUFFAKER
First Name: Joe

Work Ending: 8/26

Home Division: FIRE    circle one: POLICE

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Supervisor Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | | |
| | | | 24 | 24 | 24 | | | 72 | | |
| | | | | | | | | 48 | | |
| | | | | | 24 | | | 24 | | |

Total

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print): Joe Huffaker

EMPLOYEE'S SIGNATURE: Joe Huffaker

SUPERVISOR'S APPROVAL

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Hoilday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| O1 | FLSA Paid Fire |
| **O1- Grants and Special Enforcement** | |
| OA | ABS/activity |
| OC | ABC activity |
| **HOLIDAY PAY** | |
| HE | HOLIDAY TIME EARNED FOR PAYOUT IN 06/14 PR4 |
| AL | Admin Leave |

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 48/50 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime w/Shift Diff |
| **Overtime Codes (Paid)** | |
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT PT Dispatchers only |
| **COMP EARNED** | |
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

Confidential Treatment Requested    BWS-GJS0051729

EXHIBIT 97  PAGE 019



# City of Rohnert Park Employee Time Sheet

**Department of Public Safety**

Last Name: LUTTIKER
First Name: JOE
Week Ending: 9/2

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours |
|---|---|---|---|---|---|---|---|---|
| B | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 48 |
| | | 24 | 24 | 4747 | | | | 48 |
| Total | | 24 | 24 | | | | 46 | 46 |

Supervisor Initials & ID #: WS #ZEC

Home Dept/area: FIRE / POLICE (circle one)

EMPLOYEE NAME (please print): JOE LUTTIKER

EMPLOYEE'S SIGNATURE

SUPERVISOR'S APPROVAL

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

**Payment Codes**
B - Base
BH - Part Time
BP - Part time-Pers
BHR - Retiree Annuitants
AN - Annual Leave
SL - (old sick leave bank)
BV - Bereavement
PH - Paid Holiday (Inc. Commanders)
PL - Personal Leave Day
FA - Fire Adjustment
OI - FLSA Paid Fire

**OT- Grants and Special Enforcement**
OA - ABSO activity
OC - ABC activity

**HOLIDAY PAY**
HE - HOLIDAY TIME EARNED PER PAYOUT TO DECEMBER
AL - Admin Leave

SD - Shift Diff
TA - Training Adjustment
CU - Comp Time Used
48 - 4850 time
AC - Acting Supervisor/Watch Commander
OAC - Acting Supervisor on Overtime
OACSD - Acting Supervisor on Overtime w/Shift Diff

**Overtime Codes (Paid)**
OP - Paid Police
OPSD - Paid Police with Shift Diff
CT - Court
O3 - OT/Fireshift
SP - Stand by
OF - Fire OT for Fire call out
OS - OT PT Dispatchers only

**COMP EARNED**
EP - Earned Comp working Police
EF - Earned Comp working Fire

Confidential Treatment Requested    BWS-GJS0051730
EXHIBIT 97  PAGE 020

# City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER  
First Name: Joe  
Employee ID #: 4747  
Department of Public Safety  
Week Ending: 9/9  
Home Division: FRRS  POLICE  circle one

| Payment Code | Sun 3 | Mon 4 | Tue 5 | Wed 6 | Thu 7 | Fri 8 | Sat 9 | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | 3 | | | | | | | | | CB |
| OS | 24 | 24 | 24 | 24 | | 24 | 24 | 48 | | |
| AU | | | | | | | | 72 | | OT |
| TA | 17 | | | | | | | 17 | | OFF |
| SI | 7 | | | | | | | 7 | | OFF |
| HE | | 10 | | | | | 10 | 10 20 | | FLSA |
| | | | | | | | | | | |
| Total | 24 | 34 | 24 | 24 | | 24 | 24 | 174 | | |

EMPLOYEE'S SIGNATURE: _Joe Huffaker_

EMPLOYEE NAME (please print): Joe Huffaker

SUPERVISOR'S APPROVAL: _____

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THE PAY PERIOD ON THIS TIME SHEET.

updated 6/13/17

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part-time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

### OT- Grants and Special Enforcement

| Code | Description |
|---|---|
| OA | ABC activity |
| OK | ABC activity |

### HOLIDAY PAY

| Code | Description |
|---|---|
| HE | Holiday worked |
| AL | Admin Leave |

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

### Overtime Codes (Paid)

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| O3 | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| IOS | OT PT Dispatchers only |

### COMP EARNED

| Code | Description |
|---|---|
| EP | Earned Comp working Police |
| EF | Earned Comp working Fire |

Confidential Treatment Requested
BWS-GJS0051731

EXHIBIT 97  PAGE 021

# City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER
First Name: JOE

Week Ending: 9/16

Home Division: FIRE / POLICE (check one)

updated 6/15/17

Supervisor Initials & ID #: POLICE

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET:

EMPLOYEE'S SIGNATURE

EMPLOYEE NAME (please print): JOE HUFFAKER

SUPERVISOR'S APPROVAL

| Payment Code | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Total Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 03 | 24 | | | | | | | | |
| Total | 24 | | | | 24 | 24 24 | 24 24 | 24 24 72 24 96 | N.6A.280 SVA & Enforcer SVA + OT |

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part time-Xers |
| BUR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Pay |
| FA | Fire Adjustment |
| OI | ILSA Paid Fire |

