

EXHIBIT 117  PAGE 001

US 001132