

EXHIBIT 118  PAGE 001