

| Varietal | Farm | # Avail | # desired | Unit Cost | Total | Got it! |
|---|---|---|---|---|---|---|
| AGENT ORANGE | Redheads | | 1 | | | ✓ |
| Serendipity | SBT | | 2 | | | ✓ |
| Chronic Freedom | " | | 1 | | | ✓ |
| NOR CAL GP | | | 1 | | | ✓ |
| STRAWBERRY O.G. | EBCO | | 3 | | | ✓ |
| KANDY KUSH | EBCO | | 2 | | | ✓ |
| Blueberry M | | | 2 | | | ✓ |
| HUMBIRD | | | 2 | | | ✓ |
| PL | | | 1 | | | ✓ |
| SKDOOKE ☆ | SBT | | 2 | | | ✓ |
| WANELLO ☆ | | | 1 | | | ✓ |
| LOOPY F. ☆ | | | 2 | | | ✓ |
| NOR CAL ☆ | | | 1 | | | ✓ |
| Venom O.G. | EBCO | | 2 | | | ✓ |
| HB | EBCO | | 1 | | | ✓ |

US 001135

EXHIBIT 119 PAGE 001