# City of Rohnert Park Employee Time Sheet
## Department of Public Safety

**Last Name:** TATUM  
**First Name:** JACY  
**Employee ID #:** 1833  
**Week Ending:** 12/9/2017  
**Home Division (circle one):** FIRE / POLICE

| Payment Code | 12/3/2017 Sun | 12/4/2017 Mon | 12/5/2017 Tue | 12/6/2017 Wed | 12/7/2017 Thu | 12/8/2017 Fri | 12/9/2017 Sat | Total Hours | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 24.00 | | | | | 24.00 | | 48.00 | WS | B Shift Capt. Sta. 2 |
| FA | | | | | | | 7.00 | 7.00 | WS | FA |
| AN | | | | | 24.00 | | 17.00 | 17.00 | WS | AN. TIME USED |
| 03 | | | | | 24.00 | | | 24.00 | WS | |
| 01 | | | | | | 10 WK | 10 WK | 10 WK | WS | Sta 2 Capt. OT |
| 01 | | | | | | 10 WK | | | WS | FLSA B Shift |
| **Total** | | | | | 24.00 | 24.00 | | 24.00 WK / 106 WK / 106.00 | | |

**Payment Codes**
- B — Base
- BH — Part Time
- BP — Part time-Pers
- BHR — Retiree Annuitants
- AN — Annual Leave
- SL — (old sick leave bank)
- BV — Bereavement
- PH — Paid Holiday (Inc. Commanders)
- PL — Personal Leave Day
- FA — Fire Adjustment
- O1 — FLSA Paid Fire

**OT - Grants and Special Enforcement**
- OA — ABSO activity
- OC — ABC activity

**HOLIDAY PAY**

**Shift Diff**
- SD — Shift Diff
- TA — Training Adjustment
- CU — Comp Time Used
- 48 — 4850 time
- AC — Acting Supervisor/Watch Commander
- OAC — Acting Supervisor on Overtime
- OACSD — Acting Supervisor on Overtime W/Shift Diff

**Overtime Codes (Paid)**
- OP — Paid Police
- OPSD — Paid Police with Shift Diff
- O3 — OT/Fireshift
- CT — Court
- SP — Stand by
- OF — Fire OT for Fire call out
- OS — OT PT Dispatchers only

**COMP EARNED**
- EP — Earned Comp working Police
- EF — Earned Comp working Fire

**EMPLOYEE'S SIGNATURE:** Jacy Tatum 357  
JACY TATUM # 357

**SUPERVISOR'S APPROVAL:** [signature]

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

updated 6/15/17



Confidential Treatment Requested

EXHIBIT 172 PAGE 001

BWS-GJS0051540