# City of Rohnert Park Employee Time Sheet

| Last Name | First Name | Employee ID # | | Week Ending |
|---|---|---|---|---|
| TATUM | JACY | 1833 | | 12/23/2017 |

**Department of Public Safety** — circle one: FIRE / POLICE

| Payment Code | Sun 12/17/2017 | Mon 12/18/2017 | Tue 12/19/2017 | Wed 12/20/2017 | Thu 12/21/2017 | Fri 12/22/2017 | Sat 12/23/2017 | Total Hours | Home Division: FIRE | Supervisor Initials & ID # | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | 24.00 | 24.00 | | | 48.00 | | | B Shift Capt. Stn. 2 |
| O3 | | | | | | 24.00 | | 24.00 | | | Stn 2 sick call |
| Total | | | | 24.00 | 24.00 | 24.00 | | 72.00 | | | |

**Payment Codes**
- B  Base
- BH  Part Time
- BP  Part time-Pers
- BHR  Retiree Annuitants
- AN  Annual Leave
- SL  (old sick leave bank)
- BV  Bereavement
- PH  Paid Holiday (Inc. Commanders)
- PL  Personal Leave Day
- FA  Fire Adjustment
- O1  FLSA Paid Fire

**OT - Create and Special Enforcement**
- OA  48850 activity
- OC  ABC activity
- A  Admin Leave

**HOLIDAY PAY**
- H  ...

**Shift Diff / Overtime Codes (Paid)**
- SD  Shift Diff
- TA  Training Adjustment
- CU  Comp Time Used
- 48  4850 time
- AC  Acting Supervisor/Watch Commander
- OAC  Acting Supervisor on Overtime
- OACSD  Acting Supervisor on Overtime w/Shift Diff
- OP  Paid Police
- OPSD  Paid Police with Shift Diff
- CT  Court
- O3  OT/Fireshift
- SP  Stand by
- OT  Fire OT for Fire call out
- OS  OT PT Dispatchers only
- EP  Earned Comp working Police
- EF  Earned Comp working Fire

**COMP EARNED**

TO THE BEST OF MY KNOWLEDGE, I HEREBY CERTIFY THAT I HAVE CORRECTLY REPORTED ALL TIME FOR THIS PAY PERIOD ON THIS TIME SHEET.

EMPLOYEE'S SIGNATURE: _(signed)_
EMPLOYEE NAME (please print): JACY TATUM # 357

SUPERVISOR'S APPROVAL: 

updated 6/15/17