Message

---

**From:** Huffaker, Joe [/O=ROHNERT PARK/OU=RPPS/CN=RECIPIENTS/CN=JHUFFAKER]
**Sent:** 2/15/2018 5:41:45 PM
**To:** Jacy Tatum [jtatum4707@gmail.com]
**Subject:** review

On December 5th, 2017 Officer Huffaker and I conducted a traffic enforcement stop on a white Mercedes SUV in the area of the Sonoma / Mendocino County line the vehicle did not have a license plate. The vehicle was also traveling at a speed of approximately 70-71 mph in a 65 MPH zone. The driver and sole occupant of the vehicle was identified as Ezekial Flatten DOB 10/5/72.

During the traffic stop I became suspicious of the driver's behavior and his cargo. Throughout the cargo and seating area of the SUV I noticed several large cardboard boxes that were partially being covered by a blanket. I also smelled a very strong odor of cannabis within the vehicle which I believed to be more than one ounce based on my training and experience. I asked Ezekial questions about possessing cannabis and told he stated he was driving "samples" for several people he knew.

During my investigation it was determined that Ezekial was transporting a large amount of processed cannabis bud along with concentrated cannabis outside of the state and federal guidelines for possessing and transporting cannabis. The driver stated he was delivering several one pound "samples" of cannabis to a facility in The Santa Cruz County area. He could not produce any type of documentation which showed he was lawfully conducting legal cannabis possession or transportation. He also did not have a medical recommendation for the cannabis.

In an attempt to identify the owners of the cannabis the driver possessed, I asked several questions to aid in my investigation of the lawful possession. Ezekial refused to provide any information regarding how he obtained the cannabis and the legitimate business the cannabis originated from.

I explained to Ezekail that based on my investigation I believed he was involved in illegal black market cannabis and acting unlawfully. Based on the lack of documentation and the Ezekial's unwillingness to cooperate with my officer's questions, the processed cannabis was seized and booked into evidence.

During the time of this routine traffic stop no other agencies including the Mendocino County Sheriff's Office or Hopland Tribal Police were involved or assisted with the investigation.

---

**From:** Jacy Tatum [mailto:jtatum4707@gmail.com]
**Sent:** Thursday, February 15, 2018 5:13 PM
**To:** Huffaker, Joe <jhuffaker@rpcity.org>
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

**From:** "Tatum, Jacy" <JTatum@rpcity.org>
**Date:** February 13, 2018 at 2:29:30 PM PST
**To:** "jtatum4707@gmail.com" <jtatum4707@gmail.com>