

EXHIBIT 192 PAGE 001