

# ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
# POLICE AND FIRE SERVICES

Brian Masterson, Director

## PRESS RELEASE

## *Traffic Stop leads to Cannabis Possession*

*For Immediate Release*
**Issue Date: 02/13/2018**
**Time: 2:20 PM**     Case Number: RPK 17-5373

**Contact:**  Sergeant J. Tatum      584-2600      Hours Available: 0700-1700
              Commander J. Taylor    584-2600

ROHNERT PARK, CA – During the month of December 2017 members of the Rohnert Park Department of Public Safety conducted a traffic enforcement stop on a white SUV vehicle in the area of the Sonoma / Mendocino County line.

During the traffic stop the officers became suspicious of the driver's behavior and his cargo. Throughout the cargo and seating area of the SUV the officers noticed several large cardboard boxes that were partially being covered by a blanket. The officers also smelled a very strong odor of cannabis within the vehicle. The driver was questioned about possessing cannabis and told the officers he was driving "samples" for several people he knew.

During the Officers investigation it was determined that the driver was transporting a large amount of processed cannabis bud along with concentrated cannabis outside of the state and federal guidelines for possessing and transporting cannabis. The driver stated he was delivering several one pound "samples" of cannabis to a facility in The Santa Cruz County area. The driver could not produce any type of documentation which showed he was lawfully conducting legal cannabis possession or transportation.

In an attempt to identify the owners of the cannabis the driver possessed, the officers asked several questions of the driver to aid in their investigation of the lawful possession. The driver refused to provide any information regarding how he obtained the cannabis and the legitimate business the cannabis originated from.

The officers explained to the driver that based on their investigation they believed he was involved in illegal black market cannabis and acting unlawfully. Based on the lack of documentation and the driver's unwillingness to cooperate with the officer's questions, the processed cannabis was seized and booked into evidence.

During the time of this routine traffic stop no other agencies including the Mendocino County Sheriff's Office or Hopland Tribal Police were involved or assisted with the investigation.
End..

US 001141

EXHIBIT 193 PAGE 001



# ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## POLICE AND FIRE SERVICES

Brian Masterson, Director

END