

**Confidential Treatment Requested**

EXHIBIT 195 PAGE 001

BWS-GJS0001611



Rohnert Park DPS - Evidence
Case #: 17005373   Item #: JH2
NARCOTICS (INCLUDING MARIJUANA)
Barcode #126399
Collected By: Huffaker, Joe (439) on 12/18/2017
Desc: APPROX. 15 LBS OF MARIJUANA

**Confidential Treatment Requested**                                    BWS-GJS0001612
EXHIBIT 195 PAGE 002



**Confidential Treatment Requested**    BWS-GJS0001613
EXHIBIT 195 PAGE 003



**Confidential Treatment Requested**　　　　BWS-GJS0001614
EXHIBIT 195 PAGE 004



**Confidential Treatment Requested**  BWS-GJS0001615
EXHIBIT 195 PAGE 005



**Confidential Treatment Requested**　　　　**BWS-GJS0001616**
EXHIBIT 195 PAGE 006



**Confidential Treatment Requested**    **BWS-GJS0001617**
EXHIBIT 195 PAGE 007





**Rohnert Park DPS - Evidence**
**Case #: 170005373   Item #: JH2**
NARCOTICS (INCLUDING MARIJUANA)
**Barcode #126399**
Collected By: Huffaker, Joe (439) on 12/18/2017
Desc: APPROX. 15 LBS OF MARIJUANA

**Confidential Treatment Requested**            BWS-GJS0001620
EXHIBIT 195 PAGE 009



**Confidential Treatment Requested**

EXHIBIT 195 PAGE 010

BWS-GJS0001621



**Confidential Treatment Requested**

EXHIBIT 195 PAGE 011

**BWS-GJS0001622**



**Confidential Treatment Requested**    BWS-GJS0001623
EXHIBIT 195 PAGE 012



**Confidential Treatment Requested**　　　　　　　　　　　　　　　　**BWS-GJS0001624**
EXHIBIT 195 PAGE 013