UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 26, 2025  **Time:** 2:17 – 2:51  **Judge:** MAXINE M. CHESNEY
= 38 minutes

**Case No.:** 21-cr-00374-MMC-2  **Case Name:** UNITED STATES v. Joseph Huffaker - present

**Attorney for Plaintiff:** Abraham Fine
**Attorney for Defendant:** Richard Ceballos

**Deputy Clerk:** Tracy Geiger           **Court Reporter:** Marla Knox

### PROCEEDINGS

**Defendant's Motion to Continue Sentencing Hearing – hearing held via Zoom.**

**Oral arguments presented. Court granted defendant's motion.**

**Portion of hearing held under seal (2:30 – 2:42) available only to defense counsel – Richard Ceballos - otherwise court order required.**

**Defense counsel Richard Ceballos will represent the defendant until new counsel is retained.**

**CASE CONTINUED TO: January 21, 2026 at 2:15 p.m. for Sentencing Hearing**