IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>JOSEPH HUFFAKER,<br>　　　　　Defendant. | Case No. 21-cr-00374-MMC-2<br><br>**ORDER REGARDING DEFENDANT'S OPPOSED MOTION TO CONTINUE SENTENCING** |

Before the Court is defendant Joseph Huffaker's Motion to Continue Sentencing, filed January 12, 2026, whereby said defendant seeks an order continuing the sentencing date, currently set for January 21, 2026, for the purpose of retaining new private counsel. Plaintiff United States of America has filed opposition thereto.

Hearing on the Motion to Continue Sentencing is hereby SET for January 21, 2026, at 2:15 p.m. If the motion is denied, the Court will proceed with the sentencing hearing as currently scheduled.

**IT IS SO ORDERED.**

Dated: January 15, 2026

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge