1  KAREN L. LANDAU, CSB 128728
   LAW OFFICE OF KAREN L. LANDAU, P.C.
2  1966 Tice Valley Blvd., # 189
   Walnut Creek, CA 94595-2203
3  (510) 501-2781
   karenlandau@karenlandau.com
4
   Attorney for Defendant Joseph
5  Huffaker

6

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO
10

11 | UNITED STATES OF AMERICA, | NO. 3:21-cr-00374-MMC |
   |---|---|
12 | Plaintiff, | **STIPULATION RE CONTINUANCE & PROPOSED ORDER** |
13 | vs. | |
14 | JOSEPH HUFFAKER, | |
15 | Defendant. | |

16

17     The parties, United States of America and Joseph Huffaker, by and
18
19 through their respective counsel, Assistant U.S. Attorney Abraham Fine
20 and Karen L. Landau, acknowledge the following:
21
       1. Defendant Joseph Huffaker has been convicted of various
22
23 charges in this case. On February 2, 2026, he retained new counsel for
24 sentencing and appeal, attorney Karen L. Landau.
25
       2. Ms. Landau will be ordering the outstanding portions of the trial
26
27 transcript. She will need time to obtain and review the trial transcripts
28

1

and the exhibits, as well as to prepare for sentencing and/or file any appropriate motions.

3. The parties agree that an extension of time is needed to allow for the effective preparation of defense counsel.

Accordingly, the parties agree and stipulate as follows:

1. Sentencing is continued to April 15, 2026;

2. Defense counsel shall file any motions on or before March 18, 2026.  The motion(s), if any are filed, will be heard on April 15, 2026.

3.  The government shall file its opposition to any such motions on or before April 1, 2026.

4. Any reply brief shall be filed on or before April 8, 2026.

5. Defendant's sentencing memorandum shall be filed in accord with the local rules.

Dated:  February 2, 2026

                              KAREN L. LANDAU
                              LAW OFFICE OF KAREN L. LANDAU

                                    /s/Karen L. Landau
                        By:  _____
                                KAREN L. LANDAU

1  Dated: February 2, 2026

CRAIG MISSAKIAN
UNITED STATES ATTORNEY

/s/Abraham Fine [by KLL]

_____
ABRAHAM FINE
Asst. United States Attorney

**PROPOSED ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that defendant's sentencing is continued to April 15, 2026, at 2:15 p.m. The court adopts the briefing schedule set forth in the Stipulations.

IT IS SO ORDERED.

February __, 2026              _____
                               Hon. Maxine M. Chesney
                               U.S. District Judge