KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau
1966 Tice Valley Blvd., # 189
Walnut Creek, CA 94595-2203
(510) 501-2781
karenlandau@karenlandau.com
Attorney for Defendant Joseph Huffaker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HUFFAKER,<br><br>Defendant. | Case No.: 3:21-cr-00374-MMC<br><br>**DECLARATION OF KAREN L. LANDAU IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL**<br><br>DATE: April 15, 2026<br>TIME: 2:15 p.m.<br>Courtroom: Hon. Maxine M. Chesney |

## DECLARATION OF COUNSEL

I, Karen L. Landau, declare:

1. I have been retained to represent defendant Joseph Huffaker, following his conviction in the above-entitled case.

2. Attached as Exhibit A is a true and correct copy of the investigative report prepared by investigator Donald Tabak.

3. Attached as Exhibit B are true and correct pages of discovery pages Bates stamped GS 012321-012322.

1

4. Attached as Exhibit C are true and correct copies of pages from the consecutively-numbered trial transcript prepared by the court reporter and filed with this Court.

5. Attached as Exhibits 154, 157, 180, 194 are true and correct copies of the trial exhibits admitted into evidence and filed with this Court at ECF 345 and 350. These exhibits are identified by their original numbers.

6. Exhibit D, a plea agreement, has been submitted under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2026, in San Luis Obispo, California.

*/s/ Karen L. Landau*
KAREN L. LANDAU

2