**EXHIBIT A**

# D. Tabak & Associates
# Licensed Private Investigations
# California License # P23977

Law Offices of Karen Landau
1956 Tice Valley Road
Suite 189
Walnut Creek, CA 94595

Attention:    Ms. Karen Landau                        DTA# 26-0313-001
RE:           Huffaker, Joseph
Investigator: Don Tabak

## ASSIGMENT

1. Obtain a recorded statement from Lillian Brooks **(COMPLETED)**

## INVESTIGATION SUMMARY

On March 13, 2026, at approximately 1055 hours I was able to obtain a statement from Ms. Brooks as it pertains to Mr. Huffaker being with Mr. Tatum in the Rohnert Park Polce Records Unit.  Ms. Brooks was not comfortable with having her statement recorded.

## INVESTIGATION DETAILS

On March 13, 2026, at approximately 1000 hours, I conducted a very limited Desktop Background Investigation in hopes of locating a current telephone number or contact information for Lillian Brooks.  Ms. Brooks worked for the Rohnert Park Police Department as a Records Clerk in 2018.  It was my intention to ask Ms. Brooks if on the day that Mr. Tatum asked to unlock a report was Mr. Huffaker with Mr. Tatum at that time:

According to the court transcript, Page 582 Mr. Tatum stated on Direct Testimony the following:

Q. Now, this document on the screen, this draft e-mail, this
wasn't the final version of the police report you ultimately
submitted; is that right?
A. No, it was not.
Q. Before you finalized, were some more details added to the
police report?
A. Yes.
Q. And did you and Mr. Huffaker meet up in person to discuss
adding those details?
A. We did.
Q. Can you describe that?

Exh. A

RE:  Huffaker, Joeseph
Page 2
March 13, 2026

A. We met at the police department, went over this document
and some final documents, some final facts, and then ultimately
submitted the final document into the I/LEADS computer system.

MR. FINE: Ms. Hernandez, could you please put on the
screen Exhibit 194, which is already in evidence.
BY MR. FINE:
Q. Is this the final police report that you and Mr. Huffaker
submitted?
A. Yes.

I was able to locate what I believed to be a current cell number for Ms. Brooks.  That phone
number showed as 707 321-9458.  On this day at approximately 1000 hours, I texted the
number possibly belonging to Lillian Brooks.  I requested that if this cell number belonged to
Lillian Brooks would she please contact me at my cell number.

On this day at approximately 1041 hours, I received a text presumably from Lillian Brooks
stating that she was in Italy at this moment and would be home on March 22, 2026.  A few
minutes later I received another text stating that it was approximately 1843 hours in Italy and
that Ms. Brooks was available to speak to me.

On this day at approximately 1055 hours, I called the cell phone number that I had discovered
for Ms. Brooks.  The phone was answered by a female.  I asked the female if her name was
Lillian Brooks and she stated that it.

I had no identification information so to verify that the female that I was speaking with was in
fact, Lillian Brooks I asked Ms. Brooks where she had retired from and she stated the Rohnert
Park Police Department.  I asked the female what city and state she resided in and she stated
Cotati, CA.  I was satisfied that I was speaking to the true Lillian Brooks.  I asked Ms. Brooks if I
could record her statement to me and Ms. Brooks stated that she was not comfortable be
recorded.  I took notes as best I could while speaking to Ms. Brooks.

I asked Ms. Brooks if she was employed by the Rohnert Park Police department on February
20, 2018, and she stated that she was.  I asked Ms. Brooks what her position was with the
police department and she stated that she was a records Clerk.

I asked Ms. Brooks if she a direct recollection of an event that took place at Rohnert Park Polce
Department in the Records area of the police station that involved a male Police Sergeant by
the name of Jayce Tatum and she stated that she did have a direct recollection of an event that
took place on that day.

Ms. Brooks stated that on that day, Mr. Tatum had gone to the records unit and requested that
Ms. Brooks unlock a report that was authored by Mr. Tatum so that Mr. Tatum could make
addendums to that report.  I asked Ms. Brooks if she recalled if Mr. Tatum was alone at this time
or could there have been an additional police department employee with Mr. Tatum?

Exh. A

RE: Huffaker, Joseph
Page 3
March 13, 2026

Ms. Brooks spontaneously stated that he, Mr. Tatum was alone.  I asked Ms. Brooks if she remembered seeing Officer Joe Huffaker with Mr. Tatum on this day in the Records Unit of the police station and she stated that he, Mr. Tatum was by himself.

I asked Ms. Brooks if Joe Huffaker was with Mr. Tatum at the time that Mr. Tatum requested the report to be unlocked, and Ms. Brooks stated that she never saw anyone with Mr. Tatum at that time.  I asked Ms. Brooks if she had a direct recollection of seeing Mr. Huffaker at the station at any time on February 20, 2018, and Ms. Brooks stated that she had not seen Mr. Huffaker that day in the police station.

**INVESTIGATION CONCLUSION**

Ms. Brooks stated that she would testify to this fact.

I did not ask anything additional of Ms. Brooks

This concludes this report of investigation.

Regards,

Don Tabak
President
D. Tabak & Associates

Exh. A