**EXHIBIT D**

**PLACEHOLDER (DOCUMENT FILED UNDER SEAL)**