CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

     1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3680
     FAX: (510) 637-3724
     Abraham.fine@usdoj.gov
     Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-0374-MMC |
| Plaintiff, | DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

I, Abraham Fine, declare and state as follows:

1.    I am currently employed as an Assistant United States Attorney in the Northern District of California.

2.    I am counsel for the government in the above-captioned case.

3.    Attached as Exhibit A is a true and correct copy of the transcript of Brendon Jacy Tatum's trial testimony from July 8, 2025.

4.    Attached as Exhibit B is a true and correct copy of the transcript of B.L.'s trial testimony from July 7, 2025.

5.    Attached as Exhibit C is a true and correct copy of Trial Exhibit 157, which is a copy of an email dated February 13, 2018.

6.    Attached as Exhibit D is a true and correct copy of Trial Exhibit 180, which is a copy of an email dated February 15, 2018.

7.    Attached as Exhibit E is a true and correct copy of the transcript of Lillian Brooks' testimony during the Rohnert Park internal investigation from March 19, 2018, which was produced to defense counsel in March of 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of April 2026, in Oakland, California.

*/s/ Abraham Fine*
ABRAHAM FINE

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC