UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,          )

          Plaintiff,               )   CASE NO.

                                   )   CR 21-0374 MMC

V.                                 )

                                   )

JOSEPH HUFFAKER                    )

          Defendant.               )

- - - - - - - - - - - - - - - -


AUDIO TRANSCRIPTION OF

LILIAN BROOKS

MARCH 19, 2018

FILE NO. BWS_GJS0052991



BEHMKE REPORTING AND VIDEO SERVICES, INC.

BY:  JENNIFER GERATY, CSR NO. 13350

455 MARKET STREET, SUITE 1800

SAN FRANCISCO, CALIFORNIA 94105

(415) 597-5600

US 032716

(Begin transcription)

INVESTIGATOR SIMPSON:  Okay.  This is Terry Simpson.  Today's date is March the 19th, 2018.  The time is -- make it 1520 hours.  I'm at the city of Rohnert Park Human Resources Division, and present with me is Ms. Lilian Brooks; correct?

MS. BROOKS:  Correct.

INVESTIGATOR SIMPSON:  And the -- Ms. Brooks, as I indicated, I'm doing an investigation for your police department -- for your police chief and your HR Department.  And you've been asked to come here to see me today -- directed to come and see me today because you may have information related to something that I am investigating.

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  And you are not a subject of my investigation.  You're just a witness; okay?

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  What is your current title with the police department?

MS. BROOKS:  Records clerk.

INVESTIGATOR SIMPSON:  And how long have you been employed by Rohnert Park Department of Public

US 032717

Safety?

MS. BROOKS:  Twenty-eight years.

INVESTIGATOR SIMPSON:  Twenty -- long time.
Okay.  Good for you.  I'm gonna ask you to put your
thinking cap on and see if you can remember something
for me here.  Your records -- your data records indicate
that back on February the 20th, Sergeant Tatum came to
you and asked you to unlock a file.  And that file had
to do, initially, with a found property seizure.

So he -- I -- I assume he indicated to you
that he needed to unlock this file because he needed to
write a report to it.  Does any of that ring a bell?

MS. BROOKS:  In February?

INVESTIGATOR SIMPSON:  February the 20th is
when the records indicate that --

MS. BROOKS:  Of this year?  Okay.  Yes.

INVESTIGATOR SIMPSON:  Of this year?

MS. BROOKS:  Yes, there was.

INVESTIGATOR SIMPSON:  Had to do with a
traffic stop.

MS. BROOKS:  Well, I -- I -- I don't know that
or -- but I do know that I had initially -- willing as
in I/LEADS paperwork that's processed or initiated needs
to have an event and a case number associated with it.
So I got a property sheet -- found property that I had

US 032718

initially entered into I/LEADS.

INVESTIGATOR SIMPSON:  Oh, okay.

MS. BROOKS:  I initially entered -- I -- so I created that event.  I created that --

INVESTIGATOR SIMPSON:  Oh, well you created --

MS. BROOKS:  -- skeleton.

INVESTIGATOR SIMPSON:  Yes, you did.  And you did that back on --

MS. BROOKS:  So, yes, I created that skeleton.

INVESTIGATOR SIMPSON:  Yeah.

MS. BROOKS:  Then on November --

INVESTIGATOR SIMPSON:  Back on the 19th of December.

MS. BROOKS:  So I remember Sergeant Tatum says, can you unlock this report?  And I said, it's found property.  And he says, I need to write a narrative in there.  And I said, okay.  So I did.

INVESTIGATOR SIMPSON:  Do you recall ever bringing up to him or questioning him that the report he wrote indicated that it was gonna be forwarded to the district attorney's office?

MS. BROOKS:  Yes.  I remember saying -- it says to be forwarded, and he says, don't do anything.

INVESTIGATOR SIMPSON:  Okay.  Did he say, don't do anything, or don't worry about it, it's not

US 032719

gonna go anywhere?

MS. BROOKS:  I don't recall.

INVESTIGATOR SIMPSON:  But it was something to the effect of, don't worry about it?

MS. BROOKS:  I wasn't gonna do anything with it; yeah.

INVESTIGATOR SIMPSON:  And I don't mean to put words in your mouth, but as a record's clerk, if the sergeant writes a report and says it's not going anywhere and don't worry about it, not your responsibility to do anymore; right?

MS. BROOKS:  Correct.

