KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau
1966 Tice Valley Blvd., # 189
Walnut Creek, CA 94595-2203
(510) 501-2781
karenlandau@karenlandau.com
Attorney for Defendant Joseph Huffaker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HUFFAKER, <br><br> Defendant. | Case No.: 3:21-cr-00374-MMC <br><br> **DECLARATION OF KAREN L. LANDAU** <br><br><br> DATE: April 15, 2026 <br> TIME: 2:15 p.m. <br> Courtroom: Hon. Maxine M. Chesney |

## DECLARATION OF COUNSEL

I, Karen L. Landau, declare:

1. I have been retained to represent defendant Joseph Huffaker, following his conviction in the above-entitled case.

2. Attached as Exhibit A are excerpted and redacted pages from the bank records of Kassie Tatum, Brendon "Jacy" Tatum's wife. They were provided in discovery and were apparently obtained through an IRS subpoena.

Declaration of Counsel re Sentencing                1
21-cr-00374-MMC

3. Attached as Exhibit B are true and correct pages of pages from the consecutively-numbered trial transcript prepared by court reporter and filed with this Court.

4. Attached as Exhibit C are true and correct copies of letters of support written by defendant's family and friends.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2026, in San Luis Obispo, California.

/s/ *Karen L. Landau*____
KAREN L. LANDAU

Declaration of Counsel re Sentencing          2
21-cr-00374-MMC