**EXHIBIT A**

Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:     12/14/2017 02:44  PM PST
Customer Name(s)               KASSIE M TATUM


Account Address
                               ████████████
                               ████████████  954015567
Cash In:                   $        5,000.00
Less Cash:                 $            0.00
Total Checks Amount:       $            0.00
Credit Serial Number            3481444121
Deposit Total                                                                    $5,000.00
Credited account number        ██████2509
Customer or Teller initiated    T
Customer confirmed on Pin Pad   Y
CB, AU, Sequence Num            01 0000153 0058

                              Wells Fargo Bank, N.A.
                            Electronically Generated Image



                                  1842717935



                            Electronically generated image




REQUEST 000079121 20000000 5000.00
ROLL ECIA   20171214  000001842717935+
JOB ECIA  E  ACCT 1140005836502509
REQUESTOR U506458
23153119  03/05/2020 Research 23153750

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038




Exh. A-2

# Research Notice

**Research Code:**

## CASH IN

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 0000791212000000 5000.00
ROLL ECIA    20171214  000001842717936+
JOB ECIA  E  ACCT 0200015310001019
REQUESTOR U506458
23153119  03/05/2020 Research 23153750

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

Exh. A-3

# Wells Fargo Way2Save® Savings

Account number: ●●●●●●2509  ▪ December 1, 2017 - December 31, 2017  ▪ Page 1 of 4



KASSIE M TATUM


**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

 **IMPORTANT ACCOUNT INFORMATION**

**Introducing Overdraft Rewind Starting November 7, 2017**

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item (non-sufficient funds/NSF) if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House network by your employer or an outside agency. The Bank will calculate a new balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item decisions and waive the associated fees from the previous business day if your electronic direct deposit will cover them. Overdraft Protection transfers/advances and the associated fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash, or account transfers are not included in Overdraft Rewind.

Set up direct deposit for a safe and easy way to have your payroll or benefit checks automatically deposited into your account.

Go to wellsfargo.com/checking/overdraft-rewind for more details.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $897.41 |
| Deposits/Additions | 8,012.02 |
| Withdrawals/Subtractions | - 6,500.00 |
| **Ending balance on 12/31** | **$2,409.43** |

Account number: **5836502509**
**KASSIE M TATUM**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

(114)
Sheet Seq = 0326612
Sheet 00001 of 00002

Exh. A-4

Account number: █████2509  ▪  December 1, 2017 - December 31, 2017  ▪  Page 2 of 4



**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $2,183.60 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.48 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 12/1 | ATM Check Deposit on 12/01 Rohnert Park Main Rohnert Park CA 0008538 ATM ID 9974B Card 6298 | 3,000.00 | | 3,897.41 |
| 12/4 | ＊ Online Transfer to Tatum K Preferred Checking xxxxxx6792 Ref #Ib03Zyhgwq on 12/04/17 | | 3,000.00 | 897.41 |
| 12/5 | Monthly Service Fee Reversal | 12.00 | | 909.41 |
| 12/14 | Edeposit IN Branch/Store 12/14/17 02:44:17 Pm 5 Padre Pkwy Rohnert Park CA 2509 | 5,000.00 | | 5,909.41 |
| 12/15 | ＊ Online Transfer to Tatum K Everyday Checking xxxxxx6792 Ref #Ib042WWW9M on 12/14/17 | | 3,500.00 | 2,409.41 |
| 12/29 | Interest Payment | 0.02 | | 2,409.43 |
| | Ending balance on 12/31 | | | 2,409.43 |
| **Totals** | | **$8,012.02** | **$6,500.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

＊ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2017 - 12/31/2017 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $300.00 | $909.41 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

☑ **IMPORTANT ACCOUNT INFORMATION**



Exh. A-5

# Deposit/Depósito:

**WELLS FARGO**

(Check One / Marque una)  ☒ Checking/Cuenta de Cheques    ☐ Savings/Ahorros    ☐ Money Market Access    ☐ Command

Account Number / Número de cuenta

\* ▓▓▓▓▓▓6792

Date/Fecha 12/20/17

Cash/Efectivo (Include total from other side) / Total de cheques (incluva total del reverso)    7,000.—

Total Checks / Total de cheques

Subtotal

Please print: Name / Letra de imprenta. Nombre

Rassie Tatum

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Codigo Postal

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.*

Es posible que su depósito no este disponible para su retiro inmediato. Vea al reverso informacion sobre demora en el registro.*

Minus cash received/ Menos efectivo recibido

Total $    7,000.—

Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.

