Joe Blanquie

1710 Waterside Ln

Rohnert Park, CA 94928

JoeBlanquie@protonmail.com

707-480-5086


Dear Honorable Maxine Chesney,

San Francisco Courthouse, courtroom 7 – 19th floor

450 Golden Gate ave, San Francisco, CA 94102

Re: Character Reference Letter


I am writing to you on behalf of Joseph Huffaker, whom I have had the privilege of knowing for over 20 years as both a friend and a colleague.

Joe is a devoted father to two children and has always prioritized their well-being above all else. His presence as a father is second to none and was a model for me when I had children. He's also an amazing husband and leads by example to show others how important family can be.

While I am aware of the charges against him, I can honestly say this incident is entirely out of character for Joe. When I first heard about the charges "shocked" is the only word I could use to describe myself. As I was shocked to learn of the situation that has brought Joe before the court, as his actions are completely inconsistent with the honest and compassionate person I know.

I respectfully ask you to consider his consistent record of integrity, kindness, and service to others when making your decision. Not to mention Joe has never had any other run-ins with the law, he has always been a model citizen. Joe is genuinely remorseful and determined to move forward as a better person.

Sincerely,
Joe Blanquie

Stephen Pastryk
6094 Donna Ct.
Rohnert Park, CA 94928
spastryk@gmail.com
707-486-9793

September 12, 2025

Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7 – 19th Floor
450 Golden Gate Ave., San Francisco, CA 94102

Re: Character Reference Letter

Your Honor,

I have been friends with Joseph Huffaker for the past 20 and during that time him and his family have become a part of my family. I got to know Joe by having mutual friends and spending time together while attending Santa Rosa Junior College. When I went off to college at Chico State he started visiting pretty frequently and after my first semester there he decided to move to Chico with us. During our time there we became best friends and even moved back home to Sonoma County at the same time when we were done with college. Shortly after getting back home his wife and my wife became best friends, which made spending time with them memorable. My wife and I were so excited for them when they started a little family by having their son Joe Jr and we were very honored when they asked if we would be his God Parents. We were with them every week while they got going raising Joe Jr. and then their daughter Ellie who came a few years later. When Joe and I first moved back from Chico we both worked for our Dad's separate businesses for about 4 years, each knowing that it wasn't what we wanted to do for the rest of our lives. We were over the moon ecstatic when we each got a job offer the same week to get into a career we had both worked very hard to get into. Joe's was law enforcement and mine was with a utility company. After Joe's tenure with RPPD was over, he even came and worked in the same department as me at the utility company for the last 6+ years. We have been lucky enough to spend lots of quality time through the years with family vacations, BBQ's, kids sports games and dinner dates.

Joe is the most impressive person I know. He's the best combination of Father, Son, Husband and Friend that a person could ever be. He's an avid lover of the outdoors, extremely intelligent and very skilled builder. Over the 20 years I have known him, I have never seen him say anything negative or unkind to anybody whether it was to their face or behind their back. He is also the most selfless person I know and would do anything for any of his friends and family.

When my wife was unable to get pregnant for years, Joe and Tristen talked and offered the most loving gift ever and offered the opportunity for Tristen to be a surrogate for our child if we wanted. That may have been the kind of positive energy we needed because my wife was able to get pregnant shortly after that. Joe and his wife had his two kids before my wife and I had any of our four, and part of the reason we wanted kids was because him and Tristen made it look so easy. It's no surprise that they have raised the two smartest and kindest teenagers I have ever met. Their calm temperament and ability to take their time and make good decisions comes directly from seeing their Mom and Dad do it for so long. Both kids have an amazing vision for what they want to do in life and are and I have no doubt in my mind those two kids are destined for greatness and will be so important to so many other people just like their parents are. Working with Joe for the past 6 years has shown me a completely different side of him. He instantly became a leader of our team of about 60 people in engineering and design and has helped so many people with his computer, technical and engineering expertise. After I had been with the company for 10 years and Joe had only been there 3, he passed me and about 40 other people in the rankings by passing the Associate Distribution Engineer test, which can take hundreds of hours to study for. Joe passing the test gave me the confidence to prepare for it the next year and he helped me for countless hours even though having me pass the test would mean a lesser position for him due to my seniority, because that is the type of friend he is.

Joe is as far from a risk to society in any way imaginable. He's the opposite, he is an asset to society. When Joe is not here, his family, friends and colleagues will suffer the consequences as well. Most importantly of all, his wonderful children need their Dad. His Son really came out of his shell a few years ago during High School with Mom and Dad's guidance and now that he's going away to college he will need his Dad again for advice on how to handle all the situations a young man has to deal with on a daily basis while living away from home for the first time. Joe's Daughter is a sophomore in high school and I have never seen such a great and loving father and Daughter relationship. It is something I strive for every day with my three daughters, but am nowhere near how they are. Ellie needs her Dad to watch her graduate from High School and all of the other important life milestones a young woman will go through shortly thereafter.

I am hoping and praying every day that you are able to see the beautiful person that Joe is and can somehow come up with a creative sentence that allows him to still be a productive member of society and a father to his children. Thank you for taking the time to read my character letter and feel free to contact me about any questions you may have.

