UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 15, 2026          **Time:** 2:37 – 3:18          **Judge:** MAXINE M. CHESNEY

3:28 – 3:35

**Case No.:** 21-cr-00374-MMC-2          **Case Name:** UNITED STATES v. Joseph Huffaker - present

**Attorney for Plaintiff: Abraham Fine, Benjamin Kleinman**
**Attorney for Defendant: Karen Landau**

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Kendra Steppler
**Interpreter:** N/A          **Probation Officer:** Melissa Moy

### PROCEEDINGS

Defendant's Motion for New Trial (Dkt. No. 396) – hearing held.

Oral arguments presented.  For the reasons stated on the record, Defendant's Motion for New Trial is Denied.

Sentencing Hearing continued to May 6, 2026 at 2:15 p.m.

**CASE CONTINUED TO: May 6, 2026, at 2:15 p.m. for Sentencing Hearing**