KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau
1966 Tice Valley Blvd., # 189
Walnut Creek, CA 94595-2203
(510) 501-2781
karenlandau@karenlandau.com
Attorney for Defendant Joseph Huffaker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HUFFAKER,<br><br>Defendant. | Case No.: 3:21-cr-00374-MMC<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL AND [PROPOSED] SEALING ORDER**<br><br>DATE: May 6, 2026<br>TIME: 2:15 p.m.<br>Courtroom: Hon. Maxine M. Chesney |

## MOTION TO FILE UNDER SEAL

Defendant Joseph Huffaker moves to file his Statement, a letter to the Court in support of sentencing, under seal. The letter contains confidential information pertaining to the health of a third party.

Dated: April 28, 2026

/s/ *Karen L. Landau*_____
KAREN L. LANDAU

## [PROPOSED] SEALING ORDER

Based upon the motion by the defendant and for good cause shown, IT IS HEREBY ORDERED that defendant's Administrative Motion to Seal is GRANTED. Defendant's Statement shall be filed under seal.

IT IS SO ORDERED.

DATED: _____          _____
HON. MAXINE M. CHESNEY
United States District Judge