To: The Honorable Maxime M. Chesney

United States District Judge

I sincerely regret the decisions and actions I have made that brought me here today. 8 years ago, I should have made a different choice, but I didn't, and I am owning up to that. I'm sorry to Mr. Lutz, and anyone else that was wronged from what I did. I let my profession down and should've done better. There is no excuse for doing what I did. Again, I'm sorry for my actions and those I harmed by doing so.

Since that time, I have been dealing with this in my life. I've lost a career, a pension, friends, and even had multiple bank and credit cards accounts abruptly closed all due to this, and that's my fault. While this marks a point in time that will never be forgotten, it also marks a point where I have been determined to be a better person.

I know I am in a unique position as this process from complaint to conviction took far longer than the norm from start to finish. And with that, instead of just telling you I am sorry I have had the opportunity to show you through my choices. Since this happened, I have been a better person, I committed more time to family, friends and helping others. I became a better father, husband, son, sibling and uncle. I become a person anyone could count on for anything and could call at any time for help. I'm the person always willing to help you build a fence or work on a home improvement project and the guy who will pick up your child from school if you are running late.

I make a point to show up for my family and friends. I'm the person who attends my niece's and nephews' games, who will bring my friend's kids to an event because their dad had to work and couldn't make it. I'm showing my children what a good person and role model should be. I also reestablished myself with and am excelling in a new career helping to make the community safer. Everything I have done in the past eight years is a testament to the person I want to be and have become.

I'm also sorry to my family as they have to wear the burden of the consequences from this with me. While I can't speak directly to the lasting effect of my actions to Mr. Lutz and others, I can however about how it affected my family. After years of countless news articles about me, my actions and my potential future sentence both my wife and daughter attend regular counseling

sessions. With my wife having been diagnosed with anxiety and depression, this has in turn substantially affected their daily lives living with something I caused.

Due to the level of anxiety and depression my wife has been dealing with I have taken over primary responsibility for amongst other things, driving, planning, shopping, cooking and cleaning. This also led to me being the primary driver of my daughter to and from her school and sports practices numerous times a day. While my son is navigating the start of his young adulthood, I have caused him unneeded stress and concern of the unknown for his future. He has to struggle with how and if he will be able to continue his college education from issues arising from me. I hurt the people I care most about because of choices from my past, and I am reminded of it and have to live with that every day.

I know you have read all of the letters that were submitted. Many of them highlighted my children and what a great job my wife and I have done raising them together. I am asking for your leniency today to let me finish that job and continue to do so by way of home confinement. My daughter only has two years left before going off to college and my son is already halfway out the door, only coming home from his schooling on breaks and for the summer.

If granted, I can continue to support them not only financially but more importantly by still being part of their daily lives. While I won't be able to attend their games in person or spend time with them on a weekend outing, I can still be a constant in their lives. I will be able to see them in person, speak with them about their schooling, work and be there for them to provide advice and support as they continue to grow into adulthood.

This would allow me to continue to share the parenting responsibilities with my wife as well as be there to provide support for her and not place such a heavy burden on her shoulders alone as well as limit the trauma to my children of losing their father at a critical time in their life.

Thank you for your consideration,

Joe Huffaker 4/28/2026