CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over the age of 18 years and not a party to the within cause; my business address is

1966 Tice Valley Blvd., # 189, Walnut Creek, California 94595.

I hereby certify that on April 28, 2026, I electronically filed the foregoing under seal with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

I further certify that on the same date, I served the United States of America by emailing a copy of the document to its counsel as follows:

Abraham Fine, Esq.
Abraham.Fine@usdoj.gov

Benjamin Kleinman, Esq.
benjamin.kleinman2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 28, 2026.

/s/Karen L. Landau
Karen L. Landau