### OF: Grants and Special Enforcement

| Code | Description |
|---|---|
| OA | AB80 activity |
| OC | ABC activity |

### HOLIDAY PAY

| Code | Description |
|---|---|
| OE | Holiday TIME EARNED FOR PAYOUT IN DEC PER MOU |
| AL | Admin Leave |

### Shift Diff

| Code | Description |
|---|---|
| SD | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 4850 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |

### Overtime Codes (Paid)

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CT | Court |
| OS | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for fire call-out |
| OS | OT FF Dispatchers only |

### COMP/EARNED

| Code | Description |
|---|---|
| GP | Earned Comp working Police |
| GF | Earned Comp working Fire |

## City of Rohnert Park Employee Time Sheet

Department of Public Safety — PERP — POLICE (circle one)

Week Ending: 9/23

Last Name: LITTAKER   First Name: Joe   Employee ID#: 47H

| Payment Code | Sun 17 | Mon 18 | Tue 19 | Wed 20 | Thu 21 | Fri 22 | Sat 23 | Total Hours | Home Division: | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | 24 | 24 | | 48 | WB*40 | |

Total

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE'S SIGNATURE

EMPLOYEE NAME (please print): JOE LITTAKER

SUPERVISORS APPROVAL

### Payment Codes

| Code | Description |
|---|---|
| B | Base |
| BH | Part Time |
| BP | Part-time-Pers |
| BHR | Retiree Annuitants |
| AN | Annual Leave |
| SL | (old sick leave bank) |
| BV | Bereavement |
| PH | Paid Holiday (Inc. Commanders) |
| PL | Personal Leave Day |
| FA | Fire Adjustment |
| OI | FLSA Paid Fire |

**OT- Grants and Special Enforcement**

| Code | Description |
|---|---|
| OA | ABSG activity |
| OC | AHC activity |

**HOLIDAY PAY**

| Code | Description |
|---|---|
| HE | HOLIDAY TIME WORKED FOR PAYMENT ON DBL FTB |
| AL | Admin Leave |

| Code | Description |
|---|---|
| SID | Shift Diff |
| TA | Training Adjustment |
| CU | Comp Time Used |
| 48 | 48/50 time |
| AC | Acting Supervisor/Watch Commander |
| OAC | Acting Supervisor on Overtime |
| OACSD | Acting Supervisor on Overtime W/Shift Diff |

**Overtime Codes (Paid)**

| Code | Description |
|---|---|
| OP | Paid Police |
| OPSD | Paid Police with Shift Diff |
| CI | Court |
| OS | OT/Fireshift |
| SP | Stand by |
| OF | Fire OT for Fire call out |
| OS | OT OT Dispatchers only |

| Code | Description |
|---|---|
| COMP EARNED | |
| EP | Earned Comp working Police |
| EE | Earned Comp working Fire |

updated 6/15/17

Confidential Treatment Requested

# City of Rohnert Park Employee Time Sheet

Last Name: HUFFAKER
First Name: JOE
Employee City 2014: 4762
Home Division: FIRE POLICE (circle one)
Work Ending: 9/30

| Payment Code | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | |
| 02 | 24 | 25 | 26 | 24 | 24 | | | 48 | WA#26 | |
| 01 | | | | | 10 ME | | | 10 | ✓ | |
| Total | | | | 24 | 34 | | | 58 | | |

**Payment Codes**

| | | |
|---|---|---|
| B | Base | |
| BH | Part Time | |
| BP | Part time-Pers | |
| BHR | Retiree Annuitants | |
| AN | Annual Leave | |
| SL | (old sick leave bank) | |
| BV | Bereavement | |
| PH | Paid Holiday (Inc. Commanders) | |
| PL | Personal Leave Day | |
| FA | Fire Adjustment | |
| OI | ELSA Paid Fire | |

**OT- Grants and Special Enforcement**
| | | |
|---|---|---|
| OS | Grants | |
| OA | A860 activity | |
| OK | ABK activity | |

**HOLIDAY PAY**
| | | |
|---|---|---|
| HH | HOLIDAY PAY EARNED-FOR EMPLOYEES ON OTHER... | |
| AL | Admin Leave | |

| | | |
|---|---|---|
| SD | Shift Diff | |
| TA | Training Adjustment | |
| CU | Comp Time Used | |
| 48 | 48 | |
| AC | 4850 time | |
| OAC | Acting Supervisor on Overtime | |
| OAC | Acting Supervisor/Watch Commander | |
| OACSD | Acting Supervisor on Overtime W/Shift Diff | |

**Overtime Codes (Paid)**
| | | |
|---|---|---|
| OP | Paid Police | |
| OPSD | Paid Police with Shift Diff | |
| CT | Court | |
| O3 | O3/fireshift | |
| SP | Stand by | |
| OF | Fire OT for Fire call out | |
| OS | O1 P1 Dispatchers only | |

| | | |
|---|---|---|
| COMP EARNED | | |
| EP | Earned Comp working Police | |
| EF | Earned Comp working Fire | |

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE NAME (please print) JOE HUFFAKER
EMPLOYEE'S SIGNATURE
SUPERVISOR'S APPROVAL

updated 6/13/17

Confidential Treatment Requested
BWS-GJS0051734

EXHIBIT 97  PAGE 024