INVESTIGATOR SIMPSON:  Okay.  Did Sergeant Tatum or anyone else, up until right now, today, ever bring that case up to you ever again?

MS. BROOKS:  Yes.

INVESTIGATOR SIMPSON:  Okay.  And who was that and why?

MS. BROOKS:  My supervisor, Christine.

INVESTIGATOR SIMPSON:  Christine that --

MS. BROOKS:  Giordano.

INVESTIGATOR SIMPSON:  And -- and what did she want to know?

MS. BROOKS:  She said -- I don't know how she approached me on it -- or she said, there's a report

US 032720

here that says it's supposed to go to the DA.  Jacy did a report that's supposed to -- and I said, yeah, he -- I asked him about that, and he said it's not going anywhere.  So --

INVESTIGATOR SIMPSON:  Okay.

MS. BROOKS:  How she'd come across it, I have no idea.

INVESTIGATOR SIMPSON:  No idea?

MS. BROOKS:  No.

INVESTIGATOR SIMPSON:  And she didn't tell you why she was inquiring?

MS. BROOKS:  No.

INVESTIGATOR SIMPSON:  Okay.  So other than Christine talking to you about it, anybody else talk to you about this?

MS. BROOKS:  No.  No.

INVESTIGATOR SIMPSON:  Do you see how easy this was?

MS. BROOKS:  Yes.  Thank you.

INVESTIGATOR SIMPSON:  'Cause you have no other involvement.

MS. BROOKS:  Oh.

INVESTIGATOR SIMPSON:  Right?

MS. BROOKS:  Except for being the one that unlocked the report.

US 032721

INVESTIGATOR SIMPSON:  Except for what?

MS. BROOKS:  Being the one that unlocked the report, which allows Sergeant Tatum to do whatever he's doing.

INVESTIGATOR SIMPSON:  Okay.  Well -- well, listen, let's -- let's -- let's get that on the record.  In your position as record clerk and -- and, you know, I used -- I'm retired from a police department.  I mean, frequently, officers need to write supplements or add -- or whatever to reports.  So, in your case, where it's -- your job's to unlock it for them, isn't that something that happens frequently?

MS. BROOKS:  It -- it does happen on occasion, and I didn't -- I did not see anything wrong.  And as much -- you said that I need to write the narrative for this.

INVESTIGATOR SIMPSON:  'Cause there was no narrative.

MS. BROOKS:  There was no narrative.

INVESTIGATOR SIMPSON:  In any event --

MS. BROOKS:  Correct.

INVESTIGATOR SIMPSON:  So you had no reason to suspect any wrongdoing on anybody's part, just thought the sergeant needed to write a narrative on an event?

MS. BROOKS:  Correct.

US 032722

INVESTIGATOR SIMPSON:  There you go.

MS. BROOKS:  Correct.

INVESTIGATOR SIMPSON:  So you -- you were just doing your job?

MS. BROOKS:  Yes, sir.

INVESTIGATOR SIMPSON:  Okay.  I do need to admonish you not to discuss what you and I have talked about in here with anyone, including --

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  -- your supervisor --

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  -- because she's been interviewed too.

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  Or the chief.  If you have concerns or something like that, you go through Victoria's office, who may, in fact, refer you to the assistant city attorney if it's something she can't answer for you.

MS. BROOKS:  Okay.

INVESTIGATOR SIMPSON:  Okay?

MS. BROOKS:  Uh-huh.

INVESTIGATOR SIMPSON:  As far as other people you work with, mum's the word.

MS. BROOKS:  Mum's the word.

US 032723

INVESTIGATOR SIMPSON:  All right.

MS. BROOKS:  Uh-huh.

INVESTIGATOR SIMPSON:  I'm going to end your interview --

MS. BROOKS:  Oh.

INVESTIGATOR SIMPSON:  -- at 1525.

(End of transcription.  See next page.)

****

US 032724

STATE OF CALIFORNIA    )

                       ) SS.

COUNTY OF VENTURA      )



        I hereby certify that the foregoing transcript is a true record of the audiotaped recording as reported by me, a duly licensed Certified Shorthand Reporter in the State of California.

        I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

        IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of October, 2023.



_____

JENNIFER GERATY, CSR No. 13350

STATE OF CALIFORNIA

BEHMKE REPORTING AND VIDEO SERVICES, INC.    10
(415) 597-5600

US 032725