X

Two forms of ID may be required.

Se podrian requerir dos tipos de identificacion

Wells Public Use When Blank and Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available)    TLR5975 (04/16)  WF0118  70269903

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑊904174484⑊ ⑊500000377⑊

CHECKS/ PLEASE LIST CHECKS SEPARATED BY BANK NO

AMOUNT/

TOTAL CHECKS/

CASH COUNT FOR BANK USE    ENTER THIS TOTAL ON FRONT!

| | | |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL $ | | |

1840641931

*Incorrect use of this form could result in a delay of crediting your deposit or crediting your deposit to the wrong account. Please ask a teller for help in completing the form if you have questions.

REQUEST 0000791212123000000 7000.00
ROLL ECIA   20171220  000001840641931+
JOB ECIA  E  ACCT 1140006272726792
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

IRS-CC007726

Exh. A-6

# Research Notice

**Research Code:**

CASH IN

**ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.**

REQUEST 00007912123000000 7000.00
ROLL ECIA   20171220  000001840641932+
JOB ECIA  E  ACCT 0200015310001035
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

Exh. A-7

Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:   12/26/2017 11:18  AM PST
Customer Name(s)         KASSIE M TATUM

Account Address                   , CA  954015567

| | | |
|---|---|---|
| Cash In: | $ | 7,000.00 |
| Less Cash: | $ | 0.00 |
| Total Checks Amount: | $ | 0.00 |
| Credit Serial Number | | 3601117521 |

Deposit Total

Credited account number         5792
Customer or Teller initiated    C
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num       10 0000536 0177

$7,000.00

Wells Fargo Bank, N.A.
Electronically Generated Image

1749529661

Electronically generated image

REQUEST 00007912123000000 7000.00
ROLL ECIA   20171226  000001749529661+
JOB ECIA  E  ACCT 1140006272726792
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

Exh. A-8

# Research Notice

Research Code:

CASH IN

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007912123000000 7000.00
ROLL ECIA   20171226  000001749529662+
JOB ECIA  E  ACCT 0200053610001108
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

Exh. A-9

Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:     01/30/2018 09:07  AM PST
Customer Name(s)              KASSIE M TATUM

Account Address                               , CA  954015567

Cash In:                  $      9,000.00
Less Cash:                $          0.00
Total Checks Amount:      $          0.00
Credit Serial Number           0300907321
Deposit Total                                                                    $9,000.00
Credited account number           6792
Customer or Teller initiated    C
Customer confirmed on Pin Pad   Y
CB, AU, Sequence Num       02 0000536 0003

Wells Fargo Bank, N.A.
Electronically Generated Image

1945425625

Electronically generated image

REQUEST 00007912123000000 9000.00
ROLL ECIA   20180130  000001945425625+
JOB ECIA  E  ACCT 1140006272726792
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

IRS-CC00722C

Exh. A-10

# Wells Fargo Everyday Checking

Account number: ████ 6792  ▪  January 1, 2018 - January 31, 2018  ▪  Page 1 of 4



**WELLS FARGO**

KASSIE M TATUM

SANTA ROSA CA 95401-55█7

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $10,469.47 |
| Deposits/Additions | 16,262.00 |
| Withdrawals/Subtractions | - 12,434.80 |
| **Ending balance on 1/31** | **$14,296.67** |

Account number: ████ 6792
**KASSIE M TATUM**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0139923
Sheet 00001 of 00002

Exh. A-11

# Wells Fargo Everyday Checking

Account number: 6272726792 ▪ December 1, 2017 - December 31, 2017 ▪ Page 1 of 4




KASSIE M TATUM
5462 HALL RD.
SANTA ROSA CA 95401-5567

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ✓ | Direct Deposit ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment ☐ |
| Online Statements | ✓ | Overdraft Protection ☐ |
| Mobile Banking | ✓ | Debit Card |
| My Spending Report | ✓ | Overdraft Service ☐ |

Account number: 6272726792

**KASSIE M TATUM**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $4,743.87 |
| Deposits/Additions | 20,515.01 |
| Withdrawals/Subtractions | - 14,789.41 |
| **Ending balance on 12/31** | **$10,469.47** |