Kindest Regards,
Stephen Pastryk

Andrew Faria
812 Ohlone Street, Davis, CA 95618
Faria.AndrewW@gmail.com
(916) 343-9774

October 16th, 2025

The Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7-19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

RE: Character Reference Letter

The Honorable Judge Chesney,

In reference to the charges against my friend Joe Huffaker, I would like to provide the following as a character reference.

I have had the honor and privilege of being friends with Joe for 21 years and counting, about half my life. Since we met while working at Costco more than two decades ago, as a couple of young men just beginning to find our way, we have been an integral part of each other's lives, both of us serving as the other's best man in our weddings, being Godparents to each other's children, and being there for life's lessons that have shaped us into the men we are today. Joe is loyal, empathetic, and has acted with the utmost integrity while being my best friend.

Although Joe is a few years younger than me, he is someone I, and many others, have looked up to for his leadership, guidance, and honesty. He was the one who got married first, had children first, and showed our group of friends what it means to be a good man.  I remember how honored Joe was when he was accepted into the Police Academy, and how proud my wife and I were to have someone we knew and trusted be a part of the Police Force. Joe would share stories of himself and other officers playing basketball with kids at the local elementary schools and I could see how much he loved his role within the community. His love for people and generosity was evident at the frequent gatherings of friends and family at his home where all were welcome (and well fed). He was and continues to be, our anchor. As a member of Joe's chosen family, I can attest that we depend on his presence in our lives.

Joe is a great friend, husband, father, and member of his community, in which he has respectfully served for many years. It is impossible to summarize the impact of his friendship. No matter the final outcome of the charges against him, he will remain an honorable and caring person who I love and respect. I would be happy to answer any questions the court may have, if so desired.

Thank you for your time and consideration.

Sincerely,

Andrew Faria

To whom it may concern,

My name is Bryce Fraser and I am writing to you on behalf of Joseph Huffaker.  I have known of Joe since our High School days at Casa Grande.  I then began getting to know him more when I joined the Rohnert Park Department of Public Safety where he was an Officer in 2015.  Joe and I hit it off quickly and began to hang out outside of work shortly after.  In doing so, our families began to hang out together as well.  Soon after both of our families were spending time together regularly.  Our families continued to become closer and our wives and kids would all hang out and have a great time together.

I am currently a Sergeant with the Rohnert Park Department of Public Safety and have held various positions throughout the department including as a Detective where I worked numerous cases involving crimes against children and violent crimes such as murder.  I have learned some of the darker aspects of society and because of that am particular about the people that I associate with and trust with my family.

I understand the judicial system and realize the ramifications of what took place during the trial.  Regardless of that outcome there is not a single person that I would trust more with my family's wellbeing than Joe.  Joe has been there for me and my family on numerous occasions.  My wife's grandfather suffered a heart attack at his home and my family had to run over there in the moment while the paramedics were still on scene performing CPR. I called Joe because I needed someone to come and pick up my youngest daughter from the home where the incident was taking place.  Without hesitation, Joe came and picked up my child and took her home with him until we were able to pick her up.  This is one example of many different times Joe has been there for my family when we were in a time of need.

In my opinion since leaving the Rohnert Park Department of Public Safety Joe has excelled in many aspects of his life while working through the many aspects of preparing for his case to continue forward. Joe found a new career with PG&E and has been extremely successful in moving his career in a positive direction.  From an outsider's perspective his new career also seems to have had a profoundly positive impact on his family life.  Joe has always cared for his family, but since leaving Rohnert Park it truly seems like he has been able to find a much better balance with working and being able to be present for his family in their daily lives.

All in all I know that it may sound like an odd thing to say, but I truly believe that Joe has become an even better person since leaving the department and starting over with his new path.  I know there are consequences for what has taken place, but I really hope that

the person he is today will have an impact on what successful rehabilitation will look like him in the future.

Thank you for taking the time to read this letter.


Sincerely,

Bryce Fraser

Joshua Dean Lindsey
1301 Garmont Court
Rohnert Park, CA 94928
Mute03@gmail.com
(415) 717-9591

October 16, 2025

Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7-19th Floor
450 Golden Gate Avenue, San Francsico, CA 94102

Re. Character Reference Letter

Dear Judge Cheney,

My name is Joshua Dean Lindsey, and I am writing this letter to provide a character reference for Joseph Huffaker, brother-in-law to my wife, Alisha Lindsey. I am aware of the charges brought against him and the verdict rendered, but those circumstances in no way change how I perceive him. I continue to believe, and will always defend, Joe as a good, just, hardworking, loyal, loving, and upstanding person.

I met Joe in December of 2017 when I first started dating my wife. At the time, he was serving the community of Rohnert Park as an officer with the Rohnert Park Police Department. From the start, he struck me as a kind, level-headed individual who had worked hard to achieve his success and is fortunate to have a wonderful wife and two amazing children, whom he obviously loves and cares for deeply. I can say, without hesitation, that Joe has given back to his community more than most—more than I, certainly.