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0143373
Sheet 00001 of 00002

Exh. A-12

Account number: ●272●6792 ▪ December 1, 2017 - December 31, 2017 ▪ Page 2 of 4



**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $3,953.56 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $1.48 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Purchase authorized on 11/29 State of Calif Dmv 800-7770133 CA S387333700456400 Card 6298 | | 294.00 | 4,449.87 |
| 12/4 | | Online Transfer From Tatum K Savings xxxxxx2509 Ref #Ib03Zyhgwq on 12/04/17 | 3,000.00 | | |
| 12/4 | | Purchase authorized on 11/30 Kaiser Cpp Pharm 2 8882186245 CA S467334204817682 Card 6298 | | 5.00 | |
| 12/4 | | Purchase authorized on 11/30 Ramen Gaijin Sebastopol CA S587335088120888 Card 6298 | | 53.08 | |
| 12/4 | | Purchase authorized on 12/03 1010 Holiday Photo Santa Rosa CA S387337705674185 Card 6298 | | 27.15 | |
| 12/4 | | Flagstar Bank Payment 171201 xxxxx1452 Tatum, Kassie | | 3,500.00 | |
| 12/4 | | Quicken Loans Mtg Pymts 120117 3321951485 Kassie Tatum | | 1,400.00 | 2,464.64 |
| 12/5 | | Interest Payment | 0.01 | | |
| 12/5 | | Monthly Service Fee Reversal | 15.00 | | 2,479.65 |
| 12/6 | | Pgande Web Online Dec 17 84670022111617 Kassie Tatum | | 1,033.41 | 1,446.24 |
| 12/7 | | Purchase authorized on 12/06 Extended Child Car 707-545-2402 CA S467339353359255 Card 6298 | | 138.00 | |
| 12/7 | | Cabelas VISA Payments 171206 Kassie Tatum | | 554.97 | 753.27 |
| 12/13 | | Citi Autopay Payment 171212 082512603440525 Get Some Firehouse | | 173.93 | 579.34 |
| 12/15 | | Online Transfer From Tatum K Way2Save Savings xxxxxx2509 Ref #Ib042WWW9M on 12/14/17 | 3,500.00 | | |
| 12/15 | | Recurring Payment authorized on 12/14 Dtv*DIRECTV Servic 800-347-3288 CA S467348605198610 Card 6298 | | 155.36 | 3,923.98 |
| 12/20 | | Deposit Made In A Branch/Store | 7,000.00 | | 10,923.98 |
| 12/22 | | Purchase with Cash Back $ 20.00 authorized on 12/22 Raley's #337 Rohnert Park CA P00387357012344027 Card 6298 | | 185.56 | 10,738.42 |
| 12/26 | | Edeposit IN Branch/Store 12/26/17 11:18:05 Am 2960 Cleveland Ave Santa Rosa CA 6298 | 7,000.00 | | |
| 12/26 | | Purchase authorized on 12/21 Kaiser Cpp Pharm 2 8882186245 CA S467356030336732 Card 6298 | | 5.00 | |
| 12/26 | | Purchase authorized on 12/22 Kaiser Cpp Pharm 2 8882186245 CA S307356743791770 Card 6298 | | 5.00 | |
| 12/26 | | Recurring Payment authorized on 12/24 Vzwrlss*Apocc Visw 800-922-0204 FL S387358430948942 Card 6298 | | 164.66 | |
| 12/26 | | Citi Card Online Payment 171222 132519407468898 Kassie M Tatum | | 2,000.00 | |
| 12/26 | | Citi Card Online Payment 171222 132520595777158 Brendon J Tatum | | 5,000.00 | 10,563.76 |
| 12/27 | | Recurring Payment authorized on 12/26 Ssp*Flyingangelsgy 707-9532524 CA S387360603888473 Card 6298 | | 48.00 | 10,515.76 |
| 12/28 | | Purchase authorized on 12/27 Chevron 0376751 Santa Rosa CA S587361840732930 Card 6298 | | 46.29 | 10,469.47 |
| Ending balance on 12/31 | | | | | 10,469.47 |
| Totals | | | $20,515.01 | $14,789.41 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Exh. A-13

Account number: 6272726792 ▪ December 1, 2017 - December 31, 2017 ▪ Page 3 of 4



**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2017 - 12/31/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $579.34 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 8 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.