Joe has consistently demonstrated his commitment to others and to the community. One memorable example occurred during a family trip to our cabin up north. A motorcyclist struck a deer just down the road from the cabin and was thrown from his bike. Joe happened to be driving in the opposite direction and witnessed the incident and was the first to respond. He immediately rendered aid, using the training and experience from his law enforcement background to ensure the motorcyclist was safe and stable until emergency responders arrived. This is just one of many instances that reflect Joe's character and his instinctive drive to help those in need.

The judicial system, while essential, is not perfect, as we all know. Unfortunately, I believe Joe is a prime example of the system's flaws, or perhaps there has been significant confusion surrounding his charges and the circumstances of his case.

I stand by and vouch for the true character of Joseph Huffaker.

Sincerely,

Joshua Dean Lindsey
Brother-in-Law to Joe Huffaker
mute03@gmailc.om
(415) 717-9591

Joe E. Huffaker                                                                                    July 26, 2025
1531 Cerro Sonoma Circle
Petaluma, Ca. 94954
joehuffaker@gmail.com (707) 328-7711

Honorable Judge Maxine M. Chesney
United States District Court Northern District of California
450 Golden Gate Ave.
San Francisco Ca. 94102

Dear Honorable Judge Chesney,

I am Joe E. Huffaker, father of Joseph Huffaker, who is before your court due for sentencing. I would like to attest to my son's integrity, responsibility and character I have witnessed.

I am now retired, I had a business building and managing race cars, engines and racing teams for 50 years.

Joseph started learning the tools of this trade as a young teenager. During high school summers, he traveled throughout the United States with my team. He was dedicated to learning, willing to work long hours and garnered the respect of the adult members of not only our team, but all teams we interacted with nationwide. He is a conscientious and dedicated worker who would strive to complete tasks to the best of his ability. His work ethic has always been at the highest level. I considered him one of my best employees.

He continued to show these traits throughout his education. During college he took courses in administration of justice, here he realized he wanted a profession of service and helping people. He completed his bachelor's degree while supporting his wife obtaining her master's degree and balancing this while raising their children and working. Joe then attended both the police and fire academies earning awards at both.

When he left law enforcement he began a new career as a Senior Electrical Engineer Estimator. Once again, he continued his education to further advance in his position.

On the personal side of Joe's life, he has shown unwavering compassion while helping family members and friends dealing with illness and death. He has organized memorial services, chauffeured family to medical and hospital appointments, taking on household maintenance and repairs for several families and friends.

All of this while attending nearly 100 percent of his children's school and sporting activities. He has always been there for others in both his personal and professional life.

Your Honor, I recognize the gravity of the situation before you and respect the seriousness of the legal process. I humbly ask you to consider the positive qualities that Joe has shown throughout his life.

Respectfully,

Joe E. Huffaker

| The Honorable Maxine M. Chesney<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>July 23, 2023<br>Subject: Character Reference for Joe Huffaker | From: Holly Solari<br><br>Contact: 707-321-0456<br><br>1917 Cross Creek Street,<br>Petaluma CA, 94954 |
|---|---|

Dear Judge Chesney:

I write this letter to you to offer my lifelong assessment of the quality of Joe Huffaker's character. Joe is my older brother, and having seen him through all eras of his life, I can attest that he is a man of exceptional character—deeply honest, humble, loyal, and selfless. His moral compass has always guided his treatment of others: with kindness, integrity, and generosity. These values are not only visible in his role as a brother, but in how he shows up for his friends, neighbors, and community.

While I'd also state that Joe is a great brother, I think it speaks more to his character that he is a selfless and caring friend. Joe has built many communities of friends over the years, lasting from grade school through college and throughout his careers. He has built a pool of friends so wide you'd think it must be shallow; however, when I see my brother interact with his friends, it's clear the depth of his relationships is a result of years spent cultivating a relationship with each of them through his natural loyalty, empathy, care, selflessness, and humility.

Joe is a giving person—he offers his time, attention, and energy to those around him without hesitation. He's the one hosting get-togethers so everyone feels included, from family to new friends to longtime neighbors. He's the one who overcooks on purpose and sends guests home with leftovers, knowing who could use a night off.

He's the one helping his sisters move halfway across the state, building a deck for a friend, or painting his sister-in-law's nursery when she's expecting. He's the one driving his ailing father-in-law to medical appointments and, after his passing far too young, stepping in to help his mother-in-law with weekly yardwork while being a steady support system through her grief. He's the one who spent hours renovating their late father-in-law's retreat—creating a space to honor his memory and offer new ones to help the family heal.

Most notably, I believe Joe's strong moral character is best reflected in the family he has built. He is one of the most dedicated fathers I know. Joe approaches parenting with a calm yet firm presence, guiding his children with patience, consistency, and love. The result is clear in the two respectful, intelligent, and well-rounded teenagers he and his wife are raising.

Joe became a husband and a father at a relatively young age, and from the very beginning, he fully stepped into the role. He set clear career goals for himself and achieved them with accolades, all while being a deeply engaged, hands-on parent. At the same time, he supported his wife in completing her master's degree and advancing her own career—all while ensuring their home was full of stability, warmth, and support.