Sheet Seq = 0143374
Sheet 00002 of 00002

Exh. A-14

# Wells Fargo Everyday Checking

Account number: 6272726792 ▪ January 1, 2018 - January 31, 2018 ▪ Page 1 of 4


**WELLS FARGO**

KASSIE M TATUM

SANTA ROSA CA 95401-5567

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288   (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
      P.O. Box 6995
      Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $10,469.47 |
| Deposits/Additions | 16,262.00 |
| Withdrawals/Subtractions | - 12,434.80 |
| **Ending balance on 1/31** | **$14,296.67** |

Account number: 6272726792

**KASSIE M TATUM**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0139923
Sheet 00001 of 00002

Exh. A-15

Account number: 6792  •  January 1, 2018 - January 31, 2018  •  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Mobile Deposit : Ref Number :017020898715 | 750.00 | | |
| 1/2 | | Quicken Loans Mtg Pymts 010118 3321951485 Kassie Tatum | | 1,400.00 | 9,819.47 |
| 1/3 | | Cabelas VISA Payments 180102 Kassie Tatum | | 2,000.00 | |
| 1/3 | | Bk of Amer Mc Online Pmt 180103 Ckf429147451POS Tatum,Kassie | | 2,000.00 | |
| 1/3 | | Flagstar Bank Payment 180102 xxxxx1452 Tatum, Kassie | | 3,500.00 | 2,319.47 |
| 1/4 | | Citi Card Online Hist Rtn 180104 132520595777158 Brendon J Tatum | 5,000.00 | | 7,319.47 |
| 1/5 | | Mobile Deposit : Ref Number :609050546069 | 750.00 | | |
| 1/5 | | Mobile Deposit : Ref Number :909050546852 | 750.00 | | |
| 1/5 | | Pgande Web Online Jan 18 86784072121817 Kassie Tatum | | 1,210.98 | 7,608.49 |
| 1/8 | | Purchase Return authorized on 01/05 Ssp*Flyingangelsgy 707-9532524 CA S618006546547752 Card 6298 | 12.00 | | |
| 1/8 | | Recurring Payment authorized on 01/06 Extended Child Car 707-545-2402 CA S388005363222848 Card 6298 | | 138.00 | |
| 1/8 | | Purchase authorized on 01/05 Recology Sonoma MA 415-8751000 CA S588006193125093 Card 6298 | | 125.73 | |
| 1/8 | | Citi Card Online Payment 180107 122534797429538 Kassie M Tatum | | 1,000.00 | 6,356.76 |
| 1/10 | | Purchase authorized on 12/21 Kaiser Cpp Pharm 2 8882186245 CA S387355601246313 Card 6298 | | 5.00 | 6,351.76 |
| 1/12 | | Purchase authorized on 01/10 Shell Oil 57444220 Windsor CA S308010746558474 Card 6298 | | 73.31 | 6,278.45 |
| 1/16 | | Purchase authorized on 01/12 Buckeye Roadhouse Mill Valley CA S308013016635682 Card 6298 | | 56.85 | |
| 1/16 | | Recurring Payment authorized on 01/14 Dtv*DIRECTV Servic 800-347-3288 CA S308014604180960 Card 6298 | | 169.67 | |
| 1/16 | | Citi Autopay Payment 180112 082540214360534 Get Some Firehouse | | 237.93 | 5,814.00 |
| 1/18 | | Purchase authorized on 01/16 Kaiser Cpp Pharm 2 8882186245 CA S308016742762575 Card 6298 | | 5.00 | 5,809.00 |
| 1/22 | | Purchase authorized on 01/20 Raley's #313 Santa Rosa CA P00388021060926528 Card 6298 | | 0.01 | |
| 1/22 | | Purchase authorized on 01/20 Raley's #313 Santa Rosa CA S588021061338069 Card 6298 | | 155.78 | 5,653.21 |
| 1/24 | | Purchase authorized on 01/24 Chevron 0091168 Santa Rosa CA S308024088900756 Card 6298 | | 74.18 | 5,579.03 |
| 1/25 | | Recurring Payment authorized on 01/24 Vzwrlss*Apocc Visw 800-922-0204 FL S588024412795731 Card 6298 | | 164.74 | 5,414.29 |
| 1/26 | | Recurring Payment authorized on 01/25 Ssp*Flyingangelsgy 707-9532524 CA S388025576990300 Card 6298 | | 48.00 | 5,366.29 |
| 1/30 | | Edeposit IN Branch/Store 01/30/18 09:07:37 Am 2960 Cleveland Ave Santa Rosa CA 6298 | 9,000.00 | | 14,366.29 |
| 1/31 | | Purchase authorized on 01/31 Arco Paypoint Santa Rosa CA P00000000339008850 Card 6298 | | 69.62 | 14,296.67 |
| Ending balance on 1/31 | | | | | 14,296.67 |
| **Totals** | | | **$16,262.00** | **$12,434.80** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2018 - 01/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