Joe is someone you go to for advice—he's trustworthy, wise, and has good judgment. During a particularly challenging phase of early parenthood, my husband and I sat down with Joe (and his wife, of course) for parenting advice. Joe has created a gentle, loving, and gracefully disciplined household where his kids clearly adore him—and are the kind of teens who don't need curfews because they'd never come home too late. Year after year as we navigate parenting, my husband and I keep circling back to Joe and his wife's family life as the model we strive for, thinking, *we hope our family turns out as well as his.* I think that's a reflection of Joe's loyalty to his family, kind-heartedness, humility, and strong values.

As my husband and I have discussed our long-term plans for our own family, we've faced the hardest question of all—who would care for our children if something happened to us. It's a question that stops many parents in their tracks. For us, the answer has always been clear: we would entrust our children to be raised by my brother and his wife, without hesitation.

Judge Chesney, I understand the seriousness of these proceedings. As you consider sentencing, I respectfully ask that you take into account the full measure of Joe's character. The version of Joe portrayed in this case is unrecognizable to me; It does not reflect the brother, friend, and father I've known—someone who has always embodied responsibility, humility, and care for others. I hope this letter provides meaningful context about who Joe is for the whole of his life before this moment, and who he will continue to be beyond.

Sincerely,

Holly Solari

**Amy Pastryk**
6094 Donna Ct
Rohnert Park, CA 94928
amypastryk@yahoo.com
(707) 486-3379

**September 9, 2025**

**The Honorable Maxine M. Chesney**
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Character Reference for Joseph Huffaker**

Dear Judge Chesney,

My name is Amy Pastryk. I am a Realtor and serve as the Outdoor Education Program Chair at my children's school. I have had the privilege of knowing Joseph (Joe) Huffaker for over 21 years, and I write to you in hopes of providing insight into the man I know and the man his friends and family know and deeply respect.

Joe and I met in college and later settled in Sonoma County around the same time. Over the years, I have watched him grow into an exceptional father, husband, son and friend. He and his wife had children before we did, and they truly set a standard for parenting. Joe's children are respectful, intelligent, and well mannered, all qualities that directly reflect the values he instilled in them from a young age.

Joe is the kind of person who always shows up for others. Whether it's helping a friend build a deck, offering a ride, or watching a child so a parent can finish a task, Joe consistently prioritizes the needs of those around him. He brings people together and goes out of his way to make sure everyone is included and cared for.

Personally, I have trusted Joe with the most important people in my life, my four children. He has been listed as their emergency contact at both school and daycare. I trust him completely with their safety and wellbeing. My children feel safe, loved, and respected by Joe. He teaches them, listens to them, and serves as a consistent, trustworthy adult in their lives. To them, he is like a second father.

I understand the seriousness of the charges for which Joe has been found guilty and do not intend to downplay the situation. However, I can say with confidence that these charges do not reflect the man I have known for more than two decades. Since the beginning of this process, I have witnessed genuine growth in Joe. He has reflected on his past, taken responsibility, and become an even better version of the man we have always known.

Your Honor, I respectfully ask that you consider Joe's strong moral character, reliability, and the important role he plays in the lives of so many, especially the children who look up to him. He is a vital figure in our lives and his continued presence at home is deeply needed.

Thank you for your time and consideration. Please don't hesitate to contact me if I can provide any further information.

Respectfully,

**Amy Pastryk**
Realtor & Outdoor Education Program Chair

Matt Solari
1917 Cross Creek Street
Petaluma, CA 94954
Solarimatt@yahoo.com
(707) 569-6041

July 18, 2025

Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7 – 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re: Character Reference Letter

Dear Judge Chesney,

I am writing to respectfully provide this character reference on behalf of Joseph Huffaker, whom I have had the privilege of knowing for the past thirteen years as both my brother-in-law and friend. Over the course of our relationship, I have come to know Joseph as a compassionate, principled, and genuinely caring individual. His integrity and strong sense of personal responsibility have consistently made a positive and lasting impression on those around him.

While I fully acknowledge the seriousness of the charges for which Joseph has been convicted, I believe it is important to share my personal experiences and observations in the hope that the Court will consider them in weighing any potential leniency.

Throughout the years, I have seen Joseph consistently put others before himself. Whether it was during his dedicated service in law enforcement and firefighting, where he willingly risked his safety for the protection and well-being of others, or in his current work with PG&E helping communities recover from wildfire devastation, Joseph has demonstrated a profound commitment to public service and community care.

Joseph is a devoted father and family man. I've had the privilege of witnessing the love, guidance, and unwavering support he offers his children, two outstanding young people who embody the values Joseph upholds every day. His son, an exceptional graduate of Technology High, will soon begin studying mechanical engineering at San Diego State. His daughter, a talented athlete and academic, is starting her sophomore year at Rancho Cotati High School after promoting from Technology Middle School.

More personally, when I lost my father two years ago, a deeply painful moment in my life, it was Joseph who was among the very first to reach out. He offered more than just condolences, he offered presence, comfort, and sincere compassion when it was needed most. That gesture speaks volumes about his character and the depth of care he extends to those around him. Joseph is someone who fosters deep and meaningful relationships, offering his time, support, and empathy to friends and even acquaintances who may be going through difficult times.