Account number:  ████████6792  ▪  January 1, 2018 - January 31, 2018  ▪  Page 3 of 4



**WELLS FARGO**

---

*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $2,319.47 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 13 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐          .

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.     Please note, the calendar month may not coincide with your statement cycle.

Sheet Seq = 0139924
Sheet 00002 of 00002

Exh. A-17

**Deposit / Depósito:**

(Check One) / (Marque una) ☑ Checking / Cuenta de Cheques  ☐ Savings / Ahorros  ☐ Money Market Access  ☐ Command

**WELLS FARGO**

Account Number / [blacked out]

* [blacked out]

Date / Fecha **3-6-18**

Cash / Efectivo **9500.00**

Total Checks (Include total from other side) / Total de cheques

Subtotal

Please print: Name - / Letra de imprenta: Nombre
**Kassie M. Tatum**

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal
**2452 Hall Rd. S.R. CA 9500 1**

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.*

Es posible que su deposito no este disponible para su retiro inmediato. Ver al reverso información sobre demora en el registro.*

Two forms of ID may be required.

Se podrían requerir dos tipos de identificación.

Minus cash received / Menos efectivo recibido

Total $ **9500.—**

Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.

X

Wells Public Use When Blank and Wells Fargo Confidential When Completed

**Bank Use Only (When SVT Is Not Available)**

TLR5975 (04/16)  WF0118  70414966

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑆916385697⑆ ⑆500000377⑆

CASH COUNT FOR BANK USE

ENTER THIS TOTAL ON FRONT

TOTAL CHECKS/

| | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL $ | |

**1840642576**

CHECKS/ PLEASE LIST CHECKS SEPARATELY BY BANK NO.

| | AMOUNT/ |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

*Incorrect use of this form could result in a delay of crediting your deposit or crediting your deposit to the wrong account. Please ask a teller for help in completing the form if you have questions.

REQUEST 0000791212 3000000 9500.00
ROLL ECIA   20180306  000001840642576+
JOB ECIA  E  ACCT 1140006272726792
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

RFG — CC007726 —

Exh. A-18

# Research Notice

**Research Code:**

CASH IN

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007912123000000 9500.00
ROLL ECIA   20180306  000001840642577+
JOB ECIA  E  ACCT 0200015310001035
REQUESTOR U506458
23153119  03/05/2020 Research 23153765

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

*BRS-CC00 9724*

Exh. A-19

# Wells Fargo Everyday Checking

Account number:  ●●●●●●6792  ▪  March 1, 2018 - March 31, 2018  ▪  Page 1 of 4



WELLS
FARGO

KASSIE M TATUM

SANTA ROSA CA 95401-5567

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $5,038.97 |
| Deposits/Additions | 11,750.00 |
| Withdrawals/Subtractions | - 10,461.28 |
| **Ending balance on 3/31** | **$6,327.69** |