I do not condone any actions that may have brought Joseph before this Court, but I do know the heart and character of the man. I respectfully ask that Your Honor consider the whole of Joseph Huffaker's life and character in your deliberations. He is someone who has consistently given of himself to others, and I believe he is deserving of a second chance, an opportunity to continue serving his family, his community, and to rebuild a future with integrity.

Thank you for your time and consideration.

Sincerely,

Matt Solari

**Kenneth Malnati**

4603 Heath Cir.

Rohnert Park, CA, 94928

Kjmalnati@gmail.com

10/3/2025

**The Honorable Maxine Chesney**

San Francisco Courthouse, Courtroom 7 – 19th Floor

450 Golden Gate Ave, San Francisco, CA, 94102.

**Re: Character Letter for Joseph Huffaker**

Dear Judge Chesney,

My name is Kenneth Malnati, and I am writing this letter on behalf of my good friend, Joseph Huffaker. Joe and I have been close friends for nearly twenty years, having first met while attending Chico State University. Over the years, I have had the privilege of getting to know Joe not only as a friend, but as someone I deeply respect for his integrity, kindness, and dedication to his family.

Joe is one of the most genuine and hard-working individuals I know. He has always taken pride in doing the right thing, even when it's not the easiest path. As a husband and father, his devotion to his wife and children is truly admirable. You can see it in the way he talks about them with pride, love, and a constant desire to be the best version of himself for their sake.

What has always stood out to me about Joe is his honesty and steadiness. He's the kind of person I can talk to about anything and always feel heard, respected, and never judged. He has a natural ability to put people at ease, and his sincerity has earned him lasting friendships and respect from those who know him. He's also the kind of friend who shows up whether it's to lend a hand, offer advice, or simply be present when someone needs support.

I understand the seriousness of the matter before the court, and I'm not here to make excuses for Joe's actions. Rather, I want to convey that the man I know is deeply remorseful and committed to learning from this experience. I truly believe this situation does not define who he is at his core. Joe has so much good to offer to his family, his friends, and his community and I am confident he will use this as an opportunity to grow and continue living a life built on honesty and responsibility.

Thank you, Your Honor, for taking the time to read my letter and for considering my perspective on Joseph Huffaker's character. I hope this gives you a sense of the good man and friend he truly is.

Respectfully,

**Kenneth Malnati**

Leslie Huffaker                                                           July 20, 2025
1531 Cerro Sonoma Circle
Petaluma, CA
Lchuff77@gmail.com   phone 707.495.5110

The Honorable Maxine M. Chesney Senior District Judge
SF Courthouse courtroom 7 19th Fl
450 Golden Gate Ave
San Francisco Ca. 94102

I am writing this letter in support of Joe Huffaker who is currently before your court for sentencing. As Joe's mother, I can speak to his character, integrity and responsibility. Here are a few examples:

High school years; Joe was a very good student of math. He took it upon himself to tutor a neighborhood boy that was struggling. He did this without being asked or paid, he just wanted to help a friend.

At age 19, a good friend of his lost a brother in an accident. The parents of the boy were distraught, Joe helped his friend make all the funeral arrangements.

At age 20, Joe lost a friend to suicide, again he took the lead and arranged a memorial to his friend.

During his 20s, he and his wife started a family. During this time he continued his education, at the police academy, he was honored as the top student of the physical challenges. At the fire academy he was ranked as the top academic student. He also finished his bachelor's of science degree. All while working to provide for his family. Joe was not only providing for his family through advancing his career, but also supporting them at home and enabling his wife to pursue her bachelor and masters degrees.

Over the last ten years Joe's father in law became sick and passed on. Joe took time off of work to help with home care, taking him to appointments, and supporting his mother-in-law in many ways. After his father in law passed, Joe took over various responsibilities for his Mother in Law, such as home maintenance and repairs.

Shortly after Joe left law enforcement he began a new career. He has been employed by PG & E as a Senior Electrical Engineering Estimator. He has continued to grow in his position, taking on further education and passing exams to garner promotions.

I understand the seriousness of the situation before the court and respect the legal process, however I truly believe the situation Joe was in is an anomaly of the life he has led before and after this incident.

In consideration of Joe's character and the responsibility he has shown both prior to and after this incident, I respectfully ask for your leniency in his sentencing.

Thank you for taking the time to consider this character reference.
Please do not hesitate to contact me if you require future information or clarification.


Sincerely,

Leslie Huffaker

Rebecca Shippert
1316 Lombardi Ave
Petaluma, Ca 94954
707.322.9447
rshippert55@gmail.com

To The Honorable Judge,

I am writing this letter on behalf of my brother, Joseph Huffaker, whom I have known my entire life. I would like to offer a sincere account of his character for the Court's consideration.

Joseph is a devoted father of two outstanding children, both of whom are a reflection of his love, guidance, and patience. He is deeply involved in their lives, raising them to be respectful, responsible, and kind young individuals. His role as a father is something he takes to heart, and it shows in the strong bond he has with his children. I can only hope my children grow into the fine models his children have become.

He is also the godfather to my firstborn son—an important role that I entrusted to him without hesitation. This speaks to the trust I place in his judgment, reliability, and respect I have for him. Joseph is someone who leads by example, consistently demonstrating patience, generosity, and honesty.

He is always willing to lend a helping hand, whether it's to family, friends, or members of the community. He is the kind of person others turn to in times of need, and he never hesitates to offer support. As the backbone of his family, he carries a quiet strength and steadiness that uplifts everyone around him.

I ask the Court to consider Joseph's lifelong dedication to his family, his positive influence as a father and role model, and the deep respect he has earned from those who know him. He exemplifies what it means to be a great man, a great father, and a great friend. I believe in his character wholeheartedly and hope this letter offers some insight into the man he truly is.

Thank you for taking the time to consider my words.

Sincerely,

Rebecca Shippert

Rebecca Shippert

Alisha Ellen Lindsey
1301 Garmont Court
Rohnert Park, CA 94928
Alishaelindsey26@gmail.com
(707) 548-7687

October 15, 2025

Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7-19th Floor
450 Golden Gate Avenue, San Francsico, CA 94102

Re. Character Reference Letter


Dear Judge Cheney,

My name is Alisha Ellen Lindsey, and I am writing this letter as a personal character reference for my brother-in-law, Joe Huffaker. I have known Joe for over eighteen years. He and my sister, Tristin Huffaker, met in college and I was introduced to him a little less than year before they were married. They have a happy marriage built on love, respect, and support from each other. From the moment I met him, it was clear that he was a kind, grounded, and a genuine person. Over the years, I have come to think of him not just as family, but as a true friend and someone that I look up to.

Joe is a devoted husband and an amazing father to their two children, Jay and Ellie. He is deeply involved in their lives—whether it's attending their sport games, helping with school projects, and simply being present and caring in every way a father should be. He is the kind of father who shows up and makes them feel loved and supported every single day. I know how much he loves his children and would never do anything that would take him away from them. They absolutely adore him, and it's clear how much he means to them. His commitment to family is one of the many qualities that make him the kind of man people naturally respect and admire.

Joe comes from a wonderful, hardworking family who owns and operates their own business. I have had the pleasure of meeting his extended family on multiple occasions and they are all delightful people. You can tell that Joe comes from a good family built on strong values. He has carried those same values into his own life and family. Throughout the years, I've witnessed countless examples of his kindness and generosity toward friends and neighbors.

Joe has six nieces and nephews, and they all look up to him. He is such a fun uncle. He takes the time to be involved in their lives and to play and talk to them. He genuinely enjoys going to their sports games and cheering them on. He has lots of friends with young kids and is always supporting them by going to their games or buying girl scout cookies to support them.

Joe worked hard and was extremely excited to be become a police officer and a firefighter so that he can help people and his community. He has integrity, compassion and a desire to help others. Not that long ago, I remember a small group of us being out at a restaurant. A few tables down, an older man got dizzy and fell out of his chair. Joe responded so quickly, addressing that he used to be a firefighter, and asked the man all the proper medical questions. He stayed with him until the EMTs arrived and then updated them in on the situation. He is truly a good-hearted person.

He is a trustworthy and honest person, and it is heartbreaking to know that he is in this situation. Those who know him well can attest that his character and moral compass would never allow him to engage in dishonesty or anything harmful. He has always lived his life with truthfulness and purpose.

Joe is a loving father, a loyal husband, a dependable friend, and a good man. I am very confident that he will continue to contribute positively to his family, friends and community.

Thank you for taking the time to read my letter and for considering my words on behalf of Joe Huffaker. Please do not hesitate to contact me if I can provide any additional information.


Sincerely,

Alisha Ellen Lindsey
Sister-in-Law to Joe Huffaker
Alishaelindsey26@gmail.com
(707) 548-7687

**Kenneth Malnati**

4603 Heath Cir.

Rohnert Park, CA, 94928

Kjmalnati@gmail.com

10/3/2025

**The Honorable Maxine Chesney**

San Francisco Courthouse, Courtroom 7 – 19th Floor

450 Golden Gate Ave, San Francisco, CA, 94102.

**Re: Character Letter for Joseph Huffaker**

Dear Judge Chesney,

My name is Kenneth Malnati, and I am writing this letter on behalf of my good friend, Joseph Huffaker. Joe and I have been close friends for nearly twenty years, having first met while attending Chico State University. Over the years, I have had the privilege of getting to know Joe not only as a friend, but as someone I deeply respect for his integrity, kindness, and dedication to his family.

Joe is one of the most genuine and hard-working individuals I know. He has always taken pride in doing the right thing, even when it's not the easiest path. As a husband and father, his devotion to his wife and children is truly admirable. You can see it in the way he talks about them with pride, love, and a constant desire to be the best version of himself for their sake.

What has always stood out to me about Joe is his honesty and steadiness. He's the kind of person I can talk to about anything and always feel heard, respected, and never judged. He has a natural ability to put people at ease, and his sincerity has earned him lasting friendships and respect from those who know him. He's also the kind of friend who shows up whether it's to lend a hand, offer advice, or simply be present when someone needs support.

I understand the seriousness of the matter before the court, and I'm not here to make excuses for Joe's actions. Rather, I want to convey that the man I know is deeply remorseful and committed to learning from this experience. I truly believe this situation does not define who he is at his core. Joe has so much good to offer to his family, his friends, and his community and I am confident he will use this as an opportunity to grow and continue living a life built on honesty and responsibility.

Thank you, Your Honor, for taking the time to read my letter and for considering my perspective on Joseph Huffaker's character. I hope this gives you a sense of the good man and friend he truly is.

Respectfully,

**Kenneth Malnati**

Anthony Scafani
22 8th Street
Petaluma, CA 94952
ascafani@gmail.com
(707)799-7803

October 13, 2025

To: Honorable Maxine Chesney
    United States District Judge, Northern District of California
    450 Golden Gate Avenue 19th Floor, Courtroom #7
    San Francisco, CA 94102

Re: Joseph Huffaker

Your Honor,

I have known Joseph "Joe" Huffaker for approximately 25 years. I met Joe while working at a Costco Warehouse.  Joe lived in a city approximately 10 miles from where I grew up.  Our friendship evolved as we both moved to Chico, CA where I attended college at Chico State University.  Throughout my college years, Joe and I became really good friends and spent time together on a weekly basis.

Joe met his current wife Tristin during this time.  I attended Joe and Tristin's wedding and was very active with Joe & Tristin as they brought their children into this world in the years to come. Years later, Joe & Tristin were also present for my wedding. I have (4) children myself that all know Joe and have spent many camping trips creating memories with Joe and the Huffaker family.

Joe is a very responsible individual.  Joe has watched my kids on numerous occasions when my wife and I were out for the evening, or left the campsite on an excursion. This is because I know Joe is very trustworthy and I saw firsthand how he raised his own two children which gave me the confidence to put my children's wellbeing in his hands.  Joe is also extremely dependable and always offering to help his friends out.  I remodeled my house 3 years ago and Joe was always the first to show up and offer a lending hand no matter the task.

 I also chose a career in law enforcement where I am currently still employed as a police officer in my 16th year of service.

Fast forward to today and I am still close friends with Joe and the Huffaker family.  I attend various gatherings at the Huffaker household throughout the year.  The most recent one being a High School Graduation party for his son just a few months ago.  I have also spent time with Joe in a social setting since he was convicted in your courtroom as his morals, ethics and actions in our personal life has not changed from the person I know Joe to be.  Joe is still greatly respected amongst our peers in the community. The first thing I did after the news broke was let Joe know that we will be friends for life regardless of what happened in the courtroom because I know how genuine of a person Joe is.

I personally feel like the Rohnert Park Department of Public Safety failed Joe by allowing him to work under the supervision of Sergeant Tatum.  Sergeant Tatum had a track record of misleading information and untruthfulness throughout his career in Sonoma County.  Sergeant Tatum has taken responsibility

for his actions and then dragged down Joe with him for personal benefit after Tatum's lavish lifestyle came to an abrupt halt after his criminal behavior was exposed.

Joe has since persevered and established himself as a greatly respected employee with the Pacific Gas & Electric Company in his vital role as an electric estimator in the engineering department.

Joe has a son who is excelling in college and a daughter thriving in High School.  Joe is a provider for his family and his children highly depend on him.  These kids need their father in order to continue to get the education they are currently receiving.  Without the financial support of Joe, his son will potentially have to drop out of school and grow up before he ever should have to in order to support his mom and sister.  I deeply worry about the wellbeing of Joe's two children if Joe was to be removed from their life for any extended period of time.

Respectfully, and without reservation,

*Anthony Scafani*
October 13, 2025

Re: Character Reference Letter

To whom it may concern –

I am writing to offer my wholehearted support and testimony to the character of Joe Huffaker. I have had the pleasure of working alongside Joe as his Supervisor since 2020 and have consistently been impressed by his professionalism, integrity, and dedication.

Joe Huffaker is a true team player, always dependable, collaborative, and willing to go the extra mile to support colleagues and ensure the success of the team. He consistently demonstrated a strong work ethic and a positive attitude, even in challenging situations. Whether it's stepping in to help others, taking initiative on complex tasks, or simply offering encouragement, Joe leads by example.

Beyond the workplace, Joe is also a devoted father and husband, balancing professional responsibilities with a deep commitment to family. This speaks volumes about his character, values, and ability to prioritize what truly matters.

In every interaction, Joe brings integrity, kindness, and a can-do spirit. I have no doubt that he will continue to be a valuable asset in any setting and a positive influence on those around him within the Community he lives and serves.

Please feel free to contact me if you require any further information.

Sincerely,

**Tara Soekland**| Supervisor Internal Estimating & Design|

Pacific Gas & Electric Co, North Coast Region
Phone: 707-321-5664
t3m6@pge.com

Public

Tristin Huffaker
7278 Circle Dr.
Rohnert Park, CA 94928
TristinHuff@gmail.com

October 15th, 2025

Honorable Maxine Chesney
San Francisco Courthouse, Courtroom 7 – 19th Floor
450 Golden Gave Avenue, San Francisco, CA 94102

Re: Character Reference Letter

Dear Honorable Judge Chesney,

My name is Tristin Huffaker and I have been married to Joe Huffaker for 18 years. We started our family together a littler sooner than we both had planned. I remember being a scared 20-year-old, part way through my junior year of college, sharing the news with Joe that I was pregnant. Without hesitation he wrapped me in his arms and said that everything was going to be alright. He held true to those words as he watched his friends live it up in their early 20's. They were traveling the world, childless and carefree while he was doing midnight diaper changes and playing peek-a-boo. He worked hard for our family putting in long days at his dad's shop making just above minimum wage. As the years rolled on, we welcomed one more child and Joe and I both decided that we needed to finish college so that we could provide a better future and set a good example for our children. It wasn't easy but he managed to work full time and take full course loads all while still prioritizing being present with his kids.

His hard work paid off and we were able to move out of our small apartment and bought a little fixer upper in a modest neighborhood that Joe would then spend the next decade plus fixing up. He wanted to turn this house into a home, a place where our kids would have memories of dinner around the family table and birthday parties in the back yard. We still live in that same home today and there is hardly a square inch that Joe hasn't fixed up or updated. Again, keeping his promise that we would be alright.

I lost my dad to cancer in 2022. He was just 59 years old when he passed and it rocked my whole family, Joe included. Joe again wrapped his arms around me and although he couldn't make everything alright, he did everything in his power to support us. Since my dad's passing Joe has taken it upon himself to make sure that my mom is supported too. He checks in on her, fixes things at her house, maintains her vehicles, and puts up her Christmas lights every December. He was not only a safe place for me to grieve but for her as well, because that is who

Joe is. Joe shows up for everyone in his world. He will drop what he's doing in a moment's notice to lend a helping hand, provide a listening ear, or simply be shoulder to cry on.

Our kids are older now. Our son is in his freshman year of college studying mechanical engineering in Southern California. He graduated in the top ten of his high school class. Joe and him like to talk sports and AutoCAD design and they both look forward to their annual hunting trips. Our daughter is a sophomore in high school, and not to be outdone by her brother, she also strives to do well in school and holds a 4.2 GPA. Joe's current work schedule allows him to do the daily drop off and pick up from school so he's normally the first ear to hear about the inner workings of a 15-year-old girls day. She's set to get her permit soon and she can't wait to take his place in the driver's seat and chauffeur him to and from. I love that they have that daily one on one time together and I know that she will look back later in life and have fond memories of driving with her dad.

Both of our children play many sports and Joe is at every game. When his kids are involved in something, he shows up. He gives the pregame pep talk and he is always mindful to focus on the positives for the after game debrief. It is hard to imagine a world where Joe cannot show up for his kids.

Like I said in the beginning Joe and I have been married for 18 years and not just 18 years but 18 great years. We've struggled, worked hard, we've had successes and failures too. We had moments of great joy and great heartbreak along the way but through it all he has been my best friend and my greatest confidant. He is easy going and fun. He doesn't yell or hold grudges. He puts our relationship first and shows me kindness and care daily. He plans and makes sacrifices for our future and our children's futures. He is a great partner in every sense of the word.

I understand that actions are followed by consequences and that you have a very important job to do. As you determine his future, I plead that you take in to consideration the consequences that Joe has already faced.

This case has had quite the media following with many news articles. There is not a single person in our world that has not read about Joe or heard about it on the radio. Weather it be a soccer coach, colleague, or neighbor, the public shame follows him. Joe shares a name with his father and our son. His father is a business owner and our son is just entering adulthood. A quick google search will forever follow all three of them. This is something that Joe cannot fix for them. That is a consequence he will forever live with.

Joe loves to hunt. He plans multiple trips a year. He is no longer allowed to own or use firearms. A hobby that has brought him so much joy and so many memories with ones he loves, he forever cannot participate in. That is a consequence.

Joe has been on pretrial probation for almost 5 years. This is a consequence.

These crimes happened 8 years ago. Joe has had the opportunity to spend the last 8 years showing you what type of person he is. After leaving the department he secured a good job and worked and studied as much as he could to be eligible for promotions when they came available. He has been an explementary employee and promoted quite a bit since his hiring. He has followed every rule of probation. He has continued to show up for his friends and family. He helps others, he is caring, he is kind. He is not a harm to those around him; in fact, he is the opposite. He brings goodness to those around him. He is a productive member of society, maintaining continued employment, providing for his family, and raising smart, hardworking children. I lose sleep every night thinking about how this will affect our children during such a formative time of their lives. He is our security, our provider, our everything.

Whatever your ruling, please don't make it lightly. Please see the person that Joe is, how he lives his life and how he positively impacts those around him. Please let the past 8 years of good choices weigh into your decision. Please know that we are a good family and our future is in your hands. Thank you for taking the time to read this letter.

Sincerely,

Tristin Huffaker