Account number:  ●●●●●●6792

**KASSIE M TATUM**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

IRS-CC009014

(114)
Sheet Seq = 0140580
Sheet 00001 of 00002

Exh. A-20

Account number: ●●●●●●792  ▪  March 1, 2018 - March 31, 2018  ▪  Page 2 of 4


WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Mobile Deposit : Ref Number :818010403730 | 750.00 | | |
| 3/1 | | Mobile Deposit : Ref Number :818010403909 | 750.00 | | |
| 3/1 | | Mobile Deposit : Ref Number :918010404212 | 750.00 | | |
| 3/1 | | Purchase authorized on 02/27 Kaiser Cpp Pharm 2 8882186245 CA S388058675100432 Card 6298 | | 5.00 | 7,283.97 |
| 3/2 | | Quicken Loans Mtg Pymts 030118 3321951485 Kassie Tatum | | 1,400.00 | |
| 3/2 | | Flagstar Bank Payment 180301 xxxxx1452 Tatum, Kassie | | 3,500.00 | 2,383.97 |
| 3/5 | | Purchase authorized on 03/02 Shell Oil 57444219 Santa Rosa CA S468061752805808 Card 6298 | | 55.65 | |
| 3/5 | | Citi Card Online Payment 180302 132579575461678 Kassie M Tatum | | 500.00 | 1,828.32 |
| 3/6 | | Deposit Made In A Branch/Store | 9,500.00 | | |
| 3/6 | | Purchase authorized on 03/06 Oliver's Market 461 Stony Santa Rosa CA P00588065722360303 Card 6298 | | 155.09 | |
| 3/6 | | Cabelas VISA Payments 180305 Kassie Tatum | | 530.55 | 10,642.68 |
| 3/7 | | Pgande Web Online Mar 18 91016049021518 Kassie Tatum | | 564.99 | 10,077.69 |
| 3/8 | | Purchase authorized on 03/08 Oliver's Market 461 Stony Santa Rosa CA P00308067720248036 Card 6298 | | 138.39 | 9,939.30 |
| 3/9 | | Citi Card Online Payment 180308 132586600897004 Kassie M Tatum | | 1,000.00 | 8,939.30 |
| 3/12 | | Purchase authorized on 03/09 Shell Oil 57444219 Santa Rosa CA S308068736179626 Card 6298 | | 77.76 | |
| 3/12 | | Purchase authorized on 03/12 Wholefds Cdd 103 390 Codd Santa Rosa CA P00468071710337538 Card 6298 | | 22.17 | 8,839.37 |
| 3/13 | | Citi Autopay Payment 180312 082591156150601 Get Some Firehouse | | 46.00 | 8,793.37 |
| 3/14 | | Purchase authorized on 03/13 Raley's #313 Santa Rosa CA S468072622363070 Card 6298 | | 99.75 | |
| 3/14 | | Purchase authorized on 03/14 Safeway Store 1576 Santa Rosa CA P00388073722908952 Card 6298 | | 21.74 | 8,671.88 |
| 3/15 | | Recurring Payment authorized on 03/14 Dtv*DIRECTV Servic 800-347-3288 CA S588073565982907 Card 6298 | | 211.22 | 8,460.66 |
| 3/19 | | Purchase authorized on 03/18 Oliver's Market 461 Stony Santa Rosa CA P00468077703372604 Card 6298 | | 202.41 | 8,258.25 |
| 3/20 | | Purchase authorized on 03/20 Wal-Mart #2553 Windsor CA P00000000086026936 Card 6298 | | 86.01 | 8,172.24 |
| 3/21 | | Purchase authorized on 03/19 Rotten Robbie #40 Santa Rosa CA S588078555777178 Card 6298 | | 74.71 | 8,097.53 |
| 3/22 | 2020 | Check | | 1,500.00 | 6,597.53 |
| 3/26 | | Recurring Payment authorized on 03/24 Vzwrlss*Apocc Visw 800-922-0204 FL S388083455593700 Card 6298 | | 221.84 | |
| 3/26 | | Recurring Payment authorized on 03/25 Ssp*Flyingangelsgy 707-9532524 CA S468084596810884 Card 6298 | | 48.00 | 6,327.69 |
| Ending balance on 3/31 | | | | | 6,327.69 |
| **Totals** | | | **$11,750.00** | **$10,461.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 2020 | 3/22 | 1,500.00 |

IRS - CC00 9014

Exh. A-21

Account number: ████6792  ▪ March 1, 2018 - March 31, 2018  ▪ Page 3 of 4



**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2018 - 03/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,828.32 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 14 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

Visit Wells Fargo Online Banking to track your progress toward avoiding the monthly service fee* with 10 posted debit card purchases/payments. Select Debit Card Activity on the Account Activity page in Wells Fargo Online Banking to see how many posted debit card purchases/payments have been made in the fee period, plus how many are still needed to avoid the monthly service fee.

*Available for Everyday Checking. Way2Save Checking and Opportunity Checking accounts.

Sheet Seq = 0140581
Sheet 00002 of 00002

Exh